# Exhibit  B

Exhibit B

5

## PLAINTIFF'S CERTIFICATION

I, Michael Travaglini, on behalf of the Commonwealth of Massachusetts Pension Reserves Investment Management Board ("PRIM"), hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1.    I am the Executive Director of PRIM.  I have reviewed a copy of one of the complaints filed in this matter.  PRIM has authorized the filing of a lead plaintiff motion on behalf of PRIM by Berman DeValerio and Bernstein Liebhard LLP.

2.    PRIM is willing to serve as a lead plaintiff on behalf of the class, including providing testimony at deposition and trial, if necessary.

3.    PRIM's transactions in Toyota Motor Corp. common stock between May 10, 2005 and February 2, 1010 (the "Class Period") are attached as Exhibit A.

4.    PRIM did not purchase these securities at the direction of counsel or in order to participate in any private action arising under the federal securities laws.

5.    During the three year period preceding the date of my signing this Certification, PRIM has sought to serve as representative on behalf of a class in Six other actions under the federal securities laws: In re

**Exhibit B**

**6**

<u>Countrywide Fin. Corp. Sec. Litig.</u> (C.D. Cal.); <u>In re Washington Mutual, Inc. Sec., Derivative & "ERISA" Litig.</u> (W.D. Wash.); <u>In re Schering Plough Corp./Enhance Sec. Litig.</u> (D.N.J.) ; <u>In re Fannie Mae 2008 Sec. Litig.</u> (S.D.N.Y.); <u>In re Bear Stearns Cos. Sec., Derivative & "ERISA" Litig.</u> (S.D.N.Y.) and <u>In re Royal Bank of Scotland Group PLC  Sec. Litig.</u> (S.D.N.Y.).  PRIM currently serves as lead plaintiff in <u>In re Schering Plough Corp./Enhance Sec. Litig.</u>,  <u>In re Fannie Mae 2008 Sec. Litig.</u> (S.D.N.Y.) and <u>In re Royal Bank of Scotland Group PLC  Sec. Litig.</u> (S.D.N.Y.).

6.    PRIM will not accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any possible recovery, except for an award, as ordered or approved by the Court, for reasonable costs and expenses (including lost wages) directly relating to its representation of the class.

7.    As Executive Director of PRIM, I am duly authorized to sign this Certification on behalf of PRIM.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 9th, 2010.

_____
Michael Travaglini

**Exhibit B**

7

### Commonwealth of Massachusetts Pension Reserves
### Investment Management Board
### Toyota Motor Corporation
### EXHIBIT A

| TRANSACTION TYPE | DATE | SHARES | PRICE ($) |
|---|---|---|---|
| SALES | 05/31/05 | 15,300 | $35.8440 |
| PURCHASES | 06/17/05 | 10,400 | $36.0960 |
| PURCHASES | 07/01/05 | 14,200 | $35.6423 |
| PURCHASES | 08/30/05 | 4,400 | $40.6459 |
| SALES | 09/21/05 | 68,600 | $43.6203 |
| SALES | 09/22/05 | 72,700 | $43.0255 |
| SALES | 09/26/05 | 54,300 | $44.1268 |
| PURCHASES | 11/17/05 | 17,000 | $47.0176 |
| PURCHASES | 12/30/05 | 4,100 | $51.5337 |
| PURCHASES | 02/17/06 | 12,700 | $54.4470 |
| PURCHASES | 04/04/06 | 14,900 | $55.2360 |
| SALES | 04/12/06 | 27,200 | $56.9407 |
| SALES | 04/19/06 | 22,500 | $56.6811 |
| PURCHASES | 05/15/06 | 3,900 | $56.6044 |
| SALES | 06/22/06 | 17,000 | $50.3995 |
| SALES | 07/05/06 | 25,000 | $51.3675 |
| SALES | 08/10/06 | 24,000 | $54.6307 |
| PURCHASES | 08/16/06 | 402,800 | $54.9230 |
| PURCHASES | 08/16/06 | 20,400 | $55.4500 |
| PURCHASES | 09/11/06 | 4,600 | $52.4087 |
| PURCHASES | 09/11/06 | 8,000 | $52.4007 |
| PURCHASES | 09/28/06 | 15,900 | $54.2963 |
| PURCHASES | 10/13/06 | 18,000 | $57.9431 |
| PURCHASES | 02/01/07 | 11,300 | $65.7242 |
| SALES | 02/21/07 | 400 | $67.5234 |
| SALES | 02/21/07 | 10,900 | $67.6061 |
| PURCHASES | 03/19/07 | 1,700 | $65.1294 |
| SALES | 03/30/07 | 11,400 | $64.4220 |
| SALES | 04/02/07 | 6,800 | $64.0629 |
| SALES | 04/03/07 | 6,900 | $62.2034 |
| SALES | 04/05/07 | 7,200 | $62.9397 |
| SALES | 04/12/07 | 21,600 | $62.0698 |
| SALES | 04/13/07 | 7,700 | $60.8396 |
| SALES | 04/13/07 | 2,700 | $60.2799 |
| SALES | 04/13/07 | 9,200 | $59.7897 |
| SALES | 04/16/07 | 6,000 | $60.1194 |
| PURCHASES | 04/17/07 | 86,700 | $61.0488 |
| SALES | 04/26/07 | 47,200 | $60.5931 |
| SALES | 05/07/07 | 1,500 | $60.7815 |
| SALES | 05/10/07 | 31,500 | $59.0966 |
| SALES | 05/11/07 | 14,500 | $59.2812 |
| SALES | 05/31/07 | 37,100 | $59.9449 |
| SALES | 06/07/07 | 8,400 | $62.5330 |

**Exhibit B**

8

| | | | |
|---|---|---|---|
| SALES | 07/25/07 | 20,800 | $61.4236 |
| SALES | 08/08/07 | 1,500 | $60.8302 |
| PURCHASES | 08/13/07 | 7,200 | $60.1341 |
| SALES | 08/23/07 | 900 | $57.3973 |
| PURCHASES | 08/28/07 | 1,300 | $57.3898 |
| PURCHASES | 08/29/07 | 8,500 | $56.2195 |
| SALES | 09/28/07 | 300 | $58.9488 |
| SALES | 09/28/07 | 6,200 | $58.9488 |
| SALES | 09/28/07 | 2,600 | $58.9488 |
| SALES | 09/28/07 | 700 | $58.9488 |
| PURCHASES | 10/11/07 | 23,800 | $56.6909 |
| PURCHASES | 10/12/07 | 11,900 | $55.9584 |
| PURCHASES | 10/15/07 | 14,800 | $55.1541 |
| PURCHASES | 10/17/07 | 36,400 | $53.8270 |
| PURCHASES | 10/17/07 | 3,100 | $53.8270 |
| PURCHASES | 10/17/07 | 84,500 | $53.9985 |
| PURCHASES | 10/17/07 | 1,900 | $53.8270 |
| PURCHASES | 10/25/07 | 10,600 | $52.5892 |
| PURCHASES | 10/29/07 | 9,800 | $56.5328 |
| PURCHASES | 10/30/07 | 9,100 | $55.9451 |
| PURCHASES | 11/01/07 | 20,200 | $58.6841 |
| PURCHASES | 11/05/07 | 1,000 | $56.6295 |
| PURCHASES | 11/06/07 | 14,500 | $56.0224 |
| PURCHASES | 11/07/07 | 12,100 | $56.9308 |
| SALES | 11/26/07 | 4,800 | $55.7357 |
| PURCHASES | 12/06/07 | 12,800 | $55.8209 |
| PURCHASES | 12/10/07 | 15,400 | $56.6826 |
| PURCHASES | 12/11/07 | 12,600 | $57.2389 |
| SALES | 12/12/07 | 58,300 | $56.3071 |
| PURCHASES | 12/18/07 | 17,000 | $52.9436 |
| PURCHASES | 12/19/07 | 6,500 | $52.9781 |
| SALES | 12/19/07 | 24,500 | $53.1075 |
| SALES | 12/19/07 | 600 | $52.5782 |
| SALES | 12/19/07 | 6,600 | $52.5782 |
| SALES | 01/04/08 | 14,900 | $53.4097 |
| SALES | 01/04/08 | 7,300 | $53.4097 |
| PURCHASES | 01/21/08 | 8,100 | $50.2580 |
| PURCHASES | 01/23/08 | 11,900 | $48.4298 |
| PURCHASES | 01/25/08 | 9,800 | $50.9576 |
| PURCHASES | 01/30/08 | 8,200 | $51.4336 |
| PURCHASES | 02/01/08 | 5,700 | $54.5457 |
| PURCHASES | 02/05/08 | 10,200 | $54.1856 |
| PURCHASES | 02/18/08 | 6,800 | $57.0263 |
| PURCHASES | 02/19/08 | 6,600 | $59.1449 |
| PURCHASES | 02/29/08 | 12,900 | $55.2579 |
| PURCHASES | 03/04/08 | 10,900 | $53.7932 |
| PURCHASES | 03/14/08 | 20,800 | $51.5271 |
| PURCHASES | 05/13/08 | 5,100 | $50.5205 |
| PURCHASES | 05/14/08 | 200,300 | $50.3274 |
| PURCHASES | 05/14/08 | 13,600 | $50.1687 |

**Exhibit B**

**9**

| | | | |
|---|---|---|---|
| PURCHASES | 05/23/08 | 28,000 | $49.7195 |
| PURCHASES | 05/28/08 | 16,800 | $48.4017 |
| SALES | 06/25/08 | 9,800 | $47.3811 |
| SALES | 06/26/08 | 7,100 | $48.2658 |
| SALES | 06/27/08 | 18,600 | $47.5940 |
| SALES | 07/08/08 | 5,300 | $46.1972 |
| SALES | 07/14/08 | 19,100 | $45.4829 |
| SALES | 07/17/08 | 14,400 | $44.5778 |
| SALES | 07/18/08 | 8,200 | $44.0803 |
| SALES | 07/18/08 | 13,000 | $44.1017 |
| PURCHASES | 08/08/08 | 27,600 | $43.3246 |
| SALES | 08/14/08 | 8,900 | $45.0164 |
| PURCHASES | 08/22/08 | 1,600 | $43.3893 |
| SALES | 08/26/08 | 5,500 | $44.2487 |
| SALES | 08/28/08 | 7,600 | $43.5448 |
| PURCHASES | 09/02/08 | 5,100 | $44.2938 |
| PURCHASES | 09/05/08 | 10,100 | $44.7608 |
| PURCHASES | 09/18/08 | 7,300 | $42.4643 |
| PURCHASES | 09/26/08 | 14,000 | $44.9063 |
| PURCHASES | 10/03/08 | 23,300 | $39.4948 |
| PURCHASES | 10/07/08 | 5,100 | $35.4107 |
| SALES | 10/09/08 | 50,300 | $33.7774 |
| SALES | 10/14/08 | 31,200 | $35.9792 |
| PURCHASES | 10/20/08 | 9,500 | $35.0261 |
| SALES | 10/24/08 | 19,000 | $35.1814 |
| PURCHASES | 11/04/08 | 41,500 | $38.6139 |
| PURCHASES | 11/05/08 | 88,800 | $41.4774 |
| SALES | 11/06/08 | 7,800 | $33.4551 |
| SALES | 11/07/08 | 29,900 | $34.2043 |
| SALES | 11/10/08 | 15,500 | $35.2191 |
| SALES | 11/12/08 | 17,000 | $33.7941 |
| SALES | 11/17/08 | 16,500 | $32.2960 |
| SALES | 11/20/08 | 14,400 | $31.2078 |
| PURCHASES | 11/25/08 | 7,000 | $32.7465 |
| SALES | 12/02/08 | 2,800 | $30.4224 |
| SALES | 12/04/08 | 32,000 | $29.4748 |
| SALES | 12/05/08 | 17,100 | $29.2818 |
| PURCHASES | 12/15/08 | 11,700 | $31.6300 |
| SALES | 12/15/08 | 17,000 | $32.5550 |
| SALES | 01/22/09 | 74,500 | $32.1305 |
| SALES | 02/02/09 | 20,600 | $31.9049 |
| PURCHASES | 02/03/09 | 120,600 | $32.7175 |
| PURCHASES | 02/09/09 | 6,000 | $34.9934 |
| PURCHASES | 02/09/09 | 1,500 | $34.9934 |
| PURCHASES | 02/09/09 | 24,600 | $35.0206 |
| SALES | 02/09/09 | 14,400 | $34.9934 |
| SALES | 03/03/09 | 60,500 | $30.6135 |
| PURCHASES | 03/09/09 | 7,400 | $28.9294 |
| SALES | 03/17/09 | 69,100 | $30.1528 |
| PURCHASES | 04/03/09 | 78,300 | $37.0573 |

**Exhibit B**

**10**

| | | | |
|---|---|---:|---|
| PURCHASES | 04/08/09 | 95,500 | $37.4532 |
| PURCHASES | 04/14/09 | 9,000 | $38.6698 |
| SALES | 05/08/09 | 4,500 | $40.3315 |
| SALES | 05/21/09 | 19,200 | $37.9090 |
| PURCHASES | 06/02/09 | 35,800 | $40.6231 |
| PURCHASES | 06/05/09 | 14,600 | $39.1499 |
| SALES | 07/01/09 | 76,300 | $37.7107 |
| PURCHASES | 07/16/09 | 16,200 | $37.8409 |
| PURCHASES | 07/21/09 | 16,600 | $38.3197 |
| PURCHASES | 07/24/09 | 20,700 | $39.4949 |
| SALES | 07/27/09 | 13,100 | $39.8153 |
| PURCHASES | 07/27/09 | 14,500 | $39.8611 |
| PURCHASES | 07/31/09 | 21,300 | $41.7768 |
| PURCHASES | 08/04/09 | 17,800 | $42.9306 |
| SALES | 08/14/09 | 4,300 | $43.3739 |
| PURCHASES | 09/02/09 | 52,800 | $42.5047 |
| PURCHASES | 09/10/09 | 7,400 | $42.4718 |
| PURCHASES | 09/11/09 | 24,700 | $42.7701 |
| PURCHASES | 10/01/09 | 7,200 | $39.1675 |
| SALES | 10/05/09 | 2,700 | $37.7504 |
| PURCHASES | 10/06/09 | 25,700 | $38.2413 |
| PURCHASES | 10/13/09 | 11,900 | $40.2789 |
| PURCHASES | 10/26/09 | 8,900 | $39.6079 |
| SALES | 11/09/09 | 3,400 | $39.5883 |
| SALES | 11/10/09 | 7,800 | $38.4396 |
| SALES | 11/11/09 | 12,500 | $38.1671 |
| SALES | 11/16/09 | 2,800 | $39.5645 |
| SALES | 11/18/09 | 6,000 | $39.5253 |
| PURCHASES | 11/30/09 | 35,400 | $39.9007 |
| SALES | 12/04/09 | 12,000 | $41.3674 |
| PURCHASES | 12/07/09 | 48,800 | $42.3823 |
| PURCHASES | 12/07/09 | 3,400 | $42.0477 |
| PURCHASES | 12/08/09 | 600 | $42.3170 |
| PURCHASES | 12/09/09 | 200 | $42.0765 |
| PURCHASES | 12/17/09 | 8,500 | $41.9782 |
| SALES | 01/27/10 | 15,400 | $41.8583 |
| PURCHASES | 02/02/10 | 11,100 | $40.0660 |
| PURCHASES | 02/05/10 | 14,800 | $37.0152 |

**Exhibit B**

**11**