# Exhibit C

Exhibit C
12

## Toyota Motor Corp.
## Common Stock (JP3633400001)
## FIFO Losses

**Class Period: 05/10/05 - 02/02/10**
**$38.43043 Look Back Price 02/03/10 - 04/07/10 Converted from JPY to USD on Bloomberg**
**Share Holder: Commonwealth of MA Pension Reserves Investment Trust ("PRIM")**

| Trade Date | Transaction Type | Shares Bought | Shares Sold | Shares Held | Base Unit Price | (Costs) / Proceeds |
|---|---|---|---|---|---|---|
| | | Sales Applied to Pre Class Period Shares | | | | |
| **Beg. Balance** | | | | 1,072,700 | | |
| 05/31/05 | SALES | | (15,300) | 1,057,400 | $35.84 | $548,413.35 |
| 09/21/05 | SALES | | (68,600) | 988,800 | $43.62 | $2,992,349.90 |
| 09/22/05 | SALES | | (72,700) | 916,100 | $43.03 | $3,127,951.45 |
| 09/26/05 | SALES | | (54,300) | 861,800 | $44.13 | $2,396,086.43 |
| 04/12/06 | SALES | | (27,200) | 834,600 | $56.94 | $1,548,786.14 |
| 04/19/06 | SALES | | (22,500) | 812,100 | $56.68 | $1,275,325.74 |
| 06/22/06 | SALES | | (17,000) | 795,100 | $50.40 | $856,791.16 |
| 07/05/06 | SALES | | (25,000) | 770,100 | $51.37 | $1,284,186.70 |
| 08/10/06 | SALES | | (24,000) | 746,100 | $54.63 | $1,311,137.09 |
| 02/21/07 | SALES | | (400) | 745,700 | $67.52 | $27,009.38 |
| 02/21/07 | SALES | | (10,900) | 734,800 | $67.61 | $736,906.46 |
| 03/30/07 | SALES | | (11,400) | 723,400 | $64.42 | $734,410.52 |
| 04/02/07 | SALES | | (6,800) | 716,600 | $64.06 | $435,627.91 |
| 04/03/07 | SALES | | (6,900) | 709,700 | $62.20 | $429,203.58 |
| 04/05/07 | SALES | | (7,200) | 702,500 | $62.94 | $453,166.14 |
| 04/12/07 | SALES | | (21,600) | 680,900 | $62.07 | $1,340,708.54 |
| 04/13/07 | SALES | | (2,700) | 678,200 | $60.28 | $162,755.77 |
| 04/13/07 | SALES | | (7,700) | 670,500 | $60.84 | $468,465.19 |
| 04/13/07 | SALES | | (9,200) | 661,300 | $59.79 | $550,065.69 |
| 04/16/07 | SALES | | (6,000) | 655,300 | $60.12 | $360,716.51 |
| 04/26/07 | SALES | | (47,200) | 608,100 | $60.59 | $2,859,994.08 |
| 05/07/07 | SALES | | (1,500) | 606,600 | $60.78 | $91,172.18 |
| 05/10/07 | SALES | | (31,500) | 575,100 | $59.10 | $1,861,541.83 |
| 05/11/07 | SALES | | (14,500) | 560,600 | $59.28 | $859,577.02 |
| 05/31/07 | SALES | | (37,100) | 523,500 | $59.94 | $2,223,956.49 |
| 06/07/07 | SALES | | (8,400) | 515,100 | $62.53 | $525,277.07 |
| 07/25/07 | SALES | | (20,800) | 494,300 | $61.42 | $1,277,611.82 |
| 08/08/07 | SALES | | (1,500) | 492,800 | $60.83 | $91,245.34 |
| 08/23/07 | SALES | | (900) | 491,900 | $57.40 | $51,657.56 |
| 09/28/07 | SALES | | (300) | 491,600 | $58.95 | $17,684.65 |
| 09/28/07 | SALES | | (700) | 490,900 | $58.95 | $41,264.18 |
| 09/28/07 | SALES | | (2,600) | 488,300 | $58.95 | $153,266.96 |
| 09/28/07 | SALES | | (6,200) | 482,100 | $58.95 | $365,482.76 |
| 11/26/07 | SALES | | (4,800) | 477,300 | $55.74 | $267,531.24 |
| 12/12/07 | SALES | | (58,300) | 419,000 | $56.31 | $3,282,701.60 |
| 12/19/07 | SALES | | (600) | 418,400 | $52.58 | $31,546.91 |
| 12/19/07 | SALES | | (6,600) | 411,800 | $52.58 | $347,016.01 |
| 12/19/07 | SALES | | (24,500) | 387,300 | $53.11 | $1,301,133.63 |
| 01/04/08 | SALES | | (7,300) | 380,000 | $53.41 | $389,890.96 |
| 01/04/08 | SALES | | (14,900) | 365,100 | $53.41 | $795,804.83 |

**Exhibit C**

**13**

| Date | Type | Purchases | Sales | Balance | Price | Amount |
|---|---|---|---|---|---|---|
| 06/25/08 | SALES | | (9,800) | 355,300 | $47.38 | $464,334.54 |
| 06/26/08 | SALES | | (7,100) | 348,200 | $48.27 | $342,686.90 |
| 06/27/08 | SALES | | (18,600) | 329,600 | $47.59 | $885,248.94 |
| 07/08/08 | SALES | | (5,300) | 324,300 | $46.20 | $244,845.09 |
| 07/14/08 | SALES | | (19,100) | 305,200 | $45.48 | $868,723.43 |
| 07/17/08 | SALES | | (14,400) | 290,800 | $44.58 | $641,919.77 |
| 07/18/08 | SALES | | (8,200) | 282,600 | $44.08 | $361,458.28 |
| 07/18/08 | SALES | | (13,000) | 269,600 | $44.10 | $573,322.71 |
| 08/14/08 | SALES | | (8,900) | 260,700 | $45.02 | $400,646.18 |
| 08/26/08 | SALES | | (5,500) | 255,200 | $44.25 | $243,367.83 |
| 08/28/08 | SALES | | (7,600) | 247,600 | $43.54 | $330,940.84 |
| 10/09/08 | SALES | | (50,300) | 197,300 | $33.78 | $1,699,005.13 |
| 10/14/08 | SALES | | (31,200) | 166,100 | $35.98 | $1,122,552.29 |
| 10/24/08 | SALES | | (19,000) | 147,100 | $35.18 | $668,446.77 |
| 11/06/08 | SALES | | (7,800) | 139,300 | $33.46 | $260,949.72 |
| 11/07/08 | SALES | | (29,900) | 109,400 | $34.20 | $1,022,710.01 |
| 11/10/08 | SALES | | (15,500) | 93,900 | $35.22 | $545,896.11 |
| 11/12/08 | SALES | | (17,000) | 76,900 | $33.79 | $574,500.35 |
| 11/17/08 | SALES | | (16,500) | 60,400 | $32.30 | $532,884.17 |
| 11/20/08 | SALES | | (14,400) | 46,000 | $31.21 | $449,391.86 |
| 12/02/08 | SALES | | (2,800) | 43,200 | $30.42 | $85,182.69 |
| 12/04/08 | SALES | | (32,000) | 11,200 | $29.47 | $943,192.96 |
| 12/05/08 | SALES | | (11,200) | 0 | $29.28 | $327,955.62 |
| **Class Period Trading** | | | | | | |
| 06/17/05 | PURCHASES | 10,400 | | 10,400 | $36.10 | ($375,398.05) |
| 07/01/05 | PURCHASES | 14,200 | | 24,600 | $35.64 | ($506,121.02) |
| 08/30/05 | PURCHASES | 4,400 | | 29,000 | $40.65 | ($178,842.10) |
| 11/17/05 | PURCHASES | 17,000 | | 46,000 | $47.02 | ($799,298.38) |
| 12/30/05 | PURCHASES | 4,100 | | 50,100 | $51.53 | ($211,288.06) |
| 02/17/06 | PURCHASES | 12,700 | | 62,800 | $54.45 | ($691,476.46) |
| 04/04/06 | PURCHASES | 14,900 | | 77,700 | $55.24 | ($823,015.71) |
| 05/15/06 | PURCHASES | 3,900 | | 81,600 | $56.60 | ($220,757.19) |
| 08/16/06 | PURCHASES | 20,400 | | 102,000 | $55.45 | ($1,131,179.78) |
| 08/16/06 | PURCHASES | 402,800 | | 504,800 | $54.92 | ($22,122,982.39) |
| 09/11/06 | PURCHASES | 4,600 | | 509,400 | $52.41 | ($241,080.03) |
| 09/11/06 | PURCHASES | 8,000 | | 517,400 | $52.40 | ($419,205.75) |
| 09/28/06 | PURCHASES | 15,900 | | 533,300 | $54.30 | ($863,311.93) |
| 10/13/06 | PURCHASES | 18,000 | | 551,300 | $57.94 | ($1,042,975.22) |
| 02/01/07 | PURCHASES | 11,300 | | 562,600 | $65.72 | ($742,683.55) |
| 03/19/07 | PURCHASES | 1,700 | | 564,300 | $65.13 | ($110,719.90) |
| 04/17/07 | PURCHASES | 86,700 | | 651,000 | $61.05 | ($5,292,930.44) |
| 08/13/07 | PURCHASES | 7,200 | | 658,200 | $60.13 | ($432,965.81) |
| 08/28/07 | PURCHASES | 1,300 | | 659,500 | $57.39 | ($74,606.70) |
| 08/29/07 | PURCHASES | 8,500 | | 668,000 | $56.22 | ($477,865.77) |
| 10/11/07 | PURCHASES | 23,800 | | 691,800 | $56.69 | ($1,349,242.99) |
| 10/12/07 | PURCHASES | 11,900 | | 703,700 | $55.96 | ($665,904.59) |
| 10/15/07 | PURCHASES | 14,800 | | 718,500 | $55.15 | ($816,280.71) |
| 10/17/07 | PURCHASES | 1,900 | | 720,400 | $53.83 | ($102,271.37) |
| 10/17/07 | PURCHASES | 3,100 | | 723,500 | $53.83 | ($166,863.81) |
| 10/17/07 | PURCHASES | 36,400 | | 759,900 | $53.83 | ($1,959,304.11) |
| 10/17/07 | PURCHASES | 84,500 | | 844,400 | $54.00 | ($4,562,869.79) |
| 10/25/07 | PURCHASES | 10,600 | | 855,000 | $52.59 | ($557,445.56) |

**Exhibit C**
**14**

| Date | Type | Purchases | Sales | Balance | Price | Amount |
|---|---|---:|---:|---:|---:|---:|
| 10/29/07 | PURCHASES | 9,800 | | 864,800 | $56.53 | ($554,021.92) |
| 10/30/07 | PURCHASES | 9,100 | | 873,900 | $55.95 | ($509,100.59) |
| 11/01/07 | PURCHASES | 20,200 | | 894,100 | $58.68 | ($1,185,419.10) |
| 11/05/07 | PURCHASES | 1,000 | | 895,100 | $56.63 | ($56,629.48) |
| 11/06/07 | PURCHASES | 14,500 | | 909,600 | $56.02 | ($812,324.32) |
| 11/07/07 | PURCHASES | 12,100 | | 921,700 | $56.93 | ($688,862.28) |
| 12/06/07 | PURCHASES | 12,800 | | 934,500 | $55.82 | ($714,507.03) |
| 12/10/07 | PURCHASES | 15,400 | | 949,900 | $56.68 | ($872,911.39) |
| 12/11/07 | PURCHASES | 12,600 | | 962,500 | $57.24 | ($721,210.14) |
| 12/18/07 | PURCHASES | 17,000 | | 979,500 | $52.94 | ($900,041.12) |
| 12/19/07 | PURCHASES | 6,500 | | 986,000 | $52.98 | ($344,357.94) |
| 01/21/08 | PURCHASES | 8,100 | | 994,100 | $50.26 | ($407,090.02) |
| 01/23/08 | PURCHASES | 11,900 | | 1,006,000 | $48.43 | ($576,314.29) |
| 01/25/08 | PURCHASES | 9,800 | | 1,015,800 | $50.96 | ($499,384.41) |
| 01/30/08 | PURCHASES | 8,200 | | 1,024,000 | $51.43 | ($421,755.85) |
| 02/01/08 | PURCHASES | 5,700 | | 1,029,700 | $54.55 | ($310,910.26) |
| 02/05/08 | PURCHASES | 10,200 | | 1,039,900 | $54.19 | ($552,693.26) |
| 02/18/08 | PURCHASES | 6,800 | | 1,046,700 | $57.03 | ($387,779.11) |
| 02/19/08 | PURCHASES | 6,600 | | 1,053,300 | $59.14 | ($390,356.19) |
| 02/29/08 | PURCHASES | 12,900 | | 1,066,200 | $55.26 | ($712,827.37) |
| 03/04/08 | PURCHASES | 10,900 | | 1,077,100 | $53.79 | ($586,345.55) |
| 03/14/08 | PURCHASES | 20,800 | | 1,097,900 | $51.53 | ($1,071,763.58) |
| 05/13/08 | PURCHASES | 5,100 | | 1,103,000 | $50.52 | ($257,654.69) |
| 05/14/08 | PURCHASES | 13,600 | | 1,116,600 | $50.17 | ($682,293.69) |
| 05/14/08 | PURCHASES | 200,300 | | 1,316,900 | $50.33 | ($10,080,583.43) |
| 05/23/08 | PURCHASES | 28,000 | | 1,344,900 | $49.72 | ($1,392,145.50) |
| 05/28/08 | PURCHASES | 16,800 | | 1,361,700 | $48.40 | ($813,149.25) |
| 08/08/08 | PURCHASES | 27,600 | | 1,389,300 | $43.32 | ($1,195,759.13) |
| 08/22/08 | PURCHASES | 1,600 | | 1,390,900 | $43.39 | ($69,422.84) |
| 09/02/08 | PURCHASES | 5,100 | | 1,396,000 | $44.29 | ($225,898.34) |
| 09/05/08 | PURCHASES | 10,100 | | 1,406,100 | $44.76 | ($452,084.50) |
| 09/18/08 | PURCHASES | 7,300 | | 1,413,400 | $42.46 | ($309,989.19) |
| 09/26/08 | PURCHASES | 14,000 | | 1,427,400 | $44.91 | ($628,688.82) |
| 10/03/08 | PURCHASES | 23,300 | | 1,450,700 | $39.49 | ($920,229.80) |
| 10/07/08 | PURCHASES | 5,100 | | 1,455,800 | $35.41 | ($180,594.64) |
| 10/20/08 | PURCHASES | 9,500 | | 1,465,300 | $35.03 | ($332,748.23) |
| 11/04/08 | PURCHASES | 41,500 | | 1,506,800 | $38.61 | ($1,602,477.27) |
| 11/05/08 | PURCHASES | 88,800 | | 1,595,600 | $41.48 | ($3,683,189.04) |
| 11/25/08 | PURCHASES | 7,000 | | 1,602,600 | $32.75 | ($229,225.36) |
| 12/05/08 | SALES | | (5,900) | 1,596,700 | $29.28 | $172,762.34 |
| 12/15/08 | PURCHASES | 11,700 | | 1,608,400 | $31.63 | ($370,071.44) |
| 12/15/08 | SALES | | (17,000) | 1,591,400 | $32.55 | $553,434.73 |
| 01/22/09 | SALES | | (74,500) | 1,516,900 | $32.13 | $2,393,723.96 |
| 02/02/09 | SALES | | (20,600) | 1,496,300 | $31.90 | $657,240.82 |
| 02/03/09 | PURCHASES | 120,600 | | 1,616,900 | $32.72 | ($3,945,724.59) |
| 02/09/09 | PURCHASES | 1,500 | | 1,618,400 | $34.99 | ($52,490.14) |
| 02/09/09 | PURCHASES | 6,000 | | 1,624,400 | $34.99 | ($209,960.58) |
| 02/09/09 | PURCHASES | 24,600 | | 1,649,000 | $35.02 | ($861,506.17) |
| 02/09/09 | SALES | | (14,400) | 1,634,600 | $34.99 | $503,905.41 |
| 03/03/09 | SALES | | (60,500) | 1,574,100 | $30.61 | $1,852,118.02 |
| 03/09/09 | PURCHASES | 7,400 | | 1,581,500 | $28.93 | ($214,077.77) |
| 03/17/09 | SALES | | (69,100) | 1,512,400 | $30.15 | $2,083,557.58 |

**Exhibit C**
**15**

| Date | Type | Purchases | Sales | Running | Price | Amount |
|---|---|---|---|---|---|---|
| 04/03/09 | PURCHASES | 78,300 | | 1,590,700 | $37.06 | ($2,901,585.81) |
| 04/08/09 | PURCHASES | 95,500 | | 1,686,200 | $37.45 | ($3,576,778.02) |
| 04/14/09 | PURCHASES | 9,000 | | 1,695,200 | $38.67 | ($348,028.38) |
| 05/08/09 | SALES | | (4,500) | 1,690,700 | $40.33 | $181,491.95 |
| 05/21/09 | SALES | | (19,200) | 1,671,500 | $37.91 | $727,852.01 |
| 06/02/09 | PURCHASES | 35,800 | | 1,707,300 | $40.62 | ($1,454,306.62) |
| 06/05/09 | PURCHASES | 14,600 | | 1,721,900 | $39.15 | ($571,588.76) |
| 07/01/09 | SALES | | (76,300) | 1,645,600 | $37.71 | $2,877,327.78 |
| 07/16/09 | PURCHASES | 16,200 | | 1,661,800 | $37.84 | ($613,023.24) |
| 07/21/09 | PURCHASES | 16,600 | | 1,678,400 | $38.32 | ($636,106.64) |
| 07/24/09 | PURCHASES | 20,700 | | 1,699,100 | $39.49 | ($817,545.20) |
| 07/27/09 | PURCHASES | 14,500 | | 1,713,600 | $39.86 | ($577,985.83) |
| 07/27/09 | SALES | | (13,100) | 1,700,500 | $39.82 | $521,580.08 |
| 07/31/09 | PURCHASES | 21,300 | | 1,721,800 | $41.78 | ($889,846.10) |
| 08/04/09 | PURCHASES | 17,800 | | 1,739,600 | $42.93 | ($764,164.11) |
| 08/14/09 | SALES | | (4,300) | 1,735,300 | $43.37 | $186,507.63 |
| 09/02/09 | PURCHASES | 52,800 | | 1,788,100 | $42.50 | ($2,244,250.69) |
| 09/10/09 | PURCHASES | 7,400 | | 1,795,500 | $42.47 | ($314,291.21) |
| 09/11/09 | PURCHASES | 24,700 | | 1,820,200 | $42.77 | ($1,056,420.63) |
| 10/01/09 | PURCHASES | 7,200 | | 1,827,400 | $39.17 | ($282,006.35) |
| 10/05/09 | SALES | | (2,700) | 1,824,700 | $37.75 | $101,926.20 |
| 10/06/09 | PURCHASES | 25,700 | | 1,850,400 | $38.24 | ($982,801.13) |
| 10/13/09 | PURCHASES | 11,900 | | 1,862,300 | $40.28 | ($479,319.39) |
| 10/26/09 | PURCHASES | 8,900 | | 1,871,200 | $39.61 | ($352,510.43) |
| 11/09/09 | SALES | | (3,400) | 1,867,800 | $39.59 | $134,600.14 |
| 11/10/09 | SALES | | (7,800) | 1,860,000 | $38.44 | $299,828.53 |
| 11/11/09 | SALES | | (12,500) | 1,847,500 | $38.17 | $477,088.51 |
| 11/16/09 | SALES | | (2,800) | 1,844,700 | $39.56 | $110,780.64 |
| 11/18/09 | SALES | | (6,000) | 1,838,700 | $39.53 | $237,151.67 |
| 11/30/09 | PURCHASES | 35,400 | | 1,874,100 | $39.90 | ($1,412,485.70) |
| 12/04/09 | SALES | | (12,000) | 1,862,100 | $41.37 | $496,408.33 |
| 12/07/09 | PURCHASES | 3,400 | | 1,865,500 | $42.05 | ($142,962.31) |
| 12/07/09 | PURCHASES | 48,800 | | 1,914,300 | $42.38 | ($2,068,257.95) |
| 12/08/09 | PURCHASES | 600 | | 1,914,900 | $42.32 | ($25,390.18) |
| 12/09/09 | PURCHASES | 200 | | 1,915,100 | $42.08 | ($8,415.31) |
| 12/17/09 | PURCHASES | 8,500 | | 1,923,600 | $41.98 | ($356,814.45) |
| 01/27/10 | SALES | | (15,400) | 1,908,200 | $41.86 | $644,618.13 |
| 02/02/10 | PURCHASES | 11,100 | | 1,919,300 | $40.07 | ($444,732.08) |
| 02/18/10 | SALES[1] | | (7,000) | 1,912,300 | $37.33 | $261,340.03 |
| | | | | | | |
| **Totals:** | | 2,361,300 | (449,000) | | | ($96,771,828.76) |
| **Shares Held** | | | 1,912,300 | | | |
| **Shares Held x $38.43043:** | | | $73,490,511 | | | |
| **Total (Costs) / Proceeds:** | | | ($96,771,829) | | | |
| **Total (Losses) / Profit:** | | | ($23,281,317) | | | |

[1] Post Class Period sale. The higher of the actual sale price or the average closing price of the stock from 02/03/10 thru the date of the sale was used in the calculations.

**Exhibit C**
**16**

## Toyota Motor Corp.
## Common Stock (JP3633400001)
## LIFO Losses

**Class Period: 05/10/05 - 02/02/10**
**$38.43043 Look Back Price 02/03/10 - 04/07/10 Converted from JPY to USD on Bloomberg**
**Share Holder: Commonwealth of MA Pension Reserves Investment Trust ("PRIM")**

| Trade Date | Transaction Type | Shares Bought | Shares Sold | Shares Held | Base Unit Price | (Costs) / Proceeds |
|---|---|---|---|---|---|---|
| | | | Sales Applied to Pre Class Period Shares | | | |
| **Beg. Balance** | | | | **1,072,700** | | |
| 05/31/05 | SALES | | (15,300) | 1,057,400 | $35.84 | $548,413.35 |
| 09/21/05 | SALES | | (39,600) | 1,017,800 | $43.62 | $1,727,362.34 |
| 09/22/05 | SALES | | (72,700) | 945,100 | $43.03 | $3,127,951.45 |
| 09/26/05 | SALES | | (54,300) | 890,800 | $44.13 | $2,396,086.43 |
| 04/19/06 | SALES | | (1,000) | 889,800 | $56.68 | $56,681.14 |
| 06/22/06 | SALES | | (13,100) | 876,700 | $50.40 | $660,233.19 |
| 07/05/06 | SALES | | (25,000) | 851,700 | $51.37 | $1,284,186.70 |
| 08/10/06 | SALES | | (24,000) | 827,700 | $54.63 | $1,311,137.09 |
| | | | **Class Period Trading** | | | |
| 06/17/05 | PURCHASES | 10,400 | | 10,400 | $36.10 | ($375,398.05) |
| 07/01/05 | PURCHASES | 14,200 | | 24,600 | $35.64 | ($506,121.02) |
| 08/30/05 | PURCHASES | 4,400 | | 29,000 | $40.65 | ($178,842.10) |
| 09/21/05 | SALES | | (29,000) | 0 | $43.62 | $1,264,987.57 |
| 11/17/05 | PURCHASES | 17,000 | | 17,000 | $47.02 | ($799,298.38) |
| 12/30/05 | PURCHASES | 4,100 | | 21,100 | $51.53 | ($211,288.06) |
| 02/17/06 | PURCHASES | 12,700 | | 33,800 | $54.45 | ($691,476.46) |
| 04/04/06 | PURCHASES | 14,900 | | 48,700 | $55.24 | ($823,015.71) |
| 04/12/06 | SALES | | (27,200) | 21,500 | $56.94 | $1,548,786.14 |
| 04/19/06 | SALES | | (21,500) | 0 | $56.68 | $1,218,644.60 |
| 05/15/06 | PURCHASES | 3,900 | | 3,900 | $56.60 | ($220,757.19) |
| 06/22/06 | SALES | | (3,900) | 0 | $50.40 | $196,557.97 |
| 08/16/06 | PURCHASES | 20,400 | | 20,400 | $55.45 | ($1,131,179.78) |
| 08/16/06 | PURCHASES | 402,800 | | 423,200 | $54.92 | ($22,122,982.39) |
| 09/11/06 | PURCHASES | 4,600 | | 427,800 | $52.41 | ($241,080.03) |
| 09/11/06 | PURCHASES | 8,000 | | 435,800 | $52.40 | ($419,205.75) |
| 09/28/06 | PURCHASES | 15,900 | | 451,700 | $54.30 | ($863,311.93) |
| 10/13/06 | PURCHASES | 18,000 | | 469,700 | $57.94 | ($1,042,975.22) |
| 02/01/07 | PURCHASES | 11,300 | | 481,000 | $65.72 | ($742,683.55) |
| 02/21/07 | SALES | | (400) | 480,600 | $67.52 | $27,009.38 |
| 02/21/07 | SALES | | (10,900) | 469,700 | $67.61 | $736,906.46 |
| 03/19/07 | PURCHASES | 1,700 | | 471,400 | $65.13 | ($110,719.90) |
| 03/30/07 | SALES | | (11,400) | 460,000 | $64.42 | $734,410.52 |
| 04/02/07 | SALES | | (6,800) | 453,200 | $64.06 | $435,627.91 |
| 04/03/07 | SALES | | (6,900) | 446,300 | $62.20 | $429,203.58 |
| 04/05/07 | SALES | | (7,200) | 439,100 | $62.94 | $453,166.14 |
| 04/12/07 | SALES | | (21,600) | 417,500 | $62.07 | $1,340,708.54 |
| 04/13/07 | SALES | | (2,700) | 414,800 | $60.28 | $162,755.77 |
| 04/13/07 | SALES | | (7,700) | 407,100 | $60.84 | $468,465.19 |

**Exhibit C**
**17**

| Date | Type | Purchases | Sales | Balance | Price | Amount |
|---|---|---|---|---|---|---|
| 04/13/07 | SALES | | (9,200) | 397,900 | $59.79 | $550,065.69 |
| 04/16/07 | SALES | | (6,000) | 391,900 | $60.12 | $360,716.51 |
| 04/17/07 | PURCHASES | 86,700 | | 478,600 | $61.05 | ($5,292,930.44) |
| 04/26/07 | SALES | | (47,200) | 431,400 | $60.59 | $2,859,994.08 |
| 05/07/07 | SALES | | (1,500) | 429,900 | $60.78 | $91,172.18 |
| 05/10/07 | SALES | | (31,500) | 398,400 | $59.10 | $1,861,541.83 |
| 05/11/07 | SALES | | (14,500) | 383,900 | $59.28 | $859,577.02 |
| 05/31/07 | SALES | | (37,100) | 346,800 | $59.94 | $2,223,956.49 |
| 06/07/07 | SALES | | (8,400) | 338,400 | $62.53 | $525,277.07 |
| 07/25/07 | SALES | | (20,800) | 317,600 | $61.42 | $1,277,611.82 |
| 08/08/07 | SALES | | (1,500) | 316,100 | $60.83 | $91,245.34 |
| 08/13/07 | PURCHASES | 7,200 | | 323,300 | $60.13 | ($432,965.81) |
| 08/23/07 | SALES | | (900) | 322,400 | $57.40 | $51,657.56 |
| 08/28/07 | PURCHASES | 1,300 | | 323,700 | $57.39 | ($74,606.70) |
| 08/29/07 | PURCHASES | 8,500 | | 332,200 | $56.22 | ($477,865.77) |
| 09/28/07 | SALES | | (300) | 331,900 | $58.95 | $17,684.65 |
| 09/28/07 | SALES | | (700) | 331,200 | $58.95 | $41,264.18 |
| 09/28/07 | SALES | | (2,600) | 328,600 | $58.95 | $153,266.96 |
| 09/28/07 | SALES | | (6,200) | 322,400 | $58.95 | $365,482.76 |
| 10/11/07 | PURCHASES | 23,800 | | 346,200 | $56.69 | ($1,349,242.99) |
| 10/12/07 | PURCHASES | 11,900 | | 358,100 | $55.96 | ($665,904.59) |
| 10/15/07 | PURCHASES | 14,800 | | 372,900 | $55.15 | ($816,280.71) |
| 10/17/07 | PURCHASES | 1,900 | | 374,800 | $53.83 | ($102,271.37) |
| 10/17/07 | PURCHASES | 3,100 | | 377,900 | $53.83 | ($166,863.81) |
| 10/17/07 | PURCHASES | 36,400 | | 414,300 | $53.83 | ($1,959,304.11) |
| 10/17/07 | PURCHASES | 84,500 | | 498,800 | $54.00 | ($4,562,869.79) |
| 10/25/07 | PURCHASES | 10,600 | | 509,400 | $52.59 | ($557,445.56) |
| 10/29/07 | PURCHASES | 9,800 | | 519,200 | $56.53 | ($554,021.92) |
| 10/30/07 | PURCHASES | 9,100 | | 528,300 | $55.95 | ($509,100.59) |
| 11/01/07 | PURCHASES | 20,200 | | 548,500 | $58.68 | ($1,185,419.10) |
| 11/05/07 | PURCHASES | 1,000 | | 549,500 | $56.63 | ($56,629.48) |
| 11/06/07 | PURCHASES | 14,500 | | 564,000 | $56.02 | ($812,324.32) |
| 11/07/07 | PURCHASES | 12,100 | | 576,100 | $56.93 | ($688,862.28) |
| 11/26/07 | SALES | | (4,800) | 571,300 | $55.74 | $267,531.24 |
| 12/06/07 | PURCHASES | 12,800 | | 584,100 | $55.82 | ($714,507.03) |
| 12/10/07 | PURCHASES | 15,400 | | 599,500 | $56.68 | ($872,911.39) |
| 12/11/07 | PURCHASES | 12,600 | | 612,100 | $57.24 | ($721,210.14) |
| 12/12/07 | SALES | | (58,300) | 553,800 | $56.31 | $3,282,701.60 |
| 12/18/07 | PURCHASES | 17,000 | | 570,800 | $52.94 | ($900,041.12) |
| 12/19/07 | PURCHASES | 6,500 | | 577,300 | $52.98 | ($344,357.94) |
| 12/19/07 | SALES | | (600) | 576,700 | $52.58 | $31,546.91 |
| 12/19/07 | SALES | | (6,600) | 570,100 | $52.58 | $347,016.01 |
| 12/19/07 | SALES | | (24,500) | 545,600 | $53.11 | $1,301,133.63 |
| 01/04/08 | SALES | | (7,300) | 538,300 | $53.41 | $389,890.96 |
| 01/04/08 | SALES | | (14,900) | 523,400 | $53.41 | $795,804.83 |
| 01/21/08 | PURCHASES | 8,100 | | 531,500 | $50.26 | ($407,090.02) |
| 01/23/08 | PURCHASES | 11,900 | | 543,400 | $48.43 | ($576,314.29) |
| 01/25/08 | PURCHASES | 9,800 | | 553,200 | $50.96 | ($499,384.41) |
| 01/30/08 | PURCHASES | 8,200 | | 561,400 | $51.43 | ($421,755.85) |
| 02/01/08 | PURCHASES | 5,700 | | 567,100 | $54.55 | ($310,910.26) |
| 02/05/08 | PURCHASES | 10,200 | | 577,300 | $54.19 | ($552,693.26) |

**Exhibit C**
**18**

| Date | Type | Purchases | Sales | Balance | Price | Value |
|---|---|---|---|---|---|---|
| 02/18/08 | PURCHASES | 6,800 | | 584,100 | $57.03 | ($387,779.11) |
| 02/19/08 | PURCHASES | 6,600 | | 590,700 | $59.14 | ($390,356.19) |
| 02/29/08 | PURCHASES | 12,900 | | 603,600 | $55.26 | ($712,827.37) |
| 03/04/08 | PURCHASES | 10,900 | | 614,500 | $53.79 | ($586,345.55) |
| 03/14/08 | PURCHASES | 20,800 | | 635,300 | $51.53 | ($1,071,763.58) |
| 05/13/08 | PURCHASES | 5,100 | | 640,400 | $50.52 | ($257,654.69) |
| 05/14/08 | PURCHASES | 13,600 | | 654,000 | $50.17 | ($682,293.69) |
| 05/14/08 | PURCHASES | 200,300 | | 854,300 | $50.33 | ($10,080,583.43) |
| 05/23/08 | PURCHASES | 28,000 | | 882,300 | $49.72 | ($1,392,145.50) |
| 05/28/08 | PURCHASES | 16,800 | | 899,100 | $48.40 | ($813,149.25) |
| 06/25/08 | SALES | | (9,800) | 889,300 | $47.38 | $464,334.54 |
| 06/26/08 | SALES | | (7,100) | 882,200 | $48.27 | $342,686.90 |
| 06/27/08 | SALES | | (18,600) | 863,600 | $47.59 | $885,248.94 |
| 07/08/08 | SALES | | (5,300) | 858,300 | $46.20 | $244,845.09 |
| 07/14/08 | SALES | | (19,100) | 839,200 | $45.48 | $868,723.43 |
| 07/17/08 | SALES | | (14,400) | 824,800 | $44.58 | $641,919.77 |
| 07/18/08 | SALES | | (8,200) | 816,600 | $44.08 | $361,458.28 |
| 07/18/08 | SALES | | (13,000) | 803,600 | $44.10 | $573,322.71 |
| 08/08/08 | PURCHASES | 27,600 | | 831,200 | $43.32 | ($1,195,759.13) |
| 08/14/08 | SALES | | (8,900) | 822,300 | $45.02 | $400,646.18 |
| 08/22/08 | PURCHASES | 1,600 | | 823,900 | $43.39 | ($69,422.84) |
| 08/26/08 | SALES | | (5,500) | 818,400 | $44.25 | $243,367.83 |
| 08/28/08 | SALES | | (7,600) | 810,800 | $43.54 | $330,940.84 |
| 09/02/08 | PURCHASES | 5,100 | | 815,900 | $44.29 | ($225,898.34) |
| 09/05/08 | PURCHASES | 10,100 | | 826,000 | $44.76 | ($452,084.50) |
| 09/18/08 | PURCHASES | 7,300 | | 833,300 | $42.46 | ($309,989.19) |
| 09/26/08 | PURCHASES | 14,000 | | 847,300 | $44.91 | ($628,688.82) |
| 10/03/08 | PURCHASES | 23,300 | | 870,600 | $39.49 | ($920,229.80) |
| 10/07/08 | PURCHASES | 5,100 | | 875,700 | $35.41 | ($180,594.64) |
| 10/09/08 | SALES | | (50,300) | 825,400 | $33.78 | $1,699,005.13 |
| 10/14/08 | SALES | | (31,200) | 794,200 | $35.98 | $1,122,552.29 |
| 10/20/08 | PURCHASES | 9,500 | | 803,700 | $35.03 | ($332,748.23) |
| 10/24/08 | SALES | | (19,000) | 784,700 | $35.18 | $668,446.77 |
| 11/04/08 | PURCHASES | 41,500 | | 826,200 | $38.61 | ($1,602,477.27) |
| 11/05/08 | PURCHASES | 88,800 | | 915,000 | $41.48 | ($3,683,189.04) |
| 11/06/08 | SALES | | (7,800) | 907,200 | $33.46 | $260,949.72 |
| 11/07/08 | SALES | | (29,900) | 877,300 | $34.20 | $1,022,710.01 |
| 11/10/08 | SALES | | (15,500) | 861,800 | $35.22 | $545,896.11 |
| 11/12/08 | SALES | | (17,000) | 844,800 | $33.79 | $574,500.35 |
| 11/17/08 | SALES | | (16,500) | 828,300 | $32.30 | $532,884.17 |
| 11/20/08 | SALES | | (14,400) | 813,900 | $31.21 | $449,391.86 |
| 11/25/08 | PURCHASES | 7,000 | | 820,900 | $32.75 | ($229,225.36) |
| 12/02/08 | SALES | | (2,800) | 818,100 | $30.42 | $85,182.69 |
| 12/04/08 | SALES | | (32,000) | 786,100 | $29.47 | $943,192.96 |
| 12/05/08 | SALES | | (17,100) | 769,000 | $29.28 | $500,717.96 |
| 12/15/08 | PURCHASES | 11,700 | | 780,700 | $31.63 | ($370,071.44) |
| 12/15/08 | SALES | | (17,000) | 763,700 | $32.55 | $553,434.73 |
| 01/22/09 | SALES | | (74,500) | 689,200 | $32.13 | $2,393,723.96 |
| 02/02/09 | SALES | | (20,600) | 668,600 | $31.90 | $657,240.82 |
| 02/03/09 | PURCHASES | 120,600 | | 789,200 | $32.72 | ($3,945,724.59) |
| 02/09/09 | PURCHASES | 1,500 | | 790,700 | $34.99 | ($52,490.14) |

**Exhibit C**
**19**

| Date | Type | Purchases | Sales | Shares | Price | Amount |
|---|---|---|---|---|---|---|
| 02/09/09 | PURCHASES | 6,000 | | 796,700 | $34.99 | ($209,960.58) |
| 02/09/09 | PURCHASES | 24,600 | | 821,300 | $35.02 | ($861,506.17) |
| 02/09/09 | SALES | | (14,400) | 806,900 | $34.99 | $503,905.41 |
| 03/03/09 | SALES | | (60,500) | 746,400 | $30.61 | $1,852,118.02 |
| 03/09/09 | PURCHASES | 7,400 | | 753,800 | $28.93 | ($214,077.77) |
| 03/17/09 | SALES | | (69,100) | 684,700 | $30.15 | $2,083,557.58 |
| 04/03/09 | PURCHASES | 78,300 | | 763,000 | $37.06 | ($2,901,585.81) |
| 04/08/09 | PURCHASES | 95,500 | | 858,500 | $37.45 | ($3,576,778.02) |
| 04/14/09 | PURCHASES | 9,000 | | 867,500 | $38.67 | ($348,028.38) |
| 05/08/09 | SALES | | (4,500) | 863,000 | $40.33 | $181,491.95 |
| 05/21/09 | SALES | | (19,200) | 843,800 | $37.91 | $727,852.01 |
| 06/02/09 | PURCHASES | 35,800 | | 879,600 | $40.62 | ($1,454,306.62) |
| 06/05/09 | PURCHASES | 14,600 | | 894,200 | $39.15 | ($571,588.76) |
| 07/01/09 | SALES | | (76,300) | 817,900 | $37.71 | $2,877,327.78 |
| 07/16/09 | PURCHASES | 16,200 | | 834,100 | $37.84 | ($613,023.24) |
| 07/21/09 | PURCHASES | 16,600 | | 850,700 | $38.32 | ($636,106.64) |
| 07/24/09 | PURCHASES | 20,700 | | 871,400 | $39.49 | ($817,545.20) |
| 07/27/09 | PURCHASES | 14,500 | | 885,900 | $39.86 | ($577,985.83) |
| 07/27/09 | SALES | | (13,100) | 872,800 | $39.82 | $521,580.08 |
| 07/31/09 | PURCHASES | 21,300 | | 894,100 | $41.78 | ($889,846.10) |
| 08/04/09 | PURCHASES | 17,800 | | 911,900 | $42.93 | ($764,164.11) |
| 08/14/09 | SALES | | (4,300) | 907,600 | $43.37 | $186,507.63 |
| 09/02/09 | PURCHASES | 52,800 | | 960,400 | $42.50 | ($2,244,250.69) |
| 09/10/09 | PURCHASES | 7,400 | | 967,800 | $42.47 | ($314,291.21) |
| 09/11/09 | PURCHASES | 24,700 | | 992,500 | $42.77 | ($1,056,420.63) |
| 10/01/09 | PURCHASES | 7,200 | | 999,700 | $39.17 | ($282,006.35) |
| 10/05/09 | SALES | | (2,700) | 997,000 | $37.75 | $101,926.20 |
| 10/06/09 | PURCHASES | 25,700 | | 1,022,700 | $38.24 | ($982,801.13) |
| 10/13/09 | PURCHASES | 11,900 | | 1,034,600 | $40.28 | ($479,319.39) |
| 10/26/09 | PURCHASES | 8,900 | | 1,043,500 | $39.61 | ($352,510.43) |
| 11/09/09 | SALES | | (3,400) | 1,040,100 | $39.59 | $134,600.14 |
| 11/10/09 | SALES | | (7,800) | 1,032,300 | $38.44 | $299,828.53 |
| 11/11/09 | SALES | | (12,500) | 1,019,800 | $38.17 | $477,088.51 |
| 11/16/09 | SALES | | (2,800) | 1,017,000 | $39.56 | $110,780.64 |
| 11/18/09 | SALES | | (6,000) | 1,011,000 | $39.53 | $237,151.67 |
| 11/30/09 | PURCHASES | 35,400 | | 1,046,400 | $39.90 | ($1,412,485.70) |
| 12/04/09 | SALES | | (12,000) | 1,034,400 | $41.37 | $496,408.33 |
| 12/07/09 | PURCHASES | 3,400 | | 1,037,800 | $42.05 | ($142,962.31) |
| 12/07/09 | PURCHASES | 48,800 | | 1,086,600 | $42.38 | ($2,068,257.95) |
| 12/08/09 | PURCHASES | 600 | | 1,087,200 | $42.32 | ($25,390.18) |
| 12/09/09 | PURCHASES | 200 | | 1,087,400 | $42.08 | ($8,415.31) |
| 12/17/09 | PURCHASES | 8,500 | | 1,095,900 | $41.98 | ($356,814.45) |
| 01/27/10 | SALES | | (15,400) | 1,080,500 | $41.86 | $644,618.13 |
| 02/02/10 | PURCHASES | 11,100 | | 1,091,600 | $40.07 | ($444,732.08) |
| | | | | | | |
| Totals: | | 2,361,300 | (1,269,700) | | | ($56,679,637.51) |
| Shares Held | | | 1,091,600 | | | |
| Shares Held x $38.43043: | | | $41,950,657 | | | |
| Total (Costs) / Proceeds: | | | ($56,679,638) | | | |
| Total (Losses) / Profit: | | | ($14,728,980) | | | |

**Exhibit C**
**20**