# EXHIBIT A



5 of 6 DOCUMENTS

Copyright 2010 Business Wire, Inc.
Business Wire

February 8, 2010 Monday 11:57 PM GMT

**DISTRIBUTION:** Business Editors; Financial Analysts; Legal Editors

**LENGTH:** 586 words

**HEADLINE:** Coughlin Stoia Geller Rudman & Robbins LLP Files Class Action Suit Against Toyota Motor Corporation

**DATELINE:** SAN DIEGO

**BODY:**

Coughlin Stoia Geller Rudman & Robbins LLP ("Coughlin Stoia") ( http://www.csgrr.com/cases/toyota/ ) today announced that a class action has been commenced in the United States District Court for the Central District of California on behalf of purchasers of Toyota Motor Corporation ("Toyota") (NYSE:TM) publicly traded securities, including American Depositary Shares ("ADSs"), during the period between August 4, 2009 and February 2, 2010 (the "Class Period").

If you wish to serve as lead plaintiff, you must move the Court no later than 60 days from today. If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact plaintiff's counsel, Darren Robbins of Coughlin Stoia at 800/449-4900 or 619/231-1058, or via e-mail at djr@csgrr.com If you are a member of this class, you can view a copy of the complaint as filed or join this class action online at http://www.csgrr.com/cases/toyota/ . Any member of the putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member.

The complaint charges Toyota, certain of its affiliates and certain of their officers and directors with violations of the Securities Exchange Act of 1934. Toyota operates in the automotive industry worldwide.

The complaint alleges that during the Class Period, defendants issued materially false and misleading statements regarding the Company's operations and its business and financial results and outlook. Defendants misled investors by failing to disclose that there was a major design defect in Toyota's acceleration system, which could cause unintended acceleration. As a result of defendants' false statements, Toyota's securities traded at artificially inflated prices during the Class Period, reaching a high of $91.78 per ADS on January 19, 2010.

On January 21, 2010, Toyota announced it would be recalling 2.3 million Toyota brand vehicles in North America because of problems with the accelerator pedal sticking. On February 2, 2010, after the market closed, Toyota reported that its U.S. sales for January 2010 had dropped by 16% from a year ago due to the recall and subsequent sales suspension of its most popular models. Then, on February 3, 2010, before the market opened, Toyota announced that it

Coughlin Stoia Geller Rudman & Robbins LLP Files Class Action Suit Against Toyota Motor Corporation Business Wire February 8, 2010 Monday 11:57 PM GMT

had received reports of brake problems in its 2010 model year Prius hybrid. As a result of this news, Toyota's ADSs fell $4.69 per share, closing at $73.49 per share on February 3, 2010, on high volume. Toyota's common stock also dropped approximately 6%.

Plaintiff seeks to recover damages on behalf of all purchasers of Toyota publicly traded securities, including ADSs, during the Class Period (the "Class"). The plaintiff is represented by Coughlin Stoia, which has expertise in prosecuting investor class actions and extensive experience in actions involving financial fraud.

Coughlin Stoia, a 180-lawyer firm with offices in San Diego, San Francisco, New York, Boca Raton, Washington, D.C., Philadelphia and Atlanta, is active in major litigations pending in federal and state courts throughout the United States and has taken a leading role in many important actions on behalf of defrauded investors, consumers, and companies, as well as victims of human rights violations. The Coughlin Stoia Web site ( http://www.csgrr.com ) has more information about the firm.


CONTACT: Coughlin Stoia Geller Rudman & Robbins LLP
Darren Robbins, 800-449-4900 or 619-231-1058
djr@csgrr.com

**URL:** http://www.businesswire.com

**LOAD-DATE:** February 9, 2010