# EXHIBIT B

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

OMERS ADMINISTRATION CORPORATION, THE ADMINISTRATOR OF THE PENSION PLANS OF THE ONTARIO MUNICIPAL EMPLOYEES RETIREMENT SYSTEM ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|----------|-------------|------|-----------------|

*See* attached Schedule A.

5. Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws except as detailed below during the three years prior to the date of this Certification:

Not applicable

6. The Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

TOYOTA

except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ⁹ᵗʰ day of April, 2010.

OMERS ADMINISTRATION CORPORATION, THE ADMINISTRATOR OF THE PENSION PLANS OF THE ONTARIO MUNICIPAL EMPLOYEES RETIREMENT SYSTEM

By: _____
James A. Roks, Vice President, Legal and Corporate Secretary

By: _____
Walter C. Lehman, Vice President, Legal and Policy

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Acquisitions**

| Date Acquired | Type/Amount of Securities Acquired | Price Per Share |
|---|---|---|
| 07/26/2005 | 34,600 | ¥ 4,174.54 |
| 07/28/2005 | 5,200 | ¥ 4,240.82 |
| 07/28/2005 | 9,100 | ¥ 4,240.55 |
| 08/05/2005 | 42,000 | ¥ 4,195.42 |
| 08/08/2005 | 10,200 | ¥ 4,173.76 |
| 08/10/2005 | 34,700 | ¥ 4,316.91 |
| 10/04/2005 | 34,200 | ¥ 5,278.74 |
| 11/17/2005 | 9,800 | ¥ 5,579.81 |
| 02/17/2006 | 3,800 | ¥ 6,449.79 |
| 03/24/2006 | 500 | ¥ 6,330.00 |
| 04/18/2006 | 1,900 | ¥ 6,663.68 |
| 06/06/2006 | 15,500 | ¥ 6,024.52 |
| 06/27/2006 | 10,000 | ¥ 5,824.95 |
| 06/28/2006 | 9,300 | ¥ 5,708.40 |
| 07/07/2006 | 23,500 | ¥ 5,990.13 |
| 08/08/2006 | 9,600 | ¥ 6,155.94 |
| 09/22/2006 | 22,200 | ¥ 6,286.32 |
| 10/24/2006 | 18,100 | ¥ 7,030.00 |
| 10/24/2006 | 21,300 | ¥ 6,990.94 |
| 11/21/2006 | 4,100 | ¥ 6,931.95 |
| 03/06/2007 | 35,200 | ¥ 7,640.37 |
| 03/07/2007 | 24,900 | ¥ 7,789.48 |
| 04/18/2007 | 15,100 | ¥ 7,291.61 |
| 04/19/2007 | 19,900 | ¥ 7,279.36 |
| 04/20/2007 | 19,900 | ¥ 7,363.80 |
| 05/25/2007 | 7,700 | ¥ 7,282.46 |
| 06/20/2007 | 18,000 | ¥ 7,750.26 |
| 06/22/2007 | 10,700 | ¥ 7,660.98 |
| 07/03/2007 | 7,500 | ¥ 7,824.95 |
| 07/04/2007 | 9,300 | ¥ 7,859.11 |
| 07/24/2007 | 1,200 | ¥ 7,490.00 |
| 07/31/2007 | 20,300 | ¥ 7,249.62 |
| 08/01/2007 | 7,100 | ¥ 7,160.75 |
| 08/01/2007 | 11,000 | ¥ 7,135.55 |
| 08/01/2007 | 13,800 | ¥ 7,202.07 |
| 08/06/2007 | 14,100 | ¥ 7,080.00 |
| 10/11/2007 | 8,200 | ¥ 6,666.00 |
| 10/12/2007 | 4,000 | ¥ 6,570.91 |
| 10/16/2007 | 5,000 | ¥ 6,478.13 |
| 10/19/2007 | 41,200 | ¥ 6,262.81 |
| 10/22/2007 | 7,100 | ¥ 6,088.56 |
| 10/22/2007 | 10,400 | ¥ 6,074.94 |
| 10/24/2007 | 4,500 | ¥ 6,118.76 |

7

| Date Acquired | Type/Amount of Securities Acquired | Price Per Share |
|---|---|---|
| 10/24/2007 | 15,900 | ¥ 6,165.45 |
| 10/25/2007 | 3,500 | ¥ 6,008.05 |
| 10/29/2007 | 3,100 | ¥ 6,484.03 |
| 10/29/2007 | 4,700 | ¥ 6,457.50 |
| 10/30/2007 | 3,200 | ¥ 6,418.30 |
| 11/01/2007 | 6,800 | ¥ 6,741.34 |
| 11/01/2007 | 58,900 | ¥ 6,722.72 |
| 11/06/2007 | 42,800 | ¥ 6,401.87 |
| 11/07/2007 | 4,200 | ¥ 6,445.42 |
| 11/08/2007 | 11,700 | ¥ 6,284.27 |
| 12/06/2007 | 4,100 | ¥ 6,215.93 |
| 12/10/2007 | 5,100 | ¥ 6,331.72 |
| 12/11/2007 | 4,200 | ¥ 6,388.72 |
| 12/18/2007 | 6,000 | ¥ 5,993.74 |
| 12/19/2007 | 1,200 | ¥ 6,005.34 |
| 01/21/2008 | 5,100 | ¥ 5,319.06 |
| 01/23/2008 | 4,200 | ¥ 5,120.24 |
| 01/25/2008 | 3,300 | ¥ 5,467.75 |
| 01/30/2008 | 3,100 | ¥ 5,521.14 |
| 02/05/2008 | 3,500 | ¥ 5,793.25 |
| 02/07/2008 | 70,200 | ¥ 5,866.00 |
| 02/18/2008 | 2,300 | ¥ 6,170.25 |
| 02/19/2008 | 2,200 | ¥ 6,360.14 |
| 02/20/2008 | 62,300 | ¥ 6,206.00 |
| 02/21/2008 | 64,200 | ¥ 6,079.00 |
| 02/29/2008 | 4,500 | ¥ 5,752.63 |
| 03/04/2008 | 3,700 | ¥ 5,529.13 |
| 03/14/2008 | 7,200 | ¥ 5,163.27 |
| 04/30/2008 | 20,700 | ¥ 5,290.91 |
| 05/09/2008 | 43,400 | ¥ 5,319.12 |
| 05/22/2008 | 9,400 | ¥ 5,149.94 |
| 06/04/2008 | 29,300 | ¥ 5,518.77 |
| 06/11/2008 | 12,300 | ¥ 5,540.83 |
| 06/24/2008 | 17,400 | ¥ 5,241.56 |
| 06/25/2008 | 8,800 | ¥ 5,180.00 |
| 06/26/2008 | 8,100 | ¥ 5,177.19 |
| 06/26/2008 | 9,000 | ¥ 5,160.00 |
| 06/26/2008 | 13,700 | ¥ 5,177.19 |
| 06/27/2008 | 4,000 | ¥ 5,050.00 |
| 06/27/2008 | 9,600 | ¥ 5,051.81 |
| 07/22/2008 | 17,600 | ¥ 4,821.22 |
| 07/22/2008 | 18,900 | ¥ 4,821.22 |
| 08/25/2008 | 16,700 | ¥ 4,926.00 |
| 09/16/2008 | 8,100 | ¥ 4,518.71 |
| 09/22/2008 | 39,700 | ¥ 4,870.64 |
| 10/15/2008 | 70,400 | ¥ 3,580.62 |
| 12/08/2008 | 2,900 | ¥ 2,627.00 |
| 12/18/2008 | 5,800 | ¥ 2,951.18 |
| 12/19/2008 | 11,700 | ¥ 2,948.34 |

| Date Acquired | Type/Amount of Securities Acquired | Price Per Share |
|---|---|---|
| 01/16/2009 | 16,800 | ¥2,980.68 |
| 02/12/2009 | 3,700 | ¥3,054.59 |
| 04/03/2009 | 19,900 | ¥3,694.24 |
| 04/16/2009 | 13,300 | ¥3,832.00 |
| 04/23/2009 | 1,200 | ¥3,858.71 |
| 05/11/2009 | 3,600 | ¥3,860.00 |
| 05/20/2009 | 31,300 | ¥3,631.31 |
| 06/02/2009 | 9,400 | ¥3,898.60 |
| 06/09/2009 | 900 | ¥3,887.08 |
| 06/11/2009 | 20,500 | ¥3,860.52 |
| 07/02/2009 | 42,600 | ¥3,642.61 |
| 07/03/2009 | 5,900 | ¥3,600.00 |
| 07/15/2009 | 54,100 | ¥3,495.27 |
| 07/16/2009 | 6,900 | ¥3,542.86 |
| 07/21/2009 | 4,200 | ¥3,588.83 |
| 07/23/2009 | 12,200 | ¥3,652.60 |
| 07/23/2009 | 71,000 | ¥3,667.31 |
| 07/24/2009 | 5,200 | ¥3,740.37 |
| 07/27/2009 | 3,900 | ¥3,799.36 |
| 07/31/2009 | 5,500 | ¥3,976.94 |
| 07/31/2009 | 16,900 | ¥3,971.12 |
| 08/03/2009 | 53,300 | ¥4,060.05 |
| 08/04/2009 | 4,500 | ¥4,090.64 |
| 10/14/2009 | 191,500 | ¥3,594.77 |
| 10/16/2009 | 500 | ¥3,625.20 |
| 10/26/2009 | 3,700 | ¥3,642.15 |
| 10/28/2009 | 21,900 | ¥3,620.54 |
| 11/10/2009 | 10,300 | ¥3,462.14 |
| 01/14/2010 | 100,000 | ¥4,107.74 |
| 02/02/2010 | 120,000 | ¥3,619.72 |

Sales

| Date Sold | Type/Amount of Securities Sold | Price Per Share |
|---|---|---|
| 10/11/2005 | 11,800 | ¥5,169.39 |
| 10/17/2005 | 43,900 | ¥5,262.15 |
| 10/24/2005 | 7,200 | ¥5,043.19 |
| 04/11/2006 | 8,100 | ¥6,828.03 |
| 04/25/2006 | 6,700 | ¥6,682.03 |
| 06/26/2006 | 7,800 | ¥5,787.66 |
| 07/03/2006 | 7,100 | ¥5,993.38 |
| 08/16/2006 | 18,900 | ¥6,340.00 |
| 12/14/2006 | 8,400 | ¥7,335.95 |
| 01/10/2007 | 11,500 | ¥7,738.48 |
| 01/10/2007 | 15,600 | ¥7,730.51 |
| 01/17/2007 | 6,900 | ¥7,897.51 |

| Date Sold | Type/Amount of Securities Sold | Price Per Share |
|---|---|---|
| 01/18/2007 | 4,700 | ¥7,962.43 |
| 02/14/2007 | 34,500 | ¥8,193.92 |
| 02/16/2007 | 13,800 | ¥8,160.00 |
| 02/27/2007 | 9,100 | ¥8,319.51 |
| 02/28/2007 | 18,200 | ¥8,013.54 |
| 03/01/2007 | 9,300 | ¥7,892.49 |
| 03/02/2007 | 11,100 | ¥7,716.46 |
| 03/12/2007 | 10,600 | ¥7,914.29 |
| 03/20/2007 | 24,800 | ¥7,762.32 |
| 03/22/2007 | 28,800 | ¥7,816.85 |
| 03/23/2007 | 17,400 | ¥7,845.55 |
| 04/02/2007 | 1,900 | ¥7,546.93 |
| 04/03/2007 | 2,300 | ¥7,388.83 |
| 04/04/2007 | 7,300 | ¥7,518.60 |
| 04/05/2007 | 2,300 | ¥7,461.19 |
| 07/03/2007 | 18,400 | ¥7,828.40 |
| 07/06/2007 | 18,300 | ¥7,775.28 |
| 07/11/2007 | 11,500 | ¥7,689.40 |
| 07/24/2007 | 85,300 | ¥7,490.00 |
| 07/25/2007 | 7,500 | ¥7,386.50 |
| 09/12/2007 | 3,000 | ¥6,450.67 |
| 02/13/2008 | 7,400 | ¥6,030.26 |
| 02/14/2008 | 10,000 | ¥5,983.46 |
| 02/15/2008 | 7,300 | ¥5,982.47 |
| 02/20/2008 | 3,100 | ¥6,186.49 |
| 02/21/2008 | 9,300 | ¥6,077.93 |
| 06/25/2008 | 5,700 | ¥5,124.50 |
| 06/27/2008 | 6,500 | ¥5,051.87 |
| 07/14/2008 | 6,700 | ¥4,841.88 |
| 07/16/2008 | 4,800 | ¥4,642.35 |
| 07/18/2008 | 4,700 | ¥4,707.20 |
| 08/15/2008 | 2,300 | ¥4,975.08 |
| 10/03/2008 | 34,700 | ¥4,074.48 |
| 10/09/2008 | 17,800 | ¥3,400.21 |
| 10/14/2008 | 8,000 | ¥3,684.81 |
| 10/22/2008 | 54,600 | ¥3,637.00 |
| 10/24/2008 | 11,300 | ¥3,277.50 |
| 10/31/2008 | 10,200 | ¥3,824.82 |
| 11/06/2008 | 14,600 | ¥3,990.69 |
| 11/06/2008 | 16,100 | ¥3,972.29 |
| 11/10/2008 | 5,500 | ¥3,472.78 |
| 11/12/2008 | 6,700 | ¥3,230.21 |
| 11/12/2008 | 33,000 | ¥3,228.09 |
| 11/17/2008 | 6,800 | ¥3,119.31 |
| 11/20/2008 | 5,000 | ¥2,965.05 |
| 12/02/2008 | 1,000 | ¥2,846.78 |
| 12/02/2008 | 36,800 | ¥2,851.08 |
| 12/04/2008 | 6,000 | ¥2,753.36 |
| 12/11/2008 | 9,500 | ¥2,942.44 |

| Date Sold | Type/Amount of Securities Sold | Price Per Share |
|---|---|---|
| 12/15/2008 | 5,900 | ¥ 2,945.58 |
| 12/29/2008 | 29,800 | ¥ 2,855.31 |
| 12/29/2008 | 99,900 | ¥ 2,854.49 |
| 01/16/2009 | 500 | ¥ 2,941.00 |
| 02/02/2009 | 7,200 | ¥ 2,866.65 |
| 02/09/2009 | 5,100 | ¥ 3,207.85 |
| 02/13/2009 | 74,100 | ¥ 3,076.79 |
| 02/18/2009 | 73,900 | ¥ 3,039.00 |
| 02/19/2009 | 130,400 | ¥ 3,120.00 |
| 02/19/2009 | 139,100 | ¥ 3,120.00 |
| 02/20/2009 | 4,900 | ¥ 3,099.45 |
| 09/03/2009 | 56,300 | ¥ 3,860.21 |
| 12/16/2009 | 1,900 | ¥ 3,746.84 |
| 01/12/2010 | 6,600 | ¥ 4,056.44 |

Note: opening position of 435,400 shares.

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
| --- | --- | --- | --- |

*See* attached Schedule A.

5. (a) Plaintiff has been appointed to serve as a representative party for a class in the following actions filed under the federal securities laws during the three years prior to the date of this Certification:
*Rubin, et al. v. MF Global, Ltd., et al.*, No. 08-cv-02233-VM (S.D.N.Y.)
*Kuriakose v. Federal Home Loan Mortgage Company, et al.*, No. 1:08-cv-07281-JFK (S.D.N.Y.)


(b) Plaintiff is seeking to serve as a representative party for a class in the following actions filed under the federal securities laws:
*Garden City Employees' Retirement System v. Psychiatric Solutions, Inc., et al.*, No. 3:09-cv-00882-WJH (M.D. Tenn.)


(c) Plaintiff initially sought to serve as a representative party for a class in the following actions filed under the federal securities laws during the three years prior to the date of this Certification:
*Pappas v. Countrywide Financial Corp., et al.*, No. 07-cv-05295-MRP(MANx) (C.D. Cal.)
*Eastwood Enterprises, LLC v. Farha, et al.*, No. 8:07-CV-01940-SCB-MSS (M.D. Fla.)
*In re Schering-Plough Corp. Litig.*, No. 2:08-397(DMC) (D.N.J.)
*In re Bank of America Corp. Sec. Deriv and ERISA Litig.*, No. 1:09-md-02058-DC (S.D.N.Y.)

TOYOTA

6. The Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of APRIL, 2010.

CENTRAL STATES, SOUTHEAST AND
SOUTHWEST AREAS PENSION FUND

By: *Jama P. Condon*

Its: DEPUTY CHIEF LEGAL OFFICER AND SECRETARY TO THE BOARD OF TRUSTEES

## SCHEDULE A

## SECURITIES TRANSACTIONS

### Acquisitions

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 06/27/2005 | 135,200 | ¥ 3,900.00 |
| 06/29/2005 | 15,100 | ¥ 3,910.00 |
| 07/01/2005 | 6,800 | ¥ 3,980.00 |
| 07/01/2005 | 13,600 | ¥ 3,980.00 |
| 01/19/2006 | 109,000 | ¥ 5,886.96 |
| 01/20/2006 | 112,900 | ¥ 5,965.42 |
| 02/08/2006 | 14,600 | ¥ 6,120.00 |
| 02/24/2006 | 10,800 | ¥ 6,293.43 |
| 04/17/2007 | 21,800 | ¥ 7,270.31 |
| 04/17/2007 | 53,700 | ¥ 7,270.31 |
| 05/24/2007 | 1,000 | ¥ 7,377.61 |
| 05/24/2007 | 1,800 | ¥ 7,320.00 |
| 08/28/2007 | 200 | ¥ 6,596.67 |
| 08/28/2007 | 900 | ¥ 6,596.67 |
| 08/29/2007 | 1,600 | ¥ 6,470.02 |
| 08/29/2007 | 5,700 | ¥ 6,470.02 |
| 10/30/2007 | 5,200 | ¥ 6,419.55 |
| 10/31/2007 | 7,100 | ¥ 6,442.67 |
| 11/14/2007 | 9,300 | ¥ 6,220.00 |
| 12/12/2007 | 7,700 | ¥ 6,244.29 |
| 12/20/2007 | 700 | ¥ 5,950.00 |
| 12/21/2007 | 3,300 | ¥ 5,968.43 |
| 01/08/2008 | 5,200 | ¥ 5,657.35 |
| 01/10/2008 | 3,300 | ¥ 5,731.47 |
| 01/24/2008 | 6,200 | ¥ 5,222.29 |
| 01/25/2008 | 6,600 | ¥ 5,450.18 |
| 01/28/2008 | 1,400 | ¥ 5,399.83 |
| 01/28/2008 | 1,900 | ¥ 5,361.24 |
| 02/07/2008 | 83,700 | ¥ 5,800.00 |
| 04/01/2008 | 10,600 | ¥ 5,000.00 |
| 04/16/2008 | 5,800 | ¥ 4,897.30 |
| 06/03/2008 | 21,400 | ¥ 5,370.00 |
| 06/09/2008 | 2,900 | ¥ 5,429.87 |
| 06/11/2008 | 19,100 | ¥ 5,526.45 |
| 06/16/2008 | 2,900 | ¥ 5,628.32 |
| 09/10/2008 | 6,000 | ¥ 4,950.65 |
| 10/21/2008 | 2,600 | ¥ 3,793.19 |
| 10/22/2008 | 2,500 | ¥ 3,327.05 |
| 10/29/2008 | 9,100 | ¥ 3,449.68 |
| 10/30/2008 | 9,000 | ¥ 3,757.23 |
| 01/16/2009 | 2,400 | ¥ 2,918.96 |
| 01/16/2009 | 13,600 | ¥ 2,920.00 |
| 02/06/2009 | 10,600 | ¥ 3,109.46 |

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 02/19/2009 | 21,600 | ¥ 3,137.16 |
| 04/03/2009 | 10,600 | ¥ 3,691.99 |
| 04/06/2009 | 10,600 | ¥ 3,781.28 |
| 06/15/2009 | 80,500 | ¥ 3,910.00 |
| 07/30/2009 | 5,700 | ¥ 3,934.41 |
| 10/29/2009 | 12,400 | ¥ 3,590.70 |

Sales

| Date Sold | Type/Amount of Securities Sold | Price |
|---|---|---|
| 06/08/2005 | 8,200 | ¥ 3,847.68 |
| 09/12/2005 | 1,700 | ¥ 4,672.21 |
| 09/21/2005 | 32,600 | ¥ 4,849.05 |
| 09/21/2005 | 59,300 | ¥ 4,849.05 |
| 09/22/2005 | 34,600 | ¥ 4,798.42 |
| 09/22/2005 | 61,900 | ¥ 4,798.42 |
| 09/26/2005 | 25,800 | ¥ 4,957.65 |
| 09/26/2005 | 45,400 | ¥ 4,957.65 |
| 03/27/2006 | 1,800 | ¥ 6,369.70 |
| 04/25/2006 | 1,900 | ¥ 6,680.53 |
| 05/19/2006 | 5,900 | ¥ 6,078.85 |
| 06/08/2006 | 221,900 | ¥ 5,726.04 |
| 06/09/2006 | 4,600 | ¥ 5,750.00 |
| 06/13/2006 | 6,500 | ¥ 5,582.42 |
| 06/14/2006 | 5,300 | ¥ 5,538.71 |
| 02/28/2007 | 300 | ¥ 7,996.68 |
| 03/22/2007 | 1,800 | ¥ 7,812.49 |
| 03/26/2007 | 2,400 | ¥ 7,788.75 |
| 05/02/2007 | 1,022 | ¥ 7,229.47 |
| 05/25/2007 | 11,800 | ¥ 7,294.58 |
| 07/26/2007 | 846 | ¥ 7,402.10 |
| 10/25/2007 | 14,900 | ¥ 6,006.11 |
| 11/22/2007 | 10,200 | ¥ 5,859.49 |
| 11/26/2007 | 32,700 | ¥ 6,006.41 |
| 02/08/2008 | 5,100 | ¥ 5,977.19 |
| 02/18/2008 | 6,500 | ¥ 6,161.90 |
| 02/21/2008 | 2,100 | ¥ 6,110.00 |
| 02/25/2008 | 8,800 | ¥ 5,954.70 |
| 08/22/2008 | 1,300 | ¥ 4,780.00 |
| 11/12/2008 | 8,600 | ¥ 3,229.58 |
| 11/14/2008 | 3,800 | ¥ 3,176.15 |
| 12/05/2008 | 147,800 | ¥ 2,691.83 |
| 03/05/2009 | 32,500 | ¥ 3,016.73 |
| 04/14/2009 | 3,461 | ¥ 3,817.61 |
| 05/14/2009 | 14,600 | ¥ 3,516.89 |
| 06/08/2009 | 2,000 | ¥ 3,900.00 |

15

| Date Sold | Type/Amount of Securities Sold | Price |
|---|---|---|
| 06/25/2009 | 80,500 | ¥ 3,649.56 |
| 08/24/2009 | 18,000 | ¥ 4,080.79 |
| 10/09/2009 | 11,100 | ¥ 3,490.36 |
| 10/13/2009 | 2,500 | ¥ 3,560.00 |
| 10/22/2009 | 14,800 | ¥ 3,561.52 |
| 11/04/2009 | 12,600 | ¥ 3,623.17 |
| 11/09/2009 | 13,800 | ¥ 3,501.30 |
| 11/10/2009 | 400 | ¥ 3,490.00 |
| 11/11/2009 | 2,200 | ¥ 3,440.23 |
| 11/12/2009 | 27,500 | ¥ 3,510.00 |
| 11/13/2009 | 11,300 | ¥ 3,530.01 |
| 11/16/2009 | 2,200 | ¥ 3,522.00 |
| 11/16/2009 | 21,600 | ¥ 3,547.96 |
| 11/17/2009 | 2,900 | ¥ 3,580.00 |
| 01/12/2010 | 8,100 | ¥ 4,055.62 |
| 01/29/2010 | 8,700 | ¥ 3,513.57 |
| 02/01/2010 | 8,700 | ¥ 3,451.96 |

*Opening position of 364,700 shares.