# EXHIBIT C

| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN <br> & DOWD LLP |
| 2 | DARREN J. ROBBINS (168593) <br> darrenr@rgrdlaw.com |
| 3 | MICHAEL J. DOWD (135628) <br> miked@rgrdlaw.com |
| 4 | DAVID C. WALTON (167268) <br> davew@rgrdlaw.com |
| 5 | BRIAN O. O'MARA (229737) <br> bomara@rgrdlaw.com |
| 6 | MAUREEN E. MUELLER (253431) <br> mmueller@rgrdlaw.com |
| 7 | 655 West Broadway, Suite 1900 <br> San Diego, CA  92101 |
| 8 | Telephone:  619/231-1058 <br> 619/231-7423 (fax) |
| 9 | – and – |
| 10 | SHAWN A. WILLIAMS (213113) <br> shawnw@rgrdlaw.com |
| 11 | CHRISTOPHER M. WOOD (254908) <br> cwood@rgrdlaw.com |
| 12 | 100 Pine Street, Suite 2600 <br> San Francisco, CA  94111 <br> Telephone:  415/288-4545 |
| 13 | 415/288-4534 (fax) |
| 14 | [Proposed] Lead Counsel for Plaintiffs |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| HARRY STACKHOUSE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> TOYOTA MOTOR CORPORATION, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 10-cv-0922-DSF(AJWx) <br><br> <u>CLASS ACTION</u> <br><br> THE PENSION AND RETIREMENT FUNDS' JOINT DECLARATION IN SUPPORT OF THEIR MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF THEIR SELECTION OF LEAD COUNSEL |

1  James A. Roks, Walter C. Lehman, and James P. Condon, declare under penalty of perjury as follows:

2.  1. We, James A. Roks, Walter C. Lehman, and James P. Condon, on behalf of our respective entities, respectfully submit this Joint Declaration in support of the motion of the OMERS Administration Corporation, the administrator of the pension plans of the Ontario Municipal Employees Retirement System ("OMERS"), and Central States, Southeast and Southwest Areas Pension Fund ("Central States") (collectively, the "Pension and Retirement Funds"), for appointment as lead plaintiff in the above-captioned securities class actions on behalf of investors in Toyota Motor Corporation ("Toyota") securities pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). We are informed of and understand the requirements and duties imposed by the PSLRA. Each of us has personal knowledge about the information in this Joint Declaration relating to the fund with which we are individually associated.

2. We, James A. Roks and Walter C. Lehman, serve respectively as Vice President, Legal & Corporate Secretary, and Vice President, Legal & Policy of OMERS. With approximately $48 billion in investment assets, OMERS is one of Canada's largest pension funds and provides pension services and benefits to more than 400,000 active and retired members, and 928 employers. As set forth in the Memorandum of Law in Support of the Pension and Retirement Funds' Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Choice of Lead Counsel (the "Pension and Retirement Funds Memorandum"), OMERS purchased a significant amount of Toyota securities and suffered substantial losses in connection with the events at issue in this action. We are familiar with the responsibilities of serving as a lead plaintiff in an action under the PSLRA and have significant experience serving in a fiduciary capacity. After due consideration of its rights and responsibilities under the PSLRA, OMERS determined it would file a

motion for appointment as lead plaintiff jointly with Central States, the other member of the Pension and Retirement Funds.

3. I, James P. Condon, serve as the Deputy Chief Legal Officer and Secretary to the Board of Trustees of Central States, a Taft-Hartley defined-benefit fund. With approximately $20 billion in assets, Central States provides pension services and benefits to more than 360,000 participants. As set forth in the Pension and Retirement Funds Memorandum, Central States purchased a significant amount of Toyota securities and suffered substantial losses in connection with the events at issue in this action. I am thoroughly familiar with the responsibilities of serving as a lead plaintiff under the PSLRA and have significant experience serving in a fiduciary capacity. After due consideration, Central States determined to file a motion for appointment as lead plaintiff appointment jointly with OMERS, the other member of the Pension and Retirement Funds.

4. The Pension and Retirement Funds believe that the Toyota securities class action is a complex action of significant importance. The action seeks compensation for Toyota investors that experienced billions of dollars of losses and implicates serious safety and public policy concerns relevant to consumers and the investment community at large. Given the importance and the complexity of this action, each of us believes that this case requires dedicated and sophisticated institutional investor leadership committed to achieving the best possible outcome for Toyota investors. It is for these reasons, among others, that each of the Pension and Retirement Funds has decided to seek appointment as lead plaintiff in this action.

5. We understand that it is the lead plaintiff and lead counsel's obligation to vigorously prosecute this action on behalf of all class members and to maximize the recovery from culpable parties. The Pension and Retirement Funds are each dedicated to maximizing the recovery for members of the class and to achieving significant and progressive governance reform at Toyota, not only to protect its investors and other market participants from false and misleading public disclosures, but also to deter

- 2 -

similar misconduct in the future. Each of the Pension and Retirement Funds has also dedicated internal personnel to work on and supervise the litigation. For this purpose, Central States and OMERS each have in-house legal departments which have already spent substantial time and effort analyzing and reviewing this action and who are available to supervise the litigation.

6. Representatives of the Pension and Retirement Funds have conferred directly with one another and believe that their joint prosecution of this action will be in the best interests of class members. Notably, communications between the Pension and Retirement Funds took place without outside counsel present. As comparable pension funds providing benefits to hundreds of thousands of participants, the Pension and Retirement Funds recognize that they possess common views on appropriate corporate governance and shareholder rights and reflect their willingness and ability to continue such collaboration in the context of this litigation.

7. We understand that one of the roles of the lead plaintiff in a PSLRA action is to select and retain lead counsel and to supervise the prosecution of the action. We believe that it is essential to the satisfaction of the lead plaintiff's obligation to the class to select and retain lead counsel with experience in litigating complex securities class actions and that will operate pursuant to the lead plaintiff's direction and authority. One of the factors motivating each of the Pension and Retirement Funds to seek appointment as lead plaintiff in this action is to ensure that the action is prosecuted for the benefit of the class in an efficient and cost effective manner.

8. The Pension and Retirement Funds carefully selected able counsel to litigate this action. The Pension and Retirement Funds believe that Robbins Geller Rudman & Dowd LLP ("Robbins Geller") will be zealous advocates for the class. Robbins Geller is highly experienced in litigating complex securities class actions and we believe that class members' interests will be protected by this selection of counsel. We are aware of, among other things, Robbins Geller's success as sole lead counsel in

1 | large complex actions such as the *Enron* and *UnitedHealth* securities class actions
2 | where the Firm obtained the largest securities class action and largest options
3 | backdating recoveries ever.
4 |     9.     The Pension and Retirement Funds have retained and jointly conferred
5 | with our selected counsel, Robbins Geller, to discuss the substance of the litigation, as
6 | well as procedures for overseeing the prosecution of the action to ensure that the case
7 | is handled efficiently, without duplication of effort, and with the intent of obtaining
8 | the best possible outcome for class members. As part of these procedures, the Pension
9 | and Retirement Funds will continue to communicate regularly with each other and
10 | with counsel concerning the progress of the litigation, and have directed counsel to
11 | provide regular reports to us to further ensure the effective oversight and coordination
12 | of the case.
13 |     We declare under penalty of perjury under the laws of the United States of
14 | America that the foregoing is true to the best of our knowledge.
15 |     Executed this ___9th___ day of April, 2010.

_____
James P. Condon
Deputy Chief Legal Officer and
Secretary to the Board of Trustees
Central States, Southeast and
Southwest Areas Pension Fund

_____
James A. Roks
Vice President, Legal & Corporate Secretary
OMERS Administration Corporation


_____
Walter C. Lehman
Vice President, Legal & Policy
OMERS Administration Corporation

1 | large complex actions such as the *Enron* and *UnitedHealth* securities class actions where the Firm obtained the largest securities class action and largest options backdating recoveries ever.

9. The Pension and Retirement Funds have retained and jointly conferred with our selected counsel, Robbins Geller, to discuss the substance of the litigation, as well as procedures for overseeing the prosecution of the action to ensure that the case is handled efficiently, without duplication of effort, and with the intent of obtaining the best possible outcome for class members. As part of these procedures, the Pension and Retirement Funds will continue to communicate regularly with each other and with counsel concerning the progress of the litigation, and have directed counsel to provide regular reports to us to further ensure the effective oversight and coordination of the case.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true to the best of our knowledge.

Executed this 9th day of April, 2010.

| | |
|---|---|
| James P. Condon<br>Deputy Chief Legal Officer and<br>Secretary to the Board of Trustees<br>Central States, Southeast and<br>Southwest Areas Pension Fund | James A. Roks<br>Vice President, Legal & Corporate Secretary<br>OMERS Administration Corporation |
| | Walter C. Lehman<br>Vice President, Legal & Policy<br>OMERS Administration Corporation |

- 4 -