Michael Goldberg (#188669)
mgoldberg@glancylaw.com
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Tel: (310) 201-9150
Fax: (310) 201-9160

*Proposed Liaison Counsel for*
*Lead Plaintiff and the Class*

| | |
|---|---|
| Joseph F. Rice | Christopher J. Keller |
| jrice@motleyrice.com | ckeller@labaton.com |
| James M. Hughes | Alan I. Ellman |
| jhughes@motleyrice.com | aellman@labaton.com |
| William S. Norton | Stefanie J. Sundel |
| bnorton@motleyrice.com | ssundel@labaton.com |
| MOTLEY RICE LLC | LABATON SUCHAROW LLP |
| 28 Bridgeside Blvd. | 140 Broadway |
| Mount Pleasant, South Carolina  29464 | New York, New York 10005 |
| Tel: (843) 216-9000 | Tel: (212) 907-0700 |
| Fax: (843) 216-9440 | Fax: (212) 818-0477 |

*Proposed Lead Counsel for Lead Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HARRY STACKHOUSE, Individually and on Behalf of All Others Similarly Situated,<br><br>                                    Plaintiff,<br><br>     vs.<br><br>TOYOTA MOTOR CORPORATION, et al.,<br><br>                                    Defendants. | No.: 2:10-cv-00922-DSF-AJW<br><br>**SUPPLEMENTAL SUBMISSION AND NOTICE OF WITHDRAWAL OF MOTION**<br><br><br><br><br>DATE:  N/A<br>TIME:  N/A<br>CTRM:  N/A |

Skandia Life Insurance Company ("Skandia Life") submits this response to the Court's invitation at the June 7, 2010 hearing on Lead Plaintiff applications to submit further briefing after the Supreme Court announced its decision in *Morrison v. National Australia Bank, Ltd.*, No. 08-1191, 2010 WL 2518523 (U.S. June 24, 2010).

Skandia Life's co-counsel, Labaton Sucharow LLP, which represented the lead plaintiff in *Morrison*, prosecuted that action on behalf of Australian investors because it believes that the United States securities laws must protect foreign investors from fraud committed in large part on American soil. When fraud is committed in the United States, we believe that its victims should have recourse under United States law and receive the same protection and restitution as American investors. We are, of course, disappointed in the Supreme Court's decision, but in light of the decision, and despite the fact that much of the alleged fraud complained of in this case was perpetrated by dissemination of misleading statements made in the United States, Skandia Life hereby withdraws its application to be appointed Lead Plaintiff in this matter.

Dated: July 2, 2010                              Respectfully submitted,


   s/ Michael Goldberg
Michael Goldberg (#188669)
mgoldberg@glancylaw.com
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Proposed Liaison Counsel
for Lead Plaintiff and the Class*

Joseph F. Rice
jrice@motleyrice.com
James M. Hughes
jhughes@motleyrice.com
William S. Norton
bnorton@motleyrice.com
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, South Carolina 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9440

Thomas A. Dubbs
tdubbs@labaton.com
Christopher J. Keller
ckeller@labaton.com
Alan I. Ellman
aellman@labaton.com
Stefanie J. Sundel
ssundel@labaton.com
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Proposed Lead Counsel for*
*Lead Plaintiff and the Class*

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 08-02**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court.  I am over the age of 18 and not a party to the within action.  My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On July 2, 2010, I caused to be served the following document:

**SUPPLEMENTAL SUBMISSION AND NOTICE OF WITHDRAWAL OF MOTION**

by posting this document to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the parties on the attached Service List and by mail upon those parties so listed.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 2, 2010, at Los Angeles, California.

          *s/ Michael Goldberg*
          Michael Goldberg

# SERVICE LIST

# VIA ELECTRONIC NOTICE

**Alan I Ellman**
aellman@labaton.com,
ejo@labaton.com,
electroniccasefiling@labaton.com

**Avi N Wagner**
avi@thewagnerfirm.com,
anwagneresq@hotmail.com

**Blair A Nicholas**
blairn@blbglaw.com,
denab@blbglaw.com,
ianb@blbglaw.com,
kayem@blbglaw.com,
Kristinas@blbglaw.com,
mfrank@murrayfrank.com

**Brian Oliver O'Mara**
bomara@rgrdlaw.com

**Catherine J Kowalewski**
katek@rgrdlaw.com,
e_file_sd@rgrdlaw.com

**Christopher J Keller**
ckeller@labaton.com

**Darren J Robbins**
e_file_sd@rgrdlaw.com

**David C Walton**
davew@rgrdlaw.com,
e_file_sd@rgrdlaw.com

**Deborah R Gross**
debbie@bernardmgross.com

**Dirk L Vincent**
dvincent@fairbankvincent.com

**Emily V Griffen**
egriffen@shearman.com,
rcheatham@shearman.com

**Gareth Thomas Evans**
gevans@gibsondunn.com

**Gerald H Silk**
jerry@blbglaw.com

**Glen DeValerio**
gdevalerio@bermandevalerio.com

**James M Hughes**
jhughes@motleyrice.com,
erichards@motleyrice.com,
kweil@motleyrice.com

**Jay W Eisenhofer**
jeisenhofer@gelaw.com

**Jeffrey C Block**
jblock@bermandevalerio.com

**Jeffrey R Krinsk**
fk@classactionlaw.com,
mlk@classactionlaw.com

**Jeffrey S Facter**
jfacter@shearman.com,
rcheatham@shearman.com

**Jeremy A Lieberman**
jalieberman@pomlaw.com,
lpvega@pomlaw.com

**John A Lowther, IV**
john@doylelowther.com

| | | |
|---|---|---|
| 1 | **Joseph J Tabacco , Jr** | **Nicole Lavallee** |
| 2 | jtabacco@bermanesq.com, | nlavallee@bermandevalerio.com, |
|   | ysoboleva@bermandevalerio.com | ecf@bermandevalerio.com, |
| 3 |  | jblock@bermandevalerio.com, |
| 4 | **Mark L Knutson** | kdonovan@bermandevalerio.com, |
|   | mlk@classactionlaw.com | lstern@bermandevalerio.com, |
| 5 |  | stenaglia@bermandevalerio.com, |
|   | **Matthew D Pearson** | ysoboleva@bermandevalerio.com |
| 6 | mpearson@bermandevalerio.com |  |
| 7 |  | **Robert J Muller** |
|   | **Megan D McIntyre** | bob@cypressllp.com, |
| 8 | mmcintyre@gelaw.com, | secretary@cypressllp.com |
|   | rwittman@gelaw.com |  |
| 9 |  | **Sean T Strauss** |
| 10 | **Michael Benzo Norman** | sean.strauss@shearman.com |
|   | michaelbnorman@yahoo.com |  |
| 11 |  | **Shawn A Williams** |
| 12 | **Michael J Dowd** | shawnw@rgrdlaw.com, |
|   | miked@rgrdlaw.com, | aromero@rgrdlaw.com, |
| 13 | e_file_sd@rgrdlaw.com | cwood@rgrdlaw.com, |
|   |  | e_file_sd@rgrdlaw.com, |
| 14 | **Michael M Goldberg** | e_file_sf@rgrdlaw.com |
| 15 | mmgoldberg@glancylaw.com, |  |
|    | dmacdiarmid@glancylaw.com, | **Stefanie J Sundel** |
| 16 | info@glancylaw.com, | ssundel@labaton.com |
| 17 | rprongay@glancylaw.com |  |
|    |  | **Thomas A Dubbs** |
| 18 | **Nabil L Abu-Assal** | tdubbs@labaton.com, |
|    | nabil@cypressllp.com | electroniccasefiling@labaton.com |
| 19 |  |  |
| 20 | **Patrick D Robbins** | **Thomas D Mauriello** |
|    | probbins@shearman.com | tomm@maurlaw.com |
| 21 |  |  |
| 22 | **Robert Harold Fairbank** | **William James Doyle , II** |
|    | rfairbank@fairbankvincent.com | bill@doylelowther.com |

**<u>VIA MAIL</u>**

C. Michael Plavi
Finkelstein & Krinsk LLP
501 West Broadway Suite 1250
San Diego, CA 92101-3593

---

No.: 2:10-CV-00922-DSF-AJW — SUPPL. SUBMISSION & NTC. OF WITHDRAWAL OF MOT.    5