BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
BLAIR A. NICHOLAS
(Bar No. 178428)
(blairn@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323
     -and-
GERALD H. SILK
(jerry@blbglaw.com)
1285 Avenue of the Americas
New York, NY 10019
Tel:   (212) 554-1400
Fax:   (212) 554-1444

*Counsel for Lead Plaintiff Maryland
State Retirement and Pension System and
Proposed Lead Counsel for the Class*

FAIRBANK & VINCENT
ROBERT H. FAIRBANK
(Bar No. 76359)
(rfairbank@fairbankvincent.com)
DIRK L. VINCENT
(Bar No. 157961)
(dvincent@fairbankvincent.com)
444 S. Flower Street, Suite 3860
Los Angeles, CA 90071
Tel:   (213) 891-9010
Fax:   (213) 891-9011

*Proposed Liaison Counsel*

*(Additional Counsel listed on signature
page)*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY STACKHOUSE, | Case No. 10-cv-922 DSF (AJWx) |
|           Plaintiff, | SUBMISSION IN RESPONSE TO THE COURT'S JULY 16, 2010 ORDER CONCERNING THE APPOINTMENT OF LEAD COUNSEL  AND SCHEDULING OF STATUS CONFERENCE |
|    v. | |
| TOYOTA MOTOR CORPORATION, et al. | Date:      July 26, 2010<br>Time:     1:30 p.m.<br>Courtroom: 840 |
|           Defendants. | Judge:    Dale S. Fischer |

Lead Plaintiff Maryland State Retirement and Pension System ("Maryland SRPS" or the "System") respectfully submits this response to the Court's July 16, 2010 Order (Dkt. No. 144) appointing Maryland SRPS as Lead Plaintiff in the above-captioned action to address two issues raised in that Order.

As set forth in the accompanying letter from Campbell Killefer, Deputy Chief of the Civil Litigation Division of the Maryland Attorney General's Office, attached as Ex. A, Maryland SRPS has carefully deliberated and selected Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") to represent Maryland SRPS as sole Lead Counsel for the Class.  For the reasons set forth in Mr. Killefer's letter and in the System's prior submissions and consistent with the Private Securities Litigation Reform Act and the Court's July 16, 2010 Order, Maryland SRPS respectfully requests that the Court approve the System's selection of Bernstein Litowitz as sole Lead Counsel, and Fairbank & Vincent as Liaison Counsel.  *See* 15 U.S.C. § 78u-4(a)(3)(B)(v); *Cohen v. U.S. Dist. Court for Northern Dist. of California*, 586 F.3d 703, 712 (9th Cir. 2009).

The System also respectfully requests a brief extension of the July 26, 2010 hearing, consistent with footnote 5 of Your Honor's July 16 Order, to August 2, 2010.  That short extension is requested so that Mr. Killefer, the Maryland SRPS representative who attended the June 7, 2010 hearing in this Action, can attend.  As explained in his letter, Mr. Killefer is unable to appear on July 26, 2010 due to a long-standing personal commitment.  Maryland SRPS believes that the presence of Mr. Killefer—who is the designated representative of Maryland SRPS best suited to address any questions the Court may have—will assist the Court in its decision regarding its approval of Maryland SRPS's choice of Lead Counsel for the Class.  Furthermore, there is no discovery schedule or trial date in this matter, there have been no prior requests to adjourn, and Lead Plaintiff believes that adjourning the hearing for one week will not cause any undue delay or prejudice to any party.

-1-

Maryland State Retirement and Pension System
Submission re the Court's July 16, 2010 Order
Case No. 10-cv-922 DSF (AJWx)

For these reasons, Lead Plaintiff respectfully requests that the Court approve its selection of Bernstein Litowitz as Lead Counsel for the Class and Fairbank & Vincent as Liaison Counsel, and reschedule the hearing scheduled for July 26, 2010 to August 2, 2010.

Dated: July 21, 2010

Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP


   */s/ Blair A. Nicholas*
BLAIR A. NICHOLAS
 (blairn@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:       (858) 793-0070
Fax:       (858) 793-0323
   -and-
GERALD H. SILK
(jerry@blbglaw.com)
AVI JOSEFSON
(avi@blbglaw.com)
MICHAEL D. BLATCHLEY
(michaelb@blbglaw.com)
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel:       (212) 554-1400
Fax:       (212) 554-1444

*Counsel for Lead Plaintiff Maryland
State Retirement and Pension System and
Proposed Lead Counsel for the Class*

FAIRBANK & VINCENT
ROBERT H. FAIRBANK
(Bar No. 76359)
(rfairbank@fairbankvincent.com)
DIRK L. VINCENT
(Bar No. 157961)
(dvincent@fairbankvincent.com)
444 S. Flower Street. Suite 3860
Los Angeles. CA 90071
Tel:     (213) 891-9010
Fax:     (213) 891-9011

*Proposed Liaison Counsel for the Class*

DOUGLAS F. GANSLER
Attorney General of Maryland
CAMPBELL KILLEFER
Deputy Chief of the Civil
Litigation Division

-2-

Maryland State Retirement and Pension System
Submission re the Court's July 16, 2010 Order
Case No. 10-cv-922 DSF (AJWx)

(ckillefer@oag.state.md.us)
JOHN J. KUCHNO
Assistant Attorney General
(jkuchno@oag.state.md.us)
MARYLAND OFFICE OF ATTORNEY
GENERAL
200 St. Paul Place, 20th Floor
Baltimore, MD 21202
Tel:    (410) 576-7291
Fax:    (410) 576-6955

*Counsel for Lead Plaintiff Maryland
State Retirement and Pension System*

-3-

Maryland State Retirement and Pension System
Submission re the Court's July 16, 2010 Order
Case No. 10-cv-922 DSF (AJWx)