# EXHIBIT A



| Douglas F. Gansler<br>*Attorney General* | | Katherine Winfree<br>*Chief Deputy Attorney General*<br><br>John B. Howard, Jr.<br>*Deputy Attorney General* |
|---|---|---|

# STATE OF MARYLAND
## OFFICE OF THE ATTORNEY GENERAL

| Facsimile No.<br><br>410-576-6955 | | Writer's Direct Dial No.<br><br>(410) 576-7291 |
|---|---|---|

July 21, 2010

Honorable Dale S. Fischer
United States District Court Judge
Central District of California
Los Angeles - Roybal Federal Building
255 East Temple Street
Los Angeles, CA  90012

      Re:   *Stackhouse v. Toyota Motor Corporation*, Case No. 10-cv-922 DSF (AJWx)

Dear Judge Fischer:

      I serve as the Deputy Chief of the Civil Litigation Division of the Maryland Attorney General's Office, which acts as counsel to the Maryland State Retirement and Pension System ("Maryland SRPS" or the "System").  I respectfully submit this letter to address the issues concerning the appointment of Lead Counsel raised by Your Honor's July 16, 2010 Order appointing Maryland SRPS as Lead Plaintiff in the above-captioned action.

      I have carefully reviewed Your Honor's July 16, 2010 Order appointing Maryland SRPS as Lead Plaintiff and conferred with many of my colleagues.  We are mindful that this case has been simplified because the claims of the so-called F-cubed class members are foreclosed, which facilitates the leadership of this case by a single lead plaintiff represented by a single lead counsel.  Based on these and other factors, Maryland SRPS has determined that it wishes to proceed in this case with its chosen counsel, Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz"), as sole Lead Counsel for the Class.

      As noted in its prior submissions, Maryland SRPS conducted an extensive selection process—which included a review of numerous proposals submitted by law firms on Maryland SRPS's panel of securities litigation counsel—before choosing Bernstein Litowitz to serve as Lead Counsel for the Class.  My colleagues and I believe that Maryland SRPS has been very

200 Saint Paul Place ❖ Baltimore, Maryland 21202-2021
Main Office (410) 576-6300 ❖ Main Office Toll Free (888) 743-0023 ❖ D.C. Metro (301) 470-7534
Consumer Complaints and Inquiries (410) 528-8662 ❖ Health Advocacy Unit/Billing Complaints (410) 528-1840
Health Advocacy Unit Toll Free (877) 261-8807 ❖ Homebuilders Division Toll Free (877) 259-4525 ❖ Telephone for Deaf (410) 576-6372
www.oag.state.md.us

Honorable Dale S. Fischer
July 21, 2010
Page 2 of 2

ably represented by the firm since that time. We believe that Bernstein Litowitz, as sole Lead Counsel, can and will zealously represent the Class. Accordingly, consistent with the Private Securities Litigation Reform Act and Your Honor's July 16, 2010 Order, we respectfully request that the Court approve the System's selection of Bernstein Litowitz as sole Lead Counsel, and Fairbank & Vincent as Liaison Counsel.

As the representative for Maryland SRPS who attended the Court's June 7, 2010 hearing on the Lead Plaintiff motions, I would be pleased to answer any questions the Court may have regarding Maryland SRPS's selection and oversight of Bernstein Litowitz in this case, the fee agreement the System negotiated, and any other matter of concern to the Court. The attorneys from Bernstein Litowitz designated to handle this case will also be available to address any questions the Court may have. Further, should Your Honor believe that this securities class action warrants the active involvement of another law firm as Co-Lead Counsel, I understand that a representative from Grant & Eisenhofer P.A. can be available as well.

Finally, with respect to the scheduling of the hearing, unfortunately, due to a long-standing personal commitment, I will be unable to appear before the Court on July 26, 2010. Accordingly, I respectfully request that, if possible, the Court re-schedule the hearing for the following Monday, August 2, 2010, or on any other date that is acceptable to the Court.

I appreciate the Court's consideration of this letter, and look forward to addressing any questions Your Honor may have.

Respectfully submitted,

*Campbell Killefer*
Campbell Killefer