Joseph J. Tabacco, Jr. (Cal. Bar No. 75484)
jtabacco@bermandevalerio.com
Nicole Lavallee (Cal. Bar No. 165755)
nlavallee@bermandevalerio.com
Matthew D. Pearson (Cal. Bar No. 235339)
mpearson@bermandevalerio.com
**BERMAN DeVALERIO**
One California Street, Suite 900
San Francisco, CA  94111
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382

**Counsel for the Commonwealth
of Massachusetts Pension Reserves
Investment Management Board**

[Additional Counsel Appear on Signature Page]

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HARRY STACKHOUSE, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TOYOTA MOTOR CORPORATION, et al.,<br><br>Defendants.<br>_____<br><br>THIS DOCUMENT RELATES TO:<br><br>All Consolidated Actions | Case No. CV10-0922-DSF-AJWx<br><br>**RESPONSE TO SUBMISSION DATED JULY 21, 2010** |

The Commonwealth of Massachusetts Pension Reserves Investment Management Board ("PRIM") respectfully submits this response to the Submission of Maryland State Retirement and Pension System dated July 21, 2010 (Dkt. No. 148) requesting that the July 26, 2010 hearing be rescheduled to August 2, 2010.

PRIM does not oppose the request to reschedule the July 26, 2010 hearing and supports the proposed August 2, 2010 hearing date.

DATED: July 23, 2010                    Respectfully submitted,

/S/ Matthew D. Pearson
Matthew D. Pearson

Joseph J. Tabacco, Jr.
Nicole Lavallee
Matthew D. Pearson
**BERMAN DeVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

- and -

Glen DeValerio (admitted *pro hac vice*)
Jeffrey C. Block (admitted *pro hac vice*)
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194

**Counsel for the Commonwealth of Massachusetts Pension Reserves Investment Management Board**

**CERTIFICATE OF SERVICE**

I, Matthew D. Pearson, hereby declare as follows:

I am employed at Berman DeValerio, One California Street, Suite 900, San Francisco, California, 94111. I am over the age of 18 years and am not a party to this action. On July 23, 2010, using the Central District of California's Electronic Case Filing System ("ECF"), I filed and served a true and correct copy of the foregoing **RESPONSE TO SUBMISSION DATED JULY 21, 2010**.

Upon the electronic filing of a document, a Notice of Electronic Filing (NEF) is automatically generated by the ECF system and sent by e-mail to all attorneys in the case who are registered as ECF Users and have consented to electronic service. Service by this electronic NEF constitutes service pursuant to the Federal Rules of Civil and Criminal Procedure. *See* L.R. 5-3.3. According to the ECF system, the following are currently on the list to receive e-mail notices in the above-captioned case(s), and service upon such parties/counsel was complete upon filing:

**SEE ATTACHED ELECTRONIC MAIL NOTICE LIST**

Also on July 23, 2010, I served copies of the above-referenced document(s) by depositing copies of the document(s) in sealed envelopes affixed with proper postage in the United States Mail at San Francisco, California, and addressed to those counsel on the attached **MANUAL NOTICE LIST**, and to the following:

Mark C. Gardy
**GARDY & NOTIS, LLP**
560 Sylvan Avenue
Englewood Cliffs, NJ 07632

Marvin L. Frank
Gregory A. Frank
**MURRAY FRANK & SAILER LLP**
275 Madison Ave., 8th Fl.
New York, NY 10016

Peretz Bronstein
**BRONSTEIN GERWITZ & GROSSMAN**
60 East 42nd St., Ste. 4600
New York, NY 10165-0006

Vahn Alexander
**FARUQI & FARUQI LLP**
1901 Avenue of the Stars
2nd Floor
Los Angeles, CA 90067

| | | |
|---|---|---|
| 1 | Richard A. Lockridge | Mike Harris |
| 2 | Karen H. Reibel | **LAW OFFICES OF** |
|   | **LOCKRIDGE GRINDAL** | **  MYRON HARRIS** |
| 3 | **  NAUEN, P.L.L.P.** | S106 Park Town Place Apts. |
| 4 | 100 Washington Ave. South | 22nd & Benjamin Franklin Parkway |
|   | Suite 2200 | Philadelphia, PA 19130 |
| 5 | Minneapolis, MN 55401 | |

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Executed at San Francisco, California, on July 23, 2010.


                              /S/ Matthew D. Pearson
                              Matthew D. Pearson

# Mailing Information for a Case 2:10-cv-00922-DSF -AJW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Nabil L Abu-Assal**
  nabil@cypressllp.com

- **Stuart J Baskin**
  sbaskin@shearman.com

- **Jeffrey C Block**
  jblock@bermandevalerio.com

- **Glen DeValerio**
  gdevalerio@bermandevalerio.com

- **Michael J Dowd**
  miked@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **William James Doyle , II**
  bill@doylelowther.com

- **Thomas A Dubbs**
  tdubbs@labaton.com,electroniccasefiling@labaton.com

- **Jay W Eisenhofer**
  jeisenhofer@gelaw.com

- **Alan I Ellman**
  aellman@labaton.com,ejo@labaton.com,electroniccasefiling@labaton.com

- **Gareth Thomas Evans**
  gevans@gibsondunn.com

- **Jeffrey S Facter**
  jfacter@shearman.com,rcheatham@shearman.com

- **Robert Harold Fairbank**
  rfairbank@fairbankvincent.com

- **Michael M Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,info@glancylaw.com,rprongay@gl

- **Emily V Griffen**
  egriffen@shearman.com,rcheatham@shearman.com

- **Deborah R Gross**
  debbie@bernardmgross.com

- **James M Hughes**
  jhughes@motleyrice.com,erichards@motleyrice.com,kweil@motleyrice.com

- **Christopher J Keller**
  ckeller@labaton.com

- **Mark L Knutson**
  mlk@classactionlaw.com

- **Kay E Kochenderfer**
  kkochenderfer@gibsondunn.com,bsiddell@gibsondunn.com

- **Catherine J Kowalewski**
  katek@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jeffrey R Krinsk**
  fk@classactionlaw.com,mlk@classactionlaw.com

- **Nicole Lavallee**
  nlavallee@bermandevalerio.com,lstern@bermandevalerio.com,kdonovan@bermandevalerio.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com,lpvega@pomlaw.com

- **John A Lowther , IV**
  john@doylelowther.com

- **Thomas D Mauriello**
  tomm@maurlaw.com

- **Megan D McIntyre**
  mmcintyre@gelaw.com,rwittman@gelaw.com

- **Robert J Muller**
  bob@cypressllp.com,secretary@cypressllp.com

- **Blair A Nicholas**
  blairn@blbglaw.com,mfrank@murrayfrank.com,denab@blbglaw.com,kayem@blbglaw.com,niki

- **Michael Benzo Norman**
  michaelbnorman@yahoo.com

- **Brian Oliver O'Mara**
  bomara@rgrdlaw.com

- **Matthew D Pearson**
  mpearson@bermandevalerio.com

- **Darren J Robbins**
  e_file_sd@rgrdlaw.com

- **Patrick D Robbins**

probbins@shearman.com

- **Gerald H Silk**
  jerry@blbglaw.com

- **Sean T Strauss**
  sean.strauss@shearman.com

- **Stefanie J Sundel**
  ssundel@labaton.com

- **Joseph J Tabacco , Jr**
  jtabacco@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Dirk L Vincent**
  dvincent@fairbankvincent.com

- **Avi N Wagner**
  avi@thewagnerfirm.com,anwagneresq@hotmail.com

- **David C Walton**
  davew@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Shawn A Williams**
  shawnw@rgrdlaw.com,cwood@rgrdlaw.com,e_file_sd@rgrdlaw.com,aromero@rgrdlaw.com,e_f

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
C Michael Plavi
```
Finkelstein & Krinsk LLP
501 West Broadway Suite 1250
San Diego, CA 92101-3593