Name & Address: Patrick D. Robbins (State Bar No.152288)
SHEARMAN & STERLING LLP
4 Embarcadero Center, Suite 3800
San Francisco, CA 94111
probbins@shearman.com
(415)616-1100/(415)616-1199

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Toyota Motor Corporation Securities Litigation<br><br>PLAINTIFF(S)<br><br>v.<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:10-CV-00922-DSF (AJWx)<br><br>NOTICE OF CHANGE OF ATTORNEY INFORMATION |

**The following information must be provided:**

I, Patrick D. Robbins , 152288 , probbins@shearman.com
    *Name*            *CA Bar ID Number*          *E-mail Address*

☑ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)

Toyota Motor Corporation, Toyota Motor Sales USA Inc., Toyota Motor North America Inc, Akio Toyoda, Fujio Cho, Robert Carter, Irving A. Miller, Yoshimi Inaba, James E. Lentz III, Robert C. Daly

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
> I ☐ consent   ☐ do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☑ TO UPDATE NAME OR FIRM INFORMATION:
    ☑ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
            PROVIDE ONLY THE INFORMATION THAT HAS CHANGED
    Attorney Name changed to _____
    New Firm/Government Agency Name _____
    New Address 4 Embarcadero Center, Suite 3800, San Francisco, CA 94111
    New Telephone Number _____ New Facsimile Number _____
    New E-mail address _____

☐ TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX
    ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
    ☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FI RM I S **NOT** ALREADY PART OF THI S ACTI ON AND ARE A SSOCIATING IN AS COUNSEL OF RECORD A NOTI CE OF ASSOCIATION SHOULD BE FI LED. IF YOU ARE GOI NG TO APPEAR PRO HAC VI CE, A SEPARATE APPLI CATION OF NON -RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name _____ CA State Bar Number _____
Firm/Government Agency Name _____
Address: _____
Telephone Number _____ Facsimile Number _____
New E-mail address _____

☐   TO BE REMOVED FROM THE CASE: **
  ☐   I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above- entitled cause of action.

CHECK ONE BOX

  ☐   The order relieving me/the aforementioned attorney from my firm was filed on: _____.

  ☐   There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

  ☐   I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**This form *cannot* be used as a substitution of attorney fom. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01,*Request for Substitution of Attorney* and G-01ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.

Date: July 7, 2011                             s/Patrick D. Robbins
                                               *Signature of Attorney of Record / Attorney for the Firm*

**PLEASE NOTE: CM/ECF users must update their account information in the system pursuant to the General Order authorizing electronic filing, in addition to filing this Notice of Change of Attorney Informat ion. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.**