| | |
|---|---|
| 1 | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP |
| 2 | BLAIR A. NICHOLAS (Bar No. 178428) |
| 3 | DAVID R. STICKNEY (Bar No. 188574) |
| 4 | BENJAMIN GALDSON (Bar No. 211114) |
| 5 | 12481 High Bluff Drive, Suite 300 San Diego, CA 92130 |
| 6 | Tel:  (858) 793-0070 Fax: (858) 793-0323 |
| 7 | -and- GERALD SILK |
| 8 | 1285 Avenue of the Americas 38th Floor |
| 9 | New York, NY 10019 Tel:  (212) 554-1400 |
| 10 | Fax: (212) 554-1444 |

*Counsel for Lead Plaintiff Maryland State Retirement and Pension System and Lead Counsel for the Class*

FAIRBANK & VINCENT
ROBERT H. FAIRBANK
(Bar No. 76359)
DIRK L. VINCENT
(Bar No. 157961)
444 S. Flower Street, Suite 3860
Los Angeles, CA 90071
Tel:  (213) 891-9010
Fax: (213) 891-9011

*Liaison Counsel for the Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | Master File No. CV 10-922-DSF (AJWx) <br><br> DECLARATION OF SERVICE |

I, Kaye A. Martin, declare:

1. That I am and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that my business address is 12481 High Bluff Drive, Suite 300, San Diego, California 92130.

2. That on July 20, 2011, the following documents were filed electronically.

- Lead Plaintiff's Status Report and Request for Scheduling Conference Pursuant to Fed. R. Civ. P. 16; and
- Declaration of Service.

Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's system, and notice of this filing will be sent to the parties by operation of the Court's ECF System. Attorneys not registered with the Court's ECF system will be duly and properly served in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules (see attached Service List).

3. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on 20th day of July, 2011, at San Diego, California.

*Kaye A. Martin*
KAYE A. MARTIN

**NON-ECF/SERVICE BY MAIL RECIPIENTS**

Joe Kendall
Kendall Law Group LLP
3232 McKinney Avenue Suite 700
Dallas TX 75204
Tel: (214) 744-3000
Fax: (214) 744-3015
Email: Jkendall@kendalllawgroup.com


Stuart J Baskin
Shearman & Sterling LLP
599 Lexington Avenue
New York NY 10022
Tel: (212) 848-4974
Fax: (646) 848-4974
Email: sbaskin@shearman.com