SHEARMAN & STERLING LLP
PATRICK D. ROBBINS (152288)
(probbins@shearman.com)
JEFFREY S. FACTER (123817)
(jfacter@shearman.com)
525 Market Street, Suite 1500
San Francisco, CA 94105
Tel:   (415) 616-1100
Fax:   (415) 616-1199
     -and-
STUART J. BASKIN (*pro hac vice*)
(sbaskin@shearman.com)
599 Lexington Ave.
New York, NY  10022
Tel:   (212) 848-4000
Fax:   (212) 848-7179

GIBSON, DUNN & CRUTCHER LLP
KAY E. KOCHENDERFER (125847)
(kkochenderfer@gibsondunn.com)
GARETH EVANS (138992)
(gevans@gibsondunn.com)
333 South Grand Avenue
Los Angeles, CA  90071
Telephone:  (213) 229-7000
Fax:  (213) 229-7520

*Attorneys for Defendants Toyota Motor Corporation, Toyota Motor Sales, U.S.A., Inc., Toyota Motor North America, Inc., Katsuake Watanabe, Fujio Cho, Robert S. Carter, Irving A. Miller, Yoshimi Inaba, James E. Lentz III and Robert C. Daly*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Toyota Motor Corporation Securities Litigation | Master File No. CV-10-0922 DSF (AJWx) <br><br> **STIPULATION REGARDING SCHEDULING RULE 26(f) CONFERENCE, RULE 16(b) SCHEDULING CONFERENCE, EXTENDING TIME FOR DEFENDANTS TO FILE ANSWER, AND CERTAIN WRITTEN DISCOVERY** <br><br> Hon. Dale S. Fischer |

Gibson, Dunn & Crutcher LLP

This Stipulation is entered into by and between Lead Plaintiff Maryland State Retirement and Pension System ("Lead Plaintiff") and defendants Toyota Motor Corporation ("TMC"), Toyota Motor North America, Inc. ("TMA"), Toyota Motor Sales, U.S.A., Inc. ("TMS"), Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, Robert C. Daly, Katsuake Watanabe and Fujio Cho  ("Defendants") (collectively, the "Parties").

## RECITALS

WHEREAS the Court issued an order on July 7, 2011, that granted in part and denied in part Defendants' Motion to Dismiss the Consolidated Class Action Complaint;

WHEREAS that order also granted Lead Plaintiff until July 28, 2011, to file an amended complaint and provided that if Lead Plaintiff did not amend, Defendants' Answer would be due by August 19, 2011;

WHEREAS Lead Plaintiff has determined that it will not amend its Consolidated Class Action Complaint pursuant to the Court's July 7, 2011 order, has requested that the parties schedule the meeting of counsel pursuant to Federal Rule of Civil Procedure 26(f) as soon as practicable, and seeks to serve Requests for Production of Documents pursuant to Federal Rule of Civil Procedure 34 and third party subpoenas in advance of the date that Defendants wish to schedule the Rule 26(f) conference;

WHEREAS Defendants contend that due to the purported (1) complexity and length of the Consolidated Class Action Complaint, and (2) logistical issues associated with the location of several Defendants (including TMC) in Japan—including the need to translate documents into Japanese before they can be approved and filed; and (3) TMC's summer closure from August 10 to August 19, 2011, Defendants require additional time to prepare and file their Answer to the Consolidated Class Action Complaint;

/ / /

Gibson, Dunn &
Crutcher LLP

**STIPULATION**

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties that:

1.      The Rule 26(f) meeting of counsel shall take place on September 14, 2011, via telephone conference call.

2.      Lead Plaintiff may serve Requests for Production of Documents ("RFPs") to TMS, TMA, and TMC, as well as third party subpoenas, before the Rule 26(f) conference, but no earlier than August 8, 2011.  TMS and TMA shall have 45 days to serve written responses to the RFPs, and TMC shall have 60 days to serve their written responses to the RFPs. Nothing in this Stipulation shall be construed as a waiver of any of the Parties' rights or objections with respect to these RFPs or any other discovery or matters.

3.      Defendants shall provide Lead Plaintiff with a draft Protective Order early in the week of August 1, 2011.

4.      Defendants shall file and serve their Answer to the Consolidated Class Action Complaint on or before September 9, 2011.

5.      The Parties request that the Court schedule the Rule 16(b) Scheduling Conference on or after October 5, 2011.

Gibson, Dunn &
Crutcher LLP

6.     In light of this stipulation, the following filings made by the parties on July 20, 2011 are moot: (1) Lead Plaintiff's Status Report and Request for Scheduling Conference Pursuant to Fed. R. Civ. P. 16 and  (2) Defendants' Response to Lead Plaintiff's Status Report and Request for Scheduling Conference Pursuant to Fed. R. Civ. P. 16.

DATED:  July 29, 2011                    BERNSTEIN LITOWITZ BERGER
                                         & GROSSMANN LLP

                                         _/s/ Blair A. Nicholas_
                                         BLAIR A. NICHOLAS
                                         (blairn@blbglaw.com)
                                         BENJAMIN GALDSTON
                                         (beng@blbglaw.com)
                                         TAKEO A. KELLAR
                                         (takeok@blbglaw.com)
                                         DAVID R. KAPLAN
                                         (davidk@blbglaw.com)
                                         12481 High Bluff Drive, Suite 300
                                         San Diego, CA 92130
                                         Tel:   (858) 793-0070; Fax:   (858) 793-0323

                                         -and-

                                         GERALD H. SILK
                                         (jerry@blbglaw.com)
                                         1285 Avenue of the Americas, 38th Floor
                                         New York, NY 10019
                                         Tel:   (212) 554-1400
                                         Fax:   (212) 554-1444

                                         *Lead Counsel for the Class and Counsel for Lead
                                         Plaintiff Maryland State Retirement and Pension
                                         System*

                                         FAIRBANK & VINCENT
                                         ROBERT H. FAIRBANK
                                         (Bar No. 76359)
                                         (rfairbank@fairbankvincent.com)
                                         DIRK L. VINCENT
                                         (Bar No. 157961)
                                         (dvincent@fairbankvincent.com)
                                         444 S. Flower Street, Suite 3860
                                         Los Angeles, CA 90071
                                         Tel:   (213) 891-9010
                                         Fax:   (213) 891-9011

                                         *Liaison Counsel for the Class*

Gibson, Dunn &
Crutcher LLP

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DOUGLAS F. GANSLER
Attorney General of Maryland
CAMPBELL KILLEFER
Deputy Chief of the Civil Litigation Division
(ckillefer@oag.state.md.us)
JOHN J. KUCHNO
Assistant Attorney General
(jkuchno@oag.state.md.us)
MARYLAND OFFICE OF ATTORNEY
  GENERAL
200 St. Paul Place, 20th Floor
Baltimore, MD 21202
Tel:   (410) 576-7291
Fax:   (410) 576-6955

*Counsel for Lead Plaintiff Maryland State
Retirement and Pension System*

SHEARMAN & STERLING LLP

      */s/ Patrick D. Robbins*
JEFFREY S. FACTER
(jfacter@shearman.com)
PATRICK D. ROBBINS
(probbins@shearman.com)
525 Market Street, Suite 1500
San Francisco, CA 94105
Tel:   (415) 616-1100
Fax:   (415) 616-1199

-and-

STUART J. BASKIN
(sbaskin@shearman.com)
599 Lexington Ave.
New York, NY  10022
Tel:   (212) 848-4000
Fax:   (212) 848-7179

GIBSON, DUNN & CRUTCHER LLP

      */s/ Kay E. Kochenderfer*
KAY E. KOCHENDERFER
(kkochenderfer@gibsondunn.com)
GARETH EVANS
(gevans@gibsondunn.com)
333 South Grand Avenue
Los Angeles, CA 90071
Tel:   (213) 229-7000
Fax:   (213) 229-7520

*Attorneys for Defendants Toyota Motor Corporation,
Toyota Motor Sales, U.S.A., Inc., Toyota Motor
North America, Inc., Katsuake Watanabe, Fujio Cho,
Robert S. Carter, Irving A. Miller, Yoshimi Inaba,
James E. Lentz III and Robert C. Daly*

Gibson, Dunn &
Crutcher LLP

4