SHEARMAN & STERLING LLP
PATRICK D. ROBBINS (152288)
(probbins@shearman.com)
JEFFREY S. FACTER (123817)
(jfacter@shearman.com)
525 Market Street, Suite 1500
San Francisco, CA 94105
Tel:   (415) 616-1100
Fax:   (415) 616-1199
        -and-
STUART J. BASKIN (*pro hac vice*)
(sbaskin@shearman.com)
599 Lexington Ave.
New York, NY  10022
Tel:   (212) 848-4000
Fax:   (212) 848-7179

GIBSON, DUNN & CRUTCHER LLP
KAY E. KOCHENDERFER (125847)
(kkochenderfer@gibsondunn.com)
GARETH EVANS (138992)
(gevans@gibsondunn.com)
333 South Grand Avenue
Los Angeles, CA  90071
Telephone:  (213) 229-7000
Fax:  (213) 229-7520

*Attorneys for Defendants Toyota Motor Corporation, Toyota Motor Sales, U.S.A., Inc., Toyota Motor North America, Inc., Katsuake Watanabe, Fujio Cho, Robert S. Carter, Irving A. Miller, Yoshimi Inaba, James E. Lentz III and Robert C. Daly*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Toyota Motor Corporation Securities Litigation | Master File No. CV-10-0922 DSF (AJWx) <br><br> **[PROPOSED] ORDER ON STIPULATION REGARDING SCHEDULING RULE 26(f) CONFERENCE, RULE 16(b) SCHEDULING CONFERENCE, EXTENDING TIME FOR DEFENDANTS TO FILE ANSWER, AND CERTAIN WRITTEN DISCOVERY** <br><br> Hon. Dale S. Fischer |

IT IS HEREBY ORDERED that:

1. The Rule 26(f) meeting of counsel shall take place on September 14, 2011, via telephone conference call.

2. Lead Plaintiff may serve Requests for Production of Documents ("RFPs") to Toyota Motor Sales, U.S.A., Inc. ("TMS"), Toyota Motor North America, Inc. ("TMA"), and Toyota Motor Corporation ("TMC"), as well as third party subpoenas, before the Rule 26(f) conference, but no earlier than August 8, 2011.  TMS and TMA shall have 45 days to serve written responses to the RFPs, and TMC shall have 60 days to serve their written responses to the RFPs.  Nothing in this Order shall be construed as a waiver of any of the Parties' rights or objections with respect to these RFPs or any other discovery or matters.

3. Defendants shall provide Lead Plaintiff with a draft Protective Order early in the week of August 1, 2011.

4. Defendants shall file and serve their Answer to the Consolidated Class Action Complaint on or before September 9, 2011.

5. The Rule 16(b) Scheduling Conference will take place before the Court on October __, 2011, at _____.

6. In light of this order, the following filings made by the parties on July 20, 2011 are moot: (1) Lead Plaintiff's Status Report and Request for Scheduling Conference Pursuant to Fed. R. Civ. P. 16 and  (2) Defendants' Response to Lead Plaintiff's Status Report and Request for Scheduling Conference Pursuant to Fed. R. Civ. P. 16.

**IT IS SO ORDERED.**

DATED: _____, 2011

_____
Hon. Dale S. Fischer
United States District Judge