SHEARMAN & STERLING LLP
PATRICK D. ROBBINS (152288)
(probbins@shearman.com)
JEFFREY S. FACTER (123817)
(jfacter@shearman.com)
525 Market Street, Suite 1500
San Francisco, CA 94105
Tel:  (415) 616-1100
Fax:  (415) 616-1199
      -and-
STUART J. BASKIN (*pro hac vice*)
(sbaskin@shearman.com)
599 Lexington Ave.
New York, NY 10022
Tel:  (212) 848-4000
Fax:  (212) 848-7179

GIBSON, DUNN & CRUTCHER LLP
KAY E. KOCHENDERFER (125847)
(kkochenderfer@gibsondunn.com)
GARETH EVANS (138992)
(gevans@gibsondunn.com)
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Fax: (213) 229-7520

*Attorneys for Defendants Toyota Motor Corporation, Toyota Motor Sales, U.S.A., Inc., Toyota Motor North America, Inc., Katsuake Watanabe, Fujio Cho, Robert S. Carter, Irving A. Miller, Yoshimi Inaba, James E. Lentz III and Robert C. Daly*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Toyota Motor Corporation Securities Litigation | Master File No. CV-10-0922 DSF (AJWx)<br><br>**DECLARATION OF ALEXANDER K. MIRCHEFF IN SUPPORT OF STIPULATION REGARDING SCHEDULING RULE 26(f) CONFERENCE, RULE 16(b) SCHEDULING CONFERENCE, EXTENDING TIME FOR DEFENDANTS TO FILE ANSWER, AND CERTAIN WRITTEN DISCOVERY**<br><br>Hon. Dale S. Fischer |

I, Alexander K. Mircheff, declare as follows:

1. I am a member of the Bar of the State of California, and am qualified and authorized to appear before this Court. I am an associate with the law firm of Gibson, Dunn & Crutcher LLP, attorneys for Defendants Toyota Motor Corporation ("TMC"), Toyota Motor North America, Inc. ("TMA"), Toyota Motor Sales, U.S.A., Inc. ("TMS"), Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, Robert C. Daly, Katsuake Watanabe and Fujio Cho ("Defendants") (collectively, "Defendants") in the above-captioned matter. I make this declaration in support of the parties' Stipulation Regarding Scheduling Rule 26(f) Conference, Rule 16(b) Scheduling Conference, Extending Time for Defendants to File Answer and Certain Written Discovery, filed July 29, 2011 (Docket No. 216, attached hereto as Exhibit 1) (the "Stipulation"). I am familiar with and have personal knowledge of the pleadings and proceedings in this case and the facts set forth in this declaration, and, if called to do so, I could and would testify competently thereto.

2. Good cause exists to grant the Stipulation, as set forth in the Recitals therein and in this declaration.

3. The Court issued an order on July 7, 2011, that granted in part and denied in part Defendants' Motion to Dismiss the Consolidated Class Action Complaint.

4. That order also granted Lead Plaintiff until July 28, 2011, to file an amended complaint and provided that if Lead Plaintiff did not amend, Defendants' Answer would be due by August 19, 2011.

5. Lead Plaintiff has determined that it will not amend its Consolidated Class Action Complaint pursuant to the Court's July 7, 2001 order.

6. Due to the (1) complexity and length of the Consolidated Class Action Complaint, (2) logistical issues associated with the location of several Defendants (including TMC) in Japan—including the need to translate documents into Japanese before they can be approved and filed; and (3) TMC's summer closure from August 10 to August 19, 2011, Defendants require additional time to prepare and file their

1 | Answer to the Consolidated Class Action Complaint. Defendants believe that their requirements in this regard would be accommodated by a short extension of time to file their Answer from August 19, 2011 to September 9, 2011.

7. Defendants have not previously sought an extension of time to file their Answer.

8. Lead Plaintiff has agreed to the extension, as reflected in the Stipulation.

9. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 3, 2011, in Los Angeles, California.

*/s/ Alexander K. Mircheff*