1  Stuart J. Baskin (admitted *pro hac vice*)
   SHEARMAN & STERLING LLP
2  599 Lexington Avenue
   New York, New York  10022
3  Telephone:  (212) 848-4000
   Facsimile:  (212) 848-7179
4  Email:      sbaskin@shearman.com

5  Patrick D. Robbins (State Bar No. 15288)
   Jeffrey S. Facter (State Bar No. 123817)
6  SHEARMAN & STERLING LLP
   525 Market Street, Suite 1500
7  San Francisco, California  94105-2723
   Telephone:  (415) 616-1100
8  Facsimile:  (415) 616-1199
   Email:      probbins@shearman.com
9              jfacter@shearman.com

10 Kay E. Kochenderfer (State Bar No. 125847)
   Gareth Evans (State Bar No. 138992)
11 GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
12 Los Angeles, California  90071-3197
   Telephone:  (213) 229-7000
13 Fax:        (213) 229-7520
   Email:      kkochenderfer@gibsondunn.com
14             gevans@gibsondunn.com

15 *Attorneys for Defendants Toyota Motor
   Corporation, Toyota Motor Sales, U.S.A.,
16 Inc., Toyota Motor North America, Inc.,
   Katsuake Watanabe, Fujio Cho, Robert S.
17 Carter, Irving A. Miller, Yoshimi Inaba,
   James E. Lentz III and Robert C. Daly*

18

19             UNITED STATES DISTRICT COURT

20             CENTRAL DISTRICT OF CALIFORNIA

21                    WESTERN DIVISION

22

| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | CASE NO.: CV-10-0922-DSF (AJWx) PROOF OF SERVICE |
|---|---|

# PROOF OF SERVICE

I, Alexander K. Mircheff, declare as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 333 South Grand Avenue, Los Angeles, California 90071-3197, in said County and State. On August 3, 2011, I caused the following document to be served:

DECLARATION OF ALEXANDER K. MIRCHEFF IN SUPPORT OF STIPULATION REGARDING SCHEDULING RULE 26(f) CONFERENCE, RULE 16(b) SCHEDULING CONFERENCE, EXTENDING TIME FOR DEFENDANTS TO FILE ANSWER, AND CERTAIN WRITTEN DISCOVERY

on the parties stated below,

SEE ATTACHED SERVICE LIST

by the following means of service:

BY ECF SYSTEM: Upon the electronic filing of a document, a Notice of Electronic Filing (NEF) is automatically generated by the ECF system and sent by e-mail to all attorneys in the case who are registered as ECF users and have consented to electronic service. Service by this electronic NEF constitutes service pursuant to the Federal Rules of Civil and Criminal Procedure. See L.R. 5-3-3.

FEDERAL: I declare under penalty perjury that the foregoing is true and correct.

/s/ Alexander K. Mircheff
Alexander K. Mircheff

101090739

# SERVICE LIST

| | |
|---|---|
| Catherine J. Kowalewski, katek@rgrdlaw.com<br>Darren J. Robbins, darrenr@rgrdlaw.com<br>David C. Walton, davew@rgrdlaw.com<br>Shawn A. Williams, shawnw@rgrdlaw.com<br>**Robbins Geller Rudman & Dowd LLP**<br>655 West Broadway, Suite 1900<br>San Diego, California  92101-3301<br>Telephone:     619-231-1058<br>Fax:                619-231-7423<br><br>ATTORNEYS FOR PLAINTIFF<br>HARRY STACKHOUSE | Deborah R. Gross, debbie@bernardmgross.com<br>**Bernard M. Gross Law Offices**<br>Wannamaker Building<br>100 Penn Square East, Suite 450<br>Philadelphia, Pennsylvania  19107<br>Telephone:     215-561-3600<br>Fax:                215-561-3000<br><br>ATTORNEYS FOR PLAINTIFF<br>HARRY STACKHOUSE |
| James M. Hughes, jhughes@motleyrice.com<br>**Motley Rice LLC**<br>28 Bridgeside Boulevard<br>Mount Pleasant, South Carolina  29464<br>Telephone:     843-216-9000<br>Fax:                843-216-9440<br><br>ATTORNEYS FOR PLAINTIFF<br>HARRY STACKHOUSE | Michael M. Goldberg, mmgoldberg@glancylaw.com<br>**Glancy Binkow & Goldberg LLP**<br>1801 Avenue of the Stars, Suite 311<br>Los Angeles, California  90067<br>Telephone:     310-201-9150<br>Fax:                310-201-9160<br><br>ATTORNEYS FOR PLAINTIFF HARRY STACKHOUSE; MOVANT GLOBAL INSTITUTIONAL INVESTOR GROUP |
| William James Doyle, II, bill@doylelowther.com<br>John A. Lowther, IV, john@doylelowther.com<br>**Doyle Lowther LLP**<br>9466 Black Mountain Road, Suite 210<br>San Diego, California  92126<br>Telephone:     619-573-1700<br>Fax:                888-710-6866<br><br>ATTORNEYS FOR MOVANTS WILLIAM P. CONDON AND JUDITH W. WEINSTEIN | Dirk L. Vincent, dvincent@fairbankvincent.com<br>Michael B. Norman, mnorman@fairbankvincent.com<br>Robert H. Fairbank, rfairbank@fairbankvincent.com<br>**Fairbank & Vincent**<br>444 South Flower Street, Suite 3860<br>Los Angeles, California  90071<br>Telephone:     213-891-9010<br>Fax:                213-891-9011<br><br>ATTORNEYS FOR MARYLAND STATE RETIREMENT AND PENSION SYSTEMS |

| | |
|---|---|
| Jay W. Eisenhofer, jeisenhofer@gelaw.com<br>Megan D. McIntyre, mmcintyre@gelaw.com<br>**Grant & Eisenhofer PA**<br>485 Lexington Avenue, 29th Floor<br>Wilmington, Delaware  19801<br>Telephone:     302-622-7020<br>Fax:               302-622-7100<br><br>ATTORNEYS FOR PLAINTIFF MARYLAND STATE RETIREMENT AND PENSION SYSTEMS | Nabil L. Abu-Assal, nabil@cypressllp.com<br>Robert J. Muller, bob@cypressllp.com<br>**Cypress LLP**<br>11111 Santa Monica Boulevard, Suite 500<br>Los Angeles, California  90025<br>Telephone:     424-901-0123<br>Fax:               424-750-5100<br><br>ATTORNEYS FOR MOVANT COMMONWEALTH OF MASSACHUSETTS PENSION RESERVES INVESTMENT MANAGEMENT BOARD |
| Joe Kendall, jkendall@kendalllawgroup.com<br>**Kendall Law Group LLP**<br>3232 McKinney Avenue, Suite 700<br>Dallas, Texas  75204<br>Telephone:     214-744-3000<br>Fax:               214-744-3015<br><br>ATTORNEYS FOR MOVANTS WILLIAM P. CONDON AND JUDITH W. WEINSTEIN | Thomas D. Mauriello, tomm@maurlaw.com<br>**Mauriello Law Firm**<br>1181 Puerta Del Sol, Suite 120<br>San Clemente, California  92673<br>Telephone:     949-542-3555<br>Fax:               949-606-9690<br><br>ATTORNEYS FOR MOVANTS WILLIAM P. CONDON AND JUDITH W. WEINSTEIN |
| Avi N. Wagner, avi@wagnerfirm.com<br>**The Wagner Firm**<br>1801 Avenue of the Stars, Suite 307<br>Los Angeles, California  90067<br>Telephone:     310-491-7949<br>Fax:               310-491-7949<br><br>ATTORNEYS FOR PLAINTIFF<br>HAREL PIA MUTUAL FUND | Jeremy A. Lieberman, jalieberman@pomlaw.com<br>**Pomerantz Haudek Block Grossman & Gross LLP**<br>100 Park Avenue, 26th Floor<br>New York, New York  10017<br>Telephone:     212-661-1100<br>Fax:               212-661-8665<br><br>ATTORNEYS FOR PLAINTIFF<br>HAREL PIA MUTUAL FUND |
| Brian Oliver O'Mara, bomara@rgrdlaw.com<br>Michael J. Dowd, miked@rgrdlaw.com<br>**Robbins Geller Rudman & Dowd LLP**<br>655 West Broadway, Suite 1900<br>San Diego, California  92101-3301<br>Telephone:     619-231-1058<br>Fax:               619-231-7423<br><br>ATTORNEYS FOR MOVANTS CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND AND OMERS ADMINISTRATION CORPORATION | C. Michael Plavi, cmp@classactionlaw.com<br>Jeffrey R. Krinsk, fk@classactionlaw.com<br>Mark L. Knutson, mlk@classactionlaw.com<br>**Finkelstein & Krinsk LLP**<br>501 West Broadway, Suite 1250<br>San Diego, California  92101-3593<br>Telephone:     626-238-1333<br><br>ATTORNEYS FOR MOVANT<br>KATHRYN A. SQUIRES |

Gibson, Dunn & Crutcher LLP

4

PROOF OF SERVICE :                                                       CASE NO.: CV-10-0922-DSF (AJWx)

| | |
|---|---|
| Alan I. Ellman, aellman@labaton.com<br>Christopher J. Keller, ckeller@labaton.com<br>Martis Ann Alex, malex@labaton.com<br>Stefanie J. Sundel, ssundel@labaton.com<br>Thomas A. Dubbs, tdubbs@labaton.com<br>**Labaton Sucharow LLP**<br>140 Broadway<br>New York, New York  10005<br>Telephone:     212-907-0700<br>Fax:               212-818-0477<br><br>ATTORNEYS FOR MOVANT GLOBAL INSTITUTIONAL INVESTOR GROUP | Joseph J. Tabacco, Jr., jtabacco@bernamdevalerio.com<br>Glen DeValerio, gdevalerio@bermandevalerio.com<br>Jeffrey C. Block, jblock@bermandevalerio.com<br>Matthew D. Pearson, mpearson@bermandevalerio.com<br>Nicole Lavallee, Nlavallee@bernamdevalerio.com<br>**Berman DeValerio**<br>One California Street, Suite 900<br>San Francisco, California  94111<br>Telephone:     415-433-3200<br>Fax:               415-433-6382<br><br>ATTORNEYS FOR MOVANT COMMONWEALTH OF MASSACHUSETTS PENSION RESERVES INVESTMENT MANAGEMENT BOARD |
| Benjamin Galdston, beng@blbglaw.com<br>Blair A. Nicholas, blairn@blbglaw.com<br>David R. Kaplan, davidk@blbglaw.com<br>David R. Stickney, davids@blbglaw.com<br>Elizabeth P. Lin, elizabethl@blbglaw.com<br>Takeo A. Kellar, takeok@blbglaw.com<br>Gerald H. Silk, jerry@blbglaw.com<br>**Bernstein Litowitz Berger & Grossman LLP**<br>12481 High Bluff Drive, Suite 300<br>San Diego, California  92130<br>Telephone:     858-793-0070<br>Fax:               858-793-0323<br><br>ATTORNEYS FOR PLAINTIFF MARYLAND STATE RETIREMENT AND PENSION SYSTEMS; MOVANT GLOBAL INSTITUTIONAL INVESTOR GROUP; PLAINTIFF ROBERT M. MOSS; AND PLAINTIFF FRESNO COUNTY EMPLOYEES' RETIREMENT ASSOCIATION | |