| | |
|---|---|
| 1 | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP |
| 2 | BLAIR A. NICHOLAS (Bar No. 178428) |
| 3 | (blairn@blbglaw.com) DAVID R. STICKNEY |
| 4 | (Bar No. 188574) (davids@blbglaw.com) |
| 5 | 12481 High Bluff Drive, Suite 300 San Diego, CA 92130 |
| 6 | Tel:   (858) 793-0070 Fax:  (858) 793-0323 |
| 7 |        -and- GERALD H. SILK |
| 8 | (jerry@blbglaw.com) 1285 Avenue of the Americas |
| 9 | New York, NY 10019 Tel:   (212) 554-1400 |
| 10 | Fax:  (212) 554-1444 |
| 11 | *Counsel for Lead Plaintiff Maryland State Retirement and Pension System and Lead* |
| 12 | *Counsel for the Class* |
| 13 | FAIRBANK & VINCENT ROBERT H. FAIRBANK |
| 14 | (Bar No. 76359) (rfairbank@fairbankvincent.com) |
| 15 | DIRK L. VINCENT (Bar No. 157961) |
| 16 | (dvincent@fairbankvincent.com) 444 S. Flower Street, Suite 3860 |
| 17 | Los Angeles, CA 90071 Tel:   (213) 891-9010 |
| 18 | Fax:  (213) 891-9011 |
| 19 | *Liaison Counsel* |
| 20 | *(Additional Counsel listed on signature page)* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 23 | IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | Case No. 10-cv-922 DSF (AJWx) |
| 24 | | |
| 25 | | NOTICE OF APPEARANCE OF JOSEPH W. GOODMAN |
| 26 | | |
| 27 | | Courtroom: 840 Judge:       Dale S. Fischer |
| 28 | | |

---

NOTICE OF APPEARANCE
Case No. 10-cv-922 DSF (AJWx)

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE of the appearance of Joseph W. Goodman of the law firm of Bernstein Litowitz Berger & Grossmann LLP as Lead Counsel for Lead Plaintiff, the Maryland State Retirement and Pension System, in the above-referenced matter.

Joseph W. Goodman is licensed to practice law in the State of California, is a member in good standing of the California State Bar, and is admitted to practice before the United States District Court for the Central District of California.

Dated: August 8, 2011

Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP

 */s/ Joseph W. Goodman*
JOSEPH W. GOODMAN

BLAIR A. NICHOLAS
(blairn@blbglaw.com)
DAVID R. STICKNEY
(davids@blbglaw.com)
BENJAMIN GALDSTON
(beng@blbglaw.com)
DAVID KAPLAN
(davidk@blbglaw.com)
JOSEPH W. GOODMAN
(joseph.goodman@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323
    -and-
GERALD H. SILK
(jerry@blbglaw.com)
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel:   (212) 554-1400
Fax:   (212) 554-1444

*Counsel for Lead Plaintiff Maryland State Retirement and Pension System and Lead Counsel for the Class*

FAIRBANK & VINCENT
ROBERT H. FAIRBANK
(Bar No. 76359)
(rfairbank@fairbankvincent.com)
DIRK L. VINCENT
(Bar No. 157961)
(dvincent@fairbankvincent.com)
444 S. Flower Street, Suite 3860
Los Angeles, CA 90071
Tel:   (213) 891-9010
Fax:   (213) 891-9011

*Liaison Counsel for the Class*

DOUGLAS F. GANSLER
Attorney General of Maryland
CAMPBELL KILLEFER
Deputy Chief of the Civil
Litigation Division
(ckillefer@oag.state.md.us)
JOHN J. KUCHNO
Assistant Attorney General
(jkuchno@oag.state.md.us)
MARYLAND OFFICE OF ATTORNEY GENERAL
200 St. Paul Place, 20th Floor
Baltimore, MD 21202
Tel:   (410) 576-7291
Fax:   (410) 576-6955

*Counsel for Lead Plaintiff Maryland State Retirement and Pension System*