1  Stuart J. Baskin (admitted *pro hac vice*)
   SHEARMAN & STERLING LLP
2  599 Lexington Avenue
   New York, New York  10022
3  Telephone:   (212) 848-4000
   Facsimile:   (212) 848-7179
4  Email:        sbaskin@shearman.com

5  Patrick D. Robbins (State Bar No. 15288)
   Jeffrey S. Facter (State Bar No. 123817)
6  SHEARMAN & STERLING LLP
   525 Market Street, Suite 1500
7  San Francisco, California  94105-2723
   Telephone:   (415) 616-1100
8  Facsimile:   (415) 616-1199
   Email:        probbins@shearman.com
9                jfacter@shearman.com

10 Kay E. Kochenderfer (State Bar No. 125847)
   Gareth Evans (State Bar No. 138992)
11 GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
12 Los Angeles, California  90071-3197
   Telephone:   (213) 229-7000
13 Fax:         (213) 229-7520
   Email:        kkochenderfer@gibsondunn.com
14               gevans@gibsondunn.com

15 *Attorneys for Defendants Toyota Motor*
   *Corporation, Toyota Motor Sales, U.S.A.,*
16 *Inc., Toyota Motor North America, Inc.,*
   *Katsuake Watanabe, Fujio Cho, Robert S.*
17 *Carter, Irving A. Miller, Yoshimi Inaba,*
   *James E. Lentz III and Robert C. Daly*

18

19                 UNITED STATES DISTRICT COURT

20               CENTRAL DISTRICT OF CALIFORNIA

21                      WESTERN DIVISION

22

23 IN RE TOYOTA MOTOR              CASE NO.: CV-10-0922-DSF (AJWx)
   CORPORATION SECURITIES
24 LITIGATION                      PROOF OF SERVICE

25

26

27

28

Gibson, Dunn &
Crutcher LLP

1    PROOF OF SERVICE

2        I, Deirdre P. Lanning, declare as follows:

3        I am employed in the County of Los Angeles, State of California; I am over the

4    age of eighteen years and am not a party to this action; my business address is 333

5    South Grand Avenue, Los Angeles, California 90071-3197, in said County and State.

6    On August 9, 2011, I caused the following document to be served:

7        STIPULATED PROTECTIVE ORDER RE CONFIDENTIAL AND HIGHLY
         CONFIDENTIAL INFORMATION
8
         [PROPOSED ORDER RE] STIPULATED PROTECTIVE ORDER RE
9        CONFIDENTIAL AND HIGHLY CONFIDENTIAL INFORMATION

10   on the parties stated below,

11                    SEE ATTACHED SERVICE LIST

12   by the following means of service:

13   ☒    BY ECF SYSTEM:  Upon the electronic filing of a document, a Notice of

14        Electronic Filing (NEF) is automatically generated by the ECF system and sent

15        by e-mail to all attorneys in the case who are registered as ECF users and have

16        consented to electronic service.  Service by this electronic NEF constitutes

17        service pursuant to the Federal Rules of Civil and Criminal Procedure.  See L.R.

18        5-3-3.

19   ☒    FEDERAL:  I declare under penalty perjury that the foregoing is true and correct.

20

21                             /s/ Deirdre P. Lanning
                               Deirdre P. Lanning
22

23

24   101130250.1

25

26

27

28

Gibson, Dunn &
Crutcher LLP

                             1

1

SERVICE LIST

2

| | |
|---|---|
| Catherine J. Kowalewski, katek@rgrdlaw.com<br>Darren J. Robbins, darrenr@rgrdlaw.com<br>David C. Walton, davew@rgrdlaw.com<br>Shawn A. Williams, shawnw@rgrdlaw.com<br>**Robbins Geller Rudman & Dowd LLP**<br>655 West Broadway, Suite 1900<br>San Diego, California  92101-3301<br>Telephone:       619-231-1058<br>Fax:                 619-231-7423<br><br>ATTORNEYS FOR PLAINTIFF<br>HARRY STACKHOUSE | Deborah R. Gross, debbie@bernardmgross.com<br>**Bernard M. Gross Law Offices**<br>Wannamaker Building<br>100 Penn Square East, Suite 450<br>Philadelphia, Pennsylvania  19107<br>Telephone:       215-561-3600<br>Fax:                 215-561-3000<br><br><br>ATTORNEYS FOR PLAINTIFF<br>HARRY STACKHOUSE |
| James M. Hughes, jhughes@motleyrice.com<br>**Motley Rice LLC**<br>28 Bridgeside Boulevard<br>Mount Pleasant, South Carolina  29464<br>Telephone:       843-216-9000<br>Fax:                 843-216-9440<br><br>ATTORNEYS FOR PLAINTIFF<br>HARRY STACKHOUSE | Michael M. Goldberg, mmgoldberg@glancylaw.com<br>**Glancy Binkow & Goldberg LLP**<br>1801 Avenue of the Stars, Suite 311<br>Los Angeles, California  90067<br>Telephone:       310-201-9150<br>Fax:                 310-201-9160<br><br>ATTORNEYS FOR PLAINTIFF HARRY<br>STACKHOUSE; MOVANT GLOBAL<br>INSTITUTIONAL INVESTOR GROUP |
| William James Doyle, II, bill@doylelowther.com<br>John A. Lowther, IV, john@doylelowther.com<br>**Doyle Lowther LLP**<br>9466 Black Mountain Road, Suite 210<br>San Diego, California  92126<br>Telephone:       619-573-1700<br>Fax:                 888-710-6866<br><br>ATTORNEYS FOR MOVANTS WILLIAM P.<br>CONDON AND JUDITH W. WEINSTEIN | Dirk L. Vincent, dvincent@fairbankvincent.com<br>Michael B. Norman, mnorman@fairbankvincent.com<br>Robert H. Fairbank, rfairbank@fairbankvincent.com<br>**Fairbank & Vincent**<br>444 South Flower Street, Suite 3860<br>Los Angeles, California  90071<br>Telephone:       213-891-9010<br>Fax:                 213-891-9011<br><br>ATTORNEYS FOR MARYLAND STATE<br>RETIREMENT AND PENSION SYSTEMS |

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

2

| | |
|---|---|
| Jay W. Eisenhofer, jeisenhofer@gelaw.com<br>Megan D. McIntyre, mmcintyre@gelaw.com<br>**Grant & Eisenhofer PA**<br>485 Lexington Avenue, 29th Floor<br>Wilmington, Delaware  19801<br>Telephone:  302-622-7020<br>Fax:  302-622-7100<br><br>ATTORNEYS FOR PLAINTIFF MARYLAND<br>STATE RETIREMENT AND PENSION SYSTEMS | Nabil L. Abu-Assal, nabil@cypressllp.com<br>Robert J. Muller, bob@cypressllp.com<br>**Cypress LLP**<br>11111 Santa Monica Boulevard, Suite 500<br>Los Angeles, California  90025<br>Telephone:  424-901-0123<br>Fax:  424-750-5100<br><br>ATTORNEYS FOR MOVANT COMMONWEALTH<br>OF MASSACHUSETTS PENSION RESERVES<br>INVESTMENT MANAGEMENT BOARD |
| Joe Kendall, jkendall@kendalllawgroup.com<br>**Kendall Law Group LLP**<br>3232 McKinney Avenue, Suite 700<br>Dallas, Texas  75204<br>Telephone:  214-744-3000<br>Fax:  214-744-3015<br><br>ATTORNEYS FOR MOVANTS WILLIAM P.<br>CONDON AND JUDITH W. WEINSTEIN | Thomas D. Mauriello, tomm@maurlaw.com<br>**Mauriello Law Firm**<br>1181 Puerta Del Sol, Suite 120<br>San Clemente, California  92673<br>Telephone:  949-542-3555<br>Fax:  949-606-9690<br><br>ATTORNEYS FOR MOVANTS WILLIAM P.<br>CONDON AND JUDITH W. WEINSTEIN |
| Avi N. Wagner, avi@wagnerfirm.com<br>**The Wagner Firm**<br>1801 Avenue of the Stars, Suite 307<br>Los Angeles, California  90067<br>Telephone:  310-491-7949<br>Fax:  310-491-7949<br><br>ATTORNEYS FOR PLAINTIFF<br>HAREL PIA MUTUAL FUND | Jeremy A. Lieberman, jalieberman@pomlaw.com<br>**Pomerantz Haudek Block Grossman & Gross LLP**<br>100 Park Avenue, 26th Floor<br>New York, New York  10017<br>Telephone:  212-661-1100<br>Fax:  212-661-8665<br><br>ATTORNEYS FOR PLAINTIFF<br>HAREL PIA MUTUAL FUND |
| Brian Oliver O'Mara, bomara@rgrdlaw.com<br>Michael J. Dowd, miked@rgrdlaw.com<br>**Robbins Geller Rudman & Dowd LLP**<br>655 West Broadway, Suite 1900<br>San Diego, California  92101-3301<br>Telephone:  619-231-1058<br>Fax:  619-231-7423<br><br>ATTORNEYS FOR MOVANTS CENTRAL<br>STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND AND OMERS<br>ADMINISTRATION CORPORATION | C. Michael Plavi, cmp@classactionlaw.com<br>Jeffrey R. Krinsk, fk@classactionlaw.com<br>Mark L. Knutson, mlk@classactionlaw.com<br>**Finkelstein & Krinsk LLP**<br>501 West Broadway, Suite 1250<br>San Diego, California  92101-3593<br>Telephone:  626-238-1333<br><br>ATTORNEYS FOR MOVANT<br>KATHRYN A. SQUIRES |

Gibson, Dunn &
Crutcher LLP

3

1

2

Alan I. Ellman, aellman@labaton.com
Christopher J. Keller, ckeller@labaton.com
Martis Ann Alex, malex@labaton.com

3

Stefanie J. Sundel, ssundel@labaton.com
Thomas A. Dubbs, tdubbs@labaton.com

4

**Labaton Sucharow LLP**
140 Broadway

5

New York, New York  10005
Telephone:      212-907-0700

6

Fax:                212-818-0477

7

8

ATTORNEYS FOR MOVANT GLOBAL
INSTITUTIONAL INVESTOR GROUP

9

Joseph J. Tabacco, Jr.,
jtabacco@bernamdevalerio.com
Glen DeValerio, gdevalerio@bermandevalerio.com
Jeffrey C. Block, jblock@bermandevalerio.com
Matthew D. Pearson,
mpearson@bermandevalerio.com
Nicole Lavallee, Nlavallee@bernamdevalerio.com
**Berman DeValerio**
One California Street, Suite 900
San Francisco, California  94111
Telephone:      415-433-3200
Fax:                415-433-6382

ATTORNEYS FOR MOVANT COMMONWEALTH
OF MASSACHUSETTS PENSION RESERVES
INVESTMENT MANAGEMENT BOARD

10

11

Benjamin Galdston, beng@blbglaw.com
Blair A. Nicholas, blairn@blbglaw.com
David R. Kaplan, davidk@blbglaw.com

12

David R. Stickney, davids@blbglaw.com
Elizabeth P. Lin, elizabethl@blbglaw.com

13

Takeo A. Kellar, takeok@blbglaw.com
Gerald H. Silk, jerry@blbglaw.com

14

Joseph W. Goodman, joseph.goodman@blbglaw.com
**Bernstein Litowitz Berger & Grossman LLP**

15

12481 High Bluff Drive, Suite 300
San Diego, California  92130

16

Telephone:      858-793-0070
Fax:                858-793-0323

17

18

ATTORNEYS FOR PLAINTIFF MARYLAND
STATE RETIREMENT AND PENSION SYSTEMS;

19

MOVANT GLOBAL INSTITUTIONAL INVESTOR
GROUP; PLAINTIFF ROBERT M. MOSS; AND
PLAINTIFF FRESNO COUNTY EMPLOYEES'

20

RETIREMENT ASSOCIATION

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

4