UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 10-922 DSF (AJWx) |
| Date | 10/17/11 |
| Title | In Re Toyota Motor Corporation Securities Litigation |

Present: The Honorable  DALE S. FISCHER, United States District Judge

| Debra Plato | Pamela Batalo |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:

Robert H. Fairbank
Blair Nicholas
Benjamin Galdston

Attorneys Present for Defendants:

Stuart J. Baskin
Kay Kochenderfer

**Proceedings:**   Status Conference

    The matter is called and counsel state their appearances.  The Court and counsel discuss the status of the case.  The parties will submit a document that can be cross-referenced to the complaint regarding the remaining allegations.  The hearing on class certification will be June 11, 2012 unless the parties agree on a later date.  The parties will meet and confer regarding dates for trial, appointing a discovery master, and discovery completion.  The matter is continued to January 9, 2012 at 11:00 a.m. for a further status conference.

.10

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

.10