BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
BLAIR A. NICHOLAS (Bar No. 178428)
(blairn@blbglaw.com)
BENJAMIN GALDSTON (Bar No. 211114)
(beng@blbglaw.com)
DAVID R. KAPLAN (Bar No. 230144)
(davidk@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:   (858) 793-0323
        -and-
GERALD H. SILK
(jerry@blbglaw.com)
1285 Avenue of the Americas
New York, NY 10019
Tel:    (212) 554-1400
Fax:   (212) 554-1444

*Counsel for Lead Plaintiff Maryland State Retirement
and Pension System and Lead Counsel for the Class*

FAIRBANK & VINCENT
ROBERT H. FAIRBANK (Bar No. 76359)
(rfairbank@fairbankvincent.com)
DIRK L. VINCENT (Bar No. 157961)
(dvincent@fairbankvincent.com)
444 S. Flower Street, Suite 3860
Los Angeles, CA 90071
Tel:    (213) 891-9010
Fax:   (213) 891-9011

*Liaison Counsel for the Class*

(*Additional Counsel listed on signature page*)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | Master File No. CV 10-922 DSF (AJWx) |
| | **SUPPLEMENTAL JOINT RULE 26(f) REPORT** |
| | Next Status Conference set for: DATE:  January 9, 2012 TIME: 11:00 a.m. COURTROOM:  840 Hon. Dale S. Fischer |

Lead Plaintiff Maryland State Retirement and Pension System ("Lead Plaintiff") and Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Katsuaki Watanabe, Fujio Cho, Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, and Robert C. Daly (collectively, "Defendants" and, together with Lead Plaintiff, the "Parties") submit this Supplemental Joint Report pursuant to the Court's instructions at the October 17, 2011 Status Conference. *See* Docket No. 233.

Pursuant to the Court's instructions at the Status Conference, the Parties met and conferred telephonically on October 24 and 26, 2011, and have reached an agreement on the pretrial schedule and the selection of a special master, subject to the Court's approval.

**A.    APPOINTMENT OF A SPECIAL MASTER**

Subject to the Court's approval, the parties have selected former U.S. District Judge Layn R. Phillips to serve as the Special Master in this case.  Pursuant to the Court's direction at the Status Conference, attached as Exhibit A is Judge Phillips' curriculum vitae and fee schedule.  Within 10 business days of this Supplemental Joint Report, the parties shall submit to the Court a proposed Stipulated Order appointing Judge Phillips as the Special Master which shall address, *inter alia*, the Special Master's duties and responsibilities, and the procedures for resolving discovery disputes.  If the parties are unable to reach agreement on all terms, each side will submit a proposed Order appointing Judge Phillips.

**B.    PRETRIAL SCHEDULE**

Subject to the Court's approval, the parties have agreed on the following pretrial schedule.

| Date | Event |
| --- | --- |
| Feb. 17, 2012 | Lead Plaintiff to file motion for class certification |
| Apr. 17, 2012 | Defendants to file any opposition to class certification |

1

| May 17, 2012 | Lead Plaintiff to file its reply in support of class certification |
| June 11, 2012 | Hearing on class certification |
| Dec. 7, 2012 | Last day to amend pleadings or add parties |
| Mar. 15, 2013 | Fact discovery cutoff |
| Mar. 15, 2013 | Parties to identify experts and areas of expert opinion |
| Mar. 29, 2013 | Plaintiffs to serve expert reports |
| Apr. 26, 2013 | Defendants to serve expert reports |
| May 10, 2013 | Parties to identify any rebuttal experts and areas of rebuttal expert opinion |
| May 24, 2013 | Defendants to serve rebuttal expert reports |
| June 21, 2013 | Plaintiffs to serve rebuttal expert reports |
| July 29, 2013 | Expert discovery cut-off (including expert depositions) |
| Aug. 26, 2013 | Last day to hear motions |
| Sept. 10, 2013 | Last day to conduct settlement conference |
| Oct. 15, 2013 | File memo of contentions of fact and law; exhibit & witness lists; status report re settlement; motions in limine |
| Oct. 22, 2013 | Lodge pre-trial conference order; agreed set of jury instructions and verdict forms; statement regarding disputed instructions, verdicts, etc.; oppositions to motions in limine |
| Nov. 5, 2013 | Pretrial conference; hearing on motions in limine |
| Dec. 3, 2013 | Trial to commence |

1    DATED:  October 27, 2011          Respectfully submitted,

2                                      BERNSTEIN LITOWITZ BERGER
                                          & GROSSMANN LLP
3

4                                        */s/ Blair A. Nicholas*
                                       BLAIR A. NICHOLAS
5

6                                      BLAIR A. NICHOLAS
                                       (blairn@blbglaw.com)
7                                      BENJAMIN GALDSTON
                                       (beng@blbglaw.com)
8                                      DAVID KAPLAN
                                       (davidk@blbglaw.com)
9                                      JOSEPH W. GOODMAN
                                       (joseph.goodman@blbglaw.com)
10                                     12481 High Bluff Drive, Suite 300
                                       San Diego, CA 92130
11                                     Tel:    (858) 793-0070
                                       Fax:   (858) 793-0323
12                                             -and-
                                       GERALD H. SILK
13                                     (jerry@blbglaw.com)
                                       1285 Avenue of the Americas, 38th Floor
14                                     New York, NY 10019
                                       Tel:    (212) 554-1400
15                                     Fax:   (212) 554-1444
16

17                                     *Counsel for Lead Plaintiff Maryland State*
                                       *Retirement and Pension System and Lead*
18                                     *Counsel for the Class*

19

20

21

22

23

24

25

26

27

28

FAIRBANK & VINCENT
ROBERT H. FAIRBANK
(rfairbank@fairbankvincent.com)
DIRK L. VINCENT
(dvincent@fairbankvincent.com)
444 S. Flower Street, Suite 3860
Los Angeles, CA 90071
Tel:     (213) 891-9010
Fax:     (213) 891-9011

*Liaison Counsel for the Class*


MARYLAND OFFICE OF
    ATTORNEY GENERAL
DOUGLAS F. GANSLER
Attorney General of Maryland
CAMPBELL KILLEFER
Deputy Chief of the Civil
  Litigation Division
(ckillefer@oag.state.md.us)
JOHN J. KUCHNO
Assistant Attorney General
(jkuchno@oag.state.md.us)
200 St. Paul Place, 20th Floor
Baltimore, MD 21202
Tel:     (410) 576-7291
Fax:     (410) 576-6955

*Counsel for Lead Plaintiff Maryland State
Retirement and Pension System*

SHEARMAN & STERLING LLP

  */s/ Patrick D. Robbins*
PATRICK D. ROBBINS

PATRICK D. ROBBINS
(probbins@shearman.com)
JEFFREY S. FACTER
(jfacter@shearman.com)
525 Market Street, Suite 1500
San Francisco, CA 94105-2723
Tel:   (415) 616-1100
Fax:   (415) 616-1199

*Counsel for Defendants Toyota Motor
Corporation, Toyota Motor North America,
Inc., Toyota Motor Sales, U.S.A., Inc.,
Katsuaki Watanabe, Fujio Cho, Yoshimi
Inaba, James E. Lentz III, Irving A. Miller,
Robert S. Carter, and Robert C. Daly*

GIBSON DUNN & CRUTCHER LLP

  */s/ Kay E. Kochenderfer*
KAY E. KOCHENDERFER

KAY E. KOCHENDERFER
(kkochenderfer@gibsondunn.com)
GARETH T. EVANS
(gevans@gibsondunn.com)
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel:   (213) 229-7000
Fax:   (213) 229-7520

*Counsel for Defendants Toyota Motor
Corporation, Toyota Motor North America,
Inc., Toyota Motor Sales, U.S.A., Inc.,
Katsuaki Watanabe, Fujio Cho, Yoshimi
Inaba, James E. Lentz III, Irving A. Miller,
Robert S. Carter, and Robert C. Daly*

# EXHIBIT A

CURRICULUM VITAE OF JUDGE LAYN R. PHILLIPS

Layn R. Phillips, age 59, is a partner with the Los Angeles law firm of Irell & Manella.  He is a former United States District Judge and United States Attorney, and founder of the Irell and Manella Alternative Dispute Resolution Center.

Judge Phillips was born and raised in Oklahoma.  He attended undergraduate school and law school at the University of Tulsa in Tulsa, Oklahoma and Georgetown University Law Center in Washington D.C.  In 1977 he joined the Federal Trade Commission's Honors Program and was assigned to the Bureau of Competition in Washington, D.C., where for the next three years he investigated and litigated civil antitrust cases involving mergers and monopolization claims.  In 1980, he joined the United States Attorney's office in Los Angeles as an Assistant United States Attorney, serving as a federal prosecutor in the Central District of California until 1984.  During the Reagan Administration, he returned to Oklahoma where he was appointed by the President to serve as the United States Attorney in Tulsa, Oklahoma.

In 1986, he was nominated by the President to serve as a United States District Judge for the Western District of Oklahoma in Oklahoma City.  During his tenure on the bench he presided over approximately 150 federal civil and criminal trials in various districts within the Tenth Circuit.  In 1990, Judge Phillips was also designated by the Chief Justice of the United States Supreme Court to preside over cases in the Fifth Circuit in the Northern District of Texas, Dallas Division.

Judge Phillips also sat by designation on the United States Court of Appeals for the Tenth Circuit in Denver, Colorado, where he participated in numerous panel decisions and published several opinions in the field of civil rights, business litigation, environmental law, and summary judgment practice.  In July 1991, he resigned from the federal bench and joined Irell & Manella as a litigation partner.

As an advocate, Judge Phillips has more than 50 trials to his credit.  These trials span several substantive areas of the law, including allegations of unfair competition, environmental contamination, securities fraud, public corruption, money laundering, bank fraud, mail fraud, merger violations, professional malpractice, tax evasion, narcotics trafficking prosecutions, and transgressions of the RICO and Continuing Criminal Enterprise statutes.  As a result of his trial work, he has been elected into, and now serves, as a Fellow in the American College of Trial Lawyers.

While serving as a federal judge, he also gained extensive experience in the realm of settlement negotiations and mediation, presiding over dozens of settlement conferences in complex business disputes and class actions.  Judge Phillips has mediated hundreds of disputes referred by private parties and courts, and has been appointed a Special Master by numerous federal courts in complex civil proceedings.  He has also been designated as special counsel to various boards and corporations, conducting internal investigations on sensitive issues.  He has been nationally recognized as a mediator by the International Institute for Conflict Prevention and Resolution, serving on its National Panel of Distinguished Neutrals.

Judge Phillips has also been active in a variety of bar association activities, as well as continuing legal education presentations.  During 2001, he served as the President of the Federal Bar Association in Orange County, California, and served on the Orange County Bar Association Board of Directors and Judiciary Committee.  Judge Phillips has also served as the President of two American Inns of Court, and maintains the status of Master Emeritus in three separate Inns.  He is a member of the California, Oklahoma, Texas, and District of Columbia bar associations.

Judge Phillips is a Fellow of the American Bar Foundation.  In 2004-2005 he served as the Co-Chair of the Central District of California Lawyer Representatives to the Ninth Circuit Judicial Conference.  In 2005 Judge Phillips was selected by the Central District of California federal judiciary to serve as the Chairman of the Magistrate Judge Merit Selection Panel, a position he still holds.  He was also a 2006 Co-Chair for the ABA's Litigation Section's Annual Meeting in Los Angeles.

As an undergraduate student, Judge Phillips graduated with highest honors as an economics major, receiving his college's Wall Street Journal Award for the Outstanding Economics graduate.  He attended the University of Tulsa on a NCAA tennis scholarship, serving as the team's captain and winning the Missouri Valley Conference Championship at #1 singles.  He also received an NCAA post-graduate scholarship, and was inducted into the University of Tulsa Athletic Hall of Fame.  Judge Phillips also graduated from law school with highest honors, finishing second in his class at the University of Tulsa.  He then pursued an additional two years of graduate law studies at Georgetown University to complement his work in the field of economic regulation of industry.

For his years of commitment to public service, in 1989 he was named as one of the 10 Outstanding Young Americans by the U.S. Junior Chamber of Commerce. In 1991, he resigned from the federal bench and joined Irell & Manella, where he specializes in complex civil litigation, internal investigations, and alternative dispute resolution.  He has the dual honor of being named by *LawDragon Magazine* in 2006 as one of the "Leading Judges in America" and as one of the "Leading Litigation Attorneys in America."  *The Los Angeles Daily Journal* named Mr. Phillips as one of California's 100 most influential lawyers in 2008. In addition, Mr. Phillips was also again selected for inclusion in The Best Lawyers in America for 2009.

Judge Phillips lives in Orange County, California with his wife, Kathryn.  He has three children, Amanda, Parker, and Graham.

# ALTERNATIVE DISPUTE RESOLUTION CENTER

## IRELL & MANELLA LLP

A Registered Limited Liability Law Partnership
Including Professional Corporations

## ADR FEE SCHEDULE

| Mediator/Arbitrator | Fees |
|---|---|
| Former United States District Judge Layn R. Phillips | Mediations/Arbitrations ADR Rates:<br><br>Hourly Rate                    $1,200.00<br>                                                (plus expenses)*<br><br><br>Cancel/<br>Reschedule:   Once ADR dates are scheduled, if the ADR session is cancelled or rescheduled <u>10 days or more</u> prior to the scheduled session, there is <u>no</u> cancellation charge. However, if the ADR session is cancelled or rescheduled <u>less than 10 days prior</u> to the scheduled ADR session, 100% of the full fee will be charged to the parties, unless Judge Phillips is able to reschedule a new ADR matter for the date that was cancelled or changed.<br><br><br>*       There is no charge for use of the ADR Center facilities in Newport Beach.  Travel time will be charged for every proceeding not conducted in Newport Beach, California. |

574344