BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
BLAIR A. NICHOLAS  (Bar No. 178428)
(blairn@blbglaw.com)
BENJAMIN GALDSTON  (Bar No. 211114)
(beng@blbglaw.com)
DAVID R. KAPLAN (Bar No. 230144)
(davidk@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323
        -and-
GERALD H. SILK
(jerry@blbglaw.com)
1285 Avenue of the Americas
New York, NY 10019
Tel:   (212) 554-1400
Fax:   (212) 554-1444

*Counsel for Lead Plaintiff Maryland State Retirement
and Pension System and Lead Counsel for the Class*

FAIRBANK & VINCENT
ROBERT H. FAIRBANK
(Bar No. 76359)
(rfairbank@fairbankvincent.com)
DIRK L. VINCENT
(Bar No. 157961)
(dvincent@fairbankvincent.com)
444 S. Flower Street, Suite 3860
Los Angeles, CA 90071
Tel:   (213) 891-9010
Fax:   (213) 891-9011

*Liaison Counsel for the Class*

*(Additional Counsel listed on signature page)*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | Master File No. CV 10-922 DSF (AJWx) <br><br> **NOTICE OF LODGING OF [PROPOSED] STIPULATED ORDER APPOINTING SPECIAL MASTER** <br><br> Courtroom:  840 <br> Judge:       Dale S. Fischer |

PLEASE TAKE NOTICE that Lead Plaintiff Maryland State Retirement and Pension System is lodging herewith the [Proposed] Stipulated Order Appointing Special Master, in the form attached hereto, pursuant to the Court's Minutes dated October 17, 2011 [ECF No. 233].

Dated:  November 14, 2011

Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP


   */s/ Blair A. Nicholas*

BLAIR A. NICHOLAS
(blairn@blbglaw.com)
BENJAMIN GALDSTON
(beng@blbglaw.com)
DAVID KAPLAN
(davidk@blbglaw.com)
JOSEPH W. GOODMAN
(joseph.goodman@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:       (858) 793-0070
Fax:      (858) 793-0323
   -and-
GERALD H. SILK
(jerry@blbglaw.com)
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel:       (212) 554-1400
Fax:      (212) 554-1444

*Counsel for Lead Plaintiff Maryland
State Retirement and Pension System and
Lead Counsel for the Class*

FAIRBANK & VINCENT
ROBERT H. FAIRBANK
(Bar No. 76359)
(rfairbank@fairbankvincent.com)
DIRK L. VINCENT
(Bar No. 157961)
(dvincent@fairbankvincent.com)
444 S. Flower Street. Suite 3860
Los Angeles. CA 90071
Tel:    (213) 891-9010
Fax:    (213) 891-9011

*Liaison Counsel for the Class*

MARYLAND OFFICE OF ATTORNEY
  GENERAL
DOUGLAS F. GANSLER
Attorney General of Maryland
CAMPBELL KILLEFER
Deputy Chief of the Civil
 Litigation Division
(ckillefer@oag.state.md.us)
JOHN J. KUCHNO
Assistant Attorney General
(jkuchno@oag.state.md.us)
200 St. Paul Place. 20th Floor
Baltimore. MD 21202
Tel:     (410) 576-7291
Fax:     (410) 576-6955

*Counsel for Lead Plaintiff Maryland
State Retirement and Pension System*