SHEARMAN & STERLING LLP
PATRICK D. ROBBINS (152288)
(probbins@shearman.com)
JEFFREY S. FACTER (123817)
(jfacter@shearman.com)
525 Market Street, Suite 1500
San Francisco, CA 94105
Tel: (415) 616-1100
Fax: (415) 616-1199
  -and-
STUART J. BASKIN (*pro hac vice*)
(sbaskin@shearman.com)
599 Lexington Ave.
New York, NY 10022
Tel: (212) 848-4000
Fax: (212) 848-7179

GIBSON, DUNN & CRUTCHER LLP
KAY E. KOCHENDERFER (125847)
(kkochenderfer@gibsondunn.com)
GARETH EVANS (138992)
(gevans@gibsondunn.com)
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Fax: (213) 229-7520

*Attorneys for Defendants Toyota Motor Corporation, Toyota Motor Sales, U.S.A., Inc., Toyota Motor North America, Inc., Katsuake Watanabe, Fujio Cho, Robert S. Carter, Irving A. Miller, Yoshimi Inaba, James E. Lentz III and Robert C. Daly*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Toyota Motor Corporation Securities Litigation | Master File No. CV-10-0922 DSF (AJWx)<br><br>**STIPULATION REGARDING STATUS CONFERENCE AND BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**<br><br>Hon. Dale S. Fischer |

Gibson, Dunn & Crutcher LLP

This Stipulation is entered into by and between Lead Plaintiff Maryland State Retirement and Pension System ("Lead Plaintiff") and Defendants Toyota Motor Corporation ("TMC"), Toyota Motor North America, Inc. ("TMA"), Toyota Motor Sales, U.S.A., Inc. ("TMS"), Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, Robert C. Daly, Katsuake Watanabe and Fujio Cho ("Defendants") (collectively, the "Parties").

## RECITALS

WHEREAS, at the Status Conference in this matter on October 17, 2011, the Court set a further Status Conference for January 9, 2012 at 11:00 a.m.;

WHEREAS, Defendants intend to file a Motion for Partial Judgment on the Pleadings, and the Parties have agreed on a briefing schedule for that Motion;

WHEREAS, the Parties have agreed that a further Status Conference would be more productive after the Defendants' Motion for Partial Judgment on the Pleadings has been fully briefed;

WHEREAS, in light of the fact that certain counsel for the Parties will travel to Los Angeles for the hearings on these matters, the Parties have agreed that the Status Conference and the hearing on the Defendants' Motion for Partial Judgment on the Pleadings should be set for the same time.

WHEREAS, good cause exists to reset the Status Conference for the same time as the hearing on Defendants' Motion for Partial Judgment on the Pleadings, as this schedule will provide for one hearing with respect to these two matters and will promote judicial efficiency.

## STIPULATION

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties that:

1. Defendants shall file their Motion for Partial Judgment on the Pleadings on December 9, 2011;

2. Lead Plaintiff's opposition to Defendants' Motion for Partial Judgment on the Pleadings shall be due on January 23, 2012;

3. Defendants' reply in support of their Motion for Partial Judgment on the Pleadings shall be due on February 13, 2012;

4. Defendants shall notice the hearing on their Motion for Partial Judgment on the Pleadings for February 27, 2012 at 1:30 p.m.

5. In light of this stipulation, the Parties request that the Court reset the Status Conference on January 9, 2012 at 11:00 a.m. for February 27, 2012 at 1:30 p.m., to take place concurrently with the hearing on Defendants' Motion for Partial Judgment on the Pleadings.

DATED:  December 6, 2011

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP

 /s Blair A. Nicholas
BLAIR A. NICHOLAS
(blairn@blbglaw.com)
ELIZABETH P. LIN
(elizabethl@blbglaw.com)
BENJAMIN GALDSTON
(beng@blbglaw.com)
TAKEO A. KELLAR
(takeok@blbglaw.com)
DAVID R. KAPLAN
(davidk@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070;  Fax:   (858) 793-0323

-and-

GERALD H. SILK
(jerry@blbglaw.com)
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel:   (212) 554-1400
Fax:   (212) 554-1444

*Lead Counsel for the Class and Counsel for Lead Plaintiff Maryland State Retirement and Pension System*

Gibson, Dunn &
Crutcher LLP

2

| | |
|---|---|
| 1 | FAIRBANK & VINCENT |
| 2 | ROBERT H. FAIRBANK (Bar No. 76359) (rfairbank@fairbankvincent.com) |
| 3 | DIRK L. VINCENT (Bar No. 157961) |
| 4 | (dvincent@fairbankvincent.com) 444 S. Flower Street, Suite 3860 |
| 5 | Los Angeles, CA 90071 Tel:   (213) 891-9010 |
| 6 | Fax:  (213) 891-9011 |
| 7 | *Liaison Counsel for the Class* |
| 8 | DOUGLAS F. GANSLER Attorney General of Maryland |
| 9 | CAMPBELL KILLEFER Deputy Chief of the Civil Litigation Division |
| 10 | (ckillefer@oag.state.md.us) JOHN J. KUCHNO |
| 11 | Assistant Attorney General (jkuchno@oag.state.md.us) |
| 12 | MARYLAND OFFICE OF ATTORNEY   GENERAL |
| 13 | 200 St. Paul Place, 20th Floor Baltimore, MD 21202 |
| 14 | Tel:   (410) 576-7291 Fax:  (410) 576-6955 |
| 15 | |
| 16 | *Counsel for Lead Plaintiff Maryland State Retirement and Pension System* |
| 17 | SHEARMAN & STERLING LLP |
| 18 | /s Jeffrey S. Facter |
| 19 | JEFFREY S. FACTER (jfacter@shearman.com) |
| 20 | PATRICK D. ROBBINS (probbins@shearman.com) |
| 21 | 525 Market Street, Suite 1500 San Francisco, CA 94105 |
| 22 | Tel:   (415) 616-1100 Fax:  (415) 616-1199 |
| 23 | -and- |
| 24 | STUART J. BASKIN |
| 25 | (sbaskin@shearman.com) 599 Lexington Ave. |
| 26 | New York, NY 10022 Tel:   (212) 848-4000 |
| 27 | Fax:  (212) 848-7179 |
| 28 | |

Gibson, Dunn & Crutcher LLP

| | |
|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP |
| 2 | /s Kay E. Kochenderfer |
| 3 | KAY E. KOCHENDERFER (kkochenderfer@gibsondunn.com) |
| 4 | GARETH EVANS (gevans@gibsondunn.com) |
| 5 | 333 South Grand Avenue Los Angeles, CA 90071 |
|  | Tel: (213) 229-7000 |
| 6 | Fax: (213) 229-7520 |
| 7 | *Attorneys for Defendants Toyota Motor Corporation,* |
| 8 | *Toyota Motor Sales, U.S.A., Inc., Toyota Motor North America, Inc., Katsuake Watanabe, Fujio Cho,* |
|  | *Robert S. Carter, Irving A. Miller, Yoshimi Inaba,* |
| 9 | *James E. Lentz III and Robert C. Daly* |