SHEARMAN & STERLING LLP
PATRICK D. ROBBINS (152288)
(probbins@shearman.com)
JEFFREY S. FACTER (123817)
(jfacter@shearman.com)
525 Market Street, Suite 1500
San Francisco, CA 94105
Tel:   (415) 616-1100
Fax:   (415) 616-1199
     -and-
STUART J. BASKIN (*pro hac vice*)
(sbaskin@shearman.com)
599 Lexington Ave.
New York, NY 10022
Tel:   (212) 848-4000
Fax:   (212) 848-7179

GIBSON, DUNN & CRUTCHER LLP
KAY E. KOCHENDERFER (125847)
(kkochenderfer@gibsondunn.com)
GARETH EVANS (138992)
(gevans@gibsondunn.com)
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Fax: (213) 229-7520

*Attorneys for Defendants Toyota Motor Corporation, Toyota Motor Sales, U.S.A., Inc., Toyota Motor North America, Inc., Katsuake Watanabe, Fujio Cho, Robert S. Carter, Irving A. Miller, Yoshimi Inaba, James E. Lentz III and Robert C. Daly*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Toyota Motor Corporation Securities Litigation | Master File No. CV-10-0922 DSF (AJWx) <br><br> **DECLARATION OF GARETH EVANS IN SUPPORT OF STIPULATION REGARDING STATUS CONFERENCE AND BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS** <br><br> Hon. Dale S. Fischer |

I, Gareth Evans, declare as follows:

1. I am a member of the Bar of the State of California, and am qualified and authorized to appear before this Court. I am a partner with the law firm of Gibson, Dunn & Crutcher LLP, attorneys for Defendants Toyota Motor Corporation ("TMC"), Toyota Motor North America, Inc. ("TMA"), Toyota Motor Sales, U.S.A., Inc. ("TMS"), Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, Robert C. Daly, Katsuake Watanabe and Fujio Cho (collectively, "Defendants") in the above-captioned matter. I make this declaration in support of the parties' Stipulation Regarding Status Conference and Briefing Schedule on Defendants' Motion for Partial Judgment on the Pleadings ("Stipulation"). I am familiar with and have personal knowledge of the pleadings and proceedings in this case and the facts set forth in this declaration, and, if called to do so, I could and would testify competently thereto.

2. At the Status Conference on October 17, 2011, the Court set a further Status Conference for January 9, 2012 at 11:00 a.m.

3. As set forth in the Stipulation, the Defendants and Lead Plaintiff (collectively, the "Parties") are requesting a continuance of the Status Conference from January 9, 2012 at 11:00 a.m. to February 27, 2012 at 1:30 p.m. Good cause exists for this continuance for the following reasons.

4. Defendants intend to file a Motion for Partial Judgment on the Pleadings ("Motion") on or before December 9, 2011, and the Parties have agreed to the following briefing schedule on that Motion: Lead Plaintiff's opposition to that Motion shall be filed on or before January 23, 2012. Defendants' reply in support of the Motion shall be filed on or before February 13, 2012. The Parties have agreed that the Defendants shall notice the hearing on the Motion for February 27, 2012 at 1:30 p.m.

5. The Parties have agreed that a further Status Conference would be more productive after the Defendants' Motion for Partial Judgment on the Pleadings has been fully briefed.

Gibson, Dunn &
Crutcher LLP

6. Conducting the Status Conference and hearing on Defendants' Motion at same time will promote judicial efficiency, as it will not require two separate hearings. Additionally, the Parties expect that counsel appearing for both the Status Conference and the hearing on Defendants' Motion will be traveling from New York, San Francisco, and San Diego. As such, the Parties have agreed that the Status Conference and the hearing on Defendants' Motion should be set for the same time.

7. The Parties have not previously sought an extension of time or a continuance regarding this Status Conference.

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 6, 2011, in Los Angeles, California.

*/s/ Gareth Evans*

Gareth Evans