1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| In re Toyota Motor Corporation Securities Litigation | Master File No. CV-10-0922 DSF (AJWx) <br><br> **[PROPOSED] ORDER ON STIPULATION REGARDING STATUS CONFERENCE AND BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS** <br><br> Hon. Dale S. Fischer |
|---|---|

IT IS HEREBY ORDERED that:

1. Defendants shall file their Motion for Partial Judgment on the Pleadings on December 9, 2011;

2. Lead Plaintiff's opposition to Defendants' Motion for Partial Judgment on the pleadings shall be due on January 23, 2012;

3. Defendants' reply in support of their Motion for Partial Judgment on the Pleadings shall be due on February 13, 2012;

4. The hearing on Defendants' Motion for Partial Judgment on the Pleadings shall be set for February 27, 2012 at 1:30 p.m.

5. The Status Conference currently set for January 9, 2012 at 11:00 a.m. shall be continued to February 27, 2012 at 1:30 p.m.

**IT IS SO ORDERED.**

DATED: 12/8/11

Hon. Dale S. Fischer
United States District Judge

1