| | |
|---|---|
| 1 | Stuart J. Baskin (admitted *pro hac vice*) |
|   | SHEARMAN & STERLING LLP |
| 2 | 599 Lexington Avenue |
|   | New York, NY  10022 |
| 3 | Telephone:  (212) 848-4000 |
|   | Facsimile:  (212) 848-7179 |
| 4 | Email:  sbaskin@shearman.com |
| 5 | Patrick D. Robbins (State Bar No. 152288) |
|   | Emily V. Griffen (State Bar No. 209162) |
| 6 | SHEARMAN & STERLING LLP |
|   | 525 Market Street, Suite 1500 |
| 7 | San Francisco, CA  94105-2723 |
|   | Telephone:  (415) 616-1100 |
| 8 | Facsimile:  (415) 616-1199 |
|   | Email:  probbins@shearman.com |
| 9 |         egriffen@shearman.com |
| 10 | Kay E. Kochenderfer (State Bar No. 125847) |
|    | Gareth Evans (State Bar No. 138992) |
| 11 | GIBSON, DUNN & CRUTCHER LLP |
|    | 333 South Grand Avenue |
| 12 | Los Angeles, California 90071-3197 |
|    | Telephone:  (213) 229-7000 |
| 13 | Facsimile:  (213) 229-7520 |
|    | Email:  kkochenderfer@gibsondunn.com |
| 14 |         gevans@gibsondunn.com |
| 15 | Attorneys for Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Katsuaki Watanabe, Fujio Cho, Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, and Robert C. Daly |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | CASE NO. CV-10-0922 DSF (AJWx) <br><br> **DEFENDANTS' SUBMISSION OF REDACTED COMPLAINT** |

     Attached as Exhibit A is a redacted version of the Consolidated Amended Class Action Complaint that sets forth Defendants' position regarding what they believe is out of the case as a result of the Court's July 7, 2011 Order granting, in large part, Defendants' Motion to Dismiss [Dkt. # 213].  Defendants make this submission as a result of Judge Fischer's statements at the October 17, 2011 Scheduling Conference.  *See* Transcript of October 17, 2011 Scheduling Conference at 7-8, 9 ("[T]here is certainly a benefit, I think, to having an actual document that the Court and the parties can look to that alleges now only the assertions that I said would remain in the case. . . . You file something . . . And you can just call it a submission. . . . I mean, just redact the things that you think are out.").

     The redactions are color coded as follows—Red: Allegations that Defendants believe were dismissed, as a matter of law, on the Motion to Dismiss.  Blue: Allegations that Defendants believe serve as underlying "factual" predicate for alleged misrepresentations regarding legal and regulatory compliance issues that the Court dismissed.  Yellow: Allegations that Defendants believe serve as underlying "factual" predicate for alleged misrepresentations regarding general quality and safety issues that the Court dismissed.  Green:  Allegations that Defendants believe serve as underlying "factual" predicate related to non-sticky pedal unintended acceleration, including all allegations of pre-2008 unintended acceleration (based on the Court's dismissal of 26 of the 33 statements, including all statements before April 2008).

DATED:  January 6, 2012         SHEARMAN & STERLING LLP

            By:     /s/ Stuart J. Baskin
                   Stuart J. Baskin

         GIBSON, DUNN & CRUTCHER LLP

            By:     /s/ Kay E. Kochenderfer
                   Kay E. Kochenderfer

Attorneys for Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Katsuaki Watanabe, Fujio Cho, Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, and  Robert C. Daly