1  BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
2  BLAIR A. NICHOLAS (Bar No. 178428)
   (blairn@blbglaw.com)
3  BENJAMIN GALDSTON (Bar No. 211114)
   (beng@blbglaw.com)
4  DAVID R. KAPLAN (Bar No. 230144)
   (davidk@blbglaw.com)
5  12481 High Bluff Drive, Suite 300
   San Diego, CA 92130
6  Tel:   (858) 793-0070
   Fax:   (858) 793-0323
7       -and-
   GERALD SILK
8  (jerry@blbglaw.com)
   1285 Avenue of the Americas
9  38th Floor
   New York, NY 10019
10 Tel:   (212) 554-1400
   Fax:   (212) 554-1444
11
   *Lead Counsel for the Class and Counsel for*
12 *Lead Plaintiff Maryland State Retirement and*
   *Pension System*
13
   FAIRBANK & VINCENT
14 ROBERT H. FAIRBANK (Bar No. 76359)
   (rfairbank@fairbankvincent.com)
15 DIRK L. VINCENT (Bar No. 157961)
   (dvincent@fairbankvincent.com)
16 444 S. Flower Street, Suite 3860
   Los Angeles, CA 90071
17 Tel:   (213) 891-9010
   Fax:   (213) 891-9011
18
   *Liaison Counsel for the Class*
19

20              UNITED STATES DISTRICT COURT
21              CENTRAL DISTRICT OF CALIFORNIA
22

| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | Master File No. CV 10-922-DSF-AJWx |
|---|---|
| | **DECLARATION OF SERVICE** |

23
24
25
26
27
28

1   I, Kaye A. Martin, do hereby certify that on this 27th day of January, 2012,

2   true and correct copies of the foregoing were filed electronically.

3

4   • Lead Plaintiff's Response To Defendants' "Redacted Complaint" Submission (with Exhibits); and

5

6   • Declaration of Service.

7   Those attorneys who are registered with the Electronic Case Filing ("ECF")

8   System may access this filing through the Court's system, and notice of this filing

9   will be sent to the parties by operation of the Court's ECF System.  Attorneys not

10  registered with the Court's ECF system will be duly and properly served in

11  accordance with the Federal Rules of Civil Procedure and the Court's Local Rules.

12  

13  _Kaye A. Martin_
                          KAYE A. MARTIN

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF SERVICE
Master File No. CV 10-922 DSF (AJWx)