BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
BLAIR A. NICHOLAS  (Bar No. 178428)
(blairn@blbglaw.com)
BENJAMIN GALDSTON  (Bar No. 211114)
(beng@blbglaw.com)
DAVID R. KAPLAN (Bar No. 230144)
(davidk@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:  (858) 793-0323
      -and-
GERALD H. SILK
(jerry@blbglaw.com)
1285 Avenue of the Americas
New York, NY 10019
Tel:   (212) 554-1400
Fax:  (212) 554-1444

*Counsel for Lead Plaintiff Maryland State Retirement
and Pension System and Lead Counsel for the Class*

FAIRBANK & VINCENT
ROBERT H. FAIRBANK
(Bar No. 76359)
(rfairbank@fairbankvincent.com)
DIRK L. VINCENT
(Bar No. 157961)
(dvincent@fairbankvincent.com)
444 S. Flower Street, Suite 3860
Los Angeles, CA 90071
Tel:   (213) 891-9010
Fax:  (213) 891-9011

*Liaison Counsel for the Class*

*(Additional Counsel listed on signature page)*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | Master File No. CV 10-922 DSF (AJWx)<br><br>**NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**<br><br>Courtroom:  840<br>Judge:    Dale S. Fischer<br>Date:     June 11, 2012<br>Time:    1:30 p.m. |

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that on June 11, 2012, at 1:30 p.m., before the Honorable Dale S. Fischer, Lead Plaintiff Maryland State Retirement and Pension System will and hereby does move this Court for an order certifying this matter as a class action pursuant to Federal Rule of Civil Procedure 23(a) and 23(b)(3), appointing Lead Plaintiff Class representative, and appointing Bernstein Litowitz Berger & Grossmann LLP Class counsel.

## STATEMENT OF ISSUES TO BE DECIDED

1.)     Whether, pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(3), this action should be certified as a class action;

2.)     Whether Lead Plaintiff Maryland State Retirement and Pension System should be appointed Class representative; and

3.)     Whether Bernstein Litowitz Berger & Grossmann LLP should be appointed Class counsel.

This motion is based on this Notice of Motion and Motion, the Memorandum of Law in support thereof, the accompanying Declaration of Benjamin Galdston in Support of Lead Plaintiff's Motion for Class Certification, all pleadings and papers filed herein, the arguments of counsel and any other matters properly before the Court.   Pursuant to Local Rule 7-3, this motion is made following the conference of counsel which took place at the parties' Rule 26(f) Conference on September 14, 2011.

Dated: February 17, 2012                     Respectfully submitted,

                                             BERNSTEIN LITOWITZ BERGER
                                                & GROSSMANN LLP


                                             _/s/ Blair A. Nicholas_

                                             BLAIR A. NICHOLAS
                                             (blairn@blbglaw.com)
                                             BENJAMIN GALDSTON
                                             (beng@blbglaw.com)

DAVID KAPLAN
(davidk@blbglaw.com)
JOSEPH W. GOODMAN
(joseph.goodman@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:      (858) 793-0070
Fax:      (858) 793-0323
    -and-
GERALD H. SILK
(jerry@blbglaw.com)
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel:      (212) 554-1400
Fax:      (212) 554-1444

*Counsel for Lead Plaintiff Maryland
State Retirement and Pension System and
Lead Counsel for the Class*

FAIRBANK & VINCENT
ROBERT H. FAIRBANK
(Bar No. 76359)
(rfairbank@fairbankvincent.com)
DIRK L. VINCENT
(Bar No. 157961)
(dvincent@fairbankvincent.com)
444 S. Flower Street, Suite 3860
Los Angeles, CA 90071
Tel:    (213) 891-9010
Fax:    (213) 891-9011

*Liaison Counsel for the Class*

MARYLAND OFFICE OF ATTORNEY
    GENERAL
DOUGLAS F. GANSLER
Attorney General of Maryland
JOHN J. KUCHNO
Assistant Attorney General
(jkuchno@oag.state.md.us)
200 St. Paul Place, 20th Floor
Baltimore, MD 21202
Tel:    (410) 576-7291
Fax:    (410) 576-6955

*Counsel for Lead Plaintiff Maryland
State Retirement and Pension System*