1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | Master File No. CV 10-922-DSF-AJWx<br><br>Hon. Dale S. Fischer<br><br>**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |
|---|---|

---

-1-   [PROPOSED] ORDER GRANTING
MOTION FOR CLASS CERTIFICATION
Master File No. CV 10-922 DSF (AJWx)

# [PROPOSED] ORDER

This matter is before the Court upon the Motion for Class Certification (the "Motion") brought by Maryland State Retirement and Pension System ("Lead Plaintiff"). Having considered this Motion and all other papers, as well as the pertinent portions of the record in this case, and for good cause appearing, Lead Plaintiff's Motion is GRANTED.

IT IS HEREBY ORDERED that pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(3), this action is certified as a class action, as follows:

> All persons and entities who purchased or otherwise acquired the American Depositary Receipts ("ADRs") of Toyota Motor Corporation between April 7, 2008, and February 2, 2010, inclusive, and who, upon disclosure of certain facts, were injured thereby.

Excluded from the Class are: (a) Defendants; (b) members of the immediate families of the Individual Defendants; (c) the subsidiaries and affiliates of Defendants; (d) any person or entity who is a partner, executive officer, director or controlling person of any Defendant; (e) any entity in which any Defendant has a controlling interest; (f) Defendants' liability insurance carriers, and any affiliates or subsidiaries thereof; and (g) the legal representatives, heirs, successors and assigns of any such excluded party.

IT IS FURTHER ORDERED that Lead Plaintiff Maryland State Retirement and Pension System is appointed Class Representative, and Bernstein Litowitz Berger & Grossmann LLP is appointed Class Counsel.

IT IS SO ORDERED.

DATED:_____, 2012.

_____
Hon. Dale S. Fischer
United States District Judge