BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP
BLAIR A. NICHOLAS (Bar No. 178428)
(blairn@blbglaw.com)
BENJAMIN GALDSTON (Bar No. 211114)
(beng@blbglaw.com)
DAVID R. KAPLAN (Bar No. 230144)
(davidk@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:  (858) 793-0323
        -and-
GERALD H. SILK
(jerry@blbglaw.com)
1285 Avenue of the Americas
New York, NY 10019
Tel:   (212) 554-1400
Fax:  (212) 554-1444

*Counsel for Lead Plaintiff Maryland State Retirement and Pension System and Lead Counsel for the Class*

FAIRBANK & VINCENT
ROBERT H. FAIRBANK (Bar No. 76359)
(rfairbank@fairbankvincent.com)
DIRK L. VINCENT (Bar No. 157961)
(dvincent@fairbankvincent.com)
444 S. Flower Street, Suite 3860
Los Angeles, CA 90071
Tel:   (213) 891-9010
Fax:  (213) 891-9011

*Liaison Counsel for the Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | Master File No. CV 10-922 DSF (AJWx)<br><br>**DECLARATION OF BENJAMIN GALDSTON IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Courtroom: 840<br>Judge:  Dale S. Fischer<br>Date:  June 11, 2012<br>Time:  1:30 p.m. |

I, Benjamin Galdston, declare:

1. I am an attorney with the law firm of Bernstein Litowitz Berger & Grossmann LLP, Lead Counsel for the Court-appointed Lead Plaintiff, Maryland State Retirement and Pension System ("Lead Plaintiff"), in the above-captioned action. This declaration is submitted in connection with Lead Plaintiff's Motion For Class Certification filed concurrently herewith. I am familiar with and have personal knowledge of the pleadings and proceedings in this case and the facts set forth in this declaration and, if called to do so, could and would testify competently thereto.

2. Attached hereto in further support of Plaintiff's Motion For Class Certification are true and correct copies of the following:

**Exhibit A:** Expert Report of Chad Coffman, CFA; and

**Exhibit B:** Firm Resume of Bernstein Litowitz Berger & Grossmann LLP.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 17, 2012, in San Diego, California.

_____
BENJAMIN GALDSTON