Exhibit 1
Summary of Efficiency Factors for Toyota Motor Corporation ADRs

| Factor | Summary of Factor | Toyota Motor Corporation ADRs |
|---|---|---|
| Average Weekly Trading Volume Cammer I | "Turnover measured by average weekly trading of 2% or more of the outstanding shares would justify a strong presumption that the market for a security is an efficient one; 1% would justify a substantial presumption." | • Average weekly trading volume of 7.95% as a percentage of shares outstanding. |
| Analyst Coverage Cammer II | "…it would be persuasive to allege a significant number of securities analysts followed and reported on a company's stock during the class period. The existence of such analysts would imply, for example, the [auditor] reports were closely reviewed by investment professionals, who would in turn make buy/sell recommendations to client investors." | • During the Class Period at least 17 securities analysts issued 224 analyst reports. |
| Market Makers Cammer III | "For over the counter markets without volume reporting, the number of market makers is probably the best single criterion. Ten market makers for a security would justify a substantial presumption that the market for the security is an efficient one; five market makers would justify a more modest presumption." | • Exchange-Traded (NYSE), not over the counter. |
| SEC Form S-3 Eligibility Cammer IV | "It would be helpful to allege the Company was entitled to file an S-3 Registration Statement in connection with public offerings or, if ineligible, such ineligibility was only because of timing factors rather than because the minimum stock requirements set forth in the instructions to Form S-3 were not met. Again, it is the number of shares traded and value of shares outstanding that involve the facts which imply efficiency." | • Toyota was eligible to file a Form F-3, which has the same requirements as the Form S-3. |
| Price Reaction to New Information Cammer V | "…one of the most convincing ways to demonstrate [market] efficiency would be to illustrate, over time, a cause and effect relationship between company disclosures and resulting movements in stock price." | • Event study demonstrates a clear cause and effect relationship. |
| Market Capitalization | Firms with a larger market capitalization tend to have "larger institutional ownership and tend to be listed on the New York Stock Exchange with a greater analyst following." | • As of February 2, 2010, Toyota's ADR market capitalization was $3.3B which is at or above the 81st percentile of NYSE and NASDAQ stocks combined. Toyota's total market capitalization (not limited to ADRs only) is in the 99th percentile. |
| Bid-Ask Spread | The bid-ask spread represents a measure of the cost to transact in a market. Narrow bid-ask spreads indicate less uncertainty regarding valuation and that reasonably sized trades will not substantially impact the market price. Wider bid-ask spreads indicate greater liquidity costs and less ability to trade without moving the market price. | • Based on a random sample of stocks, Toyota's ADR bid-ask spread is lower than over 89% of the stocks that traded on the NYSE and NASDAQ. |
| Institutional Holdings | Institutional investors are considered to be sophisticated, well-informed investors with access to most publicly available information for the stocks that they own. | • As of December 31, 2009, institutions held at least 61% of the shares outstanding. |
| Autocorrelation | If autocorrelation is persistent and sufficiently large that a trader could profit from taking advantage of the autocorrelation, it suggests market inefficiency because past price movements are not fully reflected in the current price. | • No evidence of autocorrelation. |

Prepared by Global Economics Group



Exhibit 2
Toyota Motor Corporation ADRs Daily Closing Price & Volume
4/7/2008 - 5/3/2010

Class Period: 4/7/2008 - 2/2/2010

Source: Bloomberg, split and dividend adjusted prices.

Prepared by Global Economics Group



Exhibit 3
Toyota Motor Corporation ADRs Average Weekly Trading Volume
As a Percentage of Shares Outstanding
04/07/2008 - 02/02/2010

Weekly Volume as Percentage of Shares Outstanding:
Average: 7.95%
Median: 6.93%

"1% average weekly trading volume of the outstanding shares justify a substantial presumption" (*Cammer*)

"2% average weekly trading volume of the outstanding shares justify strong presumption that the market for the security is an efficient one" (*Cammer*)

■ Volume as a % of Shares Outstanding

Sources: Bloomberg and Toyota Motor Corporation 20-F Security Filings.
Note: *The last week consists of only one trading day and is excluded from the "Average Weekly Volume as Percentage of Shares Outstanding" calculations. Each week is defined as five consecutive trading days.*

Prepared by Global Economics Group

EX. A, PAGE 34

**Exhibit 4**
**Toyota Motor Corporation ADRs**
**Turnover Velocity Ratio Compared to Average NYSE stock**

| Time Period | Toyota ADR Turnover Velocity Ratio[1] | Average NYSE Stock Velocity Ratio |
|---|---|---|
| 2008 | 403% | 240% |
| 2009 | 402% | 159% |
| 2010 | 632% | 130% |

[1] Turnover velocity is the average turnover (the first Cammer Factor) expressed in dollar terms, and is calculated as:

$$\text{Turnover Velocity Ratio} = \sum_{t=1}^{T} \frac{V_t P_t}{S_t P_t}$$

where $V_t$ is the volume on day $t$, $P_t$ is the adjusted market price on day $t$, $S_t$ is the shares outstanding on day $t$.

Sources: Bloomberg, Toyota Motor Corporation 20-F, World Federation of Exchanges.

Prepared by Global Economics Group

Exhibit 5

## Summary of Available Toyota Motor Corporation Securities Analyst Reports During the Class Period

| ADS Reports | Total |
|---|---|
| Credit Suisse | 10 |
| Datamonitor | 20 |
| Deutsche Bank | 25 |
| Global Markets Direct | 14 |
| HSBC | 5 |
| IBIS World Co | 8 |
| Independent Intl Investment | 13 |
| JP Morgan | 46 |
| Macquarie Equities Research | 7 |
| Morgan Stanley | 14 |
| Morningstar | 1 |
| Pali | 1 |
| Pelham | 4 |
| PriceTarget | 7 |
| Societe Generale | 2 |
| ValuEngine | 21 |
| Wall Street Strategies | 26 |
| **Total** | **224** |

Note: Toyota Motor Corporation was also rated by all three major credit rating agencies
Source: Analyst Reports obtained from Counsel.

Prepared by Global Economics Group



Exhibit 6
Toyota Motor Corporation ADRs Event Study Coefficients Over The Class Period

Sources: Bloomberg, Bank of New York Mellon.
Prepared by Global Economics Group



Exhibit 7
Toyota Motor Corporation ADRs Standard Deviation of the Errors Over the Class Period

Sources: Bloomberg, Bank of New York Mellon.

Prepared by Global Economics Group

**Exhibit 8**
**Toyota Motor Corporation ADRs Cause-and-Effect Chi-Square Analysis**

| | Days Without Significant Price Movements | Days With Significant Price Movements | Total | Percentage of Days Without Significant Price Movements | Percentage of Days With Significant Price Movements |
|---|---|---|---|---|---|
| Days Without Potentially Material News | 273 | 13 | 286 | 95.5% | 4.5% |
| Days With Potentially Material News | 156 | 19 | 175 | 89.1% | 10.9% |

Chi-square test p-value: 0.97%

Sources: Bloomberg, Factiva, Bank of New York Mellon, Analyst Reports from Counsel.

Prepared by Global Economics Group

Exhibit 9
Toyota Motor Corporation ADRs
Market Capitalization Compared to Companies Traded on NYSE & NASDAQ

| Date | ADRs Outstanding | Market Price Per ADR | Market Capitalization | Percentile Rank in NYSE[1] | Percentile Rank in NYSE & NASDAQ[2] | Toyota Total Market Capitalization | Percentile Rank in NYSE[3] | Percentile Rank in NYSE & NASDAQ[4] |
|---|---|---|---|---|---|---|---|---|
| June 30, 2008 | 60,740,317 | $94.00 | $5,709,589,798 | 69th | 86th | $144,175,139,871 | 98th | 99th |
| September 30, 2008 | 60,740,317 | 85.80 | $5,211,519,199 | 71st | 86th | $128,087,261,035 | 98th | 99th |
| December 31, 2008 | 60,740,317 | 65.44 | $3,974,846,344 | 72nd | 87th | $98,008,049,593 | 98th | 99th |
| March 31, 2009 | 42,538,417 | 63.30 | $2,692,681,796 | 67th | 84th | $98,371,041,581 | 98th | 99th |
| June 30, 2009 | 42,538,417 | 75.53 | $3,212,926,636 | 67th | 84th | $118,788,884,948 | 98th | 99th |
| September 30, 2009 | 42,538,417 | 78.57 | $3,342,243,424 | 63rd | 82nd | $124,762,267,263 | 98th | 99th |
| December 31, 2009 | 42,538,417 | 84.16 | $3,580,033,175 | 63rd | 82nd | $131,642,657,038 | 98th | 99th |
| February 2, 2010 | 42,538,417 | 78.18 | $3,325,653,441 | 62nd | 81st | $122,988,255,757 | 98th | 99th |

Source: Bloomberg.
[1] 62% - 72% of the companies in the NYSE have a market capitalization lower than Toyota Motor Corporation ADR
[2] 81% - 87% of the companies in the NYSE & NASDAQ combined have a market capitalization lower than Toyota Motor Corporation ADR
[3] 98% of the companies in the NYSE have a market capitalization lower than Toyota Motor Corporation total market capitalization
[4] 99% of the companies in the NYSE & NASDAQ combined have a market capitalization lower than Toyota Motor Corporation total market capitalization

Prepared by Global Economics Group

Exhibit 10

Institutional Holdings of Toyota Motor Corporation ADRs as a Percentage of ADRs Outstanding
6/30/2008 - 3/31/2010

| Date [1] | ADRs Outstanding [2] | Total Reported Institutional Holdings [3] | Institutional Holdings as a % of ADRs Outstanding [4] |
|---|---|---|---|
| 6/30/2008 | 60,740,317 | 37,500,210 | 61.74% |
| 9/30/2008 | 60,740,317 | 39,166,146 | 64.48% |
| 12/31/2008 | 60,740,317 | 37,534,644 | 61.80% |
| 3/31/2009 | 42,538,417 | 31,471,915 | 73.98% |
| 6/30/2009 | 42,538,417 | 28,521,266 | 67.05% |
| 9/30/2009 | 42,538,417 | 26,560,148 | 62.44% |
| 12/31/2009 | 42,538,417 | 26,195,447 | 61.58% |
| 3/31/2010 | 39,925,345 | 24,533,895 | 61.45% |

[2] Source: Toyota Motor Corporation 20-F Security Filings.
[3] Source: Thomson Data.
[4] = [3] / [2]

Prepared by Global Economics Group

## Exhibit 11
## Autocorrelation Coefficients By Calendar Quarter for Toyota Motor Corporation ADRs

| Quarter | Coefficient on Previous Day Abnormal Return[1] | t-statistic |
|---|---|---|
| 2008Q2 | -0.27 | -2.14 |
| 2008Q3 | -0.05 | -0.35 |
| 2008Q4 | 0.14 | 1.11 |
| 2009Q1 | 0.15 | 1.16 |
| 2009Q2 | 0.22 | 1.72 |
| 2009Q3 | -0.20 | -1.66 |
| 2009Q4 | -0.04 | -0.30 |
| 2010Q1 | -0.07 | -0.27 |
| 07/04/2008 - 02/02/2010 | 0.06 | 1.27 |

[1] For each quarter I perform a regression with the abnormal return from the event study as the dependent variable and the previous day's abnormal return as the independent variable.

Sources: Bloomberg, Bank of New York Mellon.

Prepared by Global Economics Group