Appendix A

List of Documents Relied Upon

**Court Documents**

- Consolidated Class Action Complaint, filed October 4, 2010
- Notice of Motion and Motion to Dismiss, filed January 20, 2011
- Defendants' Reply in Support of Motion to Dismiss, filed April 20, 2011
- Notice of Submission in Further Support of Plaintiffs' Opposition to Motion to Dismiss, filed June 20, 2011
- Order Granting in Part and Denying in Part Motion to Dismiss, July 7, 2011

**Court Decisions and Securities Law**

- *Basic v. Levinson*, 485 U.S. 224, 240 (1988)
- *Cammer v. Bloom*, 711 F. Supp 1264 (D.N.J. 1989)

**SEC Filings/Forms**

- Toyota Forms 20-F for fiscal years 2008 – 2009
- Toyota Form F-3ASR filed November 7, 2006
- Form F-3 eligibility information from www.sec.gov/about/forms/formf-3.pdf and http://www.sec.gov/info/smallbus/secg/s3f3-secg.htm

**Security Data**

- Historical data for Toyota ADRs, S&P 500 Total Return Index, selected peers, Bank of New York Mellon Japanese ADR Index, and credit rating changes from S&P, Moody's and Fitch obtained from Bloomberg
- Quote data for Toyota during the Class Period, and quote data for 100 random companies trading on the New York Stock Exchange and NASDAQ for December 2009 obtained from www.tickdata.com
- Institutional holdings data obtained from Thomson Reuters
- Market capitalization of all companies that traded on the NYSE and the NASDAQ during the Class Period obtained from Bloomberg
- Turnover velocity data for the NYSE from the World Federation of Exchanges, see http://www.world-exchanges.org/statistics
- Data for percentage Toyota's returns account for in the Bank of New York Mellon Japanese ADR Index obtained from Bank of New York Mellon's ADR website, see http://www.adrbnymellon.com/

**News**

- Toyota news headlines and articles downloaded from Factiva for the Class Period
- Toyota Earnings Conference Call transcripts during the Class Period

**Toyota Analyst Reports**

- Numerous analyst and credit rating reports regarding Toyota issued during the Class Period

**Academic Articles/Texts**

- Eugene Fama, "Efficient Capital Markets: A Review of Theory and Empirical Work," *Journal of Finance,* Vol. 25, 1970, p. 383.
- William F. Sharpe, Gordon J. Alexander, and Jeffery V. Bailey, *Investments*, Prentice Hall, Fifth Edition, 1995, pp. 44-45.
- Yakov Amihud, Haim Mendelson and Lasse Heje Pedersen, 2006, "Liquidity and Asset Prices," *Foundations and Trends in Finance* Vol. 1(4) pp. 269-364.
- Randall S. Thomas and James F. Cotter, "Measuring Securities Market Efficiency in the Regulatory Setting." *Law and Contemporary Problems* Vol. 63, p. 108.
- Brad M. Barber, Paul A. Griffin and Baruch Lev, "The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency. *The Journal of Corporation Law*, Winter 1994, 19 Iowa J. Corp. L. 285.
- William F. Sharpe, Gordon J. Alexander, Jeffery V. Bailey, *Investments*, Prentice Hall, Fifth Edition, 1995, pp. 45-53.
- Frank J. Fabozzi, Franco Modigliani, Frank J. Jones, *Foundations of Financial Markets and Institutions*, Prentice Hall, Fourth Edition, 2010, Chapter 18 – Appendix A.
- David I. Tabak and Frederick C. Dunbar, "Materiality and Magnitude: Event Studies in the Courtroom," Ch. 19, *Litigation Services Handbook, The Role of the Financial Expert*, Third Edition, 2001.
- John Binder, "The Event Study Methodology Since 1969," *Review of Quantitative Finance and Accounting* Vol. 11, 1998, pp. 111-137.
- A. Craig MacKinlay, "Event Studies in Economics and Finance," *Journal of Economic Literature,* Vol. 35, No. 1 (March 1997), pp. 13-39.
- Phillip A. Braun, Daniel B. Nelson, and Alain M. Sunier, "Good News, Bad News Volatility, and Betas," *Journal of Finance* 50, 1995, p. 1597.
- William H. Beaver "The Information Content of Annual Earnings Announcements," *Empirical Research in Accounting: Selected Studies, 1968,* supplement to the *Journal of Accounting Research*, Vol. 6, (1968), pp. 67-92.

- Robert G. May, "The Influence of Quarterly Earnings Announcements on Investor Decisions as Reflected in Common Stock Price Changes," *Journal of Accounting Research*, Vol. 9, Empirical Research in Accounting: Selected Studies 1971 (1971), pp. 119-163.
- Joseph Aharony and Itzhak Swary, "Quarterly Dividend and Earnings Announcements and Stockholders' Returns: An Empirical Analysis," *The Journal of Finance*, Vol. 35(1), March 1980, pp. 1-12.
- John McDowell, 2005, "A Look at the Market's Reaction to the Announcements of SEC Investigations."
- Baruch Lev, "The Impact of Accounting Regulation on the Stock Market: The Case of Oil and Gas Companies," *The Accounting Review*, Vol. 54(3), July 1979, pp. 485-503.
- Nihat Aktas, Eric de Bodt, and Richard Roll, "Market Response to European Regulation of Business Combinations," *Journal of Financial and Quantitative Analysis*, Vol. 39(4), December 2004, pp. 731-757.
- Brad Barber and Masako Darrough, "Product Reliability and Firm Value: The Experience of American and Japanese Automakers, 1973-1992," *Journal of Political Economy*, 104:5, pp. 1084-99.
- Mooweon Rhee and Pamela R. Haunschild, "The Liability of Good Reputation: A Study of Product Recalls in the U.S. Automobile Industry," *Organization Science*, Vol. 17(1), January-February 2006, pp. 101-117.
- Mary Sullivan, "Measuring Image Spillovers in Umbrella-branded Products," *Journal of Business*, Vol 63(3), 1990.
- Alon Brav and Reuven Lehavy, "An Empirical Analysis of Analysts' Target Prices: Short-Term Informativeness and Long-Term Dynamics," *The Journal of Finance*, Vol 58, No. 5 (October 2003), pp. 1933-1967.
- Joseph D. Piotroski and Darren T. Roulstone, "The Influence of Analysts, Institutional Investors, and the Insiders on the Incorporation of Market, Industry, and Firm-Specific Information into Stock Prices," *The Accounting Review*, Vol. 49(4) (October 2004), pp. 1119-1151.
- Ernst R. Berndt, *The Practice of Econometrics: Classic and Contemporary*, Addison-Wesley, 1991, p. 22.
- Robert D. Mason, Douglas A. Lind and William G. Marchal, "The Normal Probability Distribution," Ch. 7 in *Statistical Techniques in Business and Economics*, Irwin/McGraw-Hill, Tenth Edition, 1999.
- David I. Tabak and Frederick C. Dunbar, "Materiality and Magnitude: Event Studies in the Courtroom," Ch. 19, *Litigation Services Handbook, The Role of the Financial Expert*, Third Edition, 2001, p. 9.
- Alan Agresti, *Categorical Data Analysis*, Wiley, 1990, pp. 42-54.

- A. Ferrillo, Frederick C. Dunbar, PhD, and David Tabak, PhD, "The 'Less Than' Efficient Capital Markets Hypothesis: Requiring More Proof From Plaintiffs In Fraud-On-The-Market Cases," *St. John's Law Review*, Vol. 28(1), 2004.

- David Tabak, "Use and Misuses of Event Studies to Examine Market Efficiency," *NERA Economic Consulting*, September 11, 2009.

- Randall S. Thomas and James F. Cotter, "Measuring Securities Market Efficiency in the Regulatory Setting," *Law and Contemporary Problems,* Vol. 63, p. 117.

- Roger D. Huang, Hans R. Stall, "Dealer versus auction markets: A paired comparison of execution costs on NASDAQ and the NYSE," *Journal of Financial Economics* Vol. 41, 1996, pp. 313-357.

- Doron Avramov, Tarun Chorida, and Amit Goyal, "Liquidity and Autocorrelations in Individual Stock Returns," *The Journal of Finance,* Vol. LXI, No. 5, 2006, pp. 2367-2368.

- Michael C. Jensen, "Some Anomalous Evidence Regarding Market Efficiency," *Journal of Financial Economics* Vol. 6, Nos. 2/3, 1978, pp. 95-101.

- William H. Greene, *Econometric Analysis*, Prentice Hall, Sixth Edition, 2008, Chapter 19, p. 644.

APPENDIX B

CHAD W. COFFMAN, CFA

Global Economics Group, LLC
140 South Dearborn Street, Suite 400
Chicago, IL 60603
Office:    (312) 470-6500
Mobile:    (815) 382-0092
Email:     ccoffman@globaleconomicsgroup.com

**EMPLOYMENT:**

**Global Economics Group, LLC**
President (2008 - Current)

Global Economics Group specializes in the application of economics, finance, statistics, and valuation principles to questions that arise in a variety of contexts, including litigation and policy matters throughout the world. With offices in Chicago, Boston, San Francisco and Atlanta, Principals of Global Economics Group have extensive experience in high-profile securities, antitrust, labor, and intellectual property matters.

**Market Platform Dynamics, LLC**
Chief Financial Officer & Chief Operating Officer (2010 – Current)

Market Platform Dynamics is a management consulting firm that specializes in assisting platform-based companies profit from industry disruption caused by the introduction of new technologies, new business models and/or new competitive threats. MPD's experts include economists, econometricians, product development specialists, strategic marketers and recognized thought leaders who apply cutting-edge research to the practical problems of building and running a profitable business.

**Chicago Partners, LLC**
Principal (2007 – 2008)
Vice President (2003 – 2007)
Director (2000 – 2003)
Senior Associate (1999 – 2000)
Associate (1997 – 1999)
Research Analyst (1995 – 1997)

**EDUCATION:**

CFA     Chartered Financial Analyst, 2003

M.P.P.  University of Chicago, 1997
        Masters of Public Policy, with a focus in economics including coursework in Finance, Labor Economics, Econometrics, and Regulation

    B.A.    Knox College, 1995
Economics, Magna Cum Laude
Graduated with College Honors for Paper entitled "Increasing Efficiency in Water Supply Pricing: Using Galesburg, Illinois as a Case Study"
Dean's List Every Term
Phi Beta Kappa

**TESTIFYING EXPERIENCE (LAST FOUR YEARS):**

- Pallas, Dennis H. v. BPRS/Chestnut Venture Limited Partnership and Gerald Nudo, Circuit Court of Cook County, Illinois, County Department, Chancery Division. (Deposition August 6, 2008. Court Testimony February 11, 2009).

- DVI Securities Litigation, Case No. 2:03-CV-05336-LDD, United States District Court for the Eastern District of Pennsylvania. (Deposition January 27, 2009).

- Boston Scientific Securities Litigation, Master File No. 1:05-cv-11934 (DPW), United States District Court District of Massachusetts. (Deposition October 6, 2009).

- REFCO Inc. Securities Litigation, Case No. 05 Civ. 8626 (GEL), United States District Court for the Southern District of New York. (Deposition March 26, 2010).

- Edward E. Graham and William C. Nordlund, individually and d/b/a Silver King Capital Management v. Eton Park Capital Management, L.P., Eton Park Associates, L.P. and Eton Park Fund, L.P. Case No. 1:07-CV-8375-GBD, Circuit Court of Shelby County, Alabama. (Deposition September 1, 2010).

- Moody's Corporation Securities Litigation, Case No. 1:07-CV-8375-GBD, United States District Court for the Southern District of New York. (Deposition October 7, 2010).

- Bank of America Corp. Securities, Derivative, and Employee Retirement Income Security Act (ERISA) Litigation, Master File No. 09 MDL 2058 (PKC), United States District Court for the Southern District of New York. (Deposition October 14, 2011).

- Maureen Moriarty v. Dyson, Inc., Case No. 09 CV 2777, United States District Court for the Northern District of Illinois, Eastern Division. (Deposition November 10, 2011).

- Schering-Plough Corporation/ENHANCE Securities Litigation Case No.2:08-cv-00397 (DMC) (JAD), United States District Court, District of New Jersey. (Deposition November 15, 2011 and November 29, 2011).

**TEACHING EXPERIENCE:**

    KNOX COLLEGE, Teaching Assistant - Statistics, (1995)
    KNOX COLLEGE, Tutor in Mathematics, (1992 - 1993)

**PUBLICATIONS:**

Coffman, Chad and Mary Gregson, "Railroad Construction and Land Value." *Journal of Real Estate and Finance*, 16:2, pp. 191-204 (1998).

Coffman, Chad, Tara O'Neil, and Brian Starr, Ed. Richard D. Kahlenberg, "An Empirical Analysis of the Impact of Legacy Preferences on Alumni Giving at Top Universities," *Affirmative Action for the Rich: Legacy Preferences in College Admissions*; pp. 101-121 (2010).

**PROFESSIONAL AFFILIATIONS:**

Associate Member CFA Society of Chicago
Associate Member CFA Institute
Phi Beta Kappa

**AWARDS:**

1994 Ford Fellowship Recipient for Summer Research.
1993 Arnold Prize for Best Research Proposal.
1995 Knox College Economics Department Award.

**PERSONAL ACTIVITIES:**

Pro bono consulting for Cook County State's Attorney's Office.