| | |
|---|---|
| 1 | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP |
| 2 | BLAIR A. NICHOLAS (Bar No. 178428) (blairn@blbglaw.com) |
| 3 | BENJAMIN GALDSTON (Bar No. 211114) (beng@blbglaw.com) |
| 4 | DAVID R. KAPLAN (Bar No. 230144) (davidk@blbglaw.com) |
| 5 | 12481 High Bluff Drive, Suite 300 San Diego, CA 92130 |
| 6 | Tel: (858) 793-0070 Fax: (858) 793-0323 |
| 7 | -and- GERALD SILK |
| 8 | (jerry@blbglaw.com) 1285 Avenue of the Americas |
| 9 | 38th Floor New York, NY 10019 |
| 10 | Tel: (212) 554-1400 Fax: (212) 554-1444 |
| 11 | |
| 12 | *Lead Counsel for the Class and Counsel for Lead Plaintiff Maryland State Retirement and Pension System* |
| 13 | |
| 14 | FAIRBANK & VINCENT ROBERT H. FAIRBANK (Bar No. 76359) |
| 15 | (rfairbank@fairbankvincent.com) DIRK L. VINCENT (Bar No. 157961) |
| 16 | (dvincent@fairbankvincent.com) 444 S. Flower Street, Suite 3860 |
| 17 | Los Angeles, CA 90071 Tel: (213) 891-9010 |
| 18 | Fax: (213) 891-9011 |
| 19 | *Liaison Counsel for the Class* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | Master File No. CV 10-922-DSF-AJWx **DECLARATION OF SERVICE** |

-1-   DECLARATION OF SERVICE
Master File No. CV 10-922 DSF (AJWx)

I, Kaye A. Martin, do hereby certify that on this 17th day of February, 2012, true and correct copies of the foregoing were filed electronically.

- Notice of Motion and Motion for Class Certification;

- Memorandum of Points and Authorities in Support of Lead Plaintiff's Motion for Class Certification;

- Declaration of Benjamin Galdston in Support of Lead Plaintiff's Motion for Class Certification;

- [Proposed] Order Granting Lead Plaintiff's Motion for Class Certification; and

- Declaration of Service.

Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's system, and notice of this filing will be sent to the parties by operation of the Court's ECF System. Attorneys not registered with the Court's ECF system will be duly and properly served in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules.

*Kaye A. Martin*
KAYE A. MARTIN