BERNSTEIN LITOWITZ BERGER
  &amp; GROSSMANN LLP
BLAIR A. NICHOLAS  (Bar No. 178428)
(blairn@blbglaw.com)
BENJAMIN GALDSTON  (Bar No. 211114)
(beng@blbglaw.com)
DAVID R. KAPLAN (Bar No. 230144)
(davidk@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323
     -and-
GERALD H. SILK
(jerry@blbglaw.com)
1285 Avenue of the Americas
New York, NY 10019
Tel:   (212) 554-1400
Fax:   (212) 554-1444

*Counsel for Lead Plaintiff Maryland State Retirement and Pension System and Lead Counsel for the Class*

FAIRBANK & VINCENT
ROBERT H. FAIRBANK
(Bar No. 76359)
(rfairbank@fairbankvincent.com)
DIRK L. VINCENT
(Bar No. 157961)
(dvincent@fairbankvincent.com)
444 S. Flower Street, Suite 3860
Los Angeles, CA 90071
Tel:   (213) 891-9010
Fax:   (213) 891-9011

*Liaison Counsel for the Class*

*(Additional Counsel listed on signature page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | Master File No. CV 10-922 DSF (AJWx)<br><br>JOINT STIPULATION CONTINUING STATUS CONFERENCE<br><br>Courtroom:  840<br>Judge:   Dale S. Fischer |

This Stipulation is entered into by and between Lead Plaintiff Maryland State Retirement and Pension System and Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, Robert C. Daly, Katsuake Watanabe and Fujio Cho (collectively, "the Parties").

WHEREAS, at the Status Conference in this matter on October 17, 2011, the Court set a further Status Conference for January 9, 2012, at 11:00 a.m.;

WHEREAS, on October 27, 2011, the Parties filed a Supplemental Joint Rule 26(f) Report that contained a proposed pretrial schedule, including fact and expert discovery cut-off dates (March 15, 2013, and July 29, 2013, respectively), the last day for hearing motions (August 26, 2013), the pretrial conference date (November 5, 2013), and a trial date (December 3, 2013);

WHEREAS, on December 8, 2011, pursuant to the Parties' stipulation, the Court continued the Status Conference from January 9, 2012, to February 27, 2012, at 1:30 p.m.;

WHEREAS, on February 21, 2012, the Court denied Defendants' Motion for Partial Judgment on the Pleadings and took the hearing on that motion, set for February 27, 2012, off calendar;

WHEREAS, because the Parties have submitted and are proceeding under a proposed pretrial schedule, and because the Court already has ruled on Defendants' Motion for Partial Judgment on the Pleadings, the parties do not anticipate having any issues to raise with the Court on February 27, 2012;

WHEREAS, certain of the counsel for both Parties would need to travel to Los Angeles if an appearance were required on February 27, 2012;

WHEREAS, the parties have agreed that, to conserve the resources of the Court and the parties, the Status Conference should be rescheduled to Monday, April 30, 2012, at 1:30 p.m., or another date and time convenient to the Court.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto, with the Court's permission, that:

1.  The hearing date for the Status Conference is continued to April 30, 2012, at 1:30 p.m.

A [Proposed] Order is submitted concurrently herewith.

Dated:  February 23, 2012　　　　　　　　Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP


  */s/ Benjamin Galdston*
BENJAMIN GALDSTON

BLAIR A. NICHOLAS
(blairn@blbglaw.com)
BENJAMIN GALDSTON
(beng@blbglaw.com)
DAVID KAPLAN
(davidk@blbglaw.com)
JOSEPH W. GOODMAN
(joseph.goodman@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:    (858) 793-0323
   -and-
GERALD H. SILK
(jerry@blbglaw.com)
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel:    (212) 554-1400
Fax:    (212) 554-1444

*Counsel for Lead Plaintiff Maryland State Retirement and Pension System and Lead Counsel for the Class*

FAIRBANK & VINCENT
ROBERT H. FAIRBANK
(Bar No. 76359)
(rfairbank@fairbankvincent.com)
DIRK L. VINCENT
(Bar No. 157961)
(dvincent@fairbankvincent.com)

```
 1                          444 S. Flower Street, Suite 3860
                            Los Angeles, CA 90071
 2
                            Tel:    (213) 891-9010
 3                          Fax:    (213) 891-9011

 4                          Liaison Counsel for the Class

 5
                            MARYLAND OFFICE OF ATTORNEY
 6                             GENERAL
                            DOUGLAS F. GANSLER
 7                          Attorney General of Maryland
                            JOHN J. KUCHNO
 8                          Assistant Attorney General
                            (jkuchno@oag.state.md.us)
 9                          200 St. Paul Place, 20th Floor
                            Baltimore, MD 21202
10                          Tel:    (410) 576-7291
                            Fax:    (410) 576-6955
11
                            Counsel for Lead Plaintiff Maryland
12                          State Retirement and Pension System

13
                            SHEARMAN & STERLING LLP
14

15
                              /s/ Patrick D. Robbins
16                          PATRICK D. ROBBINS
                            (probbins@shearman.com)
17                          JEFFREY S. FACTER
                            (jfacter@shearman.com)
18                          525 Market Street, Suite 1500
                            San Francisco, CA 94105
19                          Tel:    (415) 616-1100
                            Fax:    (415) 616-1199
20                            -and-
                            STUART J. BASKIN
21                          (sbaskin@shearman.com)
                            599 Lexington Avenue
22                          New York, NY 10022
                            Tel:    (212) 848-4000
23                          Fax:    (212) 848-7179

24
                            GIBSON, DUNN & CRUTCHER LLP
25                          KAY E. KOCHENDERFER
                            (kkochenderfer@gibsondunn.com)
26                          GARETH EVANS
                            (gevans@gibsondunn.com)
27                          333 South Grand Avenue
28
```

1
2
3
4
5
6
7

Los Angeles, CA 90071
Tel:       (213) 229-7000
Fax:      (213) 229-7250

*Attorneys for Defendants Toyota Motor Corp., Toyota Motor Sales, U.S.A., Inc., Toyota Motor North America, Inc., Katsuake Watanabe, Fujio Cho, Mitsuo Kinoshita, Robert S. Carter, Irving A. Miller, Yoshimi Inaba, James E. Lentz III and Robert C. Daly*

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28