BERNSTEIN LITOWITZ BERGER
  &amp; GROSSMANN LLP
BLAIR A. NICHOLAS  (Bar No. 178428)
(blairn@blbglaw.com)
BENJAMIN GALDSTON  (Bar No. 211114)
(beng@blbglaw.com)
DAVID R. KAPLAN (Bar No. 230144)
(davidk@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:  (858) 793-0323
     -and-
GERALD H. SILK
(jerry@blbglaw.com)
1285 Avenue of the Americas
New York, NY 10019
Tel:   (212) 554-1400
Fax:  (212) 554-1444

*Counsel for Lead Plaintiff Maryland State Retirement and Pension System and Lead Counsel for the Class*

FAIRBANK & VINCENT
ROBERT H. FAIRBANK
(Bar No. 76359)
(rfairbank@fairbankvincent.com)
DIRK L. VINCENT
(Bar No. 157961)
(dvincent@fairbankvincent.com)
444 S. Flower Street, Suite 3860
Los Angeles, CA 90071
Tel:   (213) 891-9010
Fax:  (213) 891-9011

*Liaison Counsel for the Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | Master File No. CV 10-922 DSF (AJWx)<br><br>DECLARATION OF BENJAMIN GALDSTON IN SUPPORT OF JOINT STIPULATION CONTINUING STATUS CONFERENCE<br><br>Courtroom: 840<br>Judge:    Dale S. Fischer |

I, Benjamin Galdston, declare as follows:

1. I am a member of the Bar of the State of California, and am qualified and authorized to appear before this Court. I am senior counsel with the law firm of Bernstein Litowitz Berger & Grossmann LLP, attorneys for Lead Plaintiff Maryland State Retirement and Pension System and Lead Counsel for the Class in the above-captioned matter. I make this declaration in support of the Joint Stipulation Continuing Status Conference ("Stipulation") filed concurrently herewith. I am familiar with and have personal knowledge of the pleadings and proceedings in this case and the facts set forth in this declaration, and, if called to do so, I could and would testify competently thereto.

2. At the Status Conference in this matter on October 17, 2011, the Court set a further Status Conference for January 9, 2012, at 11:00 a.m.

3. On October 27, 2011, the Parties filed a Supplemental Joint Rule 26(f) Report that contained a proposed pretrial schedule, including fact and expert discovery cut-off dates (March 15, 2013, and July 29, 2013, respectively), the last day for hearing motions (August 26, 2013), the pretrial conference date (November 5, 2013), and a trial date (December 3, 2013).

4. On December 8, 2011, pursuant to the Parties' stipulation, the Court continued the Status Conference from January 9, 2012, to February 27, 2012, at 1:30 p.m.

5. As set forth in the Stipulation, the Parties are requesting a continuance of the Status Conference from February 27, 2012, to April 30, 2012, at 1:30 p.m., or another date and time convenient for the Court.

6. Because the Parties are proceeding under an agreed-to pretrial schedule, and because this Court has now ruled on Defendants' Motion for Partial Judgment on the Pleadings (which also had been set for hearing on February 27, 2012), the Parties agree that they would have no issues to raise with the Court if the Status Conference went forward as scheduled on February 27, 2012.

7. The Parties expect that counsel appearing for the Status Conference will be traveling from San Diego, New York, and/or San Francisco. Accordingly, continuing the Status Conference from February 27, 2012, to April 30, 2012, would save the Parties and their counsel time and expense.

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 23, 2012, in San Diego, California

*/s/ Benjamin Galdston*
BENJAMIN GALDSTON