1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | Master File No. CV 10-922 DSF (AJWx)<br><br>[PROPOSED] ORDER CONTINUING STATUS CONFERENCE<br><br>Courtroom: 840<br>Judge: Dale S. Fischer |

# [PROPOSED] ORDER

Pursuant to the Joint Stipulation entered into by and between Lead Plaintiff Maryland State Retirement and Pension System and Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, Robert C. Daly, Katsuake Watanabe and Fujio Cho, the Status Conference previously scheduled for February 27, 2012, at 1:30 p.m. is continued to April 30, 2012, at 1:30 p.m.

IT IS SO ORDERED.

DATED: _____, 2012.

_____
Hon. Dale S. Fischer
United States District Judge