1  BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
2  BLAIR A. NICHOLAS  (Bar No. 178428)
(blairn@blbglaw.com)
3  BENJAMIN GALDSTON (Bar No. 211114)
(beng@blbglaw.com)
4  DAVID R. KAPLAN (Bar No. 230144)
(davidk@blbglaw.com)
5  12481 High Bluff Drive, Suite 300
San Diego, CA 92130
6  Tel:   (858) 793-0070
Fax:  (858) 793-0323
7      -and-
GERALD SILK
8  (jerry@blbglaw.com)
1285 Avenue of the Americas
9  38th Floor
New York, NY 10019
10  Tel:   (212) 554-1400
Fax:  (212) 554-1444
11
*Lead Counsel for the Class and Counsel for*
12  *Lead Plaintiff Maryland State Retirement and*
*Pension System*
13
FAIRBANK & VINCENT
14  ROBERT H. FAIRBANK  (Bar No. 76359)
(rfairbank@fairbankvincent.com)
15  DIRK L. VINCENT  (Bar No. 157961)
(dvincent@fairbankvincent.com)
16  444 S. Flower Street, Suite 3860
Los Angeles, CA 90071
17  Tel:   (213) 891-9010
Fax:  (213) 891-9011
18
*Liaison Counsel for the Class*
19

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | Master File No. CV 10-922-DSF-AJWx<br><br>**DECLARATION OF SERVICE** |
|---|---|

-1-  DECLARATION OF SERVICE
Master File No. CV 10-922 DSF (AJWx)

I, Kaye A. Martin, do hereby certify that on this 23rd day of February, 2012, true and correct copies of the foregoing were filed electronically.

- Joint Stipulation Continuing Status Conference;
- Declaration of Benjamin Galdston in Support of Joint Stipulation Continuing Status Conference;
- [Proposed] Order Continuing Status Conference; and
- Declaration of Service.

Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's system, and notice of this filing will be sent to the parties by operation of the Court's ECF System. Attorneys not registered with the Court's ECF system will be duly and properly served in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules.

*Kaye A. Martin*
KAYE A. MARTIN