1

2

3

4

5

6

7

8

9                   UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA
10

11   IN RE TOYOTA MOTOR                 Master File No. CV 10-922 DSF
     CORPORATION SECURITIES             (AJWx)
12   LITIGATION
                                        ORDER CONTINUING STATUS
13                                      CONFERENCE

14
                                        Courtroom:  840
15                                      Judge:      Dale S. Fischer

16

17

18

19

20

21

22

23

24

25

26

27

28

# **ORDER**

Pursuant to the Joint Stipulation entered into by and between Lead Plaintiff Maryland State Retirement and Pension System and Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, Robert C. Daly, Katsuake Watanabe and Fujio Cho, the Status Conference previously scheduled for February 27, 2012, at 1:30 p.m. is continued to April 30, 2012, at 1:30 p.m.

IT IS SO ORDERED.

DATED:  2/24/12

_____

Hon. Dale S. Fischer
United States District Judge