BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
BLAIR A. NICHOLAS  (Bar No. 178428)
(blairn@blbglaw.com)
BENJAMIN GALDSTON (Bar No. 211114)
(beng@blbglaw.com)
DAVID R. KAPLAN (Bar No. 230144)
(davidk@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323
    -and-
GERALD SILK
(jerry@blbglaw.com)
1285 Avenue of the Americas
38th Floor
New York, NY 10019
Tel:   (212) 554-1400
Fax:   (212) 554-1444

*Lead Counsel for the Class and Counsel for Lead Plaintiff Maryland State Retirement and Pension System*

FAIRBANK & VINCENT
ROBERT H. FAIRBANK  (Bar No. 76359)
(rfairbank@fairbankvincent.com)
DIRK L. VINCENT  (Bar No. 157961)
(dvincent@fairbankvincent.com)
444 S. Flower Street, Suite 3860
Los Angeles, CA 90071
Tel:   (213) 891-9010
Fax:   (213) 891-9011

*Liaison Counsel for the Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | Master File No. CV 10-922-DSF-AJWx<br><br>**DECLARATION OF SERVICE** |

I, Kaye A. Martin, do hereby certify that on this 12th day of March, 2012, true and correct copies of the foregoing were filed electronically.

- Notice of Entry of Report and Rulings of Special Master Layn R. Phillips;
- Declaration of Service.

Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's system, and notice of this filing will be sent to the parties by operation of the Court's ECF System. Attorneys not registered with the Court's ECF system will be duly and properly served in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules (see attached Service List).

*Kaye A Martin*
KAYE A. MARTIN

## SERVICE LIST

Layn R. Phillips
Special Master
**Irell & Manella LP**
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Tel: (949) 760-5296
Fax: (949) 760-5289
Email:  lphillips@irell.com

Served by e-mail and Federal Express