Stuart J. Baskin (admitted *pro hac vice*)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
Email: sbaskin@shearman.com

Patrick D. Robbins (State Bar No. 152288)
Emily V. Griffen (State Bar No. 209162)
SHEARMAN & STERLING LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111-5994
Tel:    (415) 616-1100
Fax:    (415) 616-1199
Email:  probbins@shearman.com
        egriffen@shearman.com

Kay E. Kochenderfer (State Bar No. 125847)
Gareth Evans (State Bar No. 138992)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
Email: kkochenderfer@gibsondunn.com
       gevans@gibsondunn.com

Attorneys for Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Katsuaki Watanabe, Fujio Cho, Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, and Robert C. Daly

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | CASE NO. CV-10-0922 DSF (AJWx)<br><br>**JOINT STIPULATION MODIFYING BRIEFING SCHEDULE AND HEARING DATE ON MOTION FOR CLASS CERTIFICATION [ECF NO. 250]**<br><br>**COURTROOM: 840**<br>**JUDGE:           DALE S. FISCHER** |

This Stipulation is entered into by and between Lead Plaintiff Maryland State Retirement and Pension System and Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, Robert C. Daly, Katsuake Watanabe and Fujio Cho (collectively, "the Parties").

WHEREAS, on October 7, 2011, the Parties filed a Joint Rule 26(f) Report that contained a proposed briefing schedule for Lead Plaintiff's anticipated Motion for Class Certification, including a date for Lead Plaintiff to file the Motion for Class Certification (February 17, 2012), a date for Defendants to file their Opposition to the Motion for Class Certification (April 17, 2012), and a date for Lead Plaintiff to file its Reply in support of the Motion for Class Certification (May 17, 2012);

WHEREAS, at the Status Conference on October 17, 2011, the Court approved this briefing schedule and set the hearing on the Motion for Class Certification to take place on June 11, 2012, at 1:30 p.m., unless the parties agreed otherwise (*see* Transcript of Oct. 17, 2011 hearing at 4:2-5);

WHEREAS, on February 17, 2012, Lead Plaintiff filed its Motion for Class Certification [ECF No. 250], which included an expert report from Plaintiffs' expert Chad Coffman;

WHEREAS, beginning on March 1, 2012, through March 5, 2012, Defendants noticed seven depositions to be completed by March 21, 2012, including the depositions of three non-parties (with document subpoenas), the Lead Plaintiff, the two additional named plaintiffs and Lead Plaintiff's expert in support of class certification, Mr. Coffman, in locations including Cleveland, Chicago and Boston. After the depositions were noticed, the parties have made diligent efforts to schedule the depositions, but due to pre-existing scheduling conflicts among the witnesses, additional time is required for Defendants to complete these depositions. Accordingly, Defendants have requested and Lead

1  Plaintiff agrees to a three-week extension to the deadline for Defendants'
2  Opposition to the Motion for Class Certification, which is currently due to be filed
3  on April 17, 2012, to permit Defendants to schedule and complete these
4  previously-noticed depositions provided Lead Plaintiff is allowed an equivalent
5  three-week extension to the deadline for Lead Plaintiff's Reply in support of the
6  Motion for Class Certification, which is currently due on May 17, 2012;
7      WHEREAS, the Parties have made no prior request to extend any deadlines
8  contained in the class certification briefing schedule;
9      WHEREAS, a short three-week extension of the class certification briefing
10 schedule for each side would not affect the overall schedule in the case (the Court
11 has not yet scheduled dates for the fact discovery cutoff, last day for hearing
12 motions, pretrial conference and trial, but the parties' proposed schedule submitted
13 to the court in their Supplemental Joint Rule 26(f) Report [ECF No. 237] proposes
14 the dates of March 15, 2013 for the fact discovery cutoff, August 26, 2013 for the
15 last day to hear motions, November 5, 2013 for the pretrial conference and
16 December 3, 2013 for trial);
17     WHEREAS, the Parties have agreed that, to accommodate scheduling issues
18 in connection with depositions and production of documents related to class
19 certification, the briefing schedule for the class certification motion should be
20 extended by three weeks for each side, such that the last day for Defendants to file
21 their Opposition to the Motion for Class Certification is no later than May 8, 2012,
22 and Lead Plaintiff shall file its Reply in support of the Motion for Class
23 Certification no later than June 28, 2012;
24     WHEREAS, without the requested extension, Defendants would not have
25 sufficient time to complete this discovery and their Opposition to the Motion for
26 Class Certification.
27 ///
28 ///

2

THEREFORE, THE PARTIES STIPULATE AND AGREE THAT:

1. Defendants shall file their Opposition to the Motion for Class Certification no later than May 8, 2012;

2. Lead Plaintiffs shall file their Reply in Support of the Motion for Class Certification no later than June 28, 2012.

3. The hearing shall take place on July 16, 2012, at 1:30 p.m., or at such other date that the Court may order.

The Parties are submitting a proposed Order concurrently with this Stipulation.

DATED: March 13, 2012

GIBSON, DUNN & CRUTCHER LLP

By: _____
Gareth T. Evans

Attorneys for Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Katsuaki Watanabe, Fujio Cho, Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, and Robert C. Daly

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

By: _____
Benjamin Galdston

BLAIR A. NICHOLAS
(blairn&blbglaw.com)
BENJAMIN GALDSTON
(beng@blbglaw.com)
DAVID KAPLAN
(davidk@blbglaw.com)
JOSEPH W. GOODMAN
(joseph.goodman@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323
 -and-
GERALD H. SILK
(jerry@blbglaw.com)

3

1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel: (212) 554-1400
Fax: (212) 554-1444

*Counsel for Lead Plaintiff Maryland State Retirement and Pension System and Lead Counsel for the Class*

FAIRBANK & VINCENT
ROBERT H. FAIRBANK
(Bar No. 76359)
(rfairbank@fairbankvincent.com)
DIRK L. VINCENT
(Bar No. 157961)
(dvincent@fairbankvincent.com)
444 S. Flower Street, Suite 3860
Los Angeles, CA 90071
Tel: (213) 891-9010
Fax: (213) 891-9011

*Liaison Counsel for the Class*

MARYLAND OFFICE OF ATTORNEY GENERAL
DOUGLAS F. GANSLER
Attorney General of Maryland
JOHN J. KUCHNO
Assistant Attorney General
(jkuchno@oag.state.md.us)
200 St. Paul Place, 20th Floor
Baltimore, MD 21202
Tel: (410) 576-7291
Fax: (410) 576-6955

*Counsel for Lead Plaintiff Maryland State Retirement and Pension System*

101251450.2