| | |
|---|---|
| 1 | Stuart J. Baskin (admitted *pro hac vice*) |
| 2 | SHEARMAN & STERLING LLP<br>599 Lexington Avenue<br>New York, NY  10022 |
| 3 | Telephone:  (212) 848-4000<br>Facsimile:  (212) 848-7179 |
| 4 | Email:  sbaskin@shearman.com |
| 5 | Patrick D. Robbins (State Bar No. 152288)<br>Emily V. Griffen (State Bar No. 209162) |
| 6 | SHEARMAN & STERLING LLP<br>Four Embarcadero Center, Suite 3800 |
| 7 | San Francisco, CA  94111-5994<br>Tel:    (415) 616-1100 |
| 8 | Fax:   (415) 616-1199<br>Email:   probbins@shearman.com |
| 9 |                egriffen@shearman.com |
| 10 | Kay E. Kochenderfer (State Bar No. 125847)<br>Gareth Evans (State Bar No. 138992) |
| 11 | GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue |
| 12 | Los Angeles, California 90071-3197<br>Telephone:  (213) 229-7000 |
| 13 | Facsimile:  (213) 229-7520<br>Email:  kkochenderfer@gibsondunn.com |
| 14 |            gevans@gibsondunn.com |
| 15 | Attorneys for Defendants Toyota Motor<br>Corporation, Toyota Motor North America, Inc., |
| 16 | Toyota Motor Sales, U.S.A., Inc., Katsuaki<br>Watanabe, Fujio Cho, Yoshimi Inaba, James E. |
| 17 | Lentz III, Irving A. Miller, Robert S. Carter, and<br>Robert C. Daly |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | **CASE NO. CV-10-0922 DSF (AJWx)**<br><br>**DECLARATION OF GARETH T. EVANS IN SUPPORT OF JOINT STIPULATION MODIFYING BRIEFING SCHEDULE AND HEARING DATE ON MOTION FOR CLASS CERTIFICATION [ECF NO. 250]**<br><br>Courtroom:  840<br>Judge:       Dale S. Fischer |

Gibson, Dunn &
Crutcher LLP

I, Gareth T. Evans, declare as follows:

1. I am a member of the Bar of the State of California, and am qualified and authorized to appear before this Court. I am a partner with the law firm of Gibson, Dunn & Crutcher LLP, attorneys for Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Katsuaki Watanabe, Fujio Cho, Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, and Robert C. Daly (collectively, "Defendants") in the above-captioned matter. I make this declaration in support of the Joint Stipulation to Extend the Class Certification Pretrial Schedule ("Stipulation") filed concurrently herewith. I am familiar with and have personal knowledge of the pleadings and proceedings in this case and the facts set forth in this declaration, and, if called to do so, could and would testify competently thereto.

2. On October 7, 2011, the Parties filed a Joint Rule 26(f) Report that contained a proposed briefing schedule for Lead Plaintiff's anticipated Motion for Class Certification, including Lead Plaintiff's deadline for filing the motion (February 17, 2012), a date for Defendants to file their Opposition to the Motion for Class Certification (April 17, 2012), and a date for Lead Plaintiff to file its Reply in support of the Motion for Class Certification (May 17, 2012).

3. At the Status Conference on October 17, 2011, the Court approved this briefing schedule and set the hearing on the Motion for Class Certification to take place on June 11, 2012, at 1:30 p.m., unless the parties agreed otherwise (*see* Transcript of Oct. 17, 2011 hearing at 4:2-5).

4. Lead Plaintiff filed its Motion for Class Certification on February 17, 2012, along with a report of its expert Chad Coffman [ECF No. 250].

5. Because of scheduling issues that the Parties are resolving in connection with class certification-related depositions, Defendants have requested, and Lead Plaintiff has agreed to, a short extension of the dates by which Defendants must file their Opposition to the Motion for Class Certification.

Gibson, Dunn &
Crutcher LLP

1

6. In particular, beginning on March 1, 2012, through March 5, 2012, Defendants noticed seven depositions to be completed by March 21, 2012, including the depositions of three non-parties (with document subpoenas), the Lead Plaintiff, the two additional named plaintiffs and Lead Plaintiff's expert in support of class certification, in locations including Cleveland, Chicago and Boston. Due to pre-existing scheduling conflicts among the witnesses, additional time is required for Defendants to complete these depositions. Accordingly, Defendants have requested and Lead Plaintiff does not oppose a three-week extension to the deadline for Defendants' Opposition to the Motion for Class Certification, which is currently due to be filed on April 17, 2012, to permit Defendants to schedule and complete these previously-noticed depositions provided Lead Plaintiff is allowed an equivalent three-week extension to the deadline for Lead Plaintiff's Reply in support of the Motion for Class Certification, which is currently due on May 17, 2012. Without the requested extension, Defendants would not have sufficient time to complete this discovery and their Opposition to the Motion for Class Certification.

7. As set forth in the accompanying Joint Stipulation, the Parties stipulate to an extension of Defendants' last day to file their Opposition to the Motion for Class Certification by three weeks —*i.e.*, from April 17, 2012, to May 8, 2012. Correspondingly, Lead Plaintiff will have an additional three weeks to file its Reply, which would be due by June 28, 2012. The Parties have agreed that the hearing date should be continued to July 16, 2012, at 1:30 p.m., or at such other date that the Court may order.

8. The Parties have not previously requested an extension of the briefing and hearing dates on the Motion for Class Certification.

/ / /

/ / /

/ / /

Gibson, Dunn & Crutcher LLP

2

9. The Parties believe in good faith that the extension as set forth in the Stipulation would not affect the overall schedule of the case. (The Court has not yet scheduled dates for the fact discovery cutoff, last day for hearing motions, pretrial conference and trial, but the parties' proposed schedule submitted to the court in their Supplemental Joint Rule 26(f) Report [ECF No. 237] proposes the dates of March 15, 2013 for the fact discovery cutoff, August 26, 2013 for the last day to hear motions, November 5, 2013 for the pretrial conference and December 3, 2013 for trial.)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 13, 2012, in Irvine, California.

*[signature]*

Gareth T. Evans

101251456.1