1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | CASE NO. CV-10-0922 DSF (AJWx) **ORDER GRANTING JOINT STIPULATION MODIFYING BRIEFING SCHEDULE AND HEARING DATE ON MOTION FOR CLASS CERTIFICATION [ECF No. 250]** **COURTROOM: 840** **JUDGE:    DALE S. FISCHER** |
|---|---|

# ORDER

Pursuant to the Joint Stipulation entered into by and between Lead Plaintiff Maryland State Retirement and Pension System and Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, Robert C. Daly, Katsuake Watanabe and Fujio Cho, the Court hereby Orders as follows:

1. Defendants shall file their Opposition to the Motion for Class Certification no later than May 8, 2012;

2. Lead Plaintiffs shall file their Reply in Support of the Motion for Class Certification no later than June 28, 2012.

3. The hearing on the Motion for Class Certification shall take place on July 23, 2012 at 1:30 p.m.

IT IS SO ORDERED

DATED: March 14, 2012

_____
Hon. Dale S. Fischer

101251464.1

1