1  Stuart J. Baskin (admitted *pro hac vice*)
   SHEARMAN & STERLING LLP
2  599 Lexington Avenue
   New York, NY  10022
3  Telephone:  (212) 848-4000
   Facsimile:  (212) 848-7179
4  Email:  sbaskin@shearman.com

5  Patrick D. Robbins (State Bar No. 152288)
   Emily V. Griffen (State Bar No. 209162)
6  SHEARMAN & STERLING LLP
   Four Embarcadero Center, Suite 3800
7  San Francisco, CA  94111-5994
   Telephone:  (415) 616-1100
8  Facsimile:  (415) 616-1199
   Email:  probbins@shearman.com
9          egriffen@shearman.com

10 Kay E. Kochenderfer (State Bar No. 125847)
   Gareth Evans (State Bar No. 138992)
11 GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
12 Los Angeles, California 90071-3197
   Telephone:  (213) 229-7000
13 Facsimile:  (213) 229-7520
   Email: kkochenderfer@gibsondunn.com
14         gevans@gibsondunn.com

15 Attorneys for Defendants Toyota Motor
   Corporation, Toyota Motor North America, Inc.,
16 Toyota Motor Sales, U.S.A., Inc., Katsuaki
   Watanabe, Fujio Cho, Yoshimi Inaba, James E.
17 Lentz III, Irving A. Miller, Robert S. Carter, and
   Robert C. Daly

18

19              **UNITED STATES DISTRICT COURT**

20             **CENTRAL DISTRICT OF CALIFORNIA**

21               **WESTERN DIVISION**

22

| | |
|---|---|
| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | CASE NO. CV-10-0922 DSF (AJWx) **JOINT STIPULATION TO CONTINUE STATUS CONFERENCE** **Courtroom:** 840 **Judge:** Hon. Dale S. Fischer **Current Date:** April 30, 2012 **Proposed Date:** July 23, 2012 |

23

24

25

26

27

28

1    This Stipulation is entered into by and between Lead Plaintiff Maryland

2  State Retirement and Pension System and Defendants Toyota Motor Corporation,

3  Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Yoshimi

4  Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, Robert C. Daly,

5  Katsuake Watanabe and Fujio Cho (collectively, "the Parties").

6    WHEREAS, at the Status Conference in this matter on October 17, 2011, the

7  Court set a further Status Conference for January 9, 2012, at 11:00 a.m., and on

8  December 8, 2011, pursuant to the Parties' stipulation, the Court continued the

9  Status Conference to February 27, 2012, and on February 24, 2012, pursuant to the

10  Parties' stipulation, the Court continued the Status Conference to April 30, 2012;

11    WHEREAS, on February 21, 2012, the Court ruled on Defendants' Motion

12  for Partial Judgment on the Pleadings and on March 9, 2012, the Special Master

13  ruled on Plaintiffs' Motion to Compel Production of Documents;

14    WHEREAS, on October 27, 2011, the Parties filed a Supplemental Joint

15  Rule 26(f) Report proposing a pretrial schedule and on March 20, 2012, the Court

16  entered a pretrial schedule that substantially adopted the Parties' proposal in the

17  Joint Rule 26(f) Report and that provides fact and expert discovery cut-off dates

18  (March 15, 2013, and July 29, 2013, respectively), the last day for hearing motions

19  (August 26, 2013), the final pretrial conference date (November 4, 2013), and a

20  trial date (December 3, 2013);

21    WHEREAS, because the Parties are proceeding with discovery pursuant to

22  the Court's pretrial schedule and the rulings on the Motion for Judgment on the

23  Pleadings and the Motion to Compel, and because the Court and Special Master

24  have ruled on those previously pending motions affecting the scope of discovery,

25  the Parties do not believe there are currently any issues requiring further guidance

26  from the Court on April 30, 2012;

27

28

1    WHEREAS, certain of the counsel for both Parties would need to travel to

2  Los Angeles from New York, San Francisco, and San Diego if an appearance were

3  required on April 30, 2012;

4    WHEREAS, the parties have agreed that, to conserve the resources of the

5  Court and the parties, the Status Conference should be rescheduled to Monday,

6  July 23, 2012, at 1:30 p.m., to coincide with the hearing on Plaintiffs' Motion for

7  Class Certification;

8    WHEREAS, the proposed continuance of the Status Conference would not

9  affect the overall schedule of the case.

10    THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and

11  among the parties hereto, with the Court's permission, that the hearing date for the

12  Status Conference should be continued to July 23, 2012, at 1:30 p.m.

13    A [Proposed] Order is submitted concurrently herewith.

14  DATED:  April 12, 2012          Respectfully submitted,

15                     GIBSON, DUNN & CRUTCHER LLP

16
                     By:_____/s/ Gareth T. Evans_____
17                          Gareth T. Evans

18                     Attorneys for Defendants Toyota Motor Corporation,
                     Toyota Motor North America, Inc., Toyota Motor
19                     Sales, U.S.A., Inc., Katsuaki Watanabe, Fujio Cho,
                     Yoshimi Inaba, James E. Lentz III, Irving A. Miller,
20                     Robert S. Carter, and  Robert C. Daly

21                     BERNSTEIN LITOWITZ BERGER &
                     GROSSMAN LLP
22
                     By:_____
23                          Blair Nicholas

24
                     BLAIR A. NICHOLAS
25                     (blairn&blbglaw.com)
                     BENJAMIN GLADSTON
26                     (beng@blbglaw.com)

27                     DAVID KAPLAN
                     (davidk@blbglaw.com)
28                     JOSEPH W. GOODMAN
                     (joseph.goodman@blbglaw.com)

2

12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:      (858) 793-0070
Fax:      (858) 793-0323
    -and-
GERALD H. SILK
(jerry@blbglaw.com)
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel:    (212) 554-1400
Fax:    (212) 554-1444

*Counsel for Lead Plaintiff Maryland State Retirement and Pension System and Lead Counsel for the Class*

FAIRBANK & VINCENT
ROBERT H. FAIRBANK
(Bar No. 76359)
(rfairbank@fairbankvincent.com)
DIRK L. VINCENT
(Bar No. 157961)
(dvincent@fairbankvincent.com)
444 S. Flower Street, Suite 3860
Los Angeles, CA 90071
Tel:      (213) 891-9010
Fax:      (213) 891-9011

*Liaison Counsel for the Class*

MARYLAND OFFICE OF ATTORNEY
GENERAL
DOUGLAS F. GANSLER
Attorney General of Maryland
JOHN J. KUCHNO
Assistant Attorney General
(jkuchno@oag.state.md.us)
200 St. Paul Place, 20th Floor
Baltimore, MD 21202
Tel:    (410) 576-7291
Fax:    (410) 576-6955

*Counsel for Lead Plaintiff Maryland State Retirement and Pension System*

101270955.2

3