1  Stuart J. Baskin (admitted *pro hac vice*)
   SHEARMAN & STERLING LLP
2  599 Lexington Avenue
   New York, NY 10022
3  Telephone: (212) 848-4000
   Facsimile: (212) 848-7179
4  Email: sbaskin@shearman.com

5  Patrick D. Robbins (State Bar No. 152288)
   Emily V. Griffen (State Bar No. 209162)
6  SHEARMAN & STERLING LLP
   Four Embarcadero Center, Suite 3800
7  San Francisco, CA 94111-5994
   Telephone: (415) 616-1100
8  Facsimile: (415) 616-1199
   Email: probbins@shearman.com
9          egriffen@shearman.com

10 Kay E. Kochenderfer (State Bar No. 125847)
   Gareth Evans (State Bar No. 138992)
11 GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
12 Los Angeles, California 90071-3197
   Telephone: (213) 229-7000
13 Facsimile: (213) 229-7520
   Email: kkochenderfer@gibsondunn.com
14         gevans@gibsondunn.com

15 Attorneys for Defendants Toyota Motor
   Corporation, Toyota Motor North America, Inc.,
16 Toyota Motor Sales, U.S.A., Inc., Katsuaki
   Watanabe, Fujio Cho, Yoshimi Inaba, James E.
17 Lentz III, Irving A. Miller, Robert S. Carter, and
   Robert C. Daly

18
                    UNITED STATES DISTRICT COURT
19
                   CENTRAL DISTRICT OF CALIFORNIA
20
                          WESTERN DIVISION
21

22 IN RE TOYOTA MOTOR                    **CASE NO. CV-10-0922 DSF (AJWx)**
   CORPORATION SECURITIES
23 LITIGATION                            **DECLARATION OF GARETH T.
                                         EVANS IN SUPPORT OF JOINT
24                                       STIPULATION TO CONTINUE
                                         STATUS CONFERENCE**
25
                                         **Courtroom:    840
26                                       Judge:          Hon. Dale S. Fischer
                                         Current Date:   April 30, 2012
27                                       Proposed Date:  July 23, 2012**

28

Gibson, Dunn &
Crutcher LLP

I, Gareth T. Evans, declare as follows:

1. I am a member of the Bar of the State of California, and am qualified and authorized to appear before this Court. I am a partner with the law firm of Gibson, Dunn & Crutcher LLP, attorneys for Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Katsuaki Watanabe, Fujio Cho, Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, and Robert C. Daly (collectively, "Defendants") in the above-captioned matter.  I make this declaration in support of the Joint Stipulation Continuing Status Conference ("Stipulation") filed concurrently herewith.  I am familiar with and have personal knowledge of the pleadings and proceedings in this case and the facts set forth in this declaration, and, if called to do so, could and would testify competently thereto.

2. At the Status Conference on October 17, 2011, the Court set a further Status Conference for January 9, 2012, at 11:00 a.m., and on December 8, 2011, pursuant to the Parties' stipulation, the Court continued the Status Conference to February 27, 2012, and on February 24, 2012, pursuant to the Parties' stipulation, the Court continued the Status Conference to April 30, 2012.

3. On February 21, 2012, the Court ruled on Defendants' Motion for Partial Judgment on the Pleadings and on March 9, 2012, the Special Master ruled on Plaintiffs' Motion to Compel Production of Documents.

4. On October 27, 2011, the Parties filed a Supplemental Joint Rule 26(f) Report proposing a pretrial schedule and on March 20, 2012, the Court entered a pretrial schedule that substantially adopted the Parties' proposal in the Joint Rule 26(f) Report and that provides fact and expert discovery cut-off dates (March 15, 2013, and July 29, 2013, respectively), the last day for hearing motions (August 26, 2013), the final pretrial conference date (November 4, 2013), and a trial date (December 3, 2013).

5. Because the Parties are proceeding with discovery pursuant to the Court's pretrial schedule and the rulings on the Motion for Judgment on the

Gibson, Dunn & Crutcher LLP

1

Pleadings and the Motion to Compel, and because the Court and Special Master have ruled on those previously pending motions affecting the scope of discovery, the Parties do not believe there are currently any issues requiring further guidance from the Court on April 30, 2012.

6. Consequently, as set forth in the accompanying Stipulation, the Parties are requesting a continuance of the Status Conference from April 30, 2012, at 1:30 p.m., to July 23, 2012, at 1:30 p.m., to coincide with the hearing on Plaintiffs' Motion for Class Certification.

7. The Parties expect that counsel appearing for the Status Conference will be traveling from New York, San Francisco, and San Diego to Los Angeles. Accordingly, continuing the Status Conference from April 30, 2012, to July 23, 2012, would save the Parties and their counsel time and expense, in addition to preserving the resources of the Court by having a single hearing date and time for the Status Conference and the Motion for Class Certification.

8. The Parties believe in good faith that a continuance as set forth in the Stipulation would not affect the overall schedule of the case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 12, 2012 in Irvine, California.

                                                                  Gareth T. Evans

101270961.2

I, Gareth T. Evans, declare as follows:

1. I am a member of the Bar of the State of California, and am qualified and authorized to appear before this Court. I am a partner with the law firm of Gibson, Dunn & Crutcher LLP, attorneys for Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Katsuaki Watanabe, Fujio Cho, Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, and Robert C. Daly (collectively, "Defendants") in the above-captioned matter. I make this declaration in support of the Joint Stipulation Continuing Status Conference ("Stipulation") filed concurrently herewith. I am familiar with and have personal knowledge of the pleadings and proceedings in this case and the facts set forth in this declaration, and, if called to do so, could and would testify competently thereto.

2. At the Status Conference on October 17, 2011, the Court set a further Status Conference for January 9, 2012, at 11:00 a.m., and on December 8, 2011, pursuant to the Parties' stipulation, the Court continued the Status Conference to February 27, 2012, and on February 24, 2012, pursuant to the Parties' stipulation, the Court continued the Status Conference to April 30, 2012.

3. On February 21, 2012, the Court ruled on Defendants' Motion for Partial Judgment on the Pleadings and on March 9, 2012, the Special Master ruled on Plaintiffs' Motion to Compel Production of Documents.

4. On October 27, 2011, the Parties filed a Supplemental Joint Rule 26(f) Report proposing a pretrial schedule and on March 20, 2012, the Court entered a pretrial schedule that substantially adopted the Parties' proposal in the Joint Rule 26(f) Report and that provides fact and expert discovery cut-off dates (March 15, 2013, and July 29, 2013, respectively), the last day for hearing motions (August 26, 2013), the final pretrial conference date (November 4, 2013), and a trial date (December 3, 2013).

5. Because the Parties are proceeding with discovery pursuant to the Court's pretrial schedule and the rulings on the Motion for Judgment on the

Gibson, Dunn & Crutcher LLP

Pleadings and the Motion to Compel, and because the Court and Special Master have ruled on those previously pending motions affecting the scope of discovery, the Parties do not believe there are currently any issues requiring further guidance from the Court on April 30, 2012.

6. Consequently, as set forth in the accompanying Stipulation, the Parties are requesting a continuance of the Status Conference from April 30, 2012, at 1:30 p.m., to July 23, 2012, at 1:30 p.m., to coincide with the hearing on Plaintiffs' Motion for Class Certification.

7. The Parties expect that counsel appearing for the Status Conference will be traveling from New York, San Francisco, and San Diego to Los Angeles. Accordingly, continuing the Status Conference from April 30, 2012, to July 23, 2012, would save the Parties and their counsel time and expense, in addition to preserving the resources of the Court by having a single hearing date and time for the Status Conference and the Motion for Class Certification.

8. The Parties believe in good faith that a continuance as set forth in the Stipulation would not affect the overall schedule of the case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 12, 2012 in Irvine, California.

_____
Gareth T. Evans

101270961.2

Gibson, Dunn & Crutcher LLP

2