1
2
3
4
5

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | CASE NO. CV-10-0922 DSF (AJWx)<br>**ORDER CONTINUING STATUS CONFERENCE**<br>**Courtroom: 840**<br>**Judge:      Dale S. Fischer** |
|---|---|

## [PROPOSED] ORDER

Pursuant to the Joint Stipulation entered into by and between Lead Plaintiff Maryland State Retirement and Pension System and Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, Robert C. Daly, Katsuake Watanabe and Fujio Cho, the Status Conference previously scheduled for April 30, 2012, at 1:30 p.m., is continued to July 23, 2012, at 1:30 p.m.

IT IS SO ORDERED.

DATED: April ___, 2012

_____
Hon. Dale S. Fischer
United States District Judge

101270954.1