Stuart J. Baskin (admitted *pro hac vice*)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
Email: sbaskin@shearman.com

Patrick D. Robbins (State Bar No. 152288)
Emily V. Griffen (State Bar No. 209162)
SHEARMAN & STERLING LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111-5994
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Email: probbins@shearman.com
egriffen@shearman.com

Kay E. Kochenderfer (State Bar No. 125847)
Gareth Evans (State Bar No. 138992)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
Email: kkochenderfer@gibsondunn.com
gevans@gibsondunn.com

Attorneys for Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Katsuaki Watanabe, Fujio Cho, Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, and Robert C. Daly

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION

**CASE NO. CV-10-0922 DSF (AJWx)**

**DECLARATION OF GARETH T. EVANS IN SUPPORT OF JOINT STIPULATION TO CONTINUE STATUS CONFERENCE**

**Courtroom:** **840**
**Judge:** **Hon. Dale S. Fischer**
**Current Date:** **April 30, 2012**
**Proposed Date:** **July 23, 2012**

I, Gareth T. Evans, declare as follows:

1. I am a member of the Bar of the State of California, and am qualified and authorized to appear before this Court. I am a partner with the law firm of Gibson, Dunn & Crutcher LLP, attorneys for Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Katsuaki Watanabe, Fujio Cho, Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, and Robert C. Daly (collectively, "Defendants") in the above-captioned matter. I make this declaration in support of the Joint Stipulation Continuing Status Conference ("Stipulation") filed concurrently herewith. I am familiar with and have personal knowledge of the pleadings and proceedings in this case and the facts set forth in this declaration, and, if called to do so, could and would testify competently thereto.

2. At the Status Conference on October 17, 2011, the Court set a further Status Conference for January 9, 2012, at 11:00 a.m., and on December 8, 2011, pursuant to the Parties' stipulation, the Court continued the Status Conference to February 27, 2012, and on February 24, 2012, pursuant to the Parties' stipulation, the Court continued the Status Conference to April 30, 2012.

3. On February 21, 2012, the Court ruled on Defendants' Motion for Partial Judgment on the Pleadings and on March 9, 2012, the Special Master ruled on Plaintiffs' Motion to Compel Production of Documents.

4. On October 27, 2011, the Parties filed a Supplemental Joint Rule 26(f) Report proposing a pretrial schedule and on March 20, 2012, the Court entered a pretrial schedule that substantially adopted the Parties' proposal in the Joint Rule 26(f) Report and that provides fact and expert discovery cut-off dates (March 15, 2013, and July 29, 2013, respectively), the last day for hearing motions (August 26, 2013), the final pretrial conference date (November 4, 2013), and a trial date (December 3, 2013).

5. Because the Parties are proceeding with discovery pursuant to the Court's pretrial schedule and the rulings on the Motion for Judgment on the

Pleadings and the Motion to Compel, and because the Court and Special Master have ruled on those previously pending motions affecting the scope of discovery, the Parties do not believe there are currently any issues requiring further guidance from the Court on April 30, 2012.

6. Consequently, as set forth in the accompanying Stipulation, the Parties are requesting a continuance of the Status Conference from April 30, 2012, at 1:30 p.m., to July 23, 2012, at 1:30 p.m., to coincide with the hearing on Plaintiffs' Motion for Class Certification.

7. The Parties expect that counsel appearing for the Status Conference will be traveling from New York, San Francisco, and San Diego to Los Angeles. Accordingly, continuing the Status Conference from April 30, 2012, to July 23, 2012, would save the Parties and their counsel time and expense, in addition to preserving the resources of the Court by having a single hearing date and time for the Status Conference and the Motion for Class Certification.

8. The Parties believe in good faith that a continuance as set forth in the Stipulation would not affect the overall schedule of the case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 12, 2012 in Irvine, California.

Gareth T. Evans

101270961.2