1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | CASE NO. CV-10-0922 DSF (AJWx)<br><br>**ORDER CONTINUING STATUS CONFERENCE**<br><br>**Courtroom:  840**<br>**Judge:        Dale S. Fischer** |

1

## **ORDER**

2          Pursuant to the Joint Stipulation entered into by and between Lead Plaintiff

3   Maryland State Retirement and Pension System and Defendants Toyota Motor

4   Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc.,

5   Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, Robert C.

6   Daly, Katsuake Watanabe and Fujio Cho, the Status Conference previously

7   scheduled for April 30, 2012, at 1:30 p.m., is continued to July 23, 2012, at 1:30

8   p.m.

9          IT IS SO ORDERED.

10   DATED: April 13, 2012

11                                                _____

12                                                      Hon. Dale S. Fischer
                                                   United States District Judge

13   101270954.1

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28