BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
BLAIR A. NICHOLAS (Bar No. 178428)
(blairn@blbglaw.com)
BENJAMIN GALDSTON (Bar No. 211114)
(beng@blbglaw.com)
DAVID R. KAPLAN (Bar No. 230144)
(davidk@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323
   -and-
GERALD H. SILK
(jerry@blbglaw.com)
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 554-1400
Fax: (212) 554-1444

*Counsel for Lead Plaintiff Maryland State Retirement and Pension System and Lead Counsel for the Class*

FAIRBANK & VINCENT
ROBERT H. FAIRBANK (Bar No. 76359)
(rfairbank@fairbankvincent.com)
DIRK L. VINCENT (Bar No. 157961)
(dvincent@fairbankvincent.com)
444 S. Flower Street, Suite 3860
Los Angeles, CA 90071
Tel: (213) 891-9010
Fax: (213) 891-9011

*Liaison Counsel for the Class*

*(Additional Counsel listed on signature page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | Master File No. CV 10-922 DSF (AJWx)<br><br>**JOINT STIPULATION MODIFYING BRIEFING SCHEDULE AND HEARING DATES ON MOTION FOR CLASS CERTIFICATION AND RELATED MOTIONS TO EXCLUDE [ECF Nos. 250, 267]; CONTINUING STATUS CONFERENCE**<br><br>Courtroom: 840<br>Judge: Dale S. Fischer |

1  This Stipulation is entered into by and between Lead Plaintiff Maryland State Retirement and Pension System and Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, Robert C. Daly, Katsuake Watanabe, and Fujio Cho (collectively, "the Parties").

WHEREAS, on October 7, 2011, the Parties filed a Joint Rule 26(f) Report that contained a proposed briefing schedule for Lead Plaintiff's Motion for Class Certification, including Lead Plaintiff's deadline for filing the motion (February 17, 2012), a date for Defendants to file their Opposition to the Motion for Class Certification (April 17, 2012), and a date for Lead Plaintiff to file its Reply in support of the Motion for Class Certification (May 17, 2012);

WHEREAS, at the Status Conference on October 17, 2011, the Court approved this briefing schedule and set the hearing on the Motion for Class Certification to take place on June 11, 2012, at 1:30 p.m., unless the parties agreed otherwise (*see* Transcript of Oct. 17, 2011 hearing at 4:2-5).  The Court also set a further Status Conference for January 9, 2012, at 11:00 a.m.  On December 8, 2011, pursuant to the Parties' stipulation, the Court continued the Status Conference to February 27, 2012; on February 24, 2012, pursuant to the Parties' stipulation, the Court continued the Status Conference to April 30, 2012; and on April 13, 2012, pursuant to the Parties' stipulation, the Court continued the Status Conference to July 23, 2012;

WHEREAS, on February 17, 2012, Lead Plaintiff filed its Motion for Class Certification [ECF No. 250], which included an expert report from Plaintiffs' expert, Chad Coffman;

WHEREAS, on March 14, 2012, the Parties stipulated to continue the briefing schedule and hearing dates on the Motion for Class Certification, such that Defendants would oppose the motion no later than May 8, 2012, Lead Plaintiff would file any reply no later than June 28, 2012, and the hearing would take place

on July 23, 2012, at 1:30 p.m. On March 14, 2012, the Court granted that stipulation and modified the briefing schedule and hearing date accordingly;

WHEREAS, on May 8, 2012, Defendants filed a Memorandum in Opposition to Lead Plaintiff's Motion for Class Certification [ECF No. 265], which included an expert report from Defendants' expert, Dr. Paul Gompers [ECF No. 266]. Defendants also filed a Motion to Exclude the Expert Report of Chad Coffman [ECF No. 267], to be heard on July 23, 2012;

WHEREAS, Lead Plaintiff intends to move to exclude the expert report of Defendants' expert witness, Dr. Gompers, to be heard on the same date as the class certification hearing and the hearing on Defendants' Motion to Exclude the Expert Report of Chad Coffman;

WHEREAS, Lead Plaintiff's counsel now has a scheduling conflict on July 23, 2012, and, because of scheduled vacations and other commitments, Lead Plaintiff and its counsel are not available until September 10, 2012. Thus, Lead Plaintiff has requested and Defendants have agreed to a seven-week extension of hearing dates on the class certification motion and related motions to exclude; and the Parties have agreed to adjust the briefing deadlines accordingly. Specifically, the Parties agree that:

- Lead Plaintiff shall file and serve any reply in support of class certification no later than July 5, 2012;
- Lead Plaintiff shall file and serve its opposition to Defendant's Motion to Exclude the Expert Report of Chad Coffman no later than July 5, 2012;
- Lead Plaintiff shall file and serve any motion to exclude the report of Defendants' expert, Dr. Gompers, no later than July 9, 2012;
- Defendants shall file and serve any reply in support of the Motion to Exclude the Expert Report of Chad Coffman no later than July 26, 2012.
- Defendants shall file and serve any opposition to Lead Plaintiff's motion to exclude the report of Dr. Gompers no later than July 30, 2012;

- Lead Plaintiff shall file and serve any reply in support of a motion to exclude the report of Dr. Gompers no later than August 13, 2012; and
- The hearing on Lead Plaintiff's Motion for Class Certification, Defendants' Motion to Exclude the Expert Report of Chad Coffman and Lead Plaintiff's anticipated motion to exclude the expert report of Dr. Gompers, shall take place on September 10, 2012, at 1:30 p.m., or a later date and time convenient for the Court.

WHEREAS, the Parties have also agreed that, if the requested extension is granted on the class certification briefing and hearing schedule, it would be more efficient to continue the Status Conference set for July 23, 2012, to September 10, 2012 (the same date as the hearing on the class certification-related motions).

THEREFORE, THE PARTIES STIPULATE AND AGREE THAT:

1. Lead Plaintiff shall file and serve any reply in support of class certification no later than July 5, 2012.

2. Lead Plaintiff shall file and serve any opposition to Defendants' Motion to Exclude the Expert Report of Chad Coffman no later than July 5, 2012.

3. Lead Plaintiff shall file and serve any motion to exclude the report of Defendants' expert, Dr. Gompers, no later than July 9, 2012.

4. Defendants shall file and serve any reply in support of the Motion to Exclude the Expert Report of Chad Coffman no later than July 26, 2012.

5. Defendants shall file and serve any opposition to Lead Plaintiff's anticipated motion to exclude the report of Dr. Gompers no later than July 30, 2012.

6. Lead Plaintiff shall file and serve any reply in support of a motion to exclude the report of Dr. Gompers no later than August 13, 2012.

7. The hearing on Lead Plaintiff's Motion for Class Certification, Defendants' Motion to Exclude the Expert Report of Chad Coffman, and Lead Plaintiff's anticipated motion to exclude the report of Dr. Gompers shall take place

on September 10, 2012, at 1:30 p.m., or a later date and time convenient for the Court.

8. The Status Conference shall be continued to September 10, 2012, at 1:30 p.m., or a later date and time convenient for the Court.

The Parties are submitting a proposed Order concurrently with this Stipulation.

DATED: June 27, 2012     Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP

By:   */s/ Blair A. Nicholas*
       Blair A. Nicholas

BLAIR A. NICHOLAS
(blairn&blbglaw.com)
BENJAMIN GALDSTON
(beng@blbglaw.com)
DAVID KAPLAN
(davidk@blbglaw.com)
JOSEPH W. GOODMAN
(joseph.goodman@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:   (858) 793-0323
  -and-
GERALD H. SILK
(jerry@blbglaw.com)
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel:    (212) 554-1400
Fax:   (212) 554-1444

*Counsel for Lead Plaintiff Maryland State Retirement and Pension System and Lead Counsel for the Class*

FAIRBANK & VINCENT
ROBERT H. FAIRBANK
(rfairbank@fairbankvincent.com)
DIRK L. VINCENT
(dvincent@fairbankvincent.com)
444 S. Flower Street, Suite 3860
Los Angeles, CA 90071
Tel:      (213) 891-9010
Fax:      (213) 891-9011

*Liaison Counsel for the Class*

MARYLAND OFFICE OF ATTORNEY GENERAL
DOUGLAS F. GANSLER
Attorney General of Maryland
JOHN J. KUCHNO
Assistant Attorney General
(jkuchno@oag.state.md.us)
200 St. Paul Place, 20th Floor
Baltimore, MD 21202
Tel:    (410) 576-7291
Fax:    (410) 576-6955

*Counsel for Lead Plaintiff Maryland State Retirement and Pension System*

SHEARMAN & STERLING LLP
GIBSON, DUNN & CRUTCHER LLP

By*:*      */s/ Patrick D. Robbins*
            Patrick D. Robbins

Attorneys for Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Katsuaki Watanabe, Fujio Cho, Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, and Robert C. Daly