1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

13
14
15
16
17
18
19
20

| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | Master File No. CV 10-922 DSF (AJWx) <br><br> **[PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE AND HEARING DATES ON MOTION FOR CLASS CERTIFICATION AND RELATED MOTIONS TO EXCLUDE [ECF Nos. 250, 267]; CONTINUING STATUS CONFERENCE** <br><br> Courtroom: 840 <br> Judge: Dale S. Fischer |
|---|---|

21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

Pursuant to the Joint Stipulation ("Stipulation") entered into by and between Lead Plaintiff Maryland State Retirement and Pension System and Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, Robert C. Daly, Katsuake Watanabe and Fujio Cho, and for good cause shown, the Status Conference previously scheduled for July 23, 2012, at 1:30 p.m., is continued to September 10, 2012, at 1:30 p.m.

In addition, pursuant to the Stipulation, and for good cause shown, the hearing on Lead Plaintiff's Motion for Class Certification [ECF No. 250] and Defendants' Motion to Exclude the Expert Report of Chad Coffman [ECF No. 267], and deadlines for related briefing, are modified as follows:

1. Lead Plaintiff shall file and serve any reply in support of class certification no later than July 5, 2012.

2. Lead Plaintiff shall file and serve any opposition to Defendants' Motion to Exclude the Expert Report of Chad Coffman no later than July 5, 2012.

3. Lead Plaintiff shall file and serve any motion to exclude the report of Defendants' expert, Dr. Gompers, no later than July 9, 2012.

4. Defendants shall file and serve any reply in support of the Motion to Exclude the Expert Report of Chad Coffman no later than July 26, 2012.

5. Defendants shall file and serve any opposition to Lead Plaintiff's anticipated motion to exclude the report of Dr. Gompers no later than July 30, 2012.

6. Lead Plaintiff shall file and serve any reply in support of a motion to exclude the report of Dr. Gompers no later than August 13, 2012.

7. The hearing on Lead Plaintiff's Motion for Class Certification, Defendants' Motion to Exclude the Expert Report of Chad Coffman, and Lead

1 | Plaintiff's anticipated motion to exclude the report of Dr. Gompers, shall take place
2 | on September 10, 2012, at 1:30 p.m.
3 |     IT IS SO ORDERED.
4 | DATED: June ___, 2012
5 |
6 |                                       _____
                                      Hon. Dale S. Fischer
                                      United States District Judge