BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
BLAIR A. NICHOLAS  (Bar No. 178428)
(blairn@blbglaw.com)
BENJAMIN GALDSTON  (Bar No. 211114)
(beng@blbglaw.com)
DAVID R. KAPLAN (Bar No. 230144)
(davidk@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:    (858) 793-0323
    -and-
GERALD H. SILK
(jerry@blbglaw.com)
1285 Avenue of the Americas
New York, NY 10019
Tel:    (212) 554-1400
Fax:    (212) 554-1444

*Counsel for Lead Plaintiff Maryland State Retirement and Pension System and Lead Counsel for the Class*

FAIRBANK & VINCENT
ROBERT H. FAIRBANK (Bar No. 76359)
(rfairbank@fairbankvincent.com)
DIRK L. VINCENT (Bar No. 157961)
(dvincent@fairbankvincent.com)
444 S. Flower Street, Suite 3860
Los Angeles, CA 90071
Tel:    (213) 891-9010
Fax:    (213) 891-9011

*Liaison Counsel for the Class*

*(Additional Counsel listed on signature page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | Master File No. CV 10-922 DSF (AJWx) **JOINT SUPPLEMENTAL STIPULATION MODIFYING BRIEFING SCHEDULE AND HEARING DATES ON MOTION FOR CLASS CERTIFICATION AND RELATED MOTIONS TO EXCLUDE [ECF Nos. 250, 267]** Courtroom:  840 Judge:       Dale S. Fischer |

This Stipulation is entered into by and between Lead Plaintiff Maryland State Retirement and Pension System and Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, Robert C. Daly, Katsuake Watanabe, and Fujio Cho (collectively, "the Parties").

WHEREAS, on October 7, 2011, the Parties filed a Joint Rule 26(f) Report that contained a proposed briefing schedule for Lead Plaintiff's Motion for Class Certification, including Lead Plaintiff's deadline for filing the motion (February 17, 2012), a date for Defendants to file their Opposition to the Motion for Class Certification (April 17, 2012), and a date for Lead Plaintiff to file its Reply in support of the Motion for Class Certification (May 17, 2012);

WHEREAS, at the Status Conference on October 17, 2011, the Court approved this briefing schedule and set the hearing on the Motion for Class Certification to take place on June 11, 2012, at 1:30 p.m., unless the Parties agreed otherwise (*see* Transcript of Oct. 17, 2011 hearing at 4:2-5);

WHEREAS, on February 17, 2012, Lead Plaintiff filed its Motion for Class Certification [ECF No. 250], which included an expert report from Plaintiffs' expert, Chad Coffman;

WHEREAS, on March 14, 2012, the Parties stipulated to continue the briefing schedule and hearing dates on the Motion for Class Certification, such that Defendants would oppose the motion no later than May 8, 2012, Lead Plaintiff would file any reply no later than June 28, 2012, and the hearing would take place on July 23, 2012, at 1:30 p.m.  On March 14, 2012, the Court granted that stipulation and modified the briefing schedule and hearing date accordingly;

WHEREAS, on May 8, 2012, Defendants filed a Memorandum in Opposition to Lead Plaintiff's Motion for Class Certification [ECF No. 265], which included an expert report from Defendants' expert, Professor Paul A.

Gompers [ECF No. 266]. Defendants also filed a Motion to Exclude the Expert Report of Chad Coffman [ECF No. 267], to be heard on July 23, 2012;

WHEREAS, on June 13, 2012, Lead Counsel for Lead Plaintiff deposed Defendants' expert Professor Gompers in a full-day deposition;

WHEREAS, on June 27, 2012, the Parties filed a Joint Stipulation [ECF No. 270] to modify the briefing schedule and hearing dates for Lead Plaintiff's class certification motion and related motions to exclude, including Defendants' motion to exclude Mr. Coffman's expert report and Lead Plaintiff's anticipated motion to exclude the expert report of Defendants' expert, Professor Gompers. The Parties agreed to an extension of the hearing dates on the class certification motion and the related motions to exclude, as detailed in the accompanying Declaration of Benjamin Galdston, to allow all the motions to be heard on the same date, and to accommodate various scheduling conflicts that prevented Lead Plaintiff and Lead Counsel from attending a hearing earlier than September 10, 2012. The June 27 Joint Stipulation provided, *inter alia*, that Lead Plaintiff would file (i) any reply in support of class certification no later than July 5, 2012; (ii) its opposition to Defendant's Motion to Exclude the Expert Report of Chad Coffman no later than July 5, 2012; and (iii) any motion to exclude the report of Defendants' expert, Professor Gompers, no later than July 9, 2012. On June 28, 2012, the Court granted the Parties' June 27, 2012 stipulation and modified the briefing schedule and hearing dates accordingly;

WHEREAS, on June 27, 2012, after the Joint Stipulation of the same date was filed with the Court, counsel for Defendants informed Lead Counsel that during his deposition, Professor Gompers testified regarding a certain "bid-ask" spread analysis, which he had not, in fact, performed. On June 28, 2012, counsel for Defendants provided Lead Plaintiff's counsel with a letter and a sworn declaration by Professor Gompers specifying certain portions of Professor Gompers' testimony as erroneous;

WHEREAS, the Parties agree that there is additional good cause based on Defendants' June 27 and June 28, 2012 disclosures to further modify the briefing schedule and hearing dates for Lead Plaintiff's class certification motion and related motions to exclude in order to allow Lead Plaintiff sufficient time to appropriately consider and respond to the recent disclosures.

THEREFORE, THE PARTIES STIPULATE AND AGREE THAT:

1. Lead Plaintiff shall file and serve any reply in support of class certification no later than August 2, 2012.

2. Lead Plaintiff shall file and serve any opposition to Defendants' Motion to Exclude the Expert Report of Chad Coffman no later than August 2, 2012.

3. Lead Plaintiff shall file and serve any motion to exclude the report of Defendants' expert, Dr. Gompers, no later than August 9, 2012.

4. Defendants shall file and serve any reply in support of the Motion to Exclude the Expert Report of Chad Coffman no later than August 30, 2012.

5. Defendants shall file and serve any opposition to Lead Plaintiff's anticipated motion to exclude the report of Dr. Gompers no later than September 6, 2012.

6. Lead Plaintiff shall file and serve any reply in support of a motion to exclude the report of Dr. Gompers no later than September 27, 2012.

7. The hearing on Lead Plaintiff's Motion for Class Certification, Defendants' Motion to Exclude the Expert Report of Chad Coffman, and Lead Plaintiff's anticipated motion to exclude the report of Dr. Gompers shall take place on October 15, 2012, at 1:30 p.m., or a later date and time convenient for the Court.

The Parties are submitting a proposed Order concurrently with this Stipulation.

| | |
|---|---|
| 1   DATED: July 5, 2012 | Respectfully submitted, |

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP

By:   */s/ Blair A. Nicholas*
       Blair A. Nicholas

BLAIR A. NICHOLAS
(blairn@blbglaw.com)
BENJAMIN GALDSTON
(beng@blbglaw.com)
DAVID KAPLAN
(davidk@blbglaw.com)
JOSEPH W. GOODMAN
(joseph.goodman@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:    (858) 793-0323
   -and-
GERALD H. SILK
(jerry@blbglaw.com)
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel:    (212) 554-1400
Fax:    (212) 554-1444

*Counsel for Lead Plaintiff Maryland State Retirement and Pension System and Lead Counsel for the Class*

FAIRBANK & VINCENT
ROBERT H. FAIRBANK
(rfairbank@fairbankvincent.com)
DIRK L. VINCENT
(dvincent@fairbankvincent.com)
444 S. Flower Street, Suite 3860
Los Angeles, CA 90071
Tel:    (213) 891-9010
Fax:    (213) 891-9011

*Liaison Counsel for the Class*

MARYLAND OFFICE OF ATTORNEY GENERAL
DOUGLAS F. GANSLER
Attorney General of Maryland
JOHN J. KUCHNO
Assistant Attorney General
(jkuchno@oag.state.md.us)
200 St. Paul Place, 20th Floor
Baltimore, MD 21202
Tel:   (410) 576-7291
Fax:   (410) 576-6955

*Counsel for Lead Plaintiff Maryland State Retirement and Pension System*

SHEARMAN & STERLING LLP
GIBSON, DUNN & CRUTCHER LLP

By: _____/s/ Patrick D. Robbins_____
          Patrick D. Robbins

*Attorneys for Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Katsuaki Watanabe, Fujio Cho, Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, and Robert C. Daly*