1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

13
14
15
16
17
18
19

| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | Master File No. CV 10-922 DSF (AJWx)<br><br>**[PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE AND HEARING DATES ON MOTION FOR CLASS CERTIFICATION AND RELATED MOTIONS TO EXCLUDE [ECF Nos. 250, 267]**<br><br>Courtroom: 840<br>Judge:      Dale S. Fischer |
|---|---|

20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

Pursuant to the Joint Supplemental Stipulation ("Stipulation") entered into by and between Lead Plaintiff Maryland State Retirement and Pension System and Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, Robert C. Daly, Katsuake Watanabe and Fujio Cho, and for good cause shown, the hearing on Lead Plaintiff's Motion for Class Certification [ECF No. 250] and Defendants' Motion to Exclude the Expert Report of Chad Coffman [ECF No. 267], and deadlines for related briefing, are modified as follows:

1. Lead Plaintiff shall file and serve any reply in support of class certification no later than August 2, 2012.

2. Lead Plaintiff shall file and serve any opposition to Defendants' Motion to Exclude the Expert Report of Chad Coffman no later than August 2, 2012.

3. Lead Plaintiff shall file and serve any motion to exclude the report of Defendants' expert, Dr. Gompers, no later than August 9, 2012.

4. Defendants shall file and serve any reply in support of the Motion to Exclude the Expert Report of Chad Coffman no later than August 30, 2012.

5. Defendants shall file and serve any opposition to Lead Plaintiff's anticipated motion to exclude the report of Dr. Gompers no later than September 6, 2012.

6. Lead Plaintiff shall file and serve any reply in support of a motion to exclude the report of Dr. Gompers no later than September 27, 2012.

7. The hearing on Lead Plaintiff's Motion for Class Certification, Defendants' Motion to Exclude the Expert Report of Chad Coffman, and Lead Plaintiff's anticipated motion to exclude the report of Dr. Gompers, shall take place

///

///

on October 15, 2012, at 1:30 p.m., or at a later date and time convenient for the Court.

IT IS SO ORDERED.

DATED: July ___, 2012

_____
Hon. Dale S. Fischer
United States District Judge