BERNSTEIN LITOWITZ BERGER
  &amp; GROSSMANN LLP
BLAIR A. NICHOLAS  (Bar No. 178428)
(blairn@blbglaw.com)
BENJAMIN GALDSTON  (Bar No. 211114)
(beng@blbglaw.com)
DAVID R. KAPLAN (Bar No. 230144)
(davidk@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:  (858) 793-0323
     -and-
GERALD H. SILK
(jerry@blbglaw.com)
1285 Avenue of the Americas
New York, NY 10019
Tel:  (212) 554-1400
Fax:  (212) 554-1444

*Counsel for Lead Plaintiff Maryland State Retirement and Pension System and Lead Counsel for the Class*

FAIRBANK & VINCENT
ROBERT H. FAIRBANK (Bar No. 76359)
(rfairbank@fairbankvincent.com)
DIRK L. VINCENT (Bar No. 157961)
(dvincent@fairbankvincent.com)
444 S. Flower Street, Suite 3860
Los Angeles, CA 90071
Tel:  (213) 891-9010
Fax:  (213) 891-9011

*Liaison Counsel for the Class*

*(Additional Counsel listed on signature page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | Master File No. CV 10-922 DSF (AJWx)<br><br>**NOTICE OF ENTRY OF REPORT AND RULINGS OF SPECIAL MASTER LAYN R. PHILLIPS**<br><br>Courtroom: 840<br>Judge:    Dale S. Fischer |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 6, 2012, the Court-appointed Special Master Layn R. Phillips issued the REPORT AND RULINGS RE: COMPLETION OF DISCOVERY PURSUANT TO THE MARCH 9, 2012 RULINGS RE LEAD PLAINTIFF'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS FROM DEFENDANTS, attached hereto as Exhibit 1.

Dated: July 9, 2012

Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP

  */s/ Benjamin Galdston*
BENJAMIN GALDSTON

BLAIR A. NICHOLAS
(blairn@blbglaw.com)
BENJAMIN GALDSTON
(beng@blbglaw.com)
DAVID KAPLAN
(davidk@blbglaw.com)
JOSEPH W. GOODMAN
(joseph.goodman@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323
   -and-
GERALD H. SILK
(jerry@blbglaw.com)
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel: (212) 554-1400
Fax: (212) 554-1444

*Counsel for Lead Plaintiff Maryland State Retirement and Pension System and Lead Counsel for the Class*

| | |
|---|---|
| 1 | FAIRBANK & VINCENT |
| 2 | ROBERT H. FAIRBANK |
|  | (rfairbank@fairbankvincent.com) |
| 3 | DIRK L. VINCENT |
|  | (dvincent@fairbankvincent.com) |
| 4 | 444 S. Flower Street. Suite 3860 |
|  | Los Angeles. CA 90071 |
| 5 | Tel:    (213) 891-9010 |
|  | Fax:   (213) 891-9011 |
| 6 | |
|  | *Liaison Counsel for the Class* |
| 7 | |
| 8 | MARYLAND OFFICE OF ATTORNEY |
|  |    GENERAL |
| 9 | DOUGLAS F. GANSLER |
|  | Attorney General of Maryland |
| 10 | JOHN J. KUCHNO |
|  | Assistant Attorney General |
| 11 | (jkuchno@oag.state.md.us) |
|  | 200 St. Paul Place. 20th Floor |
| 12 | Baltimore. MD 21202 |
|  | Tel:    (410) 576-7291 |
| 13 | Fax:   (410) 576-6955 |
| 14 | |
|  | *Counsel for Lead Plaintiff Maryland* |
| 15 | *State Retirement and Pension System* |