BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
BLAIR A. NICHOLAS  (Bar No. 178428)
(blairn@blbglaw.com)
BENJAMIN GALDSTON  (Bar No. 211114)
(beng@blbglaw.com)
DAVID R. KAPLAN (Bar No. 230144)
(davidk@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323
       -and-
GERALD H. SILK
(jerry@blbglaw.com)
1285 Avenue of the Americas
New York, NY 10019
Tel:  (212) 554-1400
Fax:  (212) 554-1444

*Counsel for Lead Plaintiff Maryland State Retirement and Pension System and Lead Counsel for the Class*

FAIRBANK & VINCENT
ROBERT H. FAIRBANK (Bar No. 76359)
(rfairbank@fairbankvincent.com)
DIRK L. VINCENT (Bar No. 157961)
(dvincent@fairbankvincent.com)
444 S. Flower Street, Suite 3860
Los Angeles, CA 90071
Tel:   (213) 891-9010
Fax:   (213) 891-9011

*Liaison Counsel for the Class*

*(Additional Counsel listed on signature page)*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | Master File No. CV 10-922 DSF (AJWx)<br><br>NOTICE OF WITHDRAWAL OF APPEARANCE OF ELIZABETH P. LIN<br><br>Courtroom: 840<br>Judge:     Dale S. Fischer |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Elizabeth P. Lin is hereby withdrawn as counsel for Lead Plaintiff Maryland State Retirement and Pension System in this matter. Ms. Lin is no longer associated with the law firm of Bernstein Litowitz Berger & Grossmann LLP and should be removed from the Court's service list with respect to this action. Bernstein Litowitz Berger & Grossmann LLP and its attorneys continue to represent Lead Plaintiff Maryland State Retirement and Pension System and the Class through its attorneys listed below, and all future correspondence and papers in this action should continue to be directed to them.

Dated: July 9, 2012

Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP

    /s/ Benjamin Galdston

BLAIR A. NICHOLAS
(blairn@blbglaw.com)
BENJAMIN GALDSTON
(beng@blbglaw.com)
DAVID KAPLAN
(davidk@blbglaw.com)
JOSEPH W. GOODMAN
(joseph.goodman@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:    (858) 793-0323
   -and-
GERALD H. SILK
(jerry@blbglaw.com)
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel:    (212) 554-1400
Fax:    (212) 554-1444

*Counsel for Lead Plaintiff Maryland State Retirement and Pension System and Lead Counsel for the Class*

|    |                                                                                                              |
|----|--------------------------------------------------------------------------------------------------------------|
| 1  |                                                                                                              |
| 2  | FAIRBANK & VINCENT<br>ROBERT H. FAIRBANK<br>(rfairbank@fairbankvincent.com)                                  |
| 3  | DIRK L. VINCENT<br>(dvincent@fairbankvincent.com)                                                            |
| 4  | 444 S. Flower Street, Suite 3860<br>Los Angeles, CA 90071                                                    |
| 5  | Tel:    (213) 891-9010<br>Fax:    (213) 891-9011                                                             |
| 6  |                                                                                                              |
| 7  | *Liaison Counsel for the Class*                                                                              |
| 8  | MARYLAND OFFICE OF ATTORNEY                                                                                  |
| 9  |    GENERAL<br>DOUGLAS F. GANSLER                                                                             |
| 10 | Attorney General of Maryland<br>JOHN J. KUCHNO                                                               |
| 11 | Assistant Attorney General<br>(jkuchno@oag.state.md.us)                                                      |
| 12 | 200 St. Paul Place, 20th Floor<br>Baltimore, MD 21202                                                        |
| 13 | Tel:    (410) 576-7291<br>Fax:    (410) 576-6955                                                             |
| 14 |                                                                                                              |
| 15 | *Counsel for Lead Plaintiff Maryland*                                                                        |
| 16 | *State Retirement and Pension System*                                                                        |

-2-    NOTICE OF WITHDRAWAL OF APPEARANCE
Master File No. CV 10-922 DSF (AJWx)