1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | CASE NO. 10-CV-0922 DSF (AJWx) <br><br> **ORDER EXTENDING TIME FOR DEFENDANTS TO OBJECT TO CERTAIN DEADLINES IN SPECIAL MASTER'S JULY 6, 2012 REPORT AND RULINGS [DKT. #273-1]** <br><br> Courtroom: 840 <br> Judge: Hon. Dale S. Fischer |
|---|---|

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the Stipulation entered into by and between Lead Plaintiff |
| 3 | Maryland State Retirement and Pension System and Defendants Toyota Motor |
| 4 | Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., |
| 5 | Katsuaki Watanabe, Fujio Cho, Yoshimi Inaba, James E. Lentz III, Irving A. |
| 6 | Miller, Robert S. Carter, and Robert C. Daly, and for good cause shown, |
| 7 | Defendants shall have until August 6, 2012 to file any objection to the August 1, |
| 8 | 2012, August 31, 2012, and September 10, 2012, deadlines in the Special Master's |
| 9 | July 6, 2012 Report and Rulings [Dkt. #273-1]. |
| 10 | IT IS SO ORDERED. |
| 11 | DATED:  July 23, 2012 |
| 12 | Hon. Dale S. Fischer<br>United States District Judge |