Stuart J. Baskin (admitted *pro hac vice*)
sbaskin@shearman.com
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

Patrick D. Robbins (State Bar No. 152288)
probbins@shearman.com
Emily V. Griffen (State Bar No. 209162)
egriffen@shearman.com
SHEARMAN & STERLING LLP
4 Embarcadero Center, Suite 3800
San Francisco, CA 94111-5994
Telephone: (415) 616-1100
Facsimile: (415) 616-1199

Kay E. Kochenderfer (State Bar No. 125847)
kkochenderfer@gibsondunn.com
Gareth Evans (State Bar No. 138992)
gevans@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Katsuaki Watanabe, Fujio Cho, Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, and Robert C. Daly

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | CASE NO. cv-10-0922 DSF (ADWx)<br><br>**SUPPLEMENTAL DECLARATION OF PAUL A. GOMPERS, PH.D., IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE THE EXPERT REPORT OF CHAD COFFMAN**<br><br>Hearing: October 15, 2012<br>Time: 1:30 p.m.<br>Place: Courtroom 840<br>Judge: Dale S. Fischer |

Gibson, Dunn & Crutcher LLP

1

# SUPPLEMENTAL DECLARATION OF PAUL A. GOMPERS, PH.D.

1. I, Paul A. Gompers, Ph.D., am the Eugene Holman Professor of Business Administration at the Harvard Business School, where I have a full-time tenured professorship and where I have been a member of the faculty since 1995. I teach courses and conduct research in corporate finance, the structure and governance of public and private companies, the behavior of institutional investors, and entrepreneurial finance and management, including with respect to the venture capital industry, developing firms, and high-growth potential companies. I teach these courses at the Ph.D., MBA, and Executive Education levels. Before joining the Harvard faculty, I was a member of the faculty at the University of Chicago Graduate School of Business from 1993 to 1995. I received my Ph.D. in Business Economics from Harvard University in 1993.

2. In addition to my teaching responsibilities, I am a Research Associate at the National Bureau of Economic Research. I am the co-author of four books and dozens of articles in peer reviewed journals, addressing topics in finance including market efficiency.

3. I have been retained by counsel for Toyota Motor Corporation (including named subsidiary Defendants Toyota Motor North America, Inc. and Toyota Motor Sales, U.S.A., Inc.) and individual Defendants Katsuaki Watanabe, Fujio Cho, Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, and Robert C. Daly (collectively, "Defendants") to evaluate the market for Toyota's American Depositary Shares and to review Lead Plaintiff's expert analysis, as set forth in the Expert Report of Chad Coffman, CFA, dated February 17, 2012, and the Rebuttal Report of Chad Coffman, CFA, dated August 2, 2012. I have personal knowledge of the facts set forth in this declaration and, if called to do so, could and would testify competently thereto.

/ / /

/ / /

4.   Attached hereto as Exhibit A is a true and correct copy of my supplemental report dated August 30, 2012, regarding Mr. Coffman's analysis.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 30th, 2012, at Boston, Massachusetts.

_____
Paul A. Gompers, Ph.D.

101357229.1