Stuart J. Baskin (admitted *pro hac vice*)
sbaskin@shearman.com
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

Patrick D. Robbins (State Bar No. 152288)
probbins@shearman.com
Emily V. Griffen (State Bar No. 209162)
egriffen@shearman.com
SHEARMAN & STERLING LLP
4 Embarcadero Center, Suite 3800
San Francisco, CA 94111-5994
Telephone: (415) 616-1100
Facsimile: (415) 616-1199

Kay E. Kochenderfer (State Bar No. 125847)
kkochenderfer@gibsondunn.com
Gareth Evans (State Bar No. 138992)
gevans@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Katsuaki Watanabe, Fujio Cho, Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, and Robert C. Daly

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | CASE NO. cv-10-0922 DSF (ADWx)<br><br>**DECLARATION OF EMILY V. GRIFFEN IN OPPOSITION TO LEAD PLAINTIFF'S MOTION TO EXCLUDE THE EXPERT REPORT OF PAUL A. GOMPERS, PH.D.**<br><br>Hearing: October 15, 2012<br>Time: 1:30 p.m.<br>Place: Courtroom 840<br>Judge: Hon. Dale S. Fischer |

Gibson, Dunn & Crutcher LLP

1

# DECLARATION OF EMILY V. GRIFFEN

I, Emily V. Griffen, declare as follows:

1. I am a member of the Bar of the State of California, and am qualified and authorized to appear before this Court. I am an associate with the law firm of Shearman & Sterling LLP, attorneys for Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Katsuaki Watanabe, Fujio Cho, Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, and Robert C. Daly (collectively, "Defendants") in the above-captioned matter. I make this declaration in support of Defendants' Opposition to Lead Plaintiff's Motion to Exclude the Expert Report of Paul A. Gompers, Ph.D. I am familiar with and have personal knowledge of the pleadings and proceedings in this case and the facts set forth in this declaration, and, if called to do so, could and would testify competently thereto.

2. On June 25, 2012, I received by email the signed copy of the Declaration of Paul A. Gompers, Ph.D. to Clarify June 13, 2012 Deposition Testimony (the "June 25 Declaration"), along with Exhibits A and B to the June 25 Declaration. On June 27, 2012, Lead Plaintiff's counsel, Benjamin Galdston, called me and inquired about the data supporting the supposed percentage spread analysis about which Professor Gompers had testified at his June 13, 2012 deposition. I informed Mr. Galdston in that telephone call that we had recently learned that the testimony was in error, and that we would be providing him with additional details.

3. The next day, on June 28, 2012, I sent the signed June 25 Declaration (with Exhibits A and B attached) to Lead Plaintiff's counsel by email. Because Exhibits A and B to the Declaration were sent to me as separate PDF documents, I combined them into a single PDF document along with the June 25 Declaration, and inserted "Exhibit A" and "Exhibit B" pages, prior to sending the June 25 Declaration to Lead Plaintiff's counsel.

4.      Attached hereto as Exhibit A is a true and correct copy of a letter sent by Defendants' counsel, Stuart J. Baskin, to Lead Plaintiff's counsel, Blair A. Nicholas, on July 12, 2012.

5.      Attached hereto as Exhibit B is a true and correct copy of a letter sent from Mr. Nicholas to Mr. Baskin on July 13, 2012.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 6, 2012, at San Francisco, California.



Emily V. Griffen

Gibson, Dunn & Crutcher LLP

3