1  Stuart J. Baskin (admitted *pro hac vice*)
   sbaskin@shearman.com
2  SHEARMAN & STERLING LLP
   599 Lexington Avenue
3  New York, NY 10022
   Telephone: (212) 848-4000
4  Facsimile: (212) 848-7179

5  Patrick D. Robbins (State Bar No. 152288)
   probbins@shearman.com
6  Emily V. Griffen (State Bar No. 209162)
   egriffen@shearman.com
7  SHEARMAN & STERLING LLP
   4 Embarcadero Center, Suite 3800
8  San Francisco, CA 94111-5994
   Telephone: (415) 616-1100
9  Facsimile: (415) 616-1199

10 Kay E. Kochenderfer (State Bar No. 125847)
   kkochenderfer@gibsondunn.com
11 Gareth Evans (State Bar No. 138992)
   gevans@gibsondunn.com
12 GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
13 Los Angeles, California 90071-3197
   Telephone: (213) 229-7000
14 Facsimile: (213) 229-7520

15 Attorneys for Defendants Toyota Motor
   Corporation, Toyota Motor North America, Inc.,
16 Toyota Motor Sales, U.S.A., Inc., Katsuaki
   Watanabe, Fujio Cho, Yoshimi Inaba, James E.
17 Lentz III, Irving A. Miller, Robert S. Carter, and
   Robert C. Daly

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | CASE NO. cv-10-0922 DSF (ADWx)<br><br>**REBUTTAL DECLARATION OF PAUL A. GOMPERS, PH.D. IN OPPOSITION TO LEAD PLAINTIFF'S MOTION TO EXCLUDE THE EXPERT REPORT OF PAUL A. GOMPERS, PH.D.**<br><br>Hearing: October 15, 2012<br>Time: 1:30 p.m.<br>Place: Courtroom 840<br>Judge: Hon. Dale S. Fischer |

# REBUTTAL DECLARATION OF PAUL A. GOMPERS, PH.D.

1. I, Paul A. Gompers, Ph.D., am the Eugene Holman Professor of Business Administration at the Harvard Business School, where I have a full-time tenured professorship and where I have been a member of the faculty since 1995. I teach courses and conduct research in corporate finance, the structure and governance of public and private companies, the behavior of institutional investors, and entrepreneurial finance and management, including with respect to the venture capital industry, developing firms, and high-growth potential companies. I teach these courses at the Ph.D., MBA, and Executive Education levels. Before joining the Harvard faculty, I was a member of the faculty at the University of Chicago Graduate School of Business from 1993 to 1995. I received my Ph.D. in Business Economics from Harvard University in 1993.

2. In addition to my teaching responsibilities, I am a Research Associate at the National Bureau of Economic Research. I am the co-author of four books and dozens of articles in peer reviewed journals, addressing topics in finance including market efficiency.

3. I have been retained by counsel for Toyota Motor Corporation (including named subsidiary Defendants Toyota Motor North America, Inc. and Toyota Motor Sales, U.S.A., Inc.) and individual Defendants Katsuaki Watanabe, Fujio Cho, Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, and Robert C. Daly (collectively, "Defendants") to evaluate the market for Toyota's American Depositary Shares and to review Lead Plaintiff's expert analysis, as set forth in the Expert Report of Chad Coffman, CFA, dated February 17, 2012, and the Rebuttal Report of Chad Coffman, CFA, dated August 2, 2012. I have personal knowledge of the facts set forth in this declaration and, if called to do so, could and would testify competently thereto.

/ / /

/ / /

4. Attached hereto as Exhibit A is a true and correct copy of my rebuttal report dated September 6, 2012, regarding the *Daubert* challenge to my May 7, 2012 Expert Report (filed on May 8, 2012; Dkt No. 266).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 6th, 2012, at Boston, Massachusetts.

*[signature]*

Paul A. Gompers, Ph.D.

101357229.1

Gibson, Dunn & Crutcher LLP