1  STUART J. BASKIN, admitted *pro hac vice*
       sbaskin@shearman.com
2  SHEARMAN & STERLING LLP
   599 Lexington Avenue
3  New York, NY  10022
   Telephone: (212) 848-4000
4  Facsimile: (212) 848-7179

5  PATRICK D. ROBBINS, SBN 152288
       probbins@shearman.com
6  EMILY V. GRIFFEN, SBN 209162
       egriffen@shearman.com
7  SHEARMAN & STERLING LLP
   4 Embarcadero Center, Suite 3800
8  San Francisco, CA  94111-5994
   Telephone: (415) 616-1100
9  Facsimile: (415) 616-1199

10 KAY KOCHENDERFER, SBN 125847
       kkochenderfer@gibsondunn.com
11 GARETH EVANS, SBN 138992
       gevans@gibsondunn.com
12 GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
13 Los Angeles, CA  90071-3197
   Telephone:  213.229.7000
14 Facsimile:  213.229.7520

15 Attorneys for Defendants Toyota Motor
   Corporation, Toyota Motor North America, Inc.,
16 Toyota Motor Sales, U.S.A., Inc., Katsuaki
   Watanabe, Fujio Cho, Yoshimi Inaba, James E.
17 Lentz III, Irving A. Miller, Robert S. Carter, and
   Robert C. Daly

18

UNITED STATES DISTRICT COURT

19

CENTRAL DISTRICT OF CALIFORNIA

20

WESTERN DIVISION

21

| | |
|---|---|
| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | CASE NO. 10-CV-922 DSF (AJWx) <br><br> **JOINT STIPULATION CONTINUING STATUS CONFERENCE** <br><br> Place:  Courtroom 840 <br> Judge:  Hon. Dale S. Fischer <br> Existing Date:  September 10, 2012 <br> Proposed Date:  October 15, 2012 |

28

1  This Stipulation is entered into by and between Lead Plaintiff Maryland State Retirement and Pension System and Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Katsuaki Watanabe, Fujio Cho, Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, and Robert C. Daly (collectively, "the Parties").

WHEREAS, at the Status Conference in this matter on October 17, 2011, the Court set a further Status Conference for January 9, 2012, at 11:00 a.m.;

WHEREAS, on December 8, 2011, pursuant to the Parties' stipulation, the Court continued the Status Conference from January 9, 2012, to February 27, 2012, at 1:30 p.m. [ECF No.242];

WHEREAS, on February 24, 2012, pursuant to the Parties' stipulation, the Court continued the Status Conference from February 27, 2012, to April 30, 2012, at 1:30 p.m. [ECF No.255];

WHEREAS, on April 13, 2012, pursuant to the Parties' stipulation, the Court continued the Status Conference from April 30, 2012, to July 23, 2012, at 1:30 p.m. [ECF No.264];

WHEREAS, on June 28, 2012, pursuant to the Parties' stipulation, the Court continued the Status Conference from July 23, 2012, to September 10, 2012, at 1:30 p.m. [ECF No.271];

WHEREAS, on July 5, 2012, pursuant to the Parties' stipulation, the Court continued the Hearing on Lead Plaintiff's Motion for Class Certification [ECF No.250] and Defendants' Motion to Exclude the Expert Report of Chad Coffman [ECF No.267] from September 10, 2012, to October 15, 2012, at 1:30 p.m. [ECF No. 276];

WHEREAS, because Lead Plaintiff's Motion for Class Certification and other related motions have been set for hearing on October 15, 2012, the Parties do not anticipate having any issues to raise with the Court on September 10, 2012;

/ / /

1     WHEREAS, certain of the Counsel for both Parties would need to travel to
2 Los Angeles from New York, San Francisco and San Diego if an appearance were
3 required on September 10, 2012;

4     WHEREAS, the Parties have agreed that, to conserve the resources of the
5 Court and the Parties, the Status Conference should be rescheduled to Monday,
6 October 15, 2012, at 1:30 p.m.;

7     THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and
8 among the Parties, with the Court's permission, that the hearing date for the Status
9 Conference shall be continued to October 15, 2012, at 1:30 p.m.

10     A [Proposed] Order is submitted concurrently herewith.

11 Dated: September 6, 2012

GIBSON, DUNN & CRUTCHER LLP

By: _____
        Gareth T. Evans

Attorneys for Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Katsuaki Watanabe, Fujio Cho, Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, and Robert C. Daly

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

By:    */s/ Benjamin Galdston\**
        Benjamin Galdston

*filed with Mr. Galdston's authority *(gte)*
BLAIR A. NICHOLAS
(blairn@blbglaw.com)
BENJAMIN GALDSTON
(beng@blbglaw.com)
DAVID KAPLAN
(davidk@blbglaw.com)
JOSEPH W. GOODMAN
(joseph.goodman@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:    (858) 793-0323
    -and-

GERALD H. SILK
(jerry@blbglaw.com)
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel:     (212) 554-1400
Fax:    (212) 554-1444

*Counsel for Lead Plaintiff Maryland State Retirement and Pension System and Lead Counsel for the Class*

FAIRBANK & VINCENT
ROBERT H. FAIRBANK
(rfairbank@fairbankvincent.com)
DIRK L. VINCENT
(dvincent@fairbankvincent.com)
444 S. Flower Street, Suite 3860
Los Angeles, CA 90071
Tel:      (213) 891-9010
Fax:    (213) 891-9011

*Liaison Counsel for the Class*

MARYLAND OFFICE OF ATTORNEY GENERAL
DOUGLAS F. GANSLER
Attorney General of Maryland
JOHN J. KUCHNO
Assistant Attorney General
(jkuchno@oag.state.md.us)
200 St. Paul Place, 20th Floor
Baltimore, MD 21202
Tel:     (410) 576-7291
Fax:   (410) 576-6955

*Counsel for Lead Plaintiff Maryland State Retirement and Pension System*

101343965.2

Gibson, Dunn & Crutcher LLP