STUART J. BASKIN, admitted *pro hac vice*
  sbaskin@shearman.com
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

PATRICK D. ROBBINS, SBN 152288
  probbins@shearman.com
EMILY V. GRIFFEN, SBN 209162
  egriffen@shearman.com
SHEARMAN & STERLING LLP
4 Embarcadero Center, Suite 3800
San Francisco, CA 94111-5994
Telephone: (415) 616-1100
Facsimile: (415) 616-1199

KAY KOCHENDERFER, SBN 125847
  kkochenderfer@gibsondunn.com
GARETH EVANS, SBN 138992
  gevans@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Katsuaki Watanabe, Fujio Cho, Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, and Robert C. Daly

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | CASE NO. 10-CV-922 DSF (AJWx) <br><br> **DECLARATION OF GARETH T. EVANS IN SUPPORT OF JOINT STIPULATION CONTINUING STATUS CONFERENCE** <br><br> Place: Courtroom 840 <br><br> Judge: Hon. Dale S. Fischer <br><br> Existing Date: September 10, 2012 <br><br> Proposed Date: October 15, 2012 |

# DECLARATION OF GARETH T. EVANS

I, Gareth T. Evans, declare as follows:

1. I am a member of the Bar of the State of California, and am qualified and authorized to appear before this Court. I am a partner with the law firm of Gibson, Dunn & Crutcher LLP, attorneys for Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Katsuaki Watanabe, Fujio Cho, Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, and Robert C. Daly (collectively, "Defendants") in the above-captioned matter. I make this declaration in support of the Joint Stipulation Continuing Status Conference ("Stipulation"). I am familiar with and have personal knowledge of the pleadings and proceedings in this case and the facts set forth in this declaration, and, if called to do so, could and would testify competently thereto.

2. At the Status Conference in this matter on October 17, 2011, the Court set a further Status Conference for January 9, 2012, at 11:00 a.m.

3. On December 8, 2011, pursuant to the Parties' stipulation, the Court continued the Status Conference from January 9, 2012, to February 27, 2012, at 1:30 p.m. [ECF No.242].

4. On February 24, 2012, pursuant to the Parties' stipulation, the Court continued the Status Conference from February 27, 2012, to April 30, 2012, at 1:30 p.m. [ECF No.255].

5. On April 13, 2012, pursuant to the Parties' stipulation, the Court continued the Status Conference from April 30, 2012, to July 23, 2012, at 1:30 p.m. [ECF No.264].

6. On June 28, 2012, pursuant to the Parties' stipulation, the Court continued the Status Conference from July 23, 2012, to September 10, 2012, at 1:30 p.m. [ECF No.271].

/ / /

7. On July 5, 2012, pursuant to the Parties' stipulation, the Court continued the Hearing on Lead Plaintiff's Motion for Class Certification [ECF No.250] and Defendants' Motion to Exclude the Expert Report of Chad Coffman [ECF No.267] from September 10, 2012, to October 15, 2012, at 1:30 p.m. [ECF No.276].

9. As set forth in the Stipulation, the Parties are requesting a continuance of the Status Conference from September 10, 2012, to October 15, 2012, at 1:30 p.m.

10. Because Lead Plaintiff's Motion for Class Certification and other related motions have been set for hearing on October 15, 2012, the Parties do not anticipate having any issues to raise with the Court on September 10, 2012.

11. Counsel who would appear for the Status Conference would include those traveling from San Diego, San Francisco, and/or New York. Accordingly, continuing the Status Conference from September 10, 2012, to October 15, 2012 would save the Parties and their counsel time and expense.

12. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 6, 2012, at Irvine, California.

*[signature: Gareth Evans]*

Gareth T. Evans

101343967.2

Gibson, Dunn & Crutcher LLP

2