# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | CASE NO. 10-CV-922 DSF (AJWx) <br> **[PROPOSED] ORDER CONTINUING STATUS CONFERENCE** <br><br> Place:  Courtroom 840 <br> Judge:  Dale S. Fischer |
|---|---|

## [PROPOSED] ORDER

Pursuant to the Joint Stipulation entered into by and between Lead Plaintiff Maryland State Retirement and Pension System and Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Katsuaki Watanabe, Fujio Cho, Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, and Robert C. Daly, and for good cause shown, the Status Conference previously scheduled for September 10, 2012, at 1:30 p.m. is continued to October 15, 2012, at 1:30 p.m.

IT IS SO ORDERED.

DATED: September ____, 2012

                                              Hon. Dale S. Fischer
                                              United States District Judge

101343988.1