STUART J. BASKIN, (admitted *pro hac vice*)
  sbaskin@shearman.com
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY  10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

PATRICK D. ROBBINS, SBN 152288
  probbins@shearman.com
EMILY V. GRIFFEN, SBN 209162
  egriffen@shearman.com
SHEARMAN & STERLING LLP
4 Embarcadero Center, Suite 3800
San Francisco, CA  94111-5994
Telephone: (415) 616-1100
Facsimile: (415) 61-1199

KAY KOCHENDERFER, SBN 125847
  kkochenderfer@gibsondunn.com
GARETH EVANS, SBN 138992
  gevans@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

Attorneys for Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Katsuaki Watanabe, Fujio Cho, Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, and Robert C. Daly

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | CASE NO. 10-CV-0922 DSF (AJWx)<br><br>**DECLARATION OF SERVICE** |

1  I, Colin B. Davis, do hereby certify on this 6th of September, 2012, that true and correct copies of the foregoing were filed electronically:

**JOINT STIPULATION CONTINUING STATUS CONFERENCE;**

**DECLARATION OF GARETH T. EVANS IN SUPPORT OF JOINT STIPULATION CONTINUING STATUS CONFERENCE;**

**[PROPOSED] ORDER CONTINUING STATUS CONFERENCE;**

**DECLARATION OF SERVICE.**

Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's system, and notice of this filing will be sent to the parties by operation of the Court's ECF System. Attorneys not registered with the Court's ECF System will be duly and properly served in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules.

_____
Colin B. Davis

Gibson, Dunn & Crutcher LLP

Declaration of Service