STUART J. BASKIN, admitted *pro hac vice*
  sbaskin@shearman.com
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

PATRICK D. ROBBINS, SBN 152288
  probbins@shearman.com
EMILY V. GRIFFEN, SBN 209162
  egriffen@shearman.com
SHEARMAN & STERLING LLP
4 Embarcadero Center, Suite 3800
San Francisco, CA 94111-5994
Telephone: (415) 616-1100
Facsimile: (415) 616-1199

KAY KOCHENDERFER, SBN 125847
  kkochenderfer@gibsondunn.com
GARETH EVANS, SBN 138992
  gevans@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

Attorneys for Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Katsuaki Watanabe, Fujio Cho, Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, and Robert C. Daly

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | CASE NO. 10-CV-922 DSF (AJWx)<br><br>**JOINT STIPULATION MODIFYING PRETRIAL SCHEDULE AND TRIAL DATE**<br><br>Place:   Courtroom 840<br>Judge:   Dale S. Fischer |

Gibson, Dunn & Crutcher LLP

This Stipulation is entered into by and between Lead Plaintiff Maryland State Retirement and Pension System and Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Katsuaki Watanabe, Fujio Cho, Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, and Robert C. Daly (collectively, "the Parties").

WHEREAS, on October 27, 2011, the Parties filed a Supplemental Joint Rule 26(f) Report [ECF #237] setting forth the Parties' agreed-upon pretrial schedule, including a March 15, 2013 fact discovery cutoff;

WHEREAS, on March 20, 2012, this Court issued an Order re Jury Trial [ECF #259] that substantially adopted the Parties' agreed-upon pretrial schedule and established a March 15, 2013 fact discovery cutoff;

WHEREAS, following the Special Master's direction to the Parties to meet and confer regarding, among other things, (i) additional custodians whose files are to be searched, (ii) additional search terms to be applied, and (iii) the schedule for Defendants to complete their production as a result of the additional custodians and search terms and other matters, the parties have agreed that Defendants will search the files of additional custodians, apply new search terms, and will have until December 31, 2012 to complete their production of responsive documents from the files of the English language custodians and until February 28, 2012 to complete their production of responsive documents from the files of Japanese language custodians;

WHEREAS, as a result of the additional custodians and search terms, and the additional time that will be required to review and produce responsive documents, the Parties have agreed that certain adjustments to the fact discovery cutoff and pretrial schedule are necessary to ensure completion of fact discovery within a reasonable period.  Specifically, the Parties agree that the discovery cutoff shall be extended by approximately five months, and that the pretrial schedule and trial date shall be adjusted by approximately six months;

WHEREAS, the Parties have not previously requested a modification of the pretrial and trial schedule;

THEREFORE, THE PARTIES STIPULATE AND AGREE THAT the discovery cutoff, pretrial schedule, and trial date shall be adjusted as follows (italics and boldface identify the agreed-upon changes to the current schedule):

| Event | Current Date | Requested Date |
|---|---|---|
| Fact discovery cutoff | Mar. 15, 2013 | ***August 16, 2013***  |
| Parties to identify experts and areas of expert opinion | Mar. 15, 2013 | ***Sept. 13, 2013*** |
| Plaintiffs to serve expert reports | Mar. 29, 2013 | ***Sept. 27, 2013*** |
| Defendants to serve expert reports | Apr. 26, 2013 | ***Oct. 25, 2013*** |
| Parties to identify any rebuttal experts and areas of rebuttal expert opinion | May 10, 2013 | ***Nov. 8, 2013*** |
| Defendants to serve rebuttal expert reports | May 24, 2013 | ***Nov. 22, 2013*** |
| Plaintiffs to serve rebuttal expert reports | June 21, 2013 | ***Dec. 20, 2013*** |
| Expert discovery cut-off (including expert depositions) | July 29, 2013 | ***Jan. 27, 2014*** |
| Last day to hear motions | Aug. 26, 2013 | ***Feb. 24, 2014*** |
| Last day to conduct settlement conference | Sept. 10, 2013 | ***Mar. 11, 2014*** |
| File memo of contentions of fact and law; exhibit & witness lists; status report re settlement; motions in limine | Oct. 15, 2013 | ***Apr. 15, 2014*** |

| Event | Current Date | Requested Date |
|---|---|---|
| Lodge pre-trial conference order; agreed set of jury instructions and verdict forms; statement regarding disputed instructions, verdicts, etc.; oppositions to motions in limine | Oct. 22, 2013 | *Apr. 22, 2014* |
| Pretrial conference; hearing on motions in limine | Nov. 4, 2013 | *May 5, 2014* |
| Trial to commence | Dec. 3, 2013 | *June 3, 2014* |

A [Proposed] Order is submitted concurrently herewith.

Dated: September 25, 2012

GIBSON, DUNN & CRUTCHER LLP

By: *(signature)*
Gareth T. Evans

Attorneys for Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Katsuaki Watanabe, Fujio Cho, Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, and Robert C. Daly

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

By: /s/ Benjamin Galdston*
Benjamin Galdston

BLAIR A. NICHOLAS
(blairn@blbglaw.com)
BENJAMIN GALDSTON
(beng@blbglaw.com)
DAVID KAPLAN
(davidk@blbglaw.com)
JOSEPH W. GOODMAN
(joseph.goodman@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:     (858) 793-0070
Fax:    (858) 793-0323

* With the authority of Mr. Galdston (gte)

Gibson, Dunn & Crutcher LLP

3

|    |    |
|----|----|
| 1  | -and- |
| 2  | GERALD H. SILK |
|    | (jerry@blbglaw.com) |
| 3  | 1285 Avenue of the Americas, 38th Floor |
|    | New York, NY 10019 |
| 4  | Tel:   (212) 554-1400 |
|    | Fax:   (212) 554-1444 |

*Counsel for Lead Plaintiff Maryland State Retirement and Pension System and Lead Counsel for the Class*

FAIRBANK & VINCENT
ROBERT H. FAIRBANK
(rfairbank@fairbankvincent.com)
DIRK L. VINCENT
(dvincent@fairbankvincent.com)
444 S. Flower Street, Suite 3860
Los Angeles, CA 90071
Tel:   (213) 891-9010
Fax:   (213) 891-9011

*Liaison Counsel for the Class*

MARYLAND OFFICE OF ATTORNEY GENERAL
DOUGLAS F. GANSLER
Attorney General of Maryland
JOHN J. KUCHNO
Assistant Attorney General
(jkuchno@oag.state.md.us)
200 St. Paul Place, 20th Floor
Baltimore, MD 21202
Tel:   (410) 576-7291
Fax:   (410) 576-6955

*Counsel for Lead Plaintiff Maryland State Retirement and Pension System*

101373230.2