STUART J. BASKIN, admitted *pro hac vice*
  sbaskin@shearman.com
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

PATRICK D. ROBBINS, SBN 152288
  probbins@shearman.com
EMILY V. GRIFFEN, SBN 209162
  egriffen@shearman.com
SHEARMAN & STERLING LLP
4 Embarcadero Center, Suite 3800
San Francisco, CA 94111-5994
Telephone: (415) 616-1100
Facsimile: (415) 616-1199

KAY KOCHENDERFER, SBN 125847
  kkochenderfer@gibsondunn.com
GARETH EVANS, SBN 138992
  gevans@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendants Toyota Motor
Corporation, Toyota Motor North America, Inc.,
Toyota Motor Sales, U.S.A., Inc., Katsuaki
Watanabe, Fujio Cho, Yoshimi Inaba, James E.
Lentz III, Irving A. Miller, Robert S. Carter, and
Robert C. Daly

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | CASE NO. 10-CV-922 DSF (AJWx)<br><br>**DECLARATION OF GARETH T. EVANS IN SUPPORT OF JOINT STIPULATION MODIFYING PRETRIAL SCHEDULE AND TRIAL DATE**<br><br>Place:  Courtroom 840<br>Judge:  Dale S. Fischer |

Gibson, Dunn &
Crutcher LLP

## DECLARATION OF GARETH T. EVANS

I, Gareth T. Evans, declare as follows:

1.      I am a member of the Bar of the State of California, and am qualified and authorized to appear before this Court.  I am a partner with the law firm of Gibson, Dunn & Crutcher LLP, attorneys for Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Katsuaki Watanabe, Fujio Cho, Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, and Robert C. Daly (collectively, "Defendants") in the above-captioned matter.  I make this declaration in support of the Joint Stipulation Modifying Pretrial Schedule.  I am familiar with and have personal knowledge of the pleadings and proceedings in this case and the facts set forth in this declaration, and, if called to do so, could and would testify competently thereto.

2.      On October 27, 2011, the Parties filed a Supplemental Joint Rule 26(f) Report [ECF #237] setting forth the Parties' agreed-upon pretrial schedule, including a March 15, 2013 fact discovery cutoff.

3.      On March 20, 2012, this Court issued an Order re Jury Trial [ECF #259] that substantially adopted the Parties' agreed-upon pretrial schedule and established a March 15, 2013 fact discovery cutoff.

4.      Following the Special Master's direction to the Parties to meet and confer regarding, among other things, (i) additional custodians whose files are to be searched, (ii) additional search terms to be applied, and (iii) the schedule for Defendants to complete their production as a result of the additional custodians and search terms and other matters, the parties have agreed that Defendants will search the files of additional custodians, apply new search terms, and will have until December 31, 2012 to complete their production of responsive documents from the files of the English language custodians and until February 28, 2012 to complete their production of responsive documents from the files of Japanese language custodians.

Gibson, Dunn &
Crutcher LLP

5.     As a result of the additional custodians and search terms, and the additional time that will be required to review and produce responsive documents, the Parties have agreed that certain adjustments to the fact discovery cutoff and pretrial schedule are necessary to ensure completion of fact discovery within a reasonable period.  Specifically, the Parties agree that the discovery cutoff shall be extended by approximately five months, and that the pretrial schedule and trial date shall be adjusted by approximately six months.

6.     The Parties have not previously requested a modification of the pretrial and trial schedule.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct

Executed on September 25, 2012, at Irvine, California.

_____
Gareth T. Evans

101340428.3

Gibson, Dunn & Crutcher LLP