1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | CASE NO. 10-CV-922 DSF (AJWx) <br><br> **[PROPOSED] ORDER MODIFYING PRETRIAL SCHEDULE AND TRIAL DATE** <br><br> Place:   Courtroom 840 <br> Judge:   Dale S. Fischer |
|---|---|

# [PROPOSED] ORDER

Pursuant to the Stipulation entered into by and between Lead Plaintiff Maryland State Retirement and Pension System and Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Katsuaki Watanabe, Fujio Cho, Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, and Robert C. Daly, and for good cause shown, the discovery cutoff, pretrial schedule, and trial date shall be adjusted as follows:

| Event | Current Date | New Date |
| --- | --- | --- |
| Fact discovery cutoff | Mar. 15, 2013 | ***August 16, 2013*** |
| Parties to identify experts and areas of expert opinion | Mar. 15, 2013 | ***Sept. 13, 2013*** |
| Plaintiffs to serve expert reports | Mar. 29, 2013 | ***Sept. 27, 2013*** |
| Defendants to serve expert reports | Apr. 26, 2013 | ***Oct. 25, 2013*** |
| Parties to identify any rebuttal experts and areas of rebuttal expert opinion | May 10, 2013 | ***Nov. 8, 2013*** |
| Defendants to serve rebuttal expert reports | May 24, 2013 | ***Nov. 22, 2013*** |
| Plaintiffs to serve rebuttal expert reports | June 21, 2013 | ***Dec. 20, 2013*** |
| Expert discovery cut-off (including expert depositions) | July 29, 2013 | ***Jan. 27, 2014*** |
| Last day to hear motions | Aug. 26, 2013 | ***Feb. 24, 2014*** |
| Last day to conduct settlement conference | Sept. 10, 2013 | ***Mar. 11, 2014*** |
| File memo of contentions of fact and law; exhibit & witness lists; status report re settlement; motions in limine | Oct. 15, 2013 | ***Apr. 15, 2014*** |

| Event | Current Date | New Date |
|---|---|---|
| Lodge pre-trial conference order; agreed set of jury instructions and verdict forms; statement regarding disputed instructions, verdicts, etc.; oppositions to motions in limine | Oct. 22, 2013 | *Apr. 22, 2014* |
| Pretrial conference; hearing on motions in limine | Nov. 4, 2013 | *May 5, 2014* |
| Trial to commence | Dec. 3, 2013 | *June 3, 2014* |

    IT IS SO ORDERED.

DATED: September ____, 2012

                                          Hon. Dale S. Fischer
                                     United States District Judge