1 | BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
2 | BLAIR A. NICHOLAS  (Bar No. 178428)
    (blairn@blbglaw.com)
3 | BENJAMIN GALDSTON (Bar No. 211114)
    (beng@blbglaw.com)
4 | DAVID R. KAPLAN (Bar No. 230144)
    (davidk@blbglaw.com)
5 | 12481 High Bluff Drive, Suite 300
    San Diego, CA 92130
6 | Tel:   (858) 793-0070
    Fax:  (858) 793-0323
7 |        -and-
    GERALD SILK
8 | (jerry@blbglaw.com)
    1285 Avenue of the Americas
9 | 38th Floor
    New York, NY 10019
10 | Tel:  (212) 554-1400
     Fax:  (212) 554-1444
11 |
12 | *Lead Counsel for the Class and Counsel for Lead Plaintiff Maryland State Retirement and Pension System*
13 |
14 | FAIRBANK & VINCENT
     ROBERT H. FAIRBANK  (Bar No. 76359)
     (rfairbank@fairbankvincent.com)
15 | DIRK L. VINCENT  (Bar No. 157961)
     (dvincent@fairbankvincent.com)
16 | 444 S. Flower Street, Suite 3860
     Los Angeles, CA 90071
17 | Tel:  (213) 891-9010
     Fax:  (213) 891-9011
18 |
19 | *Liaison Counsel for the Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | Master File No. CV 10-922-DSF-AJWx<br><br>**DECLARATION OF SERVICE** |
|---|---|

I, Kaye A. Martin, do hereby certify that on this 27th day of September, 2012, true and correct copies of the foregoing were filed electronically.

- Notice of Recent Authority in Support of Lead Plaintiff's (1) Motion for Class Certification, and (2) Opposition to Motion to Exclude Coffman Report; and

- Declaration of Service.

Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's system, and notice of this filing will be sent to the parties by operation of the Court's ECF System. Attorneys not registered with the Court's ECF system will be duly and properly served in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules.

*Kaye A. Martin*
KAYE A. MARTIN