STUART J. BASKIN, admitted pro hac vice
    sbaskin@shearman.com
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY  10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

PATRICK D. ROBBINS, SBN 152288
    probbins@shearman.com
EMILY V. GRIFFEN, SBN 209162
    egriffen@shearman.com
SHEARMAN & STERLING LLP
4 Embarcadero Center, Suite 3800
San Francisco, CA  94111-5994
Telephone: (415) 616-1100
Facsimile: (415) 616-1199

KAY KOCHENDERFER, SBN 125847
    kkochenderfer@gibsondunn.com
GARETH EVANS, SBN 138992
    gevans@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

Attorneys for Defendants Toyota Motor
Corporation, Toyota Motor North America, Inc.,
Toyota Motor Sales, U.S.A., Inc., Katsuaki
Watanabe, Fujio Cho, Yoshimi Inaba, James E.
Lentz III, Irving A. Miller, Robert S. Carter, and
Robert C. Daly

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | CASE NO. 10-CV-922 DSF (AJWx) |
| | **JOINT STIPULATION CONTINUING HEARINGS ON (1) LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION (DKT # 250), (2) DEFENDANTS' MOTION TO EXCLUDE EXPERT REPORT OF C. COFFMAN (DKT # 267), (3) LEAD PLAINTIFF'S MOTION TO EXCLUDE EXPERT REPORT OF P. GOMPERS (DKT # 283), (4) STATUS CONFERENCE; AND STAYING DISCOVERY** |
| | Current Date:        October, 15, 2012 |
| | Place:                    Courtroom 840 |
| | Judge:                   Dale S. Fischer |

1       This Stipulation is entered into by and between Lead Plaintiff Maryland

2   State Retirement and Pension System and Defendants Toyota Motor Corporation,

3   Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Katsuaki

4   Watanabe, Fujio Cho, Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert

5   S. Carter, and Robert C. Daly (collectively, "the Parties").

6       WHEREAS, the following matters are presently on the Court's calendar for

7   hearing on October 15, 2012:  (1) Lead Plaintiff's Motion for Class Certification

8   (Dkt. # 250); (2) Defendants' Motion to Exclude Expert Report of Chad Coffman

9   (Dkt. # 267); (3) Lead Plaintiff's Motion to Exclude Expert Report of Prof. Paul A.

10  Gompers (Dkt. # 283); and (4) a Status Conference.

11      WHEREAS, the Parties are actively engaged in settlement discussions that

12  they believe will lead to a settlement, subject to board approvals;

13      WHEREAS, a continuance of the October 15, 2012 hearing on the matters

14  described above for approximately 45 days (until December 3, 2012) is in the best

15  interests of the settlement discussions and will conserve the resources of the Court

16  and the Parties;

17      WHEREAS, the Parties also agree that a stay of all discovery—including all

18  document discovery, written discovery (including but not limited to outstanding

19  Requests for Admission and Interrogatories), depositions and third-party

20  discovery, including any and all current deadlines agreed upon by the Parties,

21  imposed by the Federal Rules of Civil Procedure and/or Ordered by the Court or

22  the Special Master, and all meet and confer discussions regarding pending and

23  potential discovery disputes—is in the best interests of the settlement discussions

24  and will conserve the resources of the Court and the Parties;

25      WHEREAS, the Parties will report back to the Court no later than

26  November 16, 2012 regarding the status of the settlement discussions;

27  / / /

28  / / /

**THEREFORE, THE PARTIES STIPULATE AND AGREE THAT:**

1.      The hearings on (1) Lead Plaintiff's Motion for Class Certification (Dkt. # 250), (2) Defendants' Motion to Exclude Expert Report of Chad Coffman (Dkt. # 267), (3) Lead Plaintiff's Motion to Exclude Expert Report of Prof. Paul A. Gompers (Dkt. # 283), and (4) the Status Conference currently scheduled for October 15, 2012 at 1:30 p.m. shall be continued to December 3, 2012 at 1:30 p.m., or to a date and time thereafter that is convenient for the Court.

2.      All discovery—including all document discovery, written discovery (including but not limited to outstanding Requests for Admission and Interrogatories), depositions and third-party discovery, including any and all current deadlines agreed upon by the Parties, imposed by the Federal Rules of Civil Procedure and/or Ordered by the Court or the Special Master, and all meet and confer discussions regarding pending and potential discovery disputes—shall be stayed until further order of the Court.

A [Proposed] Order and supporting declaration are submitted concurrently herewith.

Dated: October 5, 2012

GIBSON, DUNN & CRUTCHER LLP

By: _____
            Gareth T. Evans

Attorneys for Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Katsuaki Watanabe, Fujio Cho, Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, and  Robert C. Daly

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

By: _____
            Benjamin Galdston
*With Mr. Galdston's permission (gte)*
BLAIR A. NICHOLAS
(blairn@blbglaw.com)
BENJAMIN GALDSTON

Gibson, Dunn &
Crutcher LLP

(beng@blbglaw.com)
DAVID KAPLAN
(davidk@blbglaw.com)
JOSEPH W. GOODMAN
(joseph.goodman@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:      (858) 793-0070
Fax:      (858) 793-0323
     -and-
GERALD H. SILK
(jerry@blbglaw.com)
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel:      (212) 554-1400
Fax:      (212) 554-1444

*Counsel for Lead Plaintiff Maryland State
Retirement and Pension System and Lead Counsel
for the Class*

FAIRBANK & VINCENT
ROBERT H. FAIRBANK
(rfairbank@fairbankvincent.com)
DIRK L. VINCENT
(dvincent@fairbankvincent.com)
444 S. Flower Street, Suite 3860
Los Angeles, CA 90071
Tel:      (213) 891-9010
Fax:      (213) 891-9011

*Liaison Counsel for the Class*

MARYLAND OFFICE OF ATTORNEY
GENERAL
DOUGLAS F. GANSLER
Attorney General of Maryland
JOHN J. KUCHNO
Assistant Attorney General
(jkuchno@oag.state.md.us)
200 St. Paul Place, 20th Floor
Baltimore, MD 21202
Tel:      (410) 576-7291
Fax:      (410) 576-6955

*Counsel for Lead Plaintiff Maryland State
Retirement and Pension System*

101379662.1

Gibson, Dunn &
Crutcher LLP