STUART J. BASKIN, admitted pro hac vice
  sbaskin@shearman.com
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

PATRICK D. ROBBINS, SBN 152288
  probbins@shearman.com
EMILY V. GRIFFEN, SBN 209162
  egriffen@shearman.com
SHEARMAN & STERLING LLP
4 Embarcadero Center, Suite 3800
San Francisco, CA 94111-5994
Telephone: (415) 616-1100
Facsimile: (415) 616-1199

KAY KOCHENDERFER, SBN 125847
  kkochenderfer@gibsondunn.com
GARETH EVANS, SBN 138992
  gevans@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

Attorneys for Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Katsuaki Watanabe, Fujio Cho, Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, and Robert C. Daly

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | CASE NO. 10-CV-922 DSF (AJWx)<br><br>**DECLARATION OF GARETH T. EVANS IN SUPPORT OF JOINT STIPULATION CONTINUING HEARINGS ON CLASS CERTIFICATION-RELATED MOTIONS (DKT # 250, 267, 283) AND STATUS CONFERENCE; AND STAYING DISCOVERY**<br><br>Current Date:  October, 15, 2012<br>Place:  Courtroom 840<br>Judge:  Dale S. Fischer |

# DECLARATION OF GARETH T. EVANS

I, Gareth T. Evans, declare as follows:

1. I am a member of the Bar of the State of California, and am qualified and authorized to appear before this Court. I am a partner with the law firm of Gibson, Dunn & Crutcher LLP, attorneys for Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Katsuaki Watanabe, Fujio Cho, Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, and Robert C. Daly (collectively, "Defendants") in the above-captioned matter. I make this declaration in support of the Joint Stipulation Continuing Hearings on (1) Lead Plaintiff's Motion for Class Certification (Dkt. # 250), (2) Defendants' Motion to Exclude Expert Report of Chad Coffman (Dkt. # 267), (3) Lead Plaintiff's Motion to Exclude Expert Report of Prof. Paul A. Gompers (Dkt. # 283), and (4) Status Conference; and Staying Discovery. I am familiar with and have personal knowledge of the pleadings and proceedings in this case and the facts set forth in this declaration, and, if called to do so, could and would testify competently thereto.

2. The following matters are presently on the Court's calendar for hearing on October 15, 2012: (1) Lead Plaintiff's Motion for Class Certification (Dkt. # 250); (2) Defendants' Motion to Exclude Expert Report of Chad Coffman (Dkt. # 267); (3) Lead Plaintiff's Motion to Exclude Expert Report of Prof. Paul A. Gompers (Dkt. # 283); and (4) a Status Conference.

3. The Parties are actively engaged in settlement discussions that they believe will lead to a settlement, subject to board approvals.

4. The Parties believe and have agreed that a continuance of the October 15, 2012 hearing on the matters described above for approximately 45 days (until December 3, 2012) is in the best interests of the settlement discussions and will conserve the resources of the Court and the Parties.

5. The Parties also believe and have agreed that a stay of all discovery—

Gibson, Dunn & Crutcher LLP

including all document discovery, written discovery (including but not limited to outstanding Requests for Admission and Interrogatories), depositions and third-party discovery, including any and all current deadlines agreed upon by the Parties, imposed by the Federal Rules of Civil Procedure and/or Ordered by the Court or the Special Master, and all meet and confer discussions regarding pending and potential discovery disputes—is in the best interests of the settlement discussions and will conserve the resources of the Court and the Parties.

6. The Parties will report back to the Court no later than November 16, 2012 regarding the status of the settlement discussions.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 5, 2012, at Irvine, California.

*/s/ Gareth*

---

Gareth T. Evans

101379774.1