1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

9

### WESTERN DIVISION

10

11

| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | CASE NO. 10-CV-922 DSF (AJWx) |
|---|---|
| | **[PROPOSED] ORDER CONTINUING HEARINGS ON (1) LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION (DKT # 250), (2) DEFENDANTS' MOTION TO EXCLUDE EXPERT REPORT OF C. COFFMAN (DKT # 267), (3) LEAD PLAINTIFF'S MOTION TO EXCLUDE EXPERT REPORT OF P. GOMPERS (DKT # 283), (4) STATUS CONFERENCE; AND STAYING DISCOVERY** |
| | Current Date: October, 15, 2012<br>New Date: December 3, 2012<br>Place: Courtroom 840<br>Judge: Dale S. Fischer |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

Pursuant to the Stipulation entered into by and between Lead Plaintiff Maryland State Retirement and Pension System and Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Katsuaki Watanabe, Fujio Cho, Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, and Robert C. Daly, and for good cause shown:

1.      The hearings on (1) Lead Plaintiff's Motion for Class Certification (Dkt. # 250), (2) Defendants' Motion to Exclude Expert Report of Chad Coffman (Dkt. # 267), (3) Lead Plaintiff's Motion to Exclude Expert Report of Prof. Paul A. Gompers (Dkt. # 283), and (4) the Status Conference currently scheduled for October 15, 2012 at 1:30 p.m. are continued to December 3, 2012 at 1:30 p.m.

2.      All discovery—including all document discovery, written discovery (including but not limited to outstanding Requests for Admission and Interrogatories), depositions and third-party discovery, including any and all current deadlines agreed upon by the Parties, imposed by the Federal Rules of Civil Procedure and/or Ordered by the Court or the Special Master, and all meet and confer discussions regarding pending and potential discovery disputes—is stayed until further order of the Court.


DATED:  October _____, 2012

_____
Hon. Dale S. Fischer
United States District Judge