1 | BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
2 | BLAIR A. NICHOLAS  (Bar No. 178428)
    (blairn@blbglaw.com)
3 | NIKI L. MENDOZA (Bar No. 214646)
    (nikim@blbglaw.com)
4 | BENJAMIN GALDSTON  (Bar No. 211114)
    (beng@blbglaw.com)
5 | 12481 High Bluff Drive, Suite 300
    San Diego, CA 92130
6 | Tel:   (858) 793-0070
    Fax:   (858) 793-0323
7 |        -and-
    GERALD H. SILK
8 | (jerry@blbglaw.com)
    1285 Avenue of the Americas
9 | New York, NY 10019
    Tel:   (212) 554-1400
10 | Fax:  (212) 554-1444

11 | *Counsel for Lead Plaintiff Maryland State Retirement
    and Pension System and Lead Counsel for the Class*
12 |

13 | FAIRBANK & VINCENT
    ROBERT H. FAIRBANK (Bar No. 76359)
    (rfairbank@fairbankvincent.com)
14 | DIRK L. VINCENT (Bar No. 157961)
    (dvincent@fairbankvincent.com)
15 | 444 S. Flower Street, Suite 3860
    Los Angeles, CA 90071
16 | Tel:   (213) 891-9010
    Fax:   (213) 891-9011
17 |

18 | *Liaison Counsel for the Class*

19 | *(Additional Counsel listed on signature page)*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | Master File No. CV 10-922 DSF (AJWx)<br><br>**REPLY AND NOTICE OF NON-OPPOSITION IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:        December 17, 2012<br>Time:        1:30 p.m.<br>Courtroom: 840<br>Judge:       Dale S. Fischer |

Lead Plaintiff Maryland State Retirement and Pension System ("Lead Plaintiff") respectfully submits this Reply and notice of non-opposition in further support of its Motion for Preliminary Approval of Class Settlement filed on November 13, 2012 (ECF No. 301, the "Preliminary Approval Motion" or "Motion").

In accordance with Civil Local Rule 7.9, any opposition to the Preliminary Approval Motion was due November 26, 2012. The deadline has now passed and no opposition to the Preliminary Approval Motion has been filed, and the Motion remains unopposed.

Based on the foregoing and the entire record herein, Lead Plaintiff respectfully requests that the Court grant preliminary approval of the Settlement, such that notice of the class certification and proposed Settlement may be provided to the Class. For the Court's convenience, the parties' agreed-upon form of [Proposed] Order Preliminarily Approving Settlement, Certifying Class, Providing for Notice and Scheduling Settlement Hearing, along with the agreed-upon form of exhibits thereto, was previously submitted with the Preliminary Approval Motion.[1]

Dated: November 28, 2012                Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP

   /s/ Blair A. Nicholas

BLAIR A. NICHOLAS
(blairn@blbglaw.com)
NIKI L. MENDOZA
(nikim@blbglaw.com)
BENJAMIN GALDSTON
(beng@blbglaw.com)

---

[1] Unless otherwise indicated herein, all capitalized terms in this reply brief shall have the meaning as specified in the Stipulation of Settlement, dated November 9, 2012, and its attachments. (ECF No. 301-1).

12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:      (858) 793-0070
Fax:      (858) 793-0323
   -and-
GERALD H. SILK
(jerry@blbglaw.com)
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel:      (212) 554-1400
Fax:      (212) 554-1444

*Counsel for Lead Plaintiff Maryland State Retirement and Pension System and Lead Counsel for the Class*

FAIRBANK & VINCENT
ROBERT H. FAIRBANK
(Bar No. 76359)
(rfairbank@fairbankvincent.com)
DIRK L. VINCENT
(Bar No. 157961)
(dvincent@fairbankvincent.com)
444 S. Flower Street, Suite 3860
Los Angeles, CA 90071
Tel:      (213) 891-9010
Fax:      (213) 891-9011

*Liaison Counsel for the Class*

MARYLAND OFFICE OF ATTORNEY
    GENERAL
DOUGLAS F. GANSLER
Attorney General of Maryland
JOHN J. KUCHNO
Assistant Attorney General
(jkuchno@oag.state.md.us)
200 St. Paul Place, 20th Floor
Baltimore, MD 21202
Tel:      (410) 576-7291
Fax:      (410) 576-6955

*Counsel for Lead Plaintiff Maryland State Retirement and Pension System*