1  BERNSTEIN LITOWITZ BERGER
      & GROSSMANN LLP
2  BLAIR A. NICHOLAS  (Bar No. 178428)
   (blairn@blbglaw.com)
3  BENJAMIN GALDSTON (Bar No. 211114)
   (beng@blbglaw.com)
4  DAVID R. KAPLAN (Bar No. 230144)
   (davidk@blbglaw.com)
5  12481 High Bluff Drive, Suite 300
   San Diego, CA 92130
6  Tel:   (858) 793-0070
   Fax:   (858) 793-0323
7          -and-
   GERALD SILK
8  (jerry@blbglaw.com)
   1285 Avenue of the Americas
9  38th Floor
   New York, NY 10019
10 Tel:   (212) 554-1400
   Fax:   (212) 554-1444
11
   *Lead Counsel for the Class and Counsel for*
12 *Lead Plaintiff Maryland State Retirement and*
   *Pension System*
13
   FAIRBANK & VINCENT
14 ROBERT H. FAIRBANK  (Bar No. 76359)
   (rfairbank@fairbankvincent.com)
15 DIRK L. VINCENT  (Bar No. 157961)
   (dvincent@fairbankvincent.com)
16 444 S. Flower Street, Suite 3860
   Los Angeles, CA 90071
17 Tel:   (213) 891-9010
   Fax:   (213) 891-9011
18
   *Liaison Counsel for the Class*
19

20            UNITED STATES DISTRICT COURT
21            CENTRAL DISTRICT OF CALIFORNIA
22

| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | Master File No. CV 10-922-DSF-AJWx<br><br>**DECLARATION OF SERVICE** |
|---|---|

I, Kelly A. McDaniel, do hereby certify that on this 28th day of November, 2012, true and correct copies of the foregoing were filed electronically.

- Reply And Notice Of Non-Opposition In Support Of Motion For Preliminary Approval Of Class Action Settlement; and

- Declaration of Service.

Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's system, and notice of this filing will be sent to the parties by operation of the Court's ECF System. Attorneys not registered with the Court's ECF system will be duly and properly served in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules.

*Kelly A. McDaniel*
KELLY A. MCDANIEL