UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FOR COURT USE ONLY
DUE DATE:

TRANSCRIPT DESIGNATION AND ORDERING FORM

| 1. NAME  Blair A. Nicholas | 2. PHONE NUMBER  (858) 793-0070 | 3. DATE  12/17/2012 |
|---|---|---|
| 4. FIRM NAME: Bernstein Litowitz Berger & Grossmann | 5. E-MAIL ADDRESS: blairn@blbglaw.com / beng@blbglaw.com | |
| 6. MAILING ADDRESS  12481 High Bluff Drive, Suite 300 | 7. CITY  San Diego | 8. STATE CA   9. ZIP CODE 92130 |
| 10. CASE NUMBER  CV 10-922 DSF (AJWx) | 11. CASE NAME  In re Toyota Motor Corp. Securities Litigation | 12. JUDGE  Dale S. Fischer |

13. APPEAL CASE NUMBER | 14. ORDER FOR ☐ APPEAL ☑ NON-APPEAL ☐ CRIMINAL JUSTICE ACT
☐ IN FORMA PAUPERIS ☐ AUSA ☐ FPD ☐ OTHER

15. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
    Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| December 17, 2012 | Karen E. Kay | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS ☑ OTHER (PLEASE SPECIFY): Prelim. Approval of Settlement Hearing |
| | | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY): |

16. ORDER: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☐ | PAPER COPY | ☐ |
| 14 DAYS | ☐ | PDF FORMAT | ☑ |
| 7 DAYS | ☐ | ASCII FORMAT | ☐ |
| DAILY | ☐ | OTHER | ☐ |
| HOURLY | ☑ | FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY | |
| REAL TIME | ☐ | | |

19. Transcription agency for digitally recorded proceedings:

(CERTIFICATION 17 & 18)
By signing the below, I certify that I will pay all charges (deposit plus additional).

20. Month:      Day:      Year:
Transcript payment arrangements were made with:

17. DATE:  December 17, 2012

NAME OF OFFICIAL: _____

Payment of estimated transcript fees were sent on the following date:

18. SIGNATURE: /s/ Blair A. Nicholas

Month:      Day:      Year:

G-120 (09/12)