BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
BLAIR A. NICHOLAS  (Bar No. 178428)
(blairn@blbglaw.com)
NIKI L. MENDOZA  (Bar No. 214646)
(nikim@blbglaw.com)
BENJAMIN GALDSTON  (Bar No. 211114)
(beng@blbglaw.com)
DAVID R. KAPLAN (Bar No. 230144)
(davidk@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323
       -and-
GERALD H. SILK
(jerry@blbglaw.com)
1285 Avenue of the Americas
New York, NY 10019
Tel:   (212) 554-1400
Fax:   (212) 554-1444

*Counsel for Lead Plaintiff Maryland State Retirement and Pension System and Lead Counsel for the Class*

FAIRBANK & VINCENT
ROBERT H. FAIRBANK (Bar No. 76359)
(rfairbank@fairbankvincent.com)
DIRK L. VINCENT (Bar No. 157961)
(dvincent@fairbankvincent.com)
444 S. Flower Street, Suite 3860
Los Angeles, CA 90071
Tel:   (213) 891-9010
Fax:   (213) 891-9011

*Liaison Counsel for the Class*

*(Additional Counsel listed on signature page)*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | Master File No. CV 10-922 DSF (AJWx)<br><br>**LEAD PLAINTIFF'S NOTICE OF SUBMISSION IN RESPONSE TO DECEMBER 17, 2012 HEARING**<br><br>Courtroom:  840<br>Judge:        Dale S. Fischer |

TO:  ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that pursuant to the Court's request at the December 17, 2012 hearing on Lead Plaintiff's Motion for Preliminary Approval of Class Action Settlement (ECF No. 301), Lead Plaintiff Maryland State Retirement and Pension System ("Lead Plaintiff") respectfully submits the following documents:

1) Amended Stipulation of Settlement (the "Amended Stipulation"),[1] and amended exhibits thereto, incorporating the parties' amendments as directed by the Court during the December 17, 2012 hearing;

2) Redline versions of the Amended Stipulation and amended exhibits thereto reflecting the changes made;

3) The Escrow Agreement entered into between Lead Counsel and the Escrow Agent, Valley National Bank;

4) The retention confirmation letter between Lead Counsel and the Claims Administrator, Epiq Class Action & Claims Solutions, Inc. (submitted *in camera*); and

5) The Supplemental Agreement entered into between the parties, as referenced at paragraph 7.3 of the Amended Stipulation (submitted *in camera*).

\\
\\
\\
\\
\\
\\
\\
\\

---

[1] All capitalized terms used, but not defined herein, shall have the same meanings as in the Amended Stipulation.

For the Court's convenience, Lead Plaintiff submits herewith a complete set of the [Revised Proposed] Order Preliminarily Approving Settlement, Certifying Class, Providing for Notice and Scheduling Settlement Hearing, including all exhibits thereto. Lead Plaintiff respectfully requests that the Court grant preliminary approval of the Settlement so that Notice of the Settlement may be sent to the Class.

Dated: December 19, 2012

Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP


      /s/ Blair A. Nicholas

BLAIR A. NICHOLAS
(blairn@blbglaw.com)
NIKI L. MENDOZA
(nikim@blbglaw.com)
BENJAMIN GALDSTON
(beng@blbglaw.com)
DAVID KAPLAN
(davidk@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:     (858) 793-0070
Fax:     (858) 793-0323
    -and-
GERALD H. SILK
(jerry@blbglaw.com)
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel:     (212) 554-1400
Fax:     (212) 554-1444

*Counsel for Lead Plaintiff Maryland State Retirement and Pension System and Lead Counsel for the Class*


FAIRBANK & VINCENT
ROBERT H. FAIRBANK
(rfairbank@fairbankvincent.com)
DIRK L. VINCENT
(dvincent@fairbankvincent.com)

```
444 S. Flower Street, Suite 3860
Los Angeles, CA 90071
Tel:    (213) 891-9010
Fax:    (213) 891-9011
```

*Liaison Counsel for the Class*

```
MARYLAND OFFICE OF ATTORNEY
   GENERAL
DOUGLAS F. GANSLER
Attorney General of Maryland
JOHN J. KUCHNO
Assistant Attorney General
(jkuchno@oag.state.md.us)
200 St. Paul Place, 20th Floor
Baltimore, MD 21202
Tel:    (410) 576-7291
Fax:    (410) 576-6955
```

*Counsel for Lead Plaintiff Maryland
State Retirement and Pension System*