```
 1  BERNSTEIN LITOWITZ BERGER
        & GROSSMANN LLP
 2  BLAIR A. NICHOLAS  (Bar No. 178428)
    (blairn@blbglaw.com)
 3  NIKI L. MENDOZA (Bar No. 214646)
    (nikim@blbglaw.com)
 4  BENJAMIN GALDSTON (Bar No. 211114)
    (beng@blbglaw.com)
 5  12481 High Bluff Drive, Suite 300
    San Diego, CA 92130
 6  Tel:    (858) 793-0070
    Fax:    (858) 793-0323
 7          -and-
    GERALD SILK
 8  (jerry@blbglaw.com)
    1285 Avenue of the Americas
 9  38th Floor
    New York, NY 10019
10  Tel:    (212) 554-1400
    Fax:    (212) 554-1444
11
    Lead Counsel for the Class and Counsel for
12  Lead Plaintiff Maryland State Retirement and
    Pension System
13
    FAIRBANK & VINCENT
14  ROBERT H. FAIRBANK  (Bar No. 76359)
    (rfairbank@fairbankvincent.com)
15  DIRK L. VINCENT  (Bar No. 157961)
    (dvincent@fairbankvincent.com)
16  444 S. Flower Street, Suite 3860
    Los Angeles, CA 90071
17  Tel:    (213) 891-9010
    Fax:    (213) 891-9011
18
    Liaison Counsel for the Class
19
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | Master File No. CV 10-922-DSF-AJWx<br><br>**DECLARATION OF SERVICE** |
|---|---|

I, Kelly A. McDaniel, do hereby certify that on this 19th day of December, 2012, true and correct copies of the foregoing were filed electronically.

- Lead Plaintiff's Notice Of Submission In Response To December 17, 2012 Hearing;

- Amended Stipulation Of Settlement (and exhibits thereto);

- Redline version of the Amended Stipulation Of Settlement (and exhibits thereto);

- Escrow Agreement;

- [Revised Proposed] Order Preliminarily Approving Settlement, Certifying Class, Providing For Notice And Scheduling Settlement Hearing; and

- Declaration Of Service.

Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's system, and notice of this filing will be sent to the parties by operation of the Court's ECF System. Attorneys not registered with the Court's ECF system will be duly and properly served in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules.

*Kelly A. McDaniel*
KELLY A. MCDANIEL