BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
BLAIR A. NICHOLAS  (Bar No. 178428)
(blairn@blbglaw.com)
NIKI L. MENDOZA (Bar No. 214646)
(nikim@blbglaw.com)
BENJAMIN GALDSTON  (Bar No. 211114)
(beng@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:  (858) 793-0323
        -and-
GERALD H. SILK
(jerry@blbglaw.com)
1285 Avenue of the Americas
New York, NY 10019
Tel:   (212) 554-1400
Fax:  (212) 554-1444

*Counsel for Lead Plaintiff Maryland State Retirement and Pension System and Lead Counsel for the Class*

FAIRBANK & VINCENT
ROBERT H. FAIRBANK (Bar No. 76359)
(rfairbank@fairbankvincent.com)
DIRK L. VINCENT (Bar No. 157961)
(dvincent@fairbankvincent.com)
444 S. Flower Street, Suite 3860
Los Angeles, CA 90071
Tel:   (213) 891-9010
Fax:  (213) 891-9011

*Liaison Counsel for the Class*

*(Additional Counsel listed on signature page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | Master File No. CV 10-922 DSF (AJWx)<br><br>**NOTICE OF *IN CAMERA* SUBMISSION PURSUANT TO THE COURT'S REQUEST AT THE DECEMBER 17, 2012 PRELIMINARY APPROVAL HEARING**<br><br>Courtroom: 840<br>Judge:    Dale S. Fischer |

NOTICE IS HEREBY GIVEN that in accordance with the Court's request during the December 17, 2012 Preliminary Approval Hearing, Court-appointed Lead Counsel and Liaison Counsel hereby submit for the Court's *in camera* review the following documents:

- The retention confirmation letter between Lead Counsel and the Claims Administrator, Epiq Class Action & Claims Solutions, Inc.; and
- The Supplemental Agreement entered into between the parties, as referenced at paragraph 7.3 of the Stipulation of Settlement.

In accordance with the Court's request, the retention confirmation letter and the Supplemental Agreement are being submitted manually for the Court's *in camera* review without redaction. The retention confirmation letter and the Supplemental Agreement contain or refer to sensitive confidential, proprietary, and/or privileged material that is protected from disclosure by the work product doctrine, attorney-client communication privilege and other protections recognized by law. Submission of the retention confirmation letter and the Supplemental Agreement for *in camera* review is made without waiver of or prejudice to any applicable privilege or protection, including without limitation the attorney-client privilege or work product protection.

Dated: December 19, 2012

Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP

   */s/ Blair A. Nicholas*

BLAIR A. NICHOLAS
(blairn@blbglaw.com)
NIKI L. MENDOZA
(nikim@blbglaw.com)
BENJAMIN GALDSTON
(beng@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130

-1-   NOTICE OF *IN CAMERA* SUBMISSION
Master File No. CV 10-922 DSF (AJWx)

```
Tel:     (858) 793-0070
Fax:     (858) 793-0323
    -and-
GERALD H. SILK
(jerry@blbglaw.com)
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel:     (212) 554-1400
Fax:     (212) 554-1444
```

*Counsel for Lead Plaintiff Maryland State Retirement and Pension System and Lead Counsel for the Class*

FAIRBANK & VINCENT
ROBERT H. FAIRBANK
(rfairbank@fairbankvincent.com)
DIRK L. VINCENT
(dvincent@fairbankvincent.com)
444 S. Flower Street, Suite 3860
Los Angeles, CA 90071
Tel:     (213) 891-9010
Fax:     (213) 891-9011

*Liaison Counsel for the Class*

MARYLAND OFFICE OF ATTORNEY
    GENERAL
DOUGLAS F. GANSLER
Attorney General of Maryland
JOHN J. KUCHNO
Assistant Attorney General
(jkuchno@oag.state.md.us)
200 St. Paul Place, 20th Floor
Baltimore, MD 21202
Tel:     (410) 576-7291
Fax:     (410) 576-6955

*Counsel for Lead Plaintiff Maryland State Retirement and Pension System*