UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | CV 10-922 DSF (AJWx) | Date | 1/2/13 |
|---|---|---|---|
| Title | In re Toyota Motor Corp. Securities Litig. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|
| Debra Plato | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order re Amended Stipulation of Settlement

    On December 17, 2012, the Court indicated its preliminary approval of the proposed settlement subject to certain conditions. The Court has reviewed the Amended Stipulation of Settlement and finds that it fails to contain one of the Court's conditions for approval. As indicated on December 17, the Court will not accept a settlement that provides that attorneys' fees and expenses will be distributed before the Court's order of final approval and order approving fees and expenses are final. In other words, the following concepts in paragraph 6.2 are unacceptable: "immediately" and "notwithstanding the existence of any timely filed objections thereto or potential for appeal therefrom, or collateral attack on the settlement or any part thereof." The language relating to payment of fees and expenses should be similar to that contained in paragraph 28 of the Preliminary Approval Order (and paragraph 28 should be revised accordingly), that is, that no distribution of attorneys' fees or expenses shall be made until the order relating to such fees and expenses is final and is affirmed on appeal or *certiorari* or is no longer subject to review by appeal or *certiorari* and the time for any petition for rehearing, appeal or review, whether by *certiorari* or otherwise, has expired.

    If the parties are amenable to this change (as indicated at the hearing), an amended stipulation, or an amendment to the stipulation, and an amended proposed order should be submitted. The parties must submit an amended proposed Preliminary Approval Order to the chambers email as a Word document. That document should not contain any watermarks, firm names, or footers containing the document name. Paper chambers copies must also be submitted.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

IT IS SO ORDERED.