1  BERNSTEIN LITOWITZ BERGER
2     & GROSSMANN LLP
   BLAIR A. NICHOLAS  (Bar No. 178428)
3  (blairn@blbglaw.com)
   NIKI L. MENDOZA  (Bar No. 214646)
4  (nikim@blbglaw.com)
   BENJAMIN GALDSTON  (Bar No. 211114)
5  (beng@blbglaw.com)
   DAVID R. KAPLAN (Bar No. 230144)
6  (davidk@blbglaw.com)
   12481 High Bluff Drive, Suite 300
7  San Diego, CA 92130
   Tel:   (858) 793-0070
8  Fax:   (858) 793-0323
       -and-
9  GERALD H. SILK
   (jerry@blbglaw.com)
10 1285 Avenue of the Americas
   New York, NY 10019
11 Tel:   (212) 554-1400
   Fax:   (212) 554-1444

12 *Counsel for Lead Plaintiff Maryland State Retirement*
   *and Pension System and Lead Counsel for the Class*
13
14 FAIRBANK & VINCENT
   ROBERT H. FAIRBANK (Bar No. 76359)
15 (rfairbank@fairbankvincent.com)
   DIRK L. VINCENT (Bar No. 157961)
16 (dvincent@fairbankvincent.com)
   444 S. Flower Street, Suite 3860
17 Los Angeles, CA 90071
   Tel:   (213) 891-9010
18 Fax:   (213) 891-9011

19 *Liaison Counsel for the Class*

20 *(Additional Counsel listed on signature page)*

21              UNITED STATES DISTRICT COURT
22              CENTRAL DISTRICT OF CALIFORNIA

23 | IN RE TOYOTA MOTOR | Master File No. CV 10-922 DSF (AJWx) |
   | CORPORATION SECURITIES | |
24 | LITIGATION | **AMENDMENT NO. 1 TO THE** |
   | | **AMENDED STIPULATION OF** |
25 | | **SETTLEMENT** |
26 | | |
27 | | Courtroom:  840 |
   | | Judge:      Dale S. Fischer |
28 | | |

This Amendment No. 1 (the "Amendment") to the December 19, 2012 Amended Stipulation of Settlement (the "Amended Stipulation"), is made and entered into by and among (i) Lead Plaintiff Maryland State Retirement and Pension System (on behalf of itself and each of the Class Members) and (ii) Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Katsuaki Watanabe, Fujio Cho, Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, and Robert C. Daly (collectively, the "Settling Parties"), by and through their respective counsel.

**WHEREAS:**

A. All capitalized words or terms used in this Amendment shall have the meaning ascribed to those words or terms as set forth in the Amended Stipulation.

B. On November 13, 2012, Maryland SRPS filed its Motion for Preliminary Approval of Class Action Settlement ("Preliminary Approval Motion") in the Litigation requesting, among other things, that the Court preliminarily approve the Settlement and approve the Notice and Summary Notice to the Class as set forth in Exhibits A-1 and A-3 respectively, to the Preliminary Approval Order.

C. On December 17, 2012, the Court held a hearing on the Preliminary Approval Motion, and requested that certain changes be made to the initial stipulation of settlement, the proposed Preliminary Approval Order, Notice, and proposed Judgment. The Settling Parties agreed to changes and submitted the Amended Stipulation and exhibits to the Court.

D. On January 2, 2013, the Court entered a Memorandum Order re Amended Stipulation of Settlement, providing clarification about an additional change to be made to the Amended Stipulation, and requested that, if the parties are amenable to the change, an amendment to the Amended Stipulation and an amended Preliminary Approval Order should be submitted.

E.     The Settling Parties agree to the additional change requested in the Court's January 2, 2013 Order, and pursuant to Paragraph 8.6 of the Amended Stipulation, the Settling Parties hereby amend Paragraph 6.2 of the Amended Stipulation to state as follows:

The attorney's fees and expenses, as awarded by the Court, shall be payable to Lead Counsel from the Settlement Fund, as ordered, only after (i) the Court's entry of an order awarding such fees and expenses, and (ii) the Court's entry of an order granting final approval of the Settlement, both of which orders must have become final and affirmed on appeal or *certiorari* or no longer be subject to review by appeal or *certiorari* and the time for any petition for rehearing, appeal or review, whether by *certiorari* or otherwise, must have expired before any payment of attorney's fees and expenses may be made.

F.     Pursuant to the Court's January 2, 2013 Order, and pursuant to Paragraph 8.6 of the Amended Stipulation, the Settling Parties further agree to amend Paragraph 28 of the [Revised Proposed] Order Preliminarily Approving Settlement, Certifying Class, Providing for Notice and Scheduling Settlement Hearing to state as follows:

Unless otherwise ordered by the Court and as set forth in the Stipulation, there shall be no payment of attorney's fees or expenses, until the Court has: (1) entered an order awarding attorney's fees expenses; and (2) entered an order granting final approval of the Settlement, both of which orders must have become final and affirmed on appeal or *certiorari* or no longer be subject to review by appeal or *certiorari* and the time for any petition for rehearing, appeal or review, whether by *certiorari* or otherwise, must have expired before any payment of attorney's fees and expenses may be made. Furthermore, unless otherwise ordered by the Court, there shall be no distribution of any of the Net Settlement Fund to any Class Member until a

Plan of Allocation is finally approved and is affirmed on appeal or *certiorari* or is no longer subject to review by appeal or *certiorari* and the time for any petition for rehearing, appeal or review, whether by *certiorari* or otherwise, has expired.

**NOW THEREFORE,** it is hereby **AGREED**, by and among the Settling Parties, through their respective attorneys, that the Amended Stipulation and the [Revised Proposed] Order Preliminarily Approving Settlement, Certifying Class, Providing for Notice and Scheduling Settlement Hearing shall be **AMENDED** as set forth in Paragraphs E and F above.

The Settling Parties further agree that this Amendment is intended to, and shall, be a valid and binding amendment to the Amended Stipulation. Counsel to the Settling Parties warrant and represent that they have the full authority to execute this Amendment on behalf of the Settling Parties.

**IN WITNESS WHEREOF**, the Settling Parties hereto have caused this Amendment to be executed, by their duly authorized attorneys, as of January 2, 2013.

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP

By: _Blair A. Nicholas_

Blair A. Nicholas

BLAIR A. NICHOLAS
(blairn@blbglaw.com)
NIKI L. MENDOZA
(nikim@blbglaw.com)
BENJAMIN GALDSTON
(beng@blbglaw.com)
DAVID KAPLAN
(davidk@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:    (858) 793-0323
  -and-
GERALD H. SILK

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

(jerry@blbglaw.com)
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel:    (212) 554-1400
Fax:    (212) 554-1444

*Counsel for Lead Plaintiff Maryland State*
*Retirement and Pension System and Lead*
*Counsel for the Class*

FAIRBANK & VINCENT
ROBERT H. FAIRBANK
(rfairbank@fairbankvincent.com)
DIRK L. VINCENT
(dvincent@fairbankvincent.com)
444 S. Flower Street, Suite 3860
Los Angeles, CA 90071
Tel:       (213) 891-9010
Fax:      (213) 891-9011

*Liaison Counsel for the Class*

MARYLAND OFFICE OF ATTORNEY
GENERAL
DOUGLAS F. GANSLER
Attorney General of Maryland
JOHN J. KUCHNO
Assistant Attorney General
(jkuchno@oag.state.md.us)
200 St. Paul Place, 20th Floor
Baltimore, MD 21202
Tel:    (410) 576-7291
Fax:    (410) 576-6955

*Counsel for Lead Plaintiff Maryland State*
*Retirement and Pension System*

AMENDMENT NO. 1 TO THE
AMENDED STIPULATION OF SETTLEMENT
Master File No. CV 10-922 DSF (AJWx)

SHEARMAN & STERLING LLP

By: _____
     Stuart J. Baskin

STUART J. BASKIN
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

PATRICK D. ROBBINS
EMILY V. GRIFFEN
4 Embarcadero Center, Suite 3800
San Francisco, CA 94111-5994
Telephone: (415) 616-1100
Fax: (415) 616-1199

*Counsel for Defendants Toyota Motor
Corporation, Toyota Motor North America, Inc.,
Toyota Motor Sales, U.S.A., Inc., Katsuaki
Watanabe, Fujio Cho, Yoshimi Inaba, James E.
Lentz III, Irving A. Miller, Robert S. Carter, and
Robert C. Daly*

GIBSON, DUNN & CRUTCHER LLP

By: _____
     Kay E. Kochenderfer

KAY E. KOCHENDERFER
333 S. Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

GARETH T. EVANS
3161 Michelson Drive
Irvine, CA 92612
Telephone: (949) 451-3800
Fax: (949) 451-4220

*Counsel for Defendants Toyota Motor
Corporation, Toyota Motor North America, Inc.,
Toyota Motor Sales, U.S.A., Inc., Katsuaki
Watanabe, Fujio Cho, Yoshimi Inaba, James E.
Lentz III, Irving A. Miller, Robert S. Carter, and
Robert C. Daly*