UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

IN RE TOYOTA MOTOR
CORPORATION
SECURITIES LITIGATION

Master File No. CV 10-922 DSF (AJWx)

**SUMMARY NOTICE**

**EXHIBIT A-3**

Courtroom:  840
Judge:       Dale S. Fischer

**TO: ALL PERSONS AND ENTITIES WHO PURCHASED OR OTHERWISE ACQUIRED THE AMERICAN DEPOSITARY SHARES OF TOYOTA MOTOR CORPORATION ("TOYOTA ADS'S") BETWEEN MAY 10, 2005, AND FEBRUARY 2, 2010, INCLUSIVE:**

YOU ARE HEREBY NOTIFIED that a proposed settlement has been reached in this action. A hearing will be held with respect to the settlement on March 11, 2013, at 1:30 p.m. before the Honorable Dale S. Fischer in the United States District Court for the Central District of California, 255 East Temple Street, Courtroom 840, Los Angeles, CA 90012.

The purpose of the hearing is to determine whether the proposed settlement of the securities class action claims asserted in this litigation, pursuant to which Defendants will deposit the sum of $25,500,000.00 in cash into a settlement fund in exchange for the dismissal of the litigation and a release of claims against Defendants and their related persons and entities, should be approved by the Court as fair, reasonable, adequate and in the best interests of the class, which includes all persons and entities who purchased or otherwise acquired Toyota ADS's between May 10, 2005, and February 2, 2010, inclusive, excluding the Defendants, and their Related Persons (as defined in the Amended Stipulation of Settlement).

If you purchased or otherwise acquired Toyota ADS's at any time between May 10, 2005, and February 2, 2010, inclusive, you may be entitled to share in the distribution of the settlement fund if you submit a claim form no later than May 7, 2013, establishing that you may be entitled to a recovery.

If you purchased or otherwise acquired Toyota ADS's at any time between May 10, 2005, and February 2, 2010, inclusive, you have the right to object to the settlement, the plan of allocation and/or the request by Lead Counsel for an award of attorneys' fees and expenses, or otherwise request to be heard, by submitting no later than February 19, 2013, a written objection in accordance with the procedures described in a more detailed notice that has been mailed to all persons known to be

purchasers or other acquirers of Toyota ADS's between May 10, 2005, and February 2, 2010, inclusive.  You also have the right to exclude yourself from the class by submitting no later than February 19, 2013, a written request for exclusion from the Class in accordance with the procedures described in the more detailed notice.  If the settlement is approved by the Court, you will be bound by the settlement and the Court's final order and judgment, including the releases provided for in the final order and judgment, unless you submit a timely and valid request to be excluded.

This notice provides only a summary of matters regarding the litigation and the settlement.  A detailed notice describing the litigation, the proposed settlement, and the rights of members of the Class to appear in Court at the hearing, to request to be excluded from the Class and/or to object to the settlement, the plan of allocation and/or the request by Lead Counsel for an award of attorneys' fees and expenses has been mailed to all persons known to be purchasers or other acquirers of Toyota ADS's between May 10, 2005, and February 2, 2010, inclusive.  You may obtain a copy of this notice, a proof of claim form, or other information by writing to the following address or calling the following telephone number:

In re Toyota Motor Corporation Securities Litigation
Claims Administrator
P.O. Box 5110
Portland, OR 97208-5110

or by downloading the same from www.ToyotaADSLitigation.com or www.blbglaw.com.

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.** Inquiries, other than requests for the detailed notice referenced above and a proof of claim form, may be made to plaintiffs' counsel:

> Blair A. Nicholas
> Niki L. Mendoza
> BERNSTEIN LITOWITZ BERGER
>   & GROSSMANN LLP
> 12481 High Bluff Drive, Suite 300
> San Diego, CA 92130
> Tel: 866-648-2524

Dated: _____      By Order of the Clerk of the Court
United States District Court
for the Central District of California