UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| Case No. | CV 10-922 DSF (AJWx) (Consolidated cases) | Date | 3/11/13 |
|---|---|---|---|

| Title | In Re Toyota Motor Corporation Securities Litigation |
|---|---|

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|
| Debra Plato | Pamela Batalo |
| Deputy Clerk | Court Reporter |
| Attorneys for Plaintiffs:<br>Robert H. Fairbank<br>Benjamin Galdston<br>Blair A. Nicholas<br>Niki Mendoza | Attorneys for Defendants:<br>Kay F. Kochenderfer<br>Stuart J. Baskin |

**Proceedings:**  MOTION FOR APPROVAL OF CLASS ACTION SETTLEMENT

    The case is called and counsel state their appearances. Also present is John J. Kuchno, Assistant Attorney General for the State of Maryland. The Court discusses with plaintiff's counsel various issues as set forth on the record. The Court also reviews with counsel the letters that have been received regarding the settlement and orders the letters be provided to plaintiffs' counsel. The settlement will be approved. The parties are to submit a revised Proposed Order of Final Judgment, and additional information as indicated on the record.