BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
BLAIR A. NICHOLAS  (Bar No. 178428)
(blairn@blbglaw.com)
NIKI L. MENDOZA (Bar No.  214646)
(nikim@blbglaw.com)
BENJAMIN GALDSTON  (Bar No. 211114)
(beng@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:  (858) 793-0323
       -and-
GERALD H. SILK
(jerry@blbglaw.com)
1285 Avenue of the Americas
New York, NY 10019
Tel:   (212) 554-1400
Fax:  (212) 554-1444

*Counsel for Lead Plaintiff Maryland State Retirement
and Pension System and Lead Counsel for the Class*

FAIRBANK & VINCENT
ROBERT H. FAIRBANK (Bar No. 76359)
(rfairbank@fairbankvincent.com)
DIRK L. VINCENT (Bar No. 157961)
(dvincent@fairbankvincent.com)
444 S. Flower Street, Suite 3860
Los Angeles, CA 90071
Tel:   (213) 891-9010
Fax:  (213) 891-9011

*Liaison Counsel for the Class*

*(Additional Counsel listed on signature page)*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | Master File No. CV 10-922 DSF (AJWx)<br><br>**LEAD PLAINTIFF'S NOTICE OF *IN CAMERA* SUPPLEMENTAL SUBMISSION REGARDING CERTAIN EXPENSE ITEMS**<br><br>Date:      March 11, 2013<br>Time:     1:30 p.m.<br>Courtroom: 840<br>Judge:    Dale S. Fischer |

NOTICE IS HEREBY GIVEN that in accordance with the Court's request during the March 11, 2013 hearing on Lead Plaintiff Maryland State Retirement and Pension System's ("Lead Plaintiff") motion for final approval of the Settlement (ECF No. 312), and approval of Lead Counsel's application for attorneys' fees and reimbursement of expenses (ECF No. 313; collectively, the "Motions"), Lead Counsel hereby submits for the Court's *in camera* review the following documents:

- The Declaration Of Blair A. Nicholas Regarding Certain Expense Items Requested By The Court ("Nicholas Expense Decl."), with the following exhibits:

    o Exhibit A:   Supporting documentation for Plaintiff's Counsel's external copying expenses for which reimbursement is sought.

    o Exhibit B:   Supporting documentation for Plaintiff's Counsel's court fee expenses for which reimbursement is sought.

    o Exhibit C:   Supporting documentation for Plaintiff's Counsel's experts/consultants expenses for which reimbursement is sought.

    o Exhibit D:   Supporting documentation for Plaintiff's Counsel's Special Master expenses for which reimbursement is sought.

    o Exhibit E:   Additional exclusion requests that were received after Lead Plaintiff's prior submission but before the final approval hearing, as discussed at the hearing.

The Nicholas Expense Decl. and exhibits are being submitted manually for the Court's *in camera* review, as the documents contain or refer to sensitive

confidential, proprietary, and/or privileged material that may be protected from disclosure by the work product doctrine, attorney-client communication privilege and other protections recognized by law.  Submission of the documents for *in camera* review is made without waiver of or prejudice to any applicable privilege or protection, including without limitation the attorney-client privilege or work product protection.

For the reasons stated in the Motions and other related filings, Lead Plaintiff and Lead Counsel respectfully request that the Court enter the [Proposed] Final Judgment And Order Of Dismissal With Prejudice, the [Proposed] Order Approving Plan Of Allocation, and the [Proposed] Order Granting Motion For Attorneys' Fees And Reimbursement Of Litigation Expenses.  Copies of the proposed orders are being submitted to the Court's Clerk as requested by the Court at the hearing.

Dated:  March 13, 2013                    Respectfully submitted,

                                          BERNSTEIN LITOWITZ BERGER
                                            & GROSSMANN LLP


                                               */s/ Blair A. Nicholas*

                                          BLAIR A. NICHOLAS
                                          (blairn@blbglaw.com)
                                          NIKI L. MENDOZA
                                          (nikim@blbglaw.com)
                                          BENJAMIN GALDSTON
                                          (beng@blbglaw.com)
                                          12481 High Bluff Drive, Suite 300
                                          San Diego, CA 92130
                                          Tel:      (858) 793-0070
                                          Fax:      (858) 793-0323
                                             -and-
                                          GERALD H. SILK
                                          (jerry@blbglaw.com)
                                          1285 Avenue of the Americas, 38th Floor
                                          New York, NY 10019
                                          Tel:      (212) 554-1400
                                          Fax:      (212) 554-1444

*Counsel for Lead Plaintiff Maryland State Retirement and Pension System and Lead Counsel for the Class*

FAIRBANK & VINCENT
ROBERT H. FAIRBANK
(rfairbank@fairbankvincent.com)
DIRK L. VINCENT
(dvincent@fairbankvincent.com)
444 S. Flower Street, Suite 3860
Los Angeles, CA 90071
Tel:    (213) 891-9010
Fax:    (213) 891-9011

*Liaison Counsel for the Class*

MARYLAND OFFICE OF ATTORNEY
    GENERAL
DOUGLAS F. GANSLER
Attorney General of Maryland
JOHN J. KUCHNO
Assistant Attorney General
(jkuchno@oag.state.md.us)
200 St. Paul Place, 20th Floor
Baltimore, MD 21202
Tel:    (410) 576-7291
Fax:    (410) 576-6955

*Counsel for Lead Plaintiff Maryland State Retirement and Pension System*