1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | Master File No. CV 10-922 DSF (AJWx)<br><br>**ORDER APPROVING PLAN OF ALLOCATION**<br><br>Courtroom: 840<br>Judge:      Dale S. Fischer |

Lead Plaintiff's Motion for Final Approval of Class Action Settlement (the "Motion," ECF No. 312) duly came before the Court for hearing on March 11, 2013. The Court has considered the Motion and all supporting and other related materials, including the matters presented at the March 11, 2013 hearing. Due and adequate notice having been given to the Class as required by the Court's Order Preliminarily Approving Settlement, Certifying Class, Providing for Notice and Scheduling Settlement Hearing (ECF No. 311), and the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the proceedings and good cause appearing therefor;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.      This Order incorporates by reference the definitions in the Amended Stipulation of Settlement (the "Stipulation," ECF No. 306-1), and all capitalized terms used, but not defined herein, shall have the same meanings as in the Stipulation.

2.      This Court has jurisdiction over the subject matter of the Litigation and over all parties to the Litigation, including all Members of the Class.

3.      Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all persons and entities who are Class Members, advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to all such persons and entities to be heard with respect to the Plan of Allocation.

4.      The Court hereby finds and concludes that the formula for the calculation of the claims of Authorized Claimants (the "Plan of Allocation") which is set forth in the Notice of Pendency of Class Action and Proposed Settlement, Settlement Hearing, and Motion for Attorneys' Fees and Reimbursement of

1    Litigation Expenses (the "Notice") provides a fair and equitable basis upon which

2    to allocate the proceeds of the Settlement Fund among the Class Members.[1]

3         5.    The court hereby finds and concludes that the Plan of Allocation is, in

4    all respects, fair and equitable to the Class.   Accordingly, the Court hereby

5    approves the Plan of Allocation proposed by Lead Plaintiff.

6         6.    The finality of the Judgment entered with respect to the Settlement

7    shall not be affected in any manner by this Order, or any appeal from this Order

8    approving the Plan of Allocation.

9         IT IS SO ORDERED.

10

11   DATED: March 15, 2013

12

13   _____

14   HONORABLE DALE S. FISCHER
     UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

---

24   [1] The Plan of Allocation approved by this Court is the proposed Plan of Allocation
     as modified pursuant to the Declaration of Chad Coffman, CFA, in Support of Plan
25   of Allocation filed February 4, 2013 (ECF No. 314-6), to correct the 90-day look-
     back prices.  The corrected Notice is attached as Exhibit A to the Supplemental
26   Declaration of Stephanie A. Thurin Re Notice Dissemination.  As set forth in the
     Notice (¶38), the Court may modify the proposed Plan of Allocation without
27   further notice to the Class.

28

2