Stuart J. Baskin (admitted *pro hac vice*)
sbaskin@shearman.com
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

Patrick D. Robbins (State Bar No. 152288)
probbins@shearman.com
Emily V. Griffen (State Bar No. 209162)
egriffen@shearman.com
SHEARMAN & STERLING LLP
4 Embarcadero Center, Suite 3800
San Francisco, CA 94111-5994
Telephone: (415) 616-1100
Facsimile: (415) 616-1199

Kay E. Kochenderfer (State Bar No. 125847)
kkochenderfer@gibsondunn.com
Gareth Evans (State Bar No. 138992)
gevans@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Katsuaki Watanabe, Fujio Cho, Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, and Robert C. Daly

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | CASE NO. CV-10-0922 DSF (AJWx)<br><br>**JOINT STIPULATION MODIFYING BRIEFING SCHEDULE AND HEARING DATE ON MOTION FOR RELIEF PURSUANT TO 28 U.S.C. § 1782 AND TO INTERVENE**<br><br>Courtroom: 840<br>Judge: Hon. Dale S. Fischer |

This Stipulation is entered into by and between Movants (as identified on Schedule A of Movants' Memorandum of Points and Authorities in Support of Motion for Relief Pursuant to 28 U.S.C. § 1782 and to Intervene for the Limited Purpose of Modifying the Protective Order filed May 22, 2013) and Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, Robert C. Daly, Katsuake Watanabe and Fujio Cho (collectively, "the Parties").

WHEREAS, on May 22, 2013, Movants filed a Motion for Relief Pursuant to 28 U.S.C. § 1782 and to Intervene for the Limited Purpose of Modifying the Protective Order (the "Motion");

WHEREAS, the Motion is set for hearing on June 24, 2013 at 1:30 p.m., such that Defendants' opposition to the Motion is due on June 3, 2013;

WHEREAS, due to the Memorial Day holiday, and other scheduling issues, Defendants have requested an additional two weeks to file their opposition to the Motion; and

WHEREAS, this extension of time necessitates moving the hearing date on the Motion.

THEREFORE, THE PARTIES STIPULATE AND AGREE THAT:

1. Defendants shall file their opposition to the Motion no later than June 17, 2013;

2. Movants shall file their reply in support of the Motion no later than June 24, 2013.

3. The hearing shall take place on July 8, 2013, at 1:30 p.m., or at such other date that the Court may order.

///

///

///

The Parties are submitting a proposed Order concurrently with this Stipulation.

DATED: May 28, 2013

Respectfully submitted,

SHEARMAN & STERLING LLP

By: /s/ Stuart J. Baskin
Stuart J. Baskin

GIBSON, DUNN & CRUTCHER LLP

By: 
Gareth T. Evans

Attorneys for Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Katsuaki Watanabe, Fujio Cho, Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, and Robert C. Daly

GLANCY BINKOW & GOLDBERG LLP

By: Lionel Z. Glancy*
Lionel Z. Glancy

Lionel Z. Glancy (Bar No. 134180)
lglancy@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

KESSLER TOPAZ MELTZER & CHECK, LLP
Stuart L. Berman
sberman@ktmc.com
Johnston de F. Whitman, Jr. *pro hac vice pending*
jwhitman@ktmc.com
Michelle M. Newcomer
mnewcomer@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Attorneys for Movants

*With permission of Mr. Glancy

2