1  GLANCY BINKOW
      & GOLDBERG, LLP
2  Lionel Z. Glancy (Bar No. 134180)
   lglancy@glancylaw.com
3  1925 Century Park East, Suite 2100
   Los Angeles, CA 90067
4  Telephone: (310) 201-9150
   Facsimile: (310) 201-9160
5
6  -and-
7  KESSLER TOPAZ MELTZER
      & CHECK, LLP
8  Stuart L. Berman
   sberman@ktmc.com
9  Johnston de F. Whitman, Jr. *pro hac vice pending*
   jwhitman@ktmc.com
10 Michelle M. Newcomer
   mnewcomer@ktmc.com
11 280 King of Prussia Road
   Radnor, PA 19087
12 Telephone: (610) 667-7706
   Facsimile: (610) 667-7056
13
14 *Attorneys for Movants*

15                **UNITED STATES DISTRICT COURT**
16                **CENTRAL DISTRICT OF CALIFORNIA**
                      **WESTERN DIVISION**
17
   ─────────────────────────────
18 IN RE TOYOTA MOTOR CORP.        ) Case No. CV 10-922 DSF (AJWx)
   SECURITIES LITIGATION            )
19                                  ) **NOTICE OF MOTION AND**
                                    ) **MOTION FOR RELIEF PURSUANT**
20                                  ) **TO 28 U.S.C. § 1782 AND TO**
                                    ) **INTERVENE FOR THE LIMITED**
21                                  ) **PURPOSE OF MODIFYING THE**
                                    ) **PROTECTIVE ORDER**
22                                  )
                                    ) Date: June 24, 2013
23                                  ) Time: 1:30 pm
                                    ) Courtroom: 840 – Los Angeles – Roybal
24                                  ) Judge: Honorable Dale S. Fischer
25                                  )
   ─────────────────────────────
26
27
28
                                         **ORIGINAL**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on June 24, 2013, at 1:30 p.m., or as soon thereafter as the matter can be heard by the Honorable Dale S. Fisher, United States District Court for the Central District of California, in Courtroom 840 of the Edward R. Roybal Federal Building and United States Courthouse, 255 East Temple Street, Los Angeles, CA 90012, the parties identified at Schedule A hereto (collectively the "Movants") will, and hereby do, move this Court for an order granting relief pursuant to 28 U.S.C. § 1782, and allowing them to intervene in the above-captioned action (the "Action") to seek a modification of the Protective Order entered in this Action,[1] permitting Movants to obtain access to and copies of discovery materials, including documents, interrogatory responses, responses to requests for admission, and other discovery materials (collectively, the "Discovery Materials") produced by Toyota Motor Corp., Toyota Motor Corp. North America Inc., Toyota Motor Sales, U.S.A., Inc., Kentsuaki Watanabe, Fujio Cho, Mitsuo Kinoshita, Yoshimi Inaba, James E. Lentz, III, Irving A. Miller, Robert S. Carter, and Robert C. Daly (collectively, the "Defendants") in the Action, on the same terms as the parties to the Action.

As set forth in the accompanying Memorandum of Points and Authorities in Support of Motion for Relief Pursuant to 28 U.S.C. § 1782 and to Intervene for the Limited Purpose of Modifying the Protective Order, and Declaration of Johnston de F. Whitman, Jr. in Support of Motion for Relief Pursuant to 28 U.S.C. § 1782 and to Intervene for the Limited Purpose of Modifying the Protective Order, Movants seek relief pursuant to 28 U.S.C. § 1782 and to intervene in this Action on the grounds that access to the Discovery Materials produced by Defendants in the Action will assist Movants in pursuing claims against Defendants in Japan

---

[1] *See* Order re: Joint Stipulation for Protective Order Re Confidential and Highly Confidential Information. ECF No. 227.

1    before the Tokyo District Court that arise from the same facts and circumstances

2    alleged in the Action.

3        Movants' request for relief is based upon: (i) this Notice of Motion and

4    Motion for Relief Pursuant to 28 U.S.C. § 1782 and to Intervene for the Limited

5    Purpose of Modifying the Protective Order; (ii) Movants' Memorandum of Points

6    and Authorities in Support of Motion for Relief Pursuant to 28 U.S.C. § 1782 and

7    to Intervene for the Limited Purpose of Modifying the Protective Order; (iii) the

8    Declaration of Johnston de F. Whitman, Jr. in Support of Motion for Relief

9    Pursuant to 28 U.S.C. § 1782 and to Intervene for the Limited Purpose of

10   Modifying the Protective Order; and (iv) such other matters as may be presented to

11   the Court at or before the time of the hearing on this Motion.

12        The motion is made following the conference of counsel pursuant to L.R. 7-

13   3 which took place on April 30, 2013.

14

15   DATED: May 22, 2013                 Respectfully submitted,

16                                        GLANCY BINKOW
17                                          & GOLDBERG LLP
18
19                                        _____
                                          Lionel Z. Glancy
20                                        1925 Century Park East, Suite 2100
                                          Los Angeles, CA 90067
21                                        Telephone: (310) 201-9150
                                          Facsimile: (310) 201-9160
22
                                          -and-
23
                                          Stuart L. Berman
24                                        Johnston de F. Whitman, Jr.
                                          Michelle M. Newcomer
25                                        280 King of Prussia Road
                                          Radnor, PA 19087
26                                        Telephone: (610) 667-7706
                                          Facsimile: (610) 667-7056
27
                                          *Attorneys for Movants*
28

**SCHEDULE A**

1.  AQR Absolute Return Master Account, L.P.
2.  AQR Global Enhanced Equity Fund
3.  AQR Global Equity Fund
4.  AQR Global Equity Master Account, L. P.
5.  AQR Global Long·Short Equity Fund
6.  AQR Global Total Return Fund, L.P.
7.  AQR International Equity Fund
8.  AQR International Equity Fund II, L.P.
9.  AQR International Equity Fund, L.P.
10. AQR International Small Cap Equity Fund, L.P.
11. AQR Multi-Strategy Alternative Fund
12. AQR R.C. Equity Australia Fund
13. AQR Style Premia Fund, L.P.
14. British Columbia Investment Management Corporation
15. Caisse de dépôt et placement du Québec
16. Canada Pension Plan Investment Board
17. City of Austin Police Retirement System
18. Commonwealth Specialist Fund 4
19. Credit Suisse Fund Services (Luxembourg) S.A.
20. Deka International S.A.
21. Deka Investment GmbH
22. Deutsche Asset Management Investmentgesellschaft mbH
23. DWS Investment GmbH
24. DWS Investment S.A.
25. ETFlab Investment GmbH
26. Fideuram Gestions S.A

27. HANSAINVEST Hanseatische Investment-Gesellschaft mbH

28. Helaba Invest Kapitalanlagegesellschaft mbH

29. Ignis Investment Services Limited

30. ING Investors Trust, on behalf of the ING Artio Foreign Portfolio (now known as ING Templeton Foreign Equity Portfolio, a series of the ING Partners, Inc.), a series of ING Investors Trust

31. ING Mutual Funds, on behalf of the ING International Capital Appreciation Fund, ING Index Plus International Equity Fund, and the ING Global Opportunities Fund, each a series of ING Mutual Funds

32. ING Variable Portfolios, Inc., on behalf of the ING Japan TOPIX Index Portfolio and the ING International Index Portfolio, each a series of ING Variable Portfolios, Inc.

33. Interfund SICAV

34. John Hancock Funds III

35. John Hancock Variable Insurance Trust

36. KEPLER-FONDS Kapitalanlagegesellschaft m.b.H.

37. Labor Pension Fund Supervisory Committee

38. Laudus International MarketMasters Fund, a series of Schwab Capital Trust

39. Laudus Mondrian International Equity Fund, a series of Laudus Trust

40. LGT Funds II SICAV

41. LGT Funds SICAV

42. Mayflower Trust, on behalf of the ING VP International Value Portfolio, a series of the Mayflower Trust

43. MD Physician Services Inc. as a trustee for MD International Growth Fund

44. MD Physician Services nInc. as a trustee for MDPIM International Equity Pool

45. Merrill Lynch Investment Solutions - AQR Global Relative Value UCITS Fund

46. MLC Masterkey Unit Trust MLC - Platinum Global Fund

47. Pension Reserves Investment Management Board of Massachusetts as trustee of the Massachusetts Pension Reserves Investment Trust Fund

48. Platinum Capital Limited

49. Platinum International Brands Fund

50. Platinum International Fund

51. Platinum Japan Fund

52. Principal Life Insurance Company

53. Schwab International Equity ETF, a series of Schwab Strategic Trust

54. Swiss & Global Asset Management (Luxembourg) S.A.

55. Swiss & Global Asset Management AG

56. Swisscanto Asset Management Ltd.

57. The Platinum Japan Master Fund Limited

58. The Platinum Master Portfolio Ltd (previously known as The Platinum Master Portfolio

59. Transamerica Funds

60. Transamerica Partners Portfolio

61. Transamerica Series Trust

62. Utah Retirement Systems

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

On May 22, 2013, I caused to be served the following documents:

NOTICE OF MOTION AND MOTION FOR RELIEF PURSUANT TO 28 U.S.C. § 1782 AND TO INTERVENE FOR THE LIMITED PURPOSE OF MODIFYING THE PROTECTIVE ORDER

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR RELIEF PURSUANT TO 28 U.S.C. § 1782 AND TO INTERVENE FOR THE LIMITED PURPOSE OF MODIFYING THE PROTECTIVE ORDER

DECLARATION OF JOHNSTON DE F. WHITMAN, JR. IN SUPPORT OF MOTION FOR RELIEF PURSUANT TO 28 U.S.C. § 1782 AND TO INTERVENE FOR THE LIMITED PURPOSE OF MODIFYING THE PROTECTIVE ORDER

[PROPOSED] ORDER ON THE MOTION FOR RELIEF PURSUANT TO 28 U.S.C. § 1782 AND TO INTERVENE FOR THE LIMITED PURPOSE OF MODIFYING THE PROTECTIVE ORDER

NOTICE OF INTERESTED PARTIES

**By Electronic Mail**: By transmitting said documents electronically to the parties listed on the attached Service List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 22, 2013, at Los Angeles, California.

Tia Reiss

---

1

# SERVICE LIST

| | |
|---|---|
| Catherine J Kowalewski,<br>katek@rgrdlaw.com<br>Darren J. Robbins,<br>e_file_sd@rgrdlaw.com<br>David C. Walton, davew@rgrdlaw.com<br>**Robbins Geller Rudman and Dowd LLP**<br>655 West Broadway Suite 1900<br>San Diego, CA 92101-3301<br>Telephone: 619-231-1058<br>Fax: 619-231-7423<br><br>ATTORNEYS FOR PLAINTIFF<br>HARRY STACKHOUSE | Shawn A Williams,<br>shawnw@rgrdlaw.com<br>**Robbins Geller Rudman & Dowd LLP**<br>Post Montgomery Center<br>One Montgomery Street Suite 1800<br>San Francisco, CA 94104<br>Telephone: 415-288-4545<br>Fax: 415-288-4534<br><br>ATTORNEYS FOR PLAINTIFF<br>HARRY STACKHOUSE |
| Deborah R Gross,<br>debbie@bernardmgross.com<br>**Law Offices of Bernard M Gross PC**<br>100 Penn Square East, Suite 450<br>Philadelphia, PA 19107<br>Telephone: 215-561-3600<br>Fax: 215-561-3000<br><br>ATTORNEYS FOR PLAINTIFF<br>HARRY STACKHOUSE | Michael M Goldberg,<br>mgoldberg@glancylaw.com<br>**Glancy Binkow and Goldberg LLP**<br>1925 Century Park East Suite 2100<br>Los Angeles, CA 90067<br>Telephone: 310-201-9150<br>Fax: 310-201-9160<br><br>ATTORNEYS FOR PLAINTIFF<br>HARRY STACKHOUSE; MOVANT GLOBAL INSTITUTIONAL INVESTOR GROUP |

| | |
|---|---|
| William James Doyle, II,<br>bill@doylelowther.com<br>Lohn A. Lowther, IV,<br>john@doylelowther.com<br>**Doyle Lowther LLP**<br>10200 Willow Creek Road Suite 150<br>San Diego, CA 92131<br>Telephone: 858-935-9960<br>Fax: 858-939-1939<br><br>ATTORNEYS FOR MOVANTS<br>WILLIAM P. CONDON AND<br>JUDITH W. WEINSTEIN | Dirk L Vincent,<br>dvincent@fairbankvincent.com<br>Robert H. Fairbank,<br>rfairbank@fairbankvincent.com<br>**Fairbank & Vincent**<br>444 South Flower Street Suite 3860<br>Los Angeles, CA 90071<br>Telephone: 213-891-9010<br>Fax: 213-891-9011<br><br>ATTORNEYS FOR MARYLAND<br>STATE RETIREMENT AND<br>PENSION SYSTEMS; MOVANT<br>GLOBAL INSTITUTIONAL<br>INVESTOR GROUP |
| Jay W Eisenhofer,<br>jeisenhofer@gelaw.com<br>**Grant & Eisenhofer PA**<br>485 Lexington Avenue 29th Floor<br>New York, NY 10017<br>Telephone: 646-722-8515<br>Fax: 646-722-8501<br><br>ATTORNEYS FOR PLAINTIFF<br>MARYLAND STATE RETIREMENT<br>AND PENSION SYSTEMS | Joe Kendall,<br>Jkendall@kendalllawgroup.com<br>**Kendall Law Group LLP**<br>3232 McKinney Avenue Suite 700<br>Dallas, TX 75204<br>Telephone: 214-744-3000<br>Fax: 214-744-3015<br><br>ATTORNEYS FOR MOVANTS<br>WILLIAM p. CONDON AND<br>JUDITH W. WEINSTEIN |
| Thomas D Mauriello,<br>tomm@maurlaw.com<br>**Mauriello Law Firm APC**<br>1181 Puerta Del Sol Suite 120<br>San Clemente, CA 92673<br>Telephone: 949-542-3555<br>Fax: 949-606-9690<br><br>ATTORNEYS FOR MOVANTS<br>WILLIAM P. CONDON AND<br>JUDITH W. WEINSTEIN | Avi N Wagner,<br>avi@thewagnerfirm.com<br>**The Wagner Firm**<br>1925 Century Park East Suite 2100<br>Los Angeles, CA 90067<br>Telephone: 310-491-7949<br>Fax: 310-491-7949<br><br>ATTORNEYS FOR MOVANT<br>HAREL PIA MUTUAL FUND |

| | |
|---|---|
| Jeremy A Lieberman,<br>jalieberman@pomlaw.com<br>**Pomerantz Haudek Grossman and**<br>**Gross LLP**<br>100 Park Avenue 26th Floor<br>New York, NY 10017<br>Telephone: 212-661-1100<br>Fax: 212-661-8665<br><br>ATTORNEYS FOR MOVANT<br>HAREL PIA MUTUAL FUND | Brian Oliver O'Mara,<br>bomara@rgrdlaw.com<br>Michael J. Dowd, miked@rgrdlaw.com<br>**Robbins Geller Rudman and Dowd**<br>**LLP**<br>655 West Broadway Suite 1900<br>San Diego, CA 92101-3301<br>Telephone: 619-231-1058<br>Fax: 619-231-7423<br><br>ATTORNEYS FOR MOVANTS<br>CENTRAL STATES, SOUTHEAST<br>AND SOUTHWEST AREAS<br>PENSION FUND AND OMERS<br>ADMINISTRATION CORPORATION |
| Charles Michael Plavi, II,<br>cmp@classactionlaw.com<br>Jeffrey R. Krinsk,<br>jrk@classactionlaw.com<br>Mark L. Knutson,<br>mlk@classactionlaw.com<br>**Finkelstein & Krinsk LLP**<br>501 West Broadway Suite 1250<br>San Diego, CA 92101-3593<br>Telephone: 619-238-1333<br>Fax: 619-238-5425<br><br>ATTORNEYS FOR MOVANT<br>KATHRYN A. SQUIRES | Alan I Ellman, aellman@labaton.com<br>Christopher J. Keller,<br>ckeller@labaton.com<br>Martis Ann Alex, malex@labaton.com<br>Thomas A. Dubbs, tdubbs@labaton.com<br>**Labaton Sucharow LLP**<br>140 Broadway<br>New York, NY 10005<br>Telephone: 212-907-0700<br>Fax: 212-818-0477<br><br>ATTORNEYS FOR MOVANT<br>GLOBAL INSTITUTIONAL<br>INVESTOR GROUP |

| | | |
|---|---|---|
| 1 | Joseph J Tabacco, Jr,<br>jtabacco@bermandevalerio.com<br>Matthew D. Pearson,<br>mpearson@bermandevalerio.com<br>Nicole Lavalee,<br>Nlavalee@bermandevalerio.com<br>**Berman DeValerio**<br>One California Street, Suite 900<br>San Francisco, CA 94111<br>Telephone: 415-433-3200<br>Fax: 415-433-6382<br><br>ATTORNEYS FOR MOVANT<br>COMMONWEALTH OF<br>MASSACHUSETTS PENSION<br>RESERVES INVESTMENT<br>MANAGEMENT BOARD | Jeffrey C Block,<br>jblock@bermandevalerio.com<br>Glen DeValerio,<br>gdevalerio@bermandevalerio.com<br>**Berman DeValerio**<br>One Liberty Square 8th Floor<br>Boston, MA 02109<br>Telephone: 617-542-8300<br>Fax: 617-542-1194<br><br>ATTORNEYS FOR MOVANT<br>COMMONWEALTH OF<br>MASSACHUSETTS PENSION<br>RESERVES INVESTMENT<br>MANAGEMENT BOARD |
| | Benjamin Galdston, beng@blbglaw.com<br>Blair A. Nicholas, blairn@blbglaw.com<br>David R. Kaplan, davidk@blbglaw.com<br>David R. Stickney,<br>davids@blbglaw.com<br>Joseph W. Goodman,<br>joseph.goodman@blbglaw.com<br>**Bernstein Litowitz Berger and<br>Grossmann LLP**<br>12481 High Bluff Drive Suite 300<br>San Diego, CA 92130<br>Telephone: 858-793-0070<br>Fax: 858-793-0323<br><br>ATTORNEYS FOR PLAINTIFF<br>MARYLAND STATE RETIREMENT<br>AND PENSION SYSTEMS; MOVANT<br>GLOBAL INSTITUTIONAL<br>INVESTOR GROUP; PLAINTIFF<br>ROBERT M. MOSS; AND PLAINTIFF<br>FRESNO COUNTY EMPLOYEES'<br>RETIREMENT ASSOCIATION | Gerald H Silk, jerry@blbglaw.com<br>**Bernstein Litowitz Berger &<br>Grossmann**<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone: 212-554-1400<br>Fax: 212-554-1444<br><br>ATTORNEYS FOR PLAINTIFF<br>MARYLAND STATE RETIREMENT<br>AND PENSION SYSTEMS; MOVANT<br>GLOBAL INSTITUTIONAL<br>INVESTOR GROUP; PLAINTIFF<br>ROBERT M. MOSS; AND PLAINTIFF<br>FRESNO COUNTY EMPLOYEES'<br>RETIREMENT ASSOCIATION |

|   |   |   |
|---|---|---|
| 1 | John J Kuchno,<br>jkuchno@oag.state.md.us<br>**Maryland Office of Attorney General**<br>200 St Paul Place 20th Floor<br>Baltimore, MD 21202<br>Telephone:  410-576-6441<br>Fax:  410-576-6955<br><br>ATTORNEYS FOR PLAINTIFF<br>MARYLAND STATE RETIREMENT<br>AND PENSION SYSTEMS | Benjamin D Bianco,<br>bbianco@murrayfrank.com<br>**Murray Frank LLP**<br>275 Madison Avenue Suite 801<br>New York, NY 10016<br>Telephone:  212-682-1818<br>Fax:  212-682-1892<br><br>ATTORNEYS FOR PLAINTIFF<br>ROBERT M. MOSS |
| 9 | James J. Hayes<br>4024 Eastbrook Dr.<br>Annandale, VA  22003<br>Telephone:  703-941-4694<br><br>PRO SE<br><br>Non-ECF Service via U.S. Mail | Emily V Griffen,<br>egriffen@shearman.com<br>Jeffrey S. Facter,<br>jfacter@shearman.com<br>Patrick D. Robbins,<br>probbins@shearman.com<br>**Shearman & Sterling LLP**<br>4 Embarcadero Center<br>Suite 3800<br>San Francisco, CA 94111<br>Telephone:  415-616-1100<br>Fax:  415-616-1199<br><br>ATTORNEYS FOR DEFENDANTS<br>TOYOTA MOTOR CORP., TOYOTA<br>MOTOR SALES USA, INC., TOYOTA<br>NORTH AMERICA, INC., AKIO<br>TOYODA, FUJIO CHO, ROBERT S.<br>CARTER, IRVING A. MILLER,<br>YOSHIMI INABA, JAMES E.<br>LENTZ, III AND ROBERT C. DALY |

| | |
|---|---|
| Stuart J Baskin, sbaskin@shearman.com | Kay E Kochenderfer, |
| **Shearman & Sterling LLP** | KKochenderfer@gibsondunn.com |
| 599 Lexington Avenue | Gareth T. Evans, |
| New York, NY 10022 | gevans@gibsondunn.com |
| Telephone: 212-848-4974 | **Gibson Dunn & Crutcher LLP** |
| Fax: 646-848-4974 | 333 S Grand Avenue |
| | Los Angeles, CA 90071-3197 |
| ATTORNEYS FOR DEFENDANTS | Telephone: 213-229-7000 |
| TOYOTA MOTOR CORP., TOYOTA | Fax: 213-229-7520 |
| MOTOR SALES USA, INC., TOYOTA | |
| NORTH AMERICA, INC., AKIO | ATTORNEYS FOR DEFENDANTS |
| TOYODA, FUJIO CHO, ROBERT S. | TOYOTA MOTOR CORP., TOYOTA |
| CARTER, IRVING A. MILLER, | MOTOR SALES USA, INC., TOYOTA |
| YOSHIMI INABA, JAMES E. | NORTH AMERICA, INC., AKIO |
| LENTZ, III AND ROBERT C. DALY | TOYODA, FUJIO CHO, ROBERT S. |
| | CARTER, IRVING A. MILLER, |
| | YOSHIMI INABA, JAMES E. |
| | LENTZ, III AND ROBERT C. DALY |