Name and address:
GLANCY BINKOW & GOLDBERG, LLP
Lionel Z. Glancy (Bar No. 134180)
lglancy@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150; Facsimile: (310) 201-9160

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

IN RE TOYOTA MOTOR CORP. SECURITIES LITIGATION

Plaintiff(s)

v.

Defendant(s).

CASE NUMBER

CV 10-922 DSF (AJWx)

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

NOTICE: Effective November 1, 2011, the fee for *Pro Hac Vice* Appearance is $325.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Johnston de Forest Whitman, Jr., hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☐ Defendant: Intervener Movants, see attached list by whom I have been retained.

My business information is:

Kessler Topaz Meltzer & Check, LLP
*Firm Name*

280 King of Prussia Road
*Street Address*

Radnor, PA 19087
*City, State, Zip*

jwhitman@ktmc.com
*E-Mail Address*

610-667-7706
*Telephone Number*

610-667-7056
*Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| *Title of Court* | *Date of Admission* |
|---|---|
| Supreme Court of Pennsylvania | 7/31/2008 |
| Supreme Court of New York | 3/16/1995 |
| | |
| | |

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| *Case Number* | *Ttitle of Action* | *Date of Application* | *Application Granted or Denied* |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate Lionel Z. Glancy as local counsel, whose business information is as follows:

Glancy Binkow & Goldberg LLP
*Firm Name*

1925 Century Park East, Suite 2100
*Street Address*

Los Angeles, CA 90067
*City, State, Zip*

lglancy@glancylaw.com
*E-Mail Address*

310-201-9150
*Telephone Number*

310-201-9160
*Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated 5/21/13

Johnston de Forest Whitman, Jr.
*Applicant's Name (please print)*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated 5/29/13

Lionel Z. Glancy
*Designee's Name (please print)*

*Designee's Signature*

134180
*Designee's California State Bar Number*

**NOTE:** **COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**

**INTERVENER MOVANTS**

1. AQR Absolute Return Master Account, L.P.
2. AQR Global Enhanced Equity Fund
3. AQR Global Equity Fund
4. AQR Global Equity Master Account, L. P.
5. AQR Global Long·Short Equity Fund
6. AQR Global Total Return Fund, L.P.
7. AQR International Equity Fund
8. AQR International Equity Fund II, L.P.
9. AQR International Equity Fund, L.P.
10. AQR International Small Cap Equity Fund, L.P.
11. AQR Multi-Strategy Alternative Fund
12. AQR R.C. Equity Australia Fund
13. AQR Style Premia Fund, L.P.
14. British Columbia Investment Management Corporation
15. Caisse de dépôt et placement du Québec
16. Canada Pension Plan Investment Board
17. City of Austin Police Retirement System
18. Commonwealth Specialist Fund 4
19. Credit Suisse Fund Services (Luxembourg) S.A.
20. Deka International S.A.
21. Deka Investment GmbH
22. Deutsche Asset Management Investmentgesellschaft mbH
23. DWS Investment GmbH
24. DWS Investment S.A.
25. ETFlab Investment GmbH

26. Fideuram Gestions S.A
27. HANSAINVEST Hanseatische Investment-Gesellschaft mbH
28. Helaba Invest Kapitalanlagegesellschaft mbH
29. Ignis Investment Services Limited
30. ING Investors Trust, on behalf of the ING Artio Foreign Portfolio (now known as ING Templeton Foreign Equity Portfolio, a series of the ING Partners, Inc.), a series of ING Investors Trust
31. ING Mutual Funds, on behalf of the ING International Capital Appreciation Fund, ING Index Plus International Equity Fund, and the ING Global Opportunities Fund, each a series of ING Mutual Funds
32. ING Variable Portfolios, Inc., on behalf of the ING Japan TOPIX Index Portfolio and the ING International Index Portfolio, each a series of ING Variable Portfolios, Inc.
33. Interfund SICAV
34. John Hancock Funds III
35. John Hancock Variable Insurance Trust
36. KEPLER-FONDS Kapitalanlagegesellschaft m.b.H.
37. Labor Pension Fund Supervisory Committee
38. Laudus International MarketMasters Fund, a series of Schwab Capital Trust
39. Laudus Mondrian International Equity Fund, a series of Laudus Trust
40. LGT Funds II SICAV
41. LGT Funds SICAV
42. Mayflower Trust, on behalf of the ING VP International Value Portfolio, a series of the Mayflower Trust

43. MD Physician Services Inc. as a trustee for MD International Growth Fund
44. MD Physician Services Inc. as a trustee for MDPIM International Equity Pool
45. Merrill Lynch Investment Solutions - AQR Global Relative Value UCITS Fund
46. MLC Masterkey Unit Trust MLC - Platinum Global Fund
47. Pension Reserves Investment Management Board of Massachusetts as trustee of the Massachusetts Pension Reserves Investment Trust Fund
48. Platinum Capital Limited
49. Platinum International Brands Fund
50. Platinum International Fund
51. Platinum Japan Fund
52. Principal Life Insurance Company
53. Schwab International Equity ETF, a series of Schwab Strategic Trust
54. Swiss & Global Asset Management (Luxembourg) S.A.
55. Swiss & Global Asset Management AG
56. Swisscanto Asset Management Ltd.
57. The Platinum Japan Master Fund Limited
58. The Platinum Master Portfolio Ltd (previously known as The Platinum Master Portfolio
59. Transamerica Funds
60. Transamerica Partners Portfolio
61. Transamerica Series Trust
62. Utah Retirement Systems

# PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

On May 29, 2013, I caused to be served the following document:

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

By posting the documents to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the parties as listed on the attached Service List.

And on any non-ECF registered party:

**By Mail**: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service that same day.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 29, 2013, at Los Angeles, California.

***s/Lionel Z. Glancy***
Lionel Z. Glancy

# Mailing Information for a Case 2:10-cv-00922-DSF-AJW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Martis Ann Alex**
  malex@labaton.com
- **Stuart L Berman**
  sberman@btkmc.com
- **Benjamin D Bianco**
  bbianco@frankandbianco.com
- **Jeffrey C Block**
  jblock@bermandevalerio.com
- **Glen DeValerio**
  gdevalerio@bermandevalerio.com
- **Michael J Dowd**
  miked@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **William James Doyle , II**
  bill@doylelowther.com,kate@doylelowther.com,kdavis@doylelowther.com
- **Thomas A Dubbs**
  tdubbs@labaton.com,electroniccasefiling@labaton.com
- **Jay W Eisenhofer**
  jeisenhofer@gelaw.com
- **Alan I Ellman**
  aellman@labaton.com,drogers@labaton.com,efarber@labaton.com,electroniccasefiling@labaton.com
- **Gareth Thomas Evans**
  gevans@gibsondunn.com
- **Jeffrey S Facter**
  jfacter@shearman.com,rcheatham@shearman.com
- **Robert Harold Fairbank**
  rfairbank@fairbankvincent.com
- **Benjamin Galdston**
  beng@blbglaw.com,rcohen@sra.state.md.us,davidk@blbglaw.com
- **Lionel Zevi Glancy**
  lglancy@glancylaw.com
- **Michael M Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,info@glancylaw.com
- **Joseph William Goodman**
  joseph.goodman@blbglaw.com
- **Emily V Griffen**
  egriffen@shearman.com,rcheatham@shearman.com
- **Deborah R Gross**
  debbie@bernardmgross.com
- **David R Kaplan**
  davidk@blbglaw.com
- **Christopher J Keller**
  ckeller@labaton.com
- **Mark L Knutson**
  mlk@classactionlaw.com
- **Kay E Kochenderfer**
  KKochenderfer@gibsondunn.com,cdavis@gibsondunn.com,jsmith@gibsondunn.com,CChorba@gibsondunn.com,DLanning@gibsondunn.com,ayarian@gibsondunn.com,bstoker@gib
- **Catherine J Kowalewski**
  katek@rgrdlaw.com,e_file_sd@rgrdlaw.com,ldeem@rgrdlaw.com
- **Jeffrey R Krinsk**
  jrk@classactionlaw.com,mlk@classactionlaw.com,anv@classactionlaw.com,kpp@classactionlaw.com
- **John J Kuchno**
  jkuchno@oag.state.md.us
- **Nicole Lavallee**
  nlavallee@bermandevalerio.com,lstern@bermandevalerio.com,kdonovan@bermandevalerio.com,ECF@bermandevalerio.com,ysoboleva@bermandevalerio.com,jblock@bermandeva
- **Jeremy A Lieberman**

jalieberman@pomlaw.com

- **John A Lowther , IV**
john@doylelowther.com
- **Thomas D Mauriello**
tomm@maurlaw.com
- **Blair A Nicholas**
blairn@blbglaw.com,mfrank@murrayfrank.com,denab@blbglaw.com,kelly.mcdaniel@blbglaw.com,amyn@blbglaw.com,errol.hall@blbglaw.com,kayem@blbglaw.com,nikim@blbglaw
- **Brian Oliver O'Mara**
bomara@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Matthew D Pearson**
mpearson@bermandevalerio.com
- **Charles Michael Plavi , II**
cmp@classactionlaw.com
- **Darren J Robbins**
e_file_sd@rgrdlaw.com
- **Patrick D Robbins**
probbins@shearman.com
- **Gerald H Silk**
jerry@blbglaw.com
- **David R Stickney**
davids@blbglaw.com
- **Joseph J Tabacco , Jr**
jtabacco@bermandevalerio.com,ysoboleva@bermandevalerio.com
- **Dirk L Vincent**
dvincent@fairbankvincent.com
- **Avi N Wagner**
avi@thewagnerfirm.com,anwagneresq@hotmail.com
- **David C Walton**
davew@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Shawn A Williams**
shawnw@rgrdlaw.com,cwood@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Stuart J Baskin**
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

**James J Hayes**
4024 Estabrook Dr
Annandale, VA 22003

**Joe Kendall**
Kendall Law Group LLP
3232 McKinney Avenue Suite 700
Dallas, TX 75204