# SUPREME COURT OF
# THE STATE OF NEW YORK
# APPELLATE DIVISION, FOURTH DEPARTMENT
# ROCHESTER, NEW YORK

I, ALAN L. ROSS, Deputy Clerk of the Appellate Division of the Supreme Court in the Fourth Judicial Department, State of New York, do hereby certify that

## *Johnston De Forest Whitman, Jr.*

was duly admitted to practice as an attorney and counselor at law in all courts of this state by this Court on **March 16, 1995**, and appears in good standing upon the roll of attorneys and counselors, and other records, in this office and has registered with the administrative office of the Courts as required by Judiciary Law §468-a.



**IN WITNESS WHEREOF**, I have hereunto set my hand and affixed the seal of this Court, at the City of Rochester, May 16, 2013.

_____
Deputy Clerk of the Court



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Johnston de Forest Whitman Jr., Esq.

**DATE OF ADMISSION**

**July 31, 2008**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: May 20, 2013

Patricia A. Johnson
Chief Clerk