Name & Address:
GLANCY BINKOW & GOLDBERG, LLP
Lionel Z. Glancy (Bar No. 134180)
lglancy@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150; Facsimile: (310) 201-9160

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| IN RE TOYOTA MOTOR CORP. SECURITIES LITIGATION | CASE NUMBER: |
|---|---|
| Plaintiff(s), v. | CV 10-922 DSF (AJWx) |
| Defendant(s). | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of __Johnston de Forest Whitman, Jr.__, of __Kessler Topaz Meltzer & Check, LLP, 280 King of Prussia Rd., Radnor, PA 19087__
    *Applicant's Name*                                         *Firm Name / Address*

__610-667-7706__                                               __jwhitman@ktmc.com__
  *Telephone Number*                                         *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☐ Defendant

☑ Intervener or other interested person __see attached list__

and the designation of __Lionel Z. Glancy, Bar No. 134180__
                                    *Local Counsel Designee /State Bar Number*

of __Glancy Binkow & Goldberg, LLP, 1925 Century Park East, Suite 2100, Los Angeles, CA 90067__
                                    *Local Counsel Firm / Address*

__310-201-9150__                                            __310-201-9160__
  *Telephone Number*                                         *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

    ☐ GRANTED
    ☐ DENIED.  Fee shall be returned by the Clerk.
    ☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated _____             _____
                                                        U. S. District Judge/U.S. Magistrate Judge

**INTERVENER MOVANTS**

1. AQR Absolute Return Master Account, L.P.
2. AQR Global Enhanced Equity Fund
3. AQR Global Equity Fund
4. AQR Global Equity Master Account, L. P.
5. AQR Global Long·Short Equity Fund
6. AQR Global Total Return Fund, L.P.
7. AQR International Equity Fund
8. AQR International Equity Fund II, L.P.
9. AQR International Equity Fund, L.P.
10. AQR International Small Cap Equity Fund, L.P.
11. AQR Multi-Strategy Alternative Fund
12. AQR R.C. Equity Australia Fund
13. AQR Style Premia Fund, L.P.
14. British Columbia Investment Management Corporation
15. Caisse de dépôt et placement du Québec
16. Canada Pension Plan Investment Board
17. City of Austin Police Retirement System
18. Commonwealth Specialist Fund 4
19. Credit Suisse Fund Services (Luxembourg) S.A.
20. Deka International S.A.
21. Deka Investment GmbH
22. Deutsche Asset Management Investmentgesellschaft mbH
23. DWS Investment GmbH
24. DWS Investment S.A.
25. ETFlab Investment GmbH

26. Fideuram Gestions S.A
27. HANSAINVEST Hanseatische Investment-Gesellschaft mbH
28. Helaba Invest Kapitalanlagegesellschaft mbH
29. Ignis Investment Services Limited
30. ING Investors Trust, on behalf of the ING Artio Foreign Portfolio (now known as ING Templeton Foreign Equity Portfolio, a series of the ING Partners, Inc.), a series of ING Investors Trust
31. ING Mutual Funds, on behalf of the ING International Capital Appreciation Fund, ING Index Plus International Equity Fund, and the ING Global Opportunities Fund, each a series of ING Mutual Funds
32. ING Variable Portfolios, Inc., on behalf of the ING Japan TOPIX Index Portfolio and the ING International Index Portfolio, each a series of ING Variable Portfolios, Inc.
33. Interfund SICAV
34. John Hancock Funds III
35. John Hancock Variable Insurance Trust
36. KEPLER-FONDS Kapitalanlagegesellschaft m.b.H.
37. Labor Pension Fund Supervisory Committee
38. Laudus International MarketMasters Fund, a series of Schwab Capital Trust
39. Laudus Mondrian International Equity Fund, a series of Laudus Trust
40. LGT Funds II SICAV
41. LGT Funds SICAV
42. Mayflower Trust, on behalf of the ING VP International Value Portfolio, a series of the Mayflower Trust

43. MD Physician Services Inc. as a trustee for MD International Growth Fund
44. MD Physician Services Inc. as a trustee for MDPIM International Equity Pool
45. Merrill Lynch Investment Solutions - AQR Global Relative Value UCITS Fund
46. MLC Masterkey Unit Trust MLC - Platinum Global Fund
47. Pension Reserves Investment Management Board of Massachusetts as trustee of the Massachusetts Pension Reserves Investment Trust Fund
48. Platinum Capital Limited
49. Platinum International Brands Fund
50. Platinum International Fund
51. Platinum Japan Fund
52. Principal Life Insurance Company
53. Schwab International Equity ETF, a series of Schwab Strategic Trust
54. Swiss & Global Asset Management (Luxembourg) S.A.
55. Swiss & Global Asset Management AG
56. Swisscanto Asset Management Ltd.
57. The Platinum Japan Master Fund Limited
58. The Platinum Master Portfolio Ltd (previously known as The Platinum Master Portfolio
59. Transamerica Funds
60. Transamerica Partners Portfolio
61. Transamerica Series Trust
62. Utah Retirement Systems

SCHEDULE A 3