UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| IN RE TOYOTA MOTOR CORP SECURITIES LITIGATION | CASE NUMBER |
|---|---|
| PLAINTIFF(S), | CV 10-00922-DSF(AJWx) |
| v. | |
| DEFENDANT(S), | NOTICE OF CLERICAL ERROR |

TO:    U. S. District Judge(s)
       U. S. Magistrate Judge(s)
       Counsel of Record

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☑ the following scanned document ☐ docket entry   have/has been corrected as indicated below.

Title of Scanned Document:  Declaration of Johnson De F. Whitman, Jr.

Filed Date: 5/22/2013                          Document Number: 334

☐   Incorrect case number _____ was assigned to this ☐ action ☐ document.

☐   Case number has been corrected.  The correct case number is _____

☐   Incorrect judge's initials were indicated on this ☐ action ☐ document.  The correct judge's initials are _____

☐   Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document.  The correct magistrate judge's initials
     are _____.

☐   Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to

     ☐ Judge ☐ Magistrate Judge _____.  The initials of the new judge(s) are _____

☐   Case was assigned  to ☐ Western ☐ Southern ☐ Eastern division.  Pursuant to General Order ☐ 349, ☐ 07-09, ☐ 98-3,

     ☐ 02-06, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division.  The former case number
     _____ has been reassigned to new case number _____

☐   Subsequent documents must be filed at the ☐ Western ☐ Southern ☐ Eastern division.  Failure to file at the proper location
     will result in your documents being returned to you.

☐   Case title is corrected from _____ to _____

☐   Document has been re-numbered as document number _____

☐   Incorrect ☐ Filed Date ☐ Date of Document ☐ ENTERED Date ☐ DATE ENTERED ON CM/ICMS was stamped on
     document.  The correct date is _____

☐   Document is missing page number(s): _____

☐   To ensure proper routing of documents, all documents filed  with the court must reflect the following case number and judge's
     initials: _____

☑   Other: An incorrect document image was attached to the docket entry. The correct document image has been attached to the
     docket entry.

CLERK, U.S. DISTRICT COURT

Date 5/30/2013                                    By: R. Neal 213-894-2833
                                                      Deputy Clerk

cc: Intake Supervisor / Deputy In Charge

G-11 (04/09)                              NOTICE OF CLERICAL ERROR