1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | Case No. CV-10-0922 DSF (AJWx)<br><br>**ORDER GRANTING JOINT STIPULATION MODIFYING BRIEFING SCHEDULE AND HEARING DATE ON MOTION FOR RELIEF PURSUANT TO 28 U.S.C. § 1782 AND TO INTERVENE**<br><br>Courtroom: 840<br>Judge:     Hon. Dale S. Fischer |

**[PROPOSED] ORDER**

Pursuant to the Joint Stipulation entered into by and between Movants (as identified on Schedule A of Movants' Memorandum of Points and Authorities in Support of Motion for Relief Pursuant to 28 U.S.C. § 1782 and to Intervene for the Limited Purpose of Modifying the Protective Order filed May 22, 2013 (the "Motion")) and Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Yoshimi Inaba, James E. Lentz III, Irving A. Miller, Robert S. Carter, Robert C. Daly, Katsuake Watanabe and Fujio Cho, the Court hereby Orders as follows:

1. Defendants shall file their opposition to the Motion no later than June 17, 2013;

2. Movants shall file their reply in support of the Motion no later than June 24, 2013.

3. The hearing shall take place on July 8, 2013, at 1:30 p.m., or at such other date that the Court may order.

IT IS SO ORDERED.

DATED: 5/30/13

*Dale S. Fischer*
_____
Hon. Dale S. Fischer

1