# Exhibit A

Exhibit A

## Kunio NAMEKATA

**Experience:**

**TMI Associates**
Attorney at Law, Partner (April 1991-Present)

**The University of Tokyo School of Law**
Visiting Professor (April 2007-March 2010)

**Stephenson Harwood & Lo**   Hong Kong
Secondee (1995)

**De Bandt, van Hecke & Lagae**   Brussels
Secondee (1994-1995)

**Tokyo Fuji Law Office**
Attorney at Law (1979-1991)

**Practice Area:**

Corporate, Finance, Insolvency & Corporate Restructuring, International Corporate Transactions, Litigation & Dispute Resolution, M&A, Venture Business

**Education:**

**Katholieke Universiteit Leuven**
Visiting Student (1994-1995)

**University of Michigan Law School**
LL. M. (1993-1994)

**Legal Training and Research Institute of the Supreme Court of Japan**
1977-1979

**The University of Tokyo**
LL. B., 1977

**Admission:**

Japan Federal Bar Associations and Daini Tokyo Bar Association, 1979
State Bar of New York, 1995

**Languages:**

Japanese and English