1  Stuart J. Baskin (admitted *pro hac vice*)
   sbaskin@shearman.com
2  SHEARMAN & STERLING LLP
   599 Lexington Avenue
3  New York, NY 10022
   Telephone: (212) 848-4000
4  Facsimile: (212) 848-7179

5  Patrick D. Robbins (State Bar No. 152288)
   probbins@shearman.com
6  Emily V. Griffen (State Bar No. 209162)
   egriffen@shearman.com
7  SHEARMAN & STERLING LLP
   4 Embarcadero Center, Suite 3800
8  San Francisco, CA 94111-5994
   Telephone: (415) 616-1100
9  Facsimile: (415) 616-1199

10 Kay E. Kochenderfer (State Bar No. 125847)
   kkochenderfer@gibsondunn.com
11 Gareth Evans (State Bar No. 138992)
   gevans@gibsondunn.com
12 GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
13 Los Angeles, CA 90071-3197
   Telephone: 213.229.7000
14 Facsimile: 213.229.7520

15 Attorneys for Defendants Toyota Motor
   Corporation, Toyota Motor North America, Inc.,
16 Toyota Motor Sales, U.S.A., Inc., Katsuaki
   Watanabe, Fujio Cho, Yoshimi Inaba, James E.
17 Lentz III, Irving A. Miller, Robert S. Carter, and
   Robert C. Daly

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| IN RE TOYOTA MOTOR CORPORATION SECURITIES LITIGATION | CASE NO. 10-CV-0922 DSF (AJWx) **DECLARATION OF SERVICE** |
|---|---|

Gibson, Dunn &
Crutcher LLP

I, Kahn A. Scolnick, do hereby certify on this 17th of June, 2013, that true and correct copies of the foregoing were filed electronically:

1. **DEFENDANTS' OPPOSITION TO MOTION FOR RELIEF PURSUANT TO 28 U.S.C. § 1782 AND TO INTERVENE FOR THE LIMITED PURPOSE OF MODIFYING THE PROTECTIVE ORDER;**

2. **DECLARATION OF GARETH T. EVANS IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR RELIEF PURSUANT TO 28 U.S.C. § 1782 AND TO INTERVENE FOR THE LIMITED PURPOSE OF MODIFYING THE PROTECTIVE ORDER;**

3. **DECLARATION OF KUNIO NAMEKATA IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR RELIEF PURSUANT TO 28 U.S.C. § 1782 AND TO INTERVENE FOR THE LIMITED PURPOSE OF MODIFYING THE PROTECTIVE ORDER;**

4. **DECLARATION OF SERVICE.**

Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's system, and notice of this filing will be sent to the parties by operation of the Court's ECF System. Attorneys not registered with the Court's ECF System will be duly and properly served in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules.

_____
Kahn A. Scolnick

Gibson, Dunn & Crutcher LLP